**MICHAEL N. FEUER,** City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023; Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest Of The Estate of deceased, JONATHAN MURILLO-NIX,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1- 10, inclusive,<br><br>Defendants. | **Case No. 2:22-CV-03188 DMG (SKx)**<br>*Honorable Judge: Dolly M. Gee; Crtm 8C*<br>*Magistrate Judge: Steve Kim;; Ctrm 540*<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendant CITY OF LOS ANGELES, certifies the following listed parties have a direct, pecuniary interest in the outcome of the case:

1. MARIBEL MURILLO, individually and as successor-in-interest Of The Estate of deceased, JONATHAN MURILLO-NIX – Plaintiff
2. CITY OF LOS ANGELES – Defendant
3. JESUS MARTINEZ – Defendant

4. KYLE GRIFFIN - Defendant

These representations are made to enable the court to evaluate disqualification or recusal.

DATED: June 3, 2022

MICHAEL N. FEUER, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney
CORY M. BRENTE, Senior Assistant City Attorney

By: /s/ *Christian R. Bojorquez*
CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
*Attorneys for Defendant* CITY OF LOS ANGELES