UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-3188-DMG (SKx) | Date | October 5, 2022 |
| Title | *Maribel Murillo v. City of Los Angeles, et al.* | | |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

The parties are ordered to show cause in writing on or before October 13, 2022 why sanctions should not be imposed upon counsel for their failure to comply with the September 12, 2022 Order. A Joint Response shall be filed by October 13, 2022.

IT IS SO ORDERED.