1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo (SBN 144074)
2  dalekgalipo@yahoo.com
   Marcel F. Sincich (SBN 319508)
3  msincich@galipolaw.com
   21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Tel: (818) 347-3333 | Fax: (818) 347-4118

5  **THE SEHAT LAW FIRM, PLC**
   Cameron Sehat, Esq. (SBN 256535)
6  cameron@sethatlaw.com
   5100 Campus Dr., Suite 200
7  Newport Beach, CA 92660
   Tel: (949) 825-5200 | Fax: (949) 313-5001
8  *Attorneys for Plaintiff* MARIBEL MURILLO

9  **MICHAEL N. FEUER**, City Attorney
   **SCOTT MARCUS**, Chief Assistant City Attorney (SBN 184980)
10 **CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
   **CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
11 200 N. Main Street, 6th Floor, City Hall East
   Los Angeles, California 90012
12 Tel: (213) 978-7023; Fax: (213) 978-8785
   Email: christian.bojorquez@lacity.org
13 *Attorneys for Defendant* CITY OF LOS ANGELES

14 Kevin E. Gilbert, Esq. (SBN: 209236)
   kgilbert@ohhlegal.com
15 Carolyn M. Aguilar, Esq. (SBN: 289550)
   caguilar@ohhlegal.com
16 **ORBACH HUFF + HENDERSON LLP**
   6200 Stoneridge Mall Road, Suite 225
17 Pleasanton, California 94588
   Tel: (510) 999-7908 | Fax: (510) 999-7918
18 *Attorneys for Defendants* JESUS MARTINEZ and KYLE GRIFFIN

19             **UNITED STATES DISTRICT COURT**
20             **CENTRAL DISTRICT OF CALIFORNIA**

21 | MARIBEL MURILLO, | Case No.: 2:22-cv-03188-DMG-SKx |
22 | Plaintiff, | [*Honorable Dolly M. Gee*] |
23 | vs. | **JOINT REPORT REGARDING SETTLEMENT** |
24 | CITY OF LOS ANGELES; JESUS MARTINEZ; KYLE GRIFFIN; and DOES 1-10, inclusive, | |
25 | | |
26 | | |
27 | Defendants. | |
28

1   Case No.: 2:22-cv-03188-DMG-SKx
JOINT REPORT REGARDING SETTLEMENT DISCUSSIONS

Pursuant to this Court's Order (Doc. 28) that the parties submit a Joint Status Report Regarding Settlement discussions, the parties submit the following:

Pursuant to this Court's Order (Doc. 28), the deadline to complete ADR was October 20, 2023. The parties scheduled a mediation with Richard Copeland for October 20, 2023 and have continued to work with Mr. Copeland since that time. No settlement has been reached at this time.

Dated: October 27, 2023

LAW OFFICE OF DALE K. GALIPO
THE SEHAT LAW FIRM, PLC

By: /S/ Marcel F. Sincich
     DALE K. GALIPO, ESQ.
     MARCEL SINCICH, ESQ.
     CAMERON SEHAT, ESQ.
*Attorneys for Plaintiffs* MARIBEL MURILLO

Dated: October 27, 2023

ORBACH HUFF + HENDERSON LLP

By: /S/ Kevin E. Gilbert
     KEVIN E. GILBERT, ESQ.
     CAROLYN M. AGUILAR, ESQ.
*Attorneys for Defendants* JESUS MARTINEZ and KYLE GRIFFIN

Dated: October 27, 2023

HYDEE FELDSTEIN SOTO, City Attorney

By: _____
     CHRISTIAN R. BOJORQUEZ, DCA
*Attorneys for Defendant* CITY OF LOS ANGELES