Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendants
OFFICER JESUS MARTINEZ and OFFICER KYLE GRIFFIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest Of The Estate of deceased, JONATHAN MURILLO-NIX,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1- 10, inclusive,<br><br>Defendants. | Case No.  22-cv-03188-DMG (SKx)<br><br>**DECLARATION OF KEVIN E. GILBERT IN SUPPORT OF DEFENDANTS' APPLICATION PURSUANT TO LOCAL RULE 79-5.2 TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF DEFENDANTS JOINT MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [REDACTED]** |

I, Kevin E. Gilbert, if called upon to testify will competently testify as follows:

1. I am an attorney licensed to practice before this Court and am employed with the law firm of Orbach Huff + Henderson, LLP, attorneys of record for Defendants OFFICER JESUS MARTINEZ and OFFICER KYLE GRIFFIN ("Defendants") in the above-referenced matter. I have personal knowledge of the matters set forth herein below and if called upon to testify will competently testify thereto.

2. The parties entered into a stipulated Protective Order, filed and entered by this Court on June 9, 2023 (Dkt. 35). The Protective Order allowed the parties to disclose otherwise protected and privileged records. The Protective Order provides, in summary, that documents may be designated as "confidential" if they constitute official records and information. The exhibits referenced below are official records from the investigation maintained by the Los Angeles Police Department and were marked as confidential and as such should be filed under seal.

3. Defendants respectfully seek an order authorizing them to file certain privileged records under seal. The proposed exhibits to be filed under seal include the following:

1. **Exhibit E** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Jose Mendoza's body-worn camera for the subject incident.

2. **Exhibit F** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Isaac Ipsen's body-worn camera for the subject incident.

3. **Exhibit G** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Cesar Barba's body-worn camera for the subject incident.

4. **Exhibit H** to the Declaration of Kevin Gilbert: A true and correct copy of the first video from Sergeant Francisco Alferez's body-worn camera for the subject incident.

5. **Exhibit I** to the Declaration of Kevin Gilbert: A true and correct copy of a video from Officer Nicholas Knolls' body-worn camera for the subject incident.

6. **Exhibit K** to the Declaration of Kevin Gilbert: A true and correct copy of another video from Officer Jose Mendoza's body-worn camera for the subject incident.

7. **Exhibit L** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Kyle Griffin's body-worn camera for the subject incident.

8. **Exhibit M** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Jesus Martinez's body-worn camera for the subject incident.

9. **Exhibit O** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Eric Schlesinger's body-worn camera for the subject incident.

10. **Exhibit P** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Marcos Gutierrez's body-worn camera for the subject incident.

11. **Exhibit Q** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Georgia Tykomyrov's body-worn camera for the subject incident.

12. **Exhibit S** to the Declaration of Kevin Gilbert: A true and correct copy of a still frame photo from the video from Officer Marcos Gutierrez's body-worn camera for the subject incident.

13. **Exhibit T** to the Declaration of Kevin Gilbert: A true and correct copy of the second video from Sergeant Francisco Alferez's body-worn camera for the subject incident.

///

The above-refenced videos were taken from the body-worn cameras of the involved officers and are part of the official investigation and records maintained by the Los Angeles Police Department.

4. I recognize that there is a strong presumption of access in civil cases. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Accordingly, this Application for seal pertains only to exhibits where I believe there are compelling reasons to seal. California Evid. Code § 1040; *Jessup v. Superior Court of Santa Clara County*, 151 Cal.App.2d 102, 108 (1957) ("It is not only where a witness requests that his statement by kept in confidence, but in all cases of crime investigation that the record and reports are privileged."); *Youngblood v. Gates*, 112 F.R.D. 342, 345-347 (C.D. Cal. 1985).

5. Additionally, these exhibits (all of which are videos or are excerpts from videos) cannot be redacted. Moreover, as this is a case involving a constitutional challenge to officer conduct, it will likely be subject to greater public scrutiny. As such, the protection of witnesses and the involved officers is important to a fair review of the evidence and security of those involved. I am informed, believe and thereon allege that officers involved in alleged violation of constitutional rights often receive harsh public criticism and even death threats after videos are shown publicly. While disclosure not only may present a serious threat to an officer's personal life, the defendant officers are also entitled to an fair and unbiased analysis of the evidence of their actions in this case, which can be jeopardized by further public disclosure. Consequently, disclosure of these records and videos is highly likely to "result in the improper use of the material for scandalous . . . purposes" and therefore should not be publicly disclosed. *Foltz*, 331 F.3d at 1135, quoting *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995). Accordingly, good cause and compelling reasons exist in order to best preserve the evidence and protect the witnesses and individuals involved in this incident.

///

///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This Declaration is executed this 2nd day of November, 2023 in Pleasanton, California.

                              /s/ *Kevin E. Gilbert*
                              Kevin E. Gilbert
                              Attorney for Defendants
                              OFFICER JESUS MARTINEZ and
                              OFFICER KYLE GRIFFIN

ORBACH HUFF + HENDERSON LLP