# EXHIBIT E

## BODY-WORN VIDEO PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT E** to the Declaration of Kevin E. Gilbert.  A true and correct copy of the video from Officer Jose Mendoza's body-worn camera for the subject incident.

Please click on the following link:



# EXHIBIT F

## BODY-WORN VIDEO PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT F** to the Declaration of Kevin E. Gilbert.  A true and correct copy of the video from Officer Isaac Ipsen's body-worn camera for the subject incident.

Please click on the following link:



# EXHIBIT G

## BODY-WORN VIDEO PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT G** to the Declaration of Kevin E. Gilbert.  A true and correct copy of the video from Officer Cesar Barba's body-worn camera for the subject incident.

Please click on the following link:



# EXHIBIT H

## BODY-WORN VIDEO PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT H** to the Declaration of Kevin E. Gilbert.  A true and correct copy of the video from Sergeant Francisco Alferez's body-worn camera for the subject incident.

Please click on the following link:



# EXHIBIT I

## BODY-WORN VIDEO PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT I** to the Declaration of Kevin E. Gilbert.  A true and correct copy of the video from Officer Nicholas Knolls' body-worn camera for the subject incident.

Please click on the following link:



# EXHIBIT K

## BODY-WORN VIDEO PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT K** to the Declaration of Kevin E. Gilbert.  A true and correct copy of the second video from Officer Jose Mendoza's body-worn camera for the subject incident.

Please click on the following link:



# EXHIBIT L

## BODY-WORN VIDEO PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT L** to the Declaration of Kevin E. Gilbert.  A true and correct copy of the video from Officer Kyle Griffin's body-worn camera for the subject incident.

Please click on the following link:



# EXHIBIT M

## BODY-WORN VIDEO PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT M** to the Declaration of Kevin E. Gilbert.  A true and correct copy of the video from Officer Jesus Martinez's body-worn camera for the subject incident.

Please click on the following link:



# EXHIBIT O

## BODY-WORN VIDEO PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT O** to the Declaration of Kevin E. Gilbert.  A true and correct copy of the video from Officer Eric Schlesinger's body-worn camera for the subject incident.

Please click on the following link:



# EXHIBIT P

## BODY-WORN VIDEO PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT P** to the Declaration of Kevin E. Gilbert.  A true and correct copy of the video from Officer Marcos Gutierrez's body-worn camera for the subject incident.

Please click on the following link:



# EXHIBIT Q

**BODY-WORN VIDEO PROPOSED TO BE
FILED UNDER SEAL**

**EXHIBIT Q** to the Declaration of Kevin E. Gilbert.  A true and correct copy of the video from Officer Georgia Tykhomyrov's body-worn camera for the subject incident.

Please click on the following link:



# EXHIBIT S

**EXCERPT FROM BODY-WORN VIDEO
OF KNIFE PROJECTED PROPOSED TO
BE FILED UNDER SEAL**

**EXHIBIT S**



# EXHIBIT T

**BODY-WORN VIDEO PROPOSED TO BE
FILED UNDER SEAL**

**EXHIBIT T** to the Declaration of Kevin E. Gilbert.  A true and correct copy of the second video from Sergeant Francisco Alferez's body-worn camera for the subject incident.

Please click on the following link:

