UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest Of The Estate of deceased, JONATHAN MURILLO-NIX,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1- 10, inclusive,<br><br>Defendants. | Case No.  22-cv-03188-DMG (SKx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION PURSUANT TO LOCAL RULE 79-5.2 TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF JOINT MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

IT IS HEREBY ORDERED THAT the below referenced materials in support of Defendants CITY OF LOS ANGELES, OFFICER JESUS MARTINEZ and OFFICER KYLE GRIFFIN's Joint Motion for Summary Judgment shall be filed under seal, pursuant to Local Rule 79-5.2.  Pursuant thereto, the following documents may be filed under seal:

1. **Exhibit E** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Jose Mendoza's body-worn camera for the subject incident.

2. **Exhibit F** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Isaac Ipsen's body-worn camera for the subject incident.

3. **Exhibit G** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Cesar Barba's body-worn camera for the subject incident.

4. **Exhibit H** to the Declaration of Kevin Gilbert: A true and correct copy of the first video from Sergeant Francisco Alferez's body-worn camera for the subject incident.

5. **Exhibit I** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Nicholas Knolls' body-worn camera for the subject incident.

6. **Exhibit K** to the Declaration of Kevin Gilbert: A true and correct copy of another video from Officer Jose Mendoza's body-worn camera for the subject incident.

7. **Exhibit L** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Kyle Griffin's body-worn camera for the subject incident.

8. **Exhibit M** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Jesus Martinez's body-worn camera for the subject incident.

9. **Exhibit O** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Eric Schlesinger's body-worn camera for the subject incident.

10. **Exhibit P** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Marcos Gutierrez's body-worn camera for the subject incident.

11. **Exhibit Q** to the Declaration of Kevin Gilbert: A true and correct copy of the video from Officer Georgia Tykomyrov's body-worn camera for the subject incident.

12. **Exhibit S** to the Declaration of Kevin Gilbert: A true and correct copy of a still frame photo from the video from Officer Marcos Gutierrez's body-worn camera for the subject incident.

13. **Exhibit T** to the Declaration of Kevin Gilbert: A true and correct copy of the second video from Sergeant Francisco Alferez's body-worn camera for the subject incident.

IT IS SO ORDERED.

Dated:_____

                                         Honorable Dolly M. Gee
                                         United States District Court Judge