Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Telephone:  (510) 999-7908
Facsimile:   (510) 999-7918

Attorneys for Defendants
OFFICER JESUS MARTINEZ and OFFICER KYLE GRIFFIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest Of The Estate of deceased, JONATHAN MURILLO-NIX, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1- 10, inclusive, <br><br> Defendants. | Case No.  22-cv-03188-DMG (SKx) <br><br> **DEFENDANTS' PROOF OF SERVICE** |

| PROOF OF SERVICE | FRCP RULE 5(b) |
|---|---|

I, Elena LaBella, am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action. My business address is Orbach Huff + Henderson LLP, 6200 Stoneridge Mall Road, Suite 225, Pleasanton, California 94588.

On November 2, 2023, I served the foregoing:

- **APPLICATION PURSUANT TO LOCAL RULE 79-5.2 TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF DEFENDANTS JOINT MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**
- **DECLARATION OF KEVIN E. GILBERT IN SUPPORT OF DEFENDANTS' APPLICATION PURSUANT TO LOCAL RULE 79-5.2 TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF DEFENDANTS JOINT MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [REDACTED]**
- **DECLARATION OF KEVIN E. GILBERT IN SUPPORT OF DEFENDANTS' APPLICATION PURSUANT TO LOCAL RULE 79-5.2 TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF DEFENDANTS JOINT MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [FILED UNDER SEAL]**
- **[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION PURSUANT TO LOCAL RULE 79-5.2 TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF JOINT MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows and I caused delivery to be made by the mode of service indicated below:

| | |
|---|---|
| Cameron Sehat, Esq.<br>THE SEHAT LAW FIRM, PLC<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA 92612 | Attorneys for Plaintiff<br>MARIBEL MURILLO<br>Telephone:   949.825.5200<br>Facsimile:   949.313.5001<br>Email:         Cameron@sehatlaw.com |
| Dale K. Galipo, Esq.<br>Marcel F. Sincich, Esq.<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367 | Attorneys for Plaintiff<br>MARIBEL MURILLO<br>Telephone:   818.347.3333<br>Facsimile:   818.347.4118<br>Email:         dalekgalipo@yahoo.com<br>                  msincich@galipolaw.com |
| Hydee Feldstein Soto, City Attorney<br>Scott Marcus, Chief Assistant City Attorney<br>Cory M. Brente, Senior Assistant City Attorney<br>Christian R. Bojorquez, Deputy City Attorney<br>200 N. Main Street, 6th Floor, City Hall East<br>Los Angeles, CA  90012 | Attorneys for Defendant<br>CITY OF LOS ANGELES<br>Telephone:   213.978.7023<br>Facsimile:   213.978.8785<br>Email:         christian.bojorquez@lacity.org |

[ X ]  (**By E-Mail or Electronic Transmission**) I caused a copy of the document(s) to be sent from e-mail address elabella@ohhlegal.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 2, 2023, at Pleasanton, California.

*[signature]*

Elena D. LaBella