1

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

2

3

4

5

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sethatlaw.com
5100 Campus Dr., Suite 200
Newport Beach, CA 92660
Tel: (949) 825-5200 | Fax: (949) 313-5001
*Attorneys for Plaintiff* MARIBEL MURILLO

6

7

8

9

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**SCOTT MARCUS**, Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023; Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org
*Attorneys for Defendant* CITY OF LOS ANGELES

10

11

12

13

14

15

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Tel: (510) 999-7908 | Fax: (510) 999-7918
*Attorneys for Defendants* JESUS MARTINEZ and KYLE GRIFFIN

16

17

18

19

20

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

21

22

MARIBEL MURILLO,

23

Plaintiff,

24

vs.

25

CITY OF LOS ANGELES; JESUS
MARTINEZ; KYLE GRIFFIN; and
DOES 1- 10, inclusive,

26

27

Defendants.

28

Case No.: 2:22-cv-03188-DMG-SKx

[*Honorable Dolly M. Gee*]

**JOINT STIPULATION TO DISMISS CERTAIN CLAIMS**

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff MARIBEL MURILLO and Defendants CITY OF LOS ANGELES, JESUS MARTINEZ, and KYLE GRIFFIN hereby serve the following Joint Stipulation to Dismiss Certain Claims.

In an effort to simplify the issues for the Court and jury related to any Rule 56 motion and trial, and to focus the Court and jury's attention on the central factual disputes of this case related to the Defendant Officers' use of force and tactics preceding the use of force, Plaintiff voluntarily dismisses the following claims:

Plaintiff voluntarily dismisses her claims against the Defendant City of Los Angeles pursuant to *Monell*; specifically, Claim No. 5) Ratification; Claim No. 6) Inadequate Training; and Claim No. 7) Unconstitutional Custom and Policy.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JOINT STIPULATION TO DISMISS CERTAIN CLAIMS

1    Plaintiff further voluntarily dismisses Claim No. 1) Detention and Arrest;

2 and Claim No. 3) Denial of Medical Care against Defendants Jesus Martinez and

3 Kyle Griffin.

4

5 DATED: November 2, 2023          **LAW OFFICES OF DALE K. GALIPO**
                                    **THE SEHAT LAW FIRM, PLC**

6

7                                By:    */s/*
                                      _____
8                                       Dale K. Galipo
                                        Marcel F. Sincich
9                                       Cameron Sehat
                                        *Attorneys for Plaintiff*
10

11

12 DATED:  November 2, 2023          **ORBACH HUFF + HENDERSON LLP**

13                                By:   */s/* Kevin E. Gilbert
                                      _____
14                                      Kevin E. Gilbert
                                        *Attorneys for Defendants*, OFFICER
15                                      JESUS MARTINEZ and OFFICER
                                        KYLE GRIFFIN
16

17

18 DATED:  November 2, 2023          **HYDEE FELDSTEIN SOTO, City Attorney**

19

20                                By: _____
                                        CHRISTIAN R. BOJORQUEZ, DCA
21                                      *Attorneys for Defendant* CITY OF LOS
                                        ANGELES
22

23

24

25

26

27

28

JOINT STIPULATION TO DISMISS CERTAIN CLAIMS