UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest Of The Estate of deceased, JONATHAN MURILLO-NIX,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1- 10, inclusive,<br><br>Defendants. | Case No.  22-cv-03188-DMG (SKx)<br><br>**[PROPOSED] ORDER DISMISSING CERTAIN CLAIMS** |

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation of the parties, filed on November 2, 2023 (Dkt. 42), IT IS HEREBY ORDERED that the following claims and causes of action are DISMISSED WITH PREJUDICE:

1. Plaintiff's claims against Defendant City of Los Angeles pursuant to *Monell*; specifically:

   - Claim No. 5) Ratification;
   - Claim No. 6) Inadequate Training; and
   - Claim No. 7) Unconstitutional Custom and Policy.

2. Plaintiff's claims against Defendants Officer Jesus Martinez and Officer Kyle Griffin; specifically:

   - Claim No. 1) Detention and Arrest; and
   - Claim No. 3) Denial of Medical Care.

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Dolly M. Gee
United States District Court Judge