Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Tel: (510) 999-7908; Fax: (510) 999-7918

Attorneys for Defendants OFFICERS JESUS MARTINEZ and KYLE GRIFFIN

HYDEE FELDSTEIN SOTO, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney (SBN: 184980)
CORY M. BRENTE, Senior Assistant City Attorney (SBN: 115453)
CHRISTIAN R. BOJORQUEZ, Deputy City Attorney (SBN: 192872)
christian.bojorquez@lacity.org
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023; Fax: (213) 978-8785

Attorneys for Defendant CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest Of The Estate of deceased, JONATHAN MURILLO-NIX,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1- 10, inclusive,<br><br>Defendants. | Case No.  22-cv-03188-DMG (SKx)<br><br>**DECLARATION OF KEVIN E. GILBERT IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>DATE:     December 15, 2023<br>TIME:     2:00 p.m.<br>DEPT:     Courtroom 8C<br>JUDGE:   Hon. Dolly M. Gee |

Dec of K. Gilbert ISO Defs' Joint MSJ or, in the alternative, Partial Summary Judgment [22-cv-3188-DMG (SKx)]

I, Kevin E. Gilbert, if called upon to testify will competently testify as follows:

1. I am an attorney at law licensed to practice before this Court. I am an attorney with the law firm of Orbach Huff + Henderson, LLP, attorneys of record for Defendants OFFICERS JESUS MARTINEZ and KYLE GRIFFIN (collectively "Defendants") in the above-referenced matter. I have personal knowledge of the matters set forth herein below and if called upon to testify will competently testify thereto.

2. On November 2, 2023, Defendants filed an Application (Dkt. 40) to file certain exhibits under seal, including specifically videos recorded by the body-worn cameras worn by police officers during the incident giving rise to this litigation, as well as a screen-shot from one of those videos. As of the date of submitting this Declaration, a ruling from the Court has not yet been received. As the subject videos are law enforcement records, Defendants respectfully seek an order authorizing certain privileged records to be filed under seal. Copies of the full videos noted below (Exhibits E-I, K-M, O-Q, and S-T) have been filed under seal as part of Defendants' Application to file under seal and are incorporated herein.

3. Attached hereto as **Exhibit A** is a true and correct copy of the audio of the first 911 call (without time stamp).

4. Attached hereto as **Exhibit B** is a true and correct copy of the audio of the first 911 call (with time stamp).

5. Attached hereto as **Exhibit C** is a true and correct copy of the audio of the second 911 call (without time stamp).

6. Attached hereto as **Exhibit D** is a true and correct copy of the audio of the second 911 call (with time stamp).

7. Attached hereto as **Exhibit E** is a true and correct redacted copy of the video from Officer Jose Mendoza's body-worn camera for the subject incident. A full and complete copy of this exhibit was filed under seal (Dkt. 41) as part of Defendants' Application and was served upon Plaintiff's counsel on November 2, 2023.

///

8. Attached hereto as **Exhibit F** is a true and correct redacted copy of the video from Officer Isasc Ipsen's body-worn camera for the subject incident. A full and complete copy of this exhibit was filed under seal (Dkt. 41) as part of Defendants' Application and was served upon Plaintiff's counsel on November 2, 2023.

9. Attached hereto as **Exhibit G** is a true and correct redacted copy of the video from Officer Cesar Barba's body-worn camera for the subject incident. A full and complete copy of this exhibit was filed under seal (Dkt. 41) as part of Defendants' Application and was served upon Plaintiff's counsel on November 2, 2023.

10. Attached hereto as **Exhibit H** is a true and correct redacted copy of the first video from Sergeant Francisco Alferez's body-worn camera for the subject incident. A full and complete copy of this exhibit was filed under seal (Dkt. 41) as part of Defendants' Application and was served upon Plaintiff's counsel on November 2, 2023.

11. Attached hereto as **Exhibit I** is a true and correct redacted copy of the video from Officer Nicholas Knolls' body-worn camera for the subject incident. A full and complete copy of this exhibit was filed under seal (Dkt. 41) as part of Defendants' Application and was served upon Plaintiff's counsel on November 2, 2023.

12. Attached hereto as **Exhibit J** is a true and excerpts from the Incident Recall for the subject incident, produced in this matter and Bates labeled CITY 0001-0003.

13. Attached hereto as **Exhibit K** is a true and correct redacted copy of the second video from Officer Jose Mendoza's body-worn camera for the subject incident. A full and complete copy of this exhibit was filed under seal (Dkt. 41) as part of Defendants' Application and was served upon Plaintiff's counsel on November 2, 2023.

14. Attached hereto as **Exhibit L** is a true and correct redacted copy of the video from Officer Kyle Griffin's body-worn camera for the subject incident. A full and complete copy of this exhibit was filed under seal (Dkt. 41) as part of Defendants' Application and was served upon Plaintiff's counsel on November 2, 2023.

///
///

15. Attached hereto as **Exhibit M** is a true and correct redacted copy of the video from Officer Jesus Martinez's body-worn camera for the subject incident. A full and complete copy of this exhibit was filed under seal (Dkt. 41) as part of Defendants' Application and was served upon Plaintiff's counsel on November 2, 2023.

16. Attached hereto as **Exhibit N** are true and correct copies of the photographs of the broken bedroom door and door jam for the subject incident, produced in this matter and Bates labeled CITY 0002003-2004.

17. Attached hereto as **Exhibit O** is a true and correct redacted copy of the video from Officer Eric Schlesinger's body-worn camera for the subject incident. A full and complete copy of this exhibit was filed under seal (Dkt. 41) as part of Defendants' Application and was served upon Plaintiff's counsel on November 2, 2023.

18. Attached hereto as **Exhibit P** is a true and correct redacted copy of the video from Officer Marcos Gutierrez's body-worn camera for the subject incident. A full and complete copy of this exhibit was filed under seal (Dkt. 41) as part of Defendants' Application and was served upon Plaintiff's counsel on November 2, 2023.

19. Attached hereto as **Exhibit Q** is a true and correct redacted copy of the video from Officer Georgia Tykhomyrov's body-worn camera for the subject incident. A full and complete copy of this exhibit was filed under seal (Dkt. 41) as part of Defendants' Application and was served upon Plaintiff's counsel on November 2, 2023.

20. Attached hereto as **Exhibit R** are true and correct copies of the photographs of the knives found at the scene for the subject incident, produced in this matter and Bates labeled CITY 0001684 and CITY 0001689.

21. Attached hereto as **Exhibit S** is a true and correct redacted copy of a still photographic picture from Officer Marcos Gutierrez's body-worn camera of the knife that was projected into the yard during the subject incident, with a circle around the knife flying through the air. A full and complete copy of this exhibit was filed under seal (Dkt. 41) as part of Defendants' Application and was served upon Plaintiff's counsel on November 2, 2023.

22. Attached hereto as **Exhibit T** is a true and correct redacted copy of the second video from Sergeant Francisco Alferez' body-worn camera for the subject incident. A full and complete copy of this exhibit was filed under seal (Dkt. 41) as part of Defendants' Application and was served upon Plaintiff's counsel on November 2, 2023.

23. Attached hereto as **Exhibit U** is a true and correct copy of excerpts from the deposition transcript of Defendant Officer Jesus Martinez, which was taken on September 27, 2023.

24. Attached hereto as **Exhibit V** is a true and correct copy of excerpts from the deposition transcript of Defendant Officer Kyle Griffin, which was taken on September 27, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of November, 2023, in Pleasanton, California.

        /s/ *Kevin E. Gilbert*
        Kevin E. Gilbert
        Attorney for Defendants
        OFFICERS JESUS MARTINEZ and
        KYLE GRIFFIN