Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Tel: (510) 999-7908; Fax: (510) 999-7918

Attorneys for Defendants OFFICERS JESUS MARTINEZ and KYLE GRIFFIN

HYDEE FELDSTEIN SOTO, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney (SBN: 184980)
CORY M. BRENTE, Senior Assistant City Attorney (SBN: 115453)
CHRISTIAN R. BOJORQUEZ, Deputy City Attorney (SBN: 192872)
christian.bojorquez@lacity.org
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023; Fax: (213) 978-8785

Attorneys for Defendant CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest Of The Estate of deceased, JONATHAN MURILLO-NIX,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1- 10, inclusive,<br><br>Defendants. | Case No.  22-cv-03188-DMG (SKx)<br><br>**DECLARATION OF TRACY NG IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>DATE:      December 15, 2023<br>TIME:       2:00 p.m.<br>DEPT:      Courtroom 8C<br>JUDGE:    Hon. Dolly M. Gee |

I, Tracy Ng, declare as follows:

1. I am a criminalist with the Los Angeles Police Department, Forensic Science Division, Serial No. N4952. I have personal knowledge of the information set forth herein, except those things set forth on information and belief, and as to those things, I believe them to be true.

2. On February 1, 2022, I responded on-site to reports of an officer-involved shooting incident ("Incident") involving Jonathan Murillo-Nix ("Murillo-Nix") that occurred on Desmond Street in Los Angeles.

3. While on-site of the Incident, I collected several items of evidence, including a 4-inch length knife and fragments of purple plastic that were located at and around the Desmond Street residence.

4. After my investigation and review of these items, I conclude that the purple plastic fragments were the handle portion of the 4-inch blade that was found at the site of the Incident.

5. In analyzing the purple fragments, I also conclude that they were created (i.e. fragmented) when a bullet struck the knife handle.

6. Attached hereto as **Exhibit W** are true and correct copies of the laboratory reports that I drafted in this matter.

7. Attached hereto as **Exhibit X** are true and correct copies of photographs of the knife that was recovered. The first photograph depicts the knife without the handle while the second photograph depicts the knife after the fragments were reassembled.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 2nd day of November 2023, in Los Angeles, California.



Tracy Ng

Declaration of Tracy Ng [22-cv-3188-DMG (SKx)]

# EXHIBIT W



## Los Angeles Police Department
## Forensic Science Division
1800 Paseo Rancho Castilla, Los Angeles CA 90032

### Laboratory Report
SID-22-001551 / Req. # 0007
Report finalized: May 9, 2022
Page 1 of 4

| | | | |
|---|---|---|---|
| **DR #:** | 22-16-05080 | **Name Associated:** | JONATHAN MURILLO-NIX |
| **Requested By:** | FULLER #37232, FID | **Offense:** | OIS |
| **Contact:** | 37232@lapd.online | **Service:** | Firearms - Bullet Path Analysis |

**Analysis Requested:**   Bullet Path Analysis
Physical/Fracture Match- determine if items 22, 27-34 were part of the same knife
F004-22

I, the undersigned analyst, as a Criminalist employed by the Los Angeles Police Department, am prepared to testify to the information provided in this report. The following results relate only to the items tested.

**Evidence Item(s):**

- Item 22 (LIMS #13-1): One (1) knife with damaged handle
- Item 27 (LIMS #11-1): One (1) plastic fragment, purple
- Item 28 (LIMS #11-2): Three (3) plastic fragments, purple
- Item 29 (LIMS #11-3): Two (2) plastic fragments, purple
- Item 30 (LIMS #11-4): One (1) plastic fragment, purple
- Item 31 (LIMS #11-5): Six (6) plastic fragments, purple
- Item 32 (LIMS #11-6): One (1) plastic fragment, purple
- Item 33 (LIMS #12-1): One (1) plastic piece, black
- Item 34 (LIMS #12-2): One (1) plastic piece, black

**Dates of Laboratory Activity:**     4/12/2022  —  5/2/2022

The above listed evidence was examined for physical/fracture match and possible projectile related defects.

Evidence was photographed at the laboratory by Photographer G. Baker N5831 on 2/8/2022 and 4/25/2022 under D#0800968 and D#0800901 respectively.

**Method(s)**

Physical/Fracture Match is performed by visually and/or microscopically intercomparing the physical properties of the evidence. Opinions of common origin are made when there is significant correlation among the physical properties.

Bullet path analysis is performed by visually examining evidence for possible projectile related defects.

**Conclusion(s)**

PHYSICAL/FRACTURE MATCH CONCLUSION

Items 22 and 27-31 were part of the same knife.

CITY    000340

| | | | |
|---|---|---|---|
| Los Angeles Police Department Laboratory Report continued | DR #   22-16-05080 | Req #   0007 | Page 2 of 4 |
| FSD #   SID-22-001551 | | | |

Item 32 could not be identified or eliminated as having once been part of the same knife as items 22 and 27-31 due to the lack of agreement/disagreement of individual characteristics.

Items 33 and 34 were not part of the same knife as items 22 and 27-31 or item 32.

BULLET PATH OBSERVATION

Impact C - perforating impact, located on the top surface of the handle of items 22 and 27-31 (knife).

BULLET PATH CONCLUSION

Pathway C (including impact C) is consistent with a bullet traveling from top to bottom.  No further direction could be determined due to the condition of the impact.

Los Angeles Police Department Laboratory Report continued     DR #    22-16-05080     Req #   0007     Page 3 of 4
FSD #   SID-22-001551

Impact

DR 21-16-05080
Items 22, 27-31

Top side



Right side



Left side



Not to scale

Los Angeles Police Department Laboratory Report continued     DR #    22-16-05080     Req #   0007     Page 3 of 4
FSD #   SID-22-001551

Los Angeles Police Department Laboratory Report continued   DR #   22-16-05080   Req #   0007   Page 4 of 4
FSD #   SID-22-001551

Analyst: T. Ng  #N4952  (323) 415-8898   5- 9-22

Admin Review: J. Wilkinson  #N4403   5- 9-22

Tech Review: R. Garcia  #G9120   5- 9-22

# LOS ANGELES POLICE DEPARTMENT
## FOLLOW-UP INVESTIGATION
| Field | Value |
|---|---|
| CORONER CASE NUMBER | |
| MULTIPLE | ☐ |
| DATE THIS REPORT | 5/9/2022 |
| DATE ORIGINAL RPT. | 5/9/2022 |
| SPECIFIC TYPE OF ORIGINAL RPT. | Laboratory Report |
| RD | 0439 |
| DR NO. | 22-1605080 |
| VICTIM BOOKED TO / ARRESTEE | JONATHAN MURILLO-NIX |
| CASE STATUS | 4 ☒ INVESTIGATION CONTINUED |

**NARRATIVE:**

In original Laboratory Report SID-22-001551 req. #0007 dated 5/9/2022 on page three, the DR noted on the diagram should be changed.

**FROM:**

21-16-05080

**TO:**

22-16-05080

---

| | |
|---|---|
| WAS PROPERTY BOOKED IN CONJUNCTION WITH THIS REPORT OR INCIDENT? | ☒ NO ☐ YES |
| IF YES, HAS 10.06.00 BEEN COMPLETED? | ☐ NO ☐ YES |
| SUPERVISOR APPROVING | |
| SERIAL NO. | N4403 |
| REPORTING OFFICER(S) | T. NG |
| SERIAL NO. | N4952 |
| DIVISION | FSD |

03.14.00 (10/13)...  FOLLOW-UP INVESTIGATION  INC# 220201000313

CITY 000344



# Los Angeles Police Department
## Forensic Science Division
1800 Paseo Rancho Castilla, Los Angeles CA 90032

## Laboratory Report
SID-22-001551 / Req. # 0003
Report finalized: April 26, 2022
Page 1 of 2

| | | | |
|---|---|---|---|
| **DR #:** | 22-16-05080 | **Name Associated:** | JONATHAN MURILLO-NIX |
| **Requested By:** | FULLER #37232 | **Offense:** | OIS |
| **Contact:** | 37232@lapd.online | **Service:** | Firearms - Evidence Collection |

**Analysis Requested:** Evidence Collection - DNA Collection
F004-22

I, the undersigned analyst, as a Criminalist employed by the Los Angeles Police Department, am prepared to testify to the information provided in this report. The following results relate only to the items tested.

On February 1, 2022, Criminalist T. Ng N4952, Criminalist J. Flores N6278, and Criminalist M. Gonzalez N6268 responded to 12935 Desmond St. at the request of FID Detectives to assist with evidence collection related to an on-going Officer Involved Shooting investigation.

Evidence was photographed by Photographer G. Raives V9103 under D# 0802885.

Additional photos of evidence were taken on February 8, 2022 by Photographer G. Baker N5831 under D#0800968.

### Observation(s)

One (1) knife, serrated (booked into property as item 21)

Fourteen (14) plastic fragments, purple (booked into property as items 27-32)

One (1) knife, with damaged purple handle (booked into property as item 22)

One (1) knife, serrated (booked into property as item 23)

One (1) knife, with damaged handle (booked into property as item 24)

One (1) knife, with purple handle (booked into property as item 25)

### Conclusion(s)

A knife (item 21) and plastic fragments (items 27-32) were swabbed by Criminalist T. Ng N4952 on February 3, 2022, and the knives (items 22-25) were swabbed by Criminalist T. Ng N4952 on February 9, 2022 at the Forensic Science Center (1800 Paseo Rancho Castilla). See property report listing items 37 through 38 and items 39 through 42 respectively for further details.

Los Angeles Police Department Laboratory Report continued   DR #  22-16-05080    Req #  0003    Page 2 of 2
FSD #  SID-22-001551

Analyst: T. Ng  #N4952  (323) 415-8898   4-25-22

Admin Review: J. Wilkinson  #N4403   4-26-22

Tech Review: B. Reinarz  #N5624   4-26-22

# EXHIBIT X

# Exhibit X



Photograph of the Farberware knife

