UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest Of The Estate of deceased, JONATHAN MURILLO-NIX,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1- 10, inclusive,<br><br>Defendants. | Case No.  22-cv-03188-DMG (SKx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:       December 15, 2023<br>TIME:        2:00 p.m.<br>DEPT:       Courtroom 8C<br>JUDGE:     Hon. Dolly M. Gee |

# [PROPOSED] ORDER

The Joint Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment of Defendants CITY OF LOS ANGELES ("City") and OFFICERS JESUS MARTINEZ ("Officer Martinez") and KYLE GRIFFIN ("Officer Griffin") (collectively "Defendants"), against Plaintiff MARIBEL MURILLO, individually and as successor-in-interest of the Estate of deceased, JONATHAN MURILLO-NIX ("Plaintiff"), came on regularly before the Honorable Dolly M. Gee on December 15, 2023.

The Court having read and duly considered the moving, opposing, and reply documents, and having duly considered all evidence and argument presented in connection therewith, GRANTS Defendants' Joint Motion for Summary Judgment in its entirety.

Defendants CITY OF LOS ANGELES, OFFICER JESUS MARTINEZ, and OFFICER KYLE GRIFFIN are granted summary judgment in this case with judgment to be entered on their behalf, with reasonable costs to be awarded.

IT IS SO ORDERED.

Dated: _____        _____
                            Honorable Dolly M. Gee
                            United States District Court Judge