UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest Of The Estate of deceased, JONATHAN MURILLO-NIX, | Case No.  22-cv-03188-DMG (SKx) |
| | **[PROPOSED] JUDGMENT** |
| Plaintiff, | |
| v. | |
| CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1- 10, inclusive, | |
| Defendants. | |

**[PROPOSED] JUDGMENT**

WHEREAS, Defendants' CITY OF LOS ANGELES ("City"), OFFICER JESUS MARTINEZ ("Officer Martinez") and OFFICER KYLE GRIFFIN ("Officer Griffin") (collectively "Defendants"), Joint Motion for Summary Judgment having been granted against Plaintiff MARIBEL MURILLO, individually and as successor-in-interest of the Estate of deceased, JONATHAN MURILLO-NIX ("Plaintiff"), Judgment is hereby entered in favor of Defendants.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.    Judgment is entered forthwith in favor of Defendants CITY OF LOS ANGELES, OFFICER JESUS MARTINEZ, and OFFICER KYLE GRIFFIN against Plaintiff MARIBEL MURILLO, individually and as successor-in-interest of the Estate of deceased, JONATHAN MURILLO-NIX; and

2.    Plaintiff shall take nothing by way of her Complaint (Dkt. 1) as against Defendants.

Dated: _____          _____
                               Honorable Dolly M. Gee
                               United States District Court Judge