UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest Of The Estate of deceased, JONATHAN MURILLO-NIX,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1- 10, inclusive,<br><br>Defendants. | Case No.  CV 22-3188-DMG (SKx)<br><br>**ORDER DISMISSING CERTAIN CLAIMS [42]** |

Pursuant to the parties' Joint Stipulation, filed on November 2, 2023 [Doc. # 42], IT IS HEREBY ORDERED that the following claims and causes of action are DISMISSED WITH PREJUDICE:

1. Plaintiff's *Monell* claims against Defendant City of Los Angeles, specifically:

- Claim No. 5 for Ratification;
- Claim No. 6 for Inadequate Training; and
- Claim No. 7 for Unconstitutional Custom and Policy.

2. Plaintiff's claims against Defendants Officer Jesus Martinez and Officer Kyle Griffin, specifically:

- Claim No. 1 for Detention and Arrest; and
- Claim No. 3 for Denial of Medical Care.

**IT IS SO ORDERED.**

DATED: November 7, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE