**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074 (*lead counsel*)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sehatlaw.com
5100 Campus Dr., Suite 200
Newport Beach, CA 92660
Tel:   (949) 825-5200
Fax:   (949) 313-5001

*Attorneys for Plaintiff*
MARIBEL MURILLO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest of the estate of deceased, JONATHAN MURILLO-NIX,<br><br>               Plaintiff,<br><br>    vs.<br><br>CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1-10, inclusive,<br><br>               Defendants. | Case No.: 2:22-cv-03188 DMG (SKx)<br><br>[*Honorable Dolly M. Gee*]<br>*Magistrate Judge Steve Kim*<br><br>**LOCAL RULE 79-5.2.2(b) DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Application for Leave to File Under Seal; Notice of Manuel Filing, and [Proposed] Order *filed concurrently herewith*]<br><br>Date:     July 24, 2023<br>Time:    9:30 a.m.<br>Judge:   Hon. Mark C. Scarsi<br>Courtroom 7C, 7th Floor |

## DECLARATION OF MARCEL F. SINCICH

I, Marcel F. Sincich, hereby declare as follows:

1.      I am an attorney licensed to practice law in the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiffs in this instant action. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2.      On November 16, 2023, seven days prior to the filing of this application, Plaintiff's counsel contacted Defendants' counsel, and the Los Angeles District Attorney's Office. Plaintiffs' counsel and counsel for the LADA, and Defendants Martinez and Griffin (on behalf of the "joint Defendants") corresponded regarding Plaintiffs' intention to file several exhibits that are subject to the Protective Order. Attorneys for the City of Los Angeles did not respond directly. Plaintiff's counsel requested from Defendants' counsel an agreement to lift the confidential designation, and if not, what specific information requires secrecy so that the parties can discuss redaction.

3.      Counsel for the LADA deferred the designation to the City as the documents in question are City documents involving LAPD officers. Defendants agreed that videos do not been to be filed under seal. However, Defendants' position is that involved officer statements, the FID Report, the autopsy report, and evidence photographs "need to be filed under seal since they contain confidential and privileged information – including implicating the privacy rights of third parties." Plaintiff's counsel responded specifying exactly which photographs and which officer statements are of issue and requested a list of all information within that contains confidential or privileged information so that the parties can discuss redaction. Defense counsel replied that the "officer statements, FID and Autopsy reports are all confidential and need to remain sealed, especially as they implicate third-party privacy rights and also include confidential personnel information related to officers that did not use lethal force." Defense counsel did not provide a single

citation of confidential of privileged information not related to the use of force for Plaintiff's counsel to redact. On November 20, 2023, Defense counsel did state that he would pull specific bates numbers regarding confidential information, however as of the time of filing this ex parte application, Plaintiff has not received those bates numbers. It is Plaintiff's understanding that counsel for both Defendants intend to oppose Plaintiffs application for leave to file under seal provided that Plaintiffs are seeking an order to allow Plaintiffs authority to file regularly. Attached hereto as **Exhibit A** is a true and correct copy of the correspondences of the parties.

4.      Plaintiff files this application pursuant to L.R. 79-5.2.2(b) on an *ex parte* basis because these exhibits are necessary to Plaintiff's opposition to Defendants Motions for Summary Judgment (Doc. 44), and by the time Plaintiff received Defendants' Motion and determined what exhibits to use in opposition, there was insufficient time in advance of the November 24, 2023 opposition due date (which is pushed to the left provided that November 23-24, 2023 are court holidays) or December 15, 2023 summary judgment hearing for this application to be heard as a regularly noticed motion. Plaintiff also attempted to hold off as long as possible to provide Defense counsel a change to provide specific information that could be redacted so that the documents could be filed regularly, but Plaintiff has not received such information from the Defense.

5.      Defendants, including the LADA, are the "Designating Party," as defined by the Protective Order (Doc. 35), as Defendant City and the LADA produced and designated the subject documents as "Confidential" pursuant to the protective order and Defendants Martinez and Griffin join in the claim for confidentiality. The LADA has deferred to the City of Los Angeles as the Designating Party because the documents at issue are City documents or involve LAPD officer information.

6.      Plaintiff contends that these documents are suitable for redaction but that there is no information pointed out to Plaintiffs within each document that

requires protection of confidentiality. If it is information that Plaintiff is not citing to in opposition to summary judgment, Plaintiff has no issue with redacted versions of the documents at issue. Nevertheless, these documents are relevant portions of transcripts of interview of the officers involved, including officers who used force against Murillo and witnessed the force being used against Murillo, use of force review by City officials, and evidence photographs, the entirety of which are relevant to Plaintiff's Opposition to Summary Judgment. Plaintiff also does not believe that the documents themselves nor any information contained within are confidential or privileged (see descriptions below).

7.     The following documents were designated as "Confidential" by the Defendants and are the subject of Plaintiffs' L.R. 79-5.2.2(b) application, and which are to be attached to the Declaration of Marcel F. Sincich ("Sincich Decl") in support of Plaintiffs' Opposition to Summary Judgment:

a.     "Exhibit 2" to Sincich Decl: relevant portions of the February 1, 2022, First Statement of Officer Kyle Griffin, produced by Defendants during discovery as CITY 1022-1043. This statement contains Officer Griffin's contemporaneous memory of the invents in question—the officer involved shooting of Murillo. Officer Griffin used deadly force against Murillo during this incident.

b.     "Exhibit 3" to Sincich Decl: relevant portions of the February 2, 2022, Second Statement of Officer Kyle Griffin, produced by Defendants during discovery as CITY 1044-1107. This statement contains Officer Griffin's contemporaneous memory of the invents in question—the officer involved shooting of Murillo. Officer Griffin used deadly force against Murillo during this incident.

c.     "Exhibit 5" to Sincich Decl: relevant portions of the February 1, 2022, First Statement of Officer Jesus Martinez, produced by Defendants during discovery as CITY 802-824. This statement contains Officer

Martinez's contemporaneous memory of the invents in question—the officer involved shooting of Murillo. Officer Martinez used deadly force against Murillo during this incident.

        d.     "Exhibit 6" to Sincich Decl: relevant portions of the February 2, 2022, Second Statement of Officer Jesus Martinez, produced by Defendants during discovery as CITY 825-890. This statement contains Officer Martinez's contemporaneous memory of the invents in question—the officer involved shooting of Murillo. Officer Martinez used deadly force against Murillo during this incident.

        e.     "Exhibit 7" to Sincich Decl: relevant portions of the February 2, 2022, Statement of Sergeant Francisco Alferez, produced by Defendants during discovery as CITY 1317-1388 and produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 903-974. This statement contains Sgt. Alferez's contemporaneous memory of the invents in question—the officer involved shooting of Murillo. Sgt. Alvarez was the incident commander of the incident and saw the shooting occur.

        f.     "Exhibit 8" to Sincich Decl: relevant portions of the February 8, 2022, Statement of Officer Nicholas Knolls, produced by Defendants during discovery as CITY 1211-1266 and produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 797-852. This statement contains Officer Knolls's contemporaneous memory of the invents in question—the officer involved shooting of Murillo. Officer Knolls was a senior officer positioned directly behind Defendant Officers Griffin and Martinez during the officer-involved shooting and who's body-worn camera captured the officer-involved shooting.

        g.     "Exhibit 9" to Sincich Decl: relevant portions of the February 2, 2022, Statement of Officer Eric Schlesinger, produced by Defendants during discovery as CITY 581-650 and produced by the County of Los Angeles

1   District Attorney's Office via Subpoena as LADA 352-411. This statement

2   contains Officer Schlesinger's contemporaneous memory of the invents in

3   question—the officer involved shooting of Murillo. Officer Schlesinger used

4   less-lethal force against Murillo during this incident.

5         h.      "Exhibit 10" to Sincich Decl: relevant portions of the February 7,

6   2022, Statement of Officer Daniel Frazer, produced by Defendants during

7   discovery as CITY 509-536 and produced by the County of Los Angeles

8   District Attorney's Office via Subpoena as LADA 270-297. This statement

9   contains Officer Frazer's contemporaneous memory of the invents in

10  question—the officer involved shooting of Murillo. Further, Officer Frazer

11  was positioned at the patrol vehicle in which Defendants were positioned

12  during the incident.

13        i.      "Exhibit 11" to Sincich Decl: relevant portions of the February

14  10, 2022, Statement of Officer Greorgiy Tykhomryov, produced by

15  Defendants during discovery as CITY 689-715 and produced by the County

16  of Los Angeles District Attorney's Office via Subpoena as LADA 450-477.

17  This statement contains Officer Tykhomryov's contemporaneous memory of

18  the invents in question—the officer involved shooting of Murillo. It is alleged

19  by Defendants that Officer Tykhomryov also attempted used less-lethal force

20  against Murillo during the incident.

21        j.      "Exhibit 12" to Sincich Decl: relevant portions of the February

22  22, 2022, Statement of Officer Joshua Carlos, produced by the County of Los

23  Angeles District Attorney's Office via Subpoena as LADA 595-645. This

24  statement contains Officer Carlos's contemporaneous memory of the invents

25  in question—the officer involved shooting of Murillo. Further, Officer Carlos

26  was positioned at the patrol vehicle in which Defendants were positioned

27  during the incident.

28

k.     "Exhibit 13" to Sincich Decl: relevant portions of the February
22, 2022, Statement of Officer Luis Lopez, produced by Defendants during
discovery as CITY 1108-1149 and produced by the County of Los Angeles
District Attorney's Office via Subpoena as LADA 694-735. This statement
contains Officer Lopez's contemporaneous memory of the invents in
question—the officer involved shooting of Murillo. Further, Officer Lopez
was positioned at the patrol vehicle in which Defendants were positioned
during the incident and went hands on with Murillo after the shooting.

l.     "Exhibit 14" to Sincich Decl: relevant portions of the February 2,
2022, Statement of Officer Marcos Gutierrez, produced by Defendants during
discovery as CITY 1150-1177 and produced by the County of Los Angeles
District Attorney's Office via Subpoena as LADA 736-763. This statement
contains Officer Gutierrez's contemporaneous memory of the invents in
question—the officer involved shooting of Murillo. Further, Officer Gutierrez
used less-lethal force against Murillo during the incident.

m.     "Exhibit 15" to Sincich Decl: relevant portions of the February 8,
2022, Statement of Officer Sabrina Martinez, produced by Defendants during
discovery as CITY 1267-1303 and produced by the County of Los Angeles
District Attorney's Office via Subpoena as LADA 853-889. This statement
contains Officer Martinez's contemporaneous memory of the invents in
question—the officer involved shooting of Murillo. Further, Officer Martinez
was positioned at the patrol vehicle in which Defendants were positioned
during the incident and went hands on with Murillo after the shooting.

n.     "Exhibit 16" to Sincich Decl: relevant portions of the February 4,
2022, Statement of Officer Michael Proni, produced by Defendants during
discovery as CITY 1178-1210 and produced by the County of Los Angeles
District Attorney's Office via Subpoena as LADA 764-796. This statement
contains Officer Proni's contemporaneous memory of the invents in

question—the officer involved shooting of Murillo. Further, Officer Proni was positioned near Officer Schlesinger during his 40mm deployment and saw Murillo exiting the house.

o.      "Exhibit 17" to Sincich Decl: relevant portions of the February 2, 2022, Statement of Officer Eduardo Piche, produced by Defendants during discovery as CITY 537-580 and produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 298-341. This statement contains Officer Piche's contemporaneous memory of the invents in question—the officer involved shooting of Murillo. Further, Officer Piche was positioned near Officer Schlesinger during his 40mm deployment and saw Murillo exiting the house.

p.      "Exhibit 18" to Sincich Decl: relevant portions of the County of Los Angeles Department of Medical Examiner-Coroner Autopsy Report of Decedent Jonathen Murillo-Nix, produced by Defendants during discovery as CITY 308-322. This record summarizes the findings of the Coroner, including the cause of Murillo's death, the contributing factors of his death, the manner of death, how many time Murillo was shot, where he was shot and the effect those shots had on his body—all directly related to the use of force used against Murillo during the incident.

q.      "Exhibit 19" to Sincich Decl: Los Angeles Force Investigation Division Report, produced by Defendants during discovery as CITY 208-246 and produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 11-46. This FID Report summarizes the evidence collected and provides an analysis of that evidence pertaining to this use of force incident, in part to be relied upon by the City in making their findings related to whether the use of deadly force was within necessary.

r.      "Exhibit 22" to Sincich Decl: photographs of involved officer weapons, produced by Defendants during discovery as CITY 1866, 1872,

1890, and 1906. These photographs include the 40mm, the beanbag shotgun, and the two lethal pistols all used against Murillo during the incident.

s.    "Exhibit 23" to Sincich Decl: photographs of involved officer weapons, produced by Defendants during discovery as CITY 1722, 1724, 1731, 1733, 1735, 1736, 1737, 1738, 1739, 1740, 1741, 1742, 1743, 1754, and 1757. These photographs include where the shootings took place, where the officers were positioned, the path Murillo took during the incident, and evidence markers of where items of evidence were located.

8.    The documents listed above were all produced to Plaintiff during discovery, and when they were produced, they were marked as confidential. The language of the Protective Order (Doc. 35) includes the burden of persuasion as to whether these documents are properly designated as confidential is on the designating party. Further, the protective order prohibits mass, indiscriminate, or routinized designations. Plaintiffs contend that the designations to these documents, which are all directly relevant to this civil rights action and necessary for the opposition of a dispositive motion, are just that.

9.    In accordance with L.R. 79-5.2.2, a copy of this Declaration was served on Defendant counsel, Kevin E. Gilbert, of the firm Orbach Huff + Henderson LLP, on Defendant City of Los Angeles's counsel, Christian R. Bojorquez, from the City Attorney's Office, and on Tomas A. Guterres, of Collins + Collins, LLP, on November 22, 2023.

10.    Attached hereto as "**Exhibit B**" is a true and correct copy of proof of service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 22nd day of November 2023.

*Marcel F. Sincich*
Marcel F. Sincich

"EXHIBIT A"

| | |
|---|---|
| **From:** | Kevin Gilbert |
| **To:** | Marcel Sincich; Tom Guterres; Vicki Wood; Dalekgalipo@yahoo.com; Cameron Sehat |
| **Cc:** | Jennifer Deleon; j.mikel@sehatlaw.com; chris.s@sehatlaw.com; Elena LaBella; Caroline Castillo; Carolyn M. Aguilar; Christian.bojorquez@lacity.gov; Jennifer Deleon; Karen Slyapich |
| **Subject:** | RE: 25019 | Maribel Murillo et al. vs. City of Los Angeles, et al. | USDC Case No. 2:22-cv-03188-DMG (SK) |
| **Date:** | Monday, November 20, 2023 06:07:10 |

==The officer statements, FID and Autopsy reports are all confidential and need to remain sealed, especially as they implicate third-party privacy rights and also include confidential personnel information related to officers that did not use lethal force.  I won't be able to pull the specific bates numbers until later, but will review them when I can to see if they need to remain confidential.==

**From:** Marcel Sincich <msincich@galipolaw.com>
**Sent:** Friday, November 17, 2023 11:15 AM
**To:** Kevin Gilbert <kgilbert@ohhlegal.com>; Tom Guterres <TGuterres@ccllp.law>; Vicki Wood <VWood@ccllp.law>; Dalekgalipo@yahoo.com; Cameron Sehat <cameron@sehatlaw.com>
**Cc:** Jennifer Deleon <jdeleon@galipolaw.com>; j.mikel@sehatlaw.com; chris.s@sehatlaw.com; Elena LaBella <elabella@ohhlegal.com>; Caroline Castillo <caroline.castillo@lacity.org>; Carolyn M. Aguilar <caguilar@ohhlegal.com>; Christian.bojorquez@lacity.gov; Jennifer Deleon <jdeleon@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Subject:** RE: 25019 | Maribel Murillo et al. vs. City of Los Angeles, et al. | USDC Case No. 2:22-cv-03188-DMG (SK)

Officer statements include officers Griffin, Martinez, Alferez, Carlos, Frazer, Gutierrez, Knolls, Lopez, S.Martinez, Piche, Proni, Schlesinger, and Tykhomyrov. The FID Report and the Autopsy Report are not broad categories of documents, but specific documents. Photos of officer weapons includes CITY 1866, 1872, 1890, and 1906. Scene photos include CITY 1722, 1724, 1731, 1733, 1735, 1736, 1737, 1738, 1739, 1740, 1741, 1742, 1743, 1754, and 1757.

For each of these, please list all information contained within that contains confidential or privileged information so that we can discuss redaction.

I am available to discuss in further detail. Please let me know when you are available. Thank you.

Very Respectfully,

**Marcel F. Sincich, Esq.**

Law Offices of Dale K. Galipo  | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367  |

Office: +1.818.347.3333  |  Fax: +1.818.347.4118  |  Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

**From:** Kevin Gilbert <kgilbert@ohhlegal.com>
**Sent:** Friday, November 17, 2023 10:17
**To:** Marcel Sincich <msincich@galipolaw.com>; Tom Guterres <TGuterres@ccllp.law>; Vicki Wood <VWood@ccllp.law>; Dalekgalipo@yahoo.com; Cameron Sehat <cameron@sehatlaw.com>
**Cc:** Jennifer Deleon <jdeleon@galipolaw.com>; j.mikel@sehatlaw.com; chris.s@sehatlaw.com; Elena LaBella <elabella@ohhlegal.com>; Caroline Castillo <caroline.castillo@lacity.org>; Carolyn M. Aguilar <caguilar@ohhlegal.com>; Christian.bojorquez@lacity.gov
**Subject:** RE: 25019 | Maribel Murillo et al. vs. City of Los Angeles, et al. | USDC Case No. 2:22-cv-03188-DMG (SK)


Please make sure to copy Elena LaBella (cc'd on this email) on further correspondence for this matter.  The joint Defendants agree that the videos do not need to be filed under seal.  However, the remaining categories of documents that you identify do still need to be filed under seal since they still contain confidential and privileged information – including implicating the privacy rights of third parties.  Since your request only addresses broad categories of documents and does not identify or provide the specific document(s) and information that is proposed to be filed, we cannot provide a more detailed and specific response.


Thanks,
Kevin



**From:** Marcel Sincich <msincich@galipolaw.com>
**Sent:** Thursday, November 16, 2023 11:12 AM
**To:** Tom Guterres <TGuterres@ccllp.law>; Vicki Wood <VWood@ccllp.law>; Christian.bojorquez@lacity.gov; Kevin Gilbert <kgilbert@ohhlegal.com>; Carolyn M. Aguilar <caguilar@ohhlegal.com>; Caroline Castillo <caroline.castillo@lacity.org>
**Cc:** dalekgalipo@yahoo.com; Cameron Sehat <cameron@sehatlaw.com>; Jennifer Deleon <jdeleon@galipolaw.com>; j.mikel@sehatlaw.com; chris.s@sehatlaw.com
**Subject:** RE: 25019 | Maribel Murillo et al. vs. City of Los Angeles, et al. | USDC Case No. 2:22-cv-03188-DMG (SK)

Dear counsel,

I hope all is well. Pursuant to LR 79-5.2.2, we request a meet and confer as soon as possible to discuss documents Plaintiff intend to use in opposition to summary judgment which either or all Defendants, City, and LADA have designated as "Confidential" pursuant to the protective order. Given the holidays, Plaintiff's opposition to summary judgment is likely to be filed on Wednesday November 22, 2023.

Plaintiff is attempting to eliminate or minimize the need to file documents under seal. We request that you agree to lift the confidential designation of these documents either as is or with redaction where necessary. Given that all these documents relate to the historical facts of this incident and the investigations thereafter, they are directly relevant to Defendants' motions for summary judgment and Plaintiff contends do not include anything confidential.

If Defendants, City, or LADA do not agree to lift the designation or identify anything confidential which can be redacted, in order to file exhibits regularly, Plaintiff will need to request leave of court on an *ex parte* basis no later than Monday November 20, 2023.

We wish to discuss the following documents:

- Officer Statements
- FID Report
- Evidence photographs (evidence markers, officer weapons and scene)
- Autopsy Report
- Videos of the incident produced by LADA

Please let me know when you are available to discuss this, I am available this afternoon and anytime tomorrow. We appreciate your prompt response.

Very Respectfully,

**Marcel F. Sincich, Esq.**

**Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT,

| | |
|---|---|
| **From:** | Kevin Gilbert |
| **To:** | Marcel Sincich; Tom Guterres; Vicki Wood; Dalekgalipo@yahoo.com; Cameron Sehat |
| **Cc:** | Jennifer Deleon; j.mikel@sehatlaw.com; chris.s@sehatlaw.com; Elena LaBella; Caroline Castillo; Carolyn M. Aguilar; Christian.bojorquez@lacity.gov |
| **Subject:** | RE: 25019 | Maribel Murillo et al. vs. City of Los Angeles, et al. | USDC Case No. 2:22-cv-03188-DMG (SK) |
| **Date:** | Friday, November 17, 2023 10:16:48 |

Please make sure to copy Elena LaBella (cc'd on this email) on further correspondence for this matter.  The joint Defendants agree that the videos do not need to be filed under seal. However, the remaining categories of documents that you identify do still need to be filed under seal since they still contain confidential and privileged information – including implicating the privacy rights of third parties.  Since your request only addresses broad categories of documents and does not identify or provide the specific document(s) and information that is proposed to be filed, we cannot provide a more detailed and specific response.

Thanks,
Kevin

**From:** Marcel Sincich <msincich@galipolaw.com>
**Sent:** Thursday, November 16, 2023 11:12 AM
**To:** Tom Guterres <TGuterres@ccllp.law>; Vicki Wood <VWood@ccllp.law>; Christian.bojorquez@lacity.gov; Kevin Gilbert <kgilbert@ohhlegal.com>; Carolyn M. Aguilar <caguilar@ohhlegal.com>; Caroline Castillo <caroline.castillo@lacity.org>
**Cc:** dalekgalipo@yahoo.com; Cameron Sehat <cameron@sehatlaw.com>; Jennifer Deleon <jdeleon@galipolaw.com>; j.mikel@sehatlaw.com; chris.s@sehatlaw.com
**Subject:** RE: 25019 | Maribel Murillo et al. vs. City of Los Angeles, et al. | USDC Case No. 2:22-cv-03188-DMG (SK)

Dear counsel,

I hope all is well. Pursuant to LR 79-5.2.2, we request a meet and confer as soon as possible to discuss documents Plaintiff intend to use in opposition to summary judgment which either or all Defendants, City, and LADA have designated as "Confidential" pursuant to the protective order. Given the holidays, Plaintiff's opposition to summary judgment is likely to be filed on Wednesday November 22, 2023.

Plaintiff is attempting to eliminate or minimize the need to file documents under seal. We request that you agree to lift the confidential designation of these documents either as is or with redaction where necessary. Given that all these documents relate to the historical facts of this incident and the investigations thereafter, they are directly relevant to Defendants' motions for summary judgment and Plaintiff contends do not include anything confidential.

If Defendants, City, or LADA do not agree to lift the designation or identify anything confidential which can be redacted, in order to file exhibits regularly, Plaintiff will need to request leave of court on an *ex parte* basis no later than Monday November 20, 2023.

We wish to discuss the following documents:
- Officer Statements
- FID Report
- Evidence photographs (evidence markers, officer weapons and scene)
- Autopsy Report
- Videos of the incident produced by LADA

Please let me know when you are available to discuss this, I am available this afternoon and anytime tomorrow. We appreciate your prompt response.

Very Respectfully,

**Marcel F. Sincich, Esq.**

**Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT,

| From: | Tom Guterres |
|---|---|
| To: | Marcel Sincich; Vicki Wood; Christian.bojorquez@lacity.gov; kgilbert@ohhlegal.com; caguilar@ohhlegal.com; Caroline Castillo |
| Cc: | dalekgalipo@yahoo.com; Cameron Sehat; Jennifer Deleon; j.mikel@sehatlaw.com; chris.s@sehatlaw.com |
| Subject: | RE: 25019 | Maribel Murillo et al. vs. City of Los Angeles, et al. | USDC Case No. 2:22-cv-03188-DMG (SK) |
| Date: | Thursday, November 16, 2023 12:28:26 |
| Attachments: | image001.png |

==On behalf of the DA's Office we will defer to the City as the majority of the documents at issue are City documents and/or involve LAPD Officer information.==
Thank you for reaching out.

**Tomas A. Guterres**
Attorney at Law

**T**: 626-243-1100 | **C**: 626-278-5007
790 E. Colorado Boulevard, Suite 600
Pasadena, CA 91101
tguterres@ccllp.law
**www.ccllp.law**

 

Pasadena 626-243-1100 - Orange 714-823-4100 - San Diego 760-274-2110
Northern California 510-844-5100 - Inland Empire 909-581-6100 - Nevada 725-258-3110

PLEASE NOTE: The information contained in this e-mail transmission is intended to be sent only to the stated recipient of the e-mail. If the reader of this message is not the intended recipient or the intended recipient's agent, you are hereby notified that we do not intend to waive any privilege that might ordinarily attach to this communication and that any dissemination, distribution, or copying of the information contained in this e-mail is therefore prohibited. You are further asked to notify us of any such error in transmission as soon as possible at the telephone number shown below and to delete the e-mail. Thank you for your cooperation.

**From:** Marcel Sincich <msincich@galipolaw.com>
**Sent:** Thursday, November 16, 2023 11:12 AM
**To:** Tom Guterres <TGuterres@ccllp.law>; Vicki Wood <VWood@ccllp.law>; Christian.bojorquez@lacity.gov; kgilbert@ohhlegal.com; caguilar@ohhlegal.com; Caroline Castillo <caroline.castillo@lacity.org>
**Cc:** dalekgalipo@yahoo.com; Cameron Sehat <cameron@sehatlaw.com>; Jennifer Deleon <jdeleon@galipolaw.com>; j.mikel@sehatlaw.com; chris.s@sehatlaw.com
**Subject:** RE: 25019 | Maribel Murillo et al. vs. City of Los Angeles, et al. | USDC Case No. 2:22-cv-03188-DMG (SK)

Dear counsel,

I hope all is well. Pursuant to LR 79-5.2.2, we request a meet and confer as soon as possible to discuss documents Plaintiff intend to use in opposition to summary judgment which either or all Defendants, City, and LADA have designated as "Confidential" pursuant to the protective order. Given the holidays, Plaintiff's opposition to summary judgment is likely to be filed on Wednesday November 22, 2023.

Plaintiff is attempting to eliminate or minimize the need to file documents under seal. We request that you agree to lift the confidential designation of these documents either as is or

with redaction where necessary. Given that all these documents relate to the historical facts of this incident and the investigations thereafter, they are directly relevant to Defendants' motions for summary judgment and Plaintiff contends do not include anything confidential.

If Defendants, City, or LADA do not agree to lift the designation or identify anything confidential which can be redacted, in order to file exhibits regularly, Plaintiff will need to request leave of court on an *ex parte* basis no later than Monday November 20, 2023.

We wish to discuss the following documents:
- Officer Statements
- FID Report
- Evidence photographs (evidence markers, officer weapons and scene)
- Autopsy Report
- Videos of the incident produced by LADA

Please let me know when you are available to discuss this, I am available this afternoon and anytime tomorrow. We appreciate your prompt response.

Very Respectfully,

**Marcel F. Sincich, Esq.**

**Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT,

"EXHIBIT B"

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action.  My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On November 22, 2023, I served the foregoing document described as: **LOCAL RULE 79-5.2.2(b) DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the attached service list.

METHOD OF SERVICE

☒  (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the addresses as indicated on the attached service list.

☐  I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☒  I placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of this office for the collection, processing and mailing of documents.  On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒  (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

☐  (BY FEDERAL EXPRESS)  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as indicated on the attached service list.  I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 22, 2023, at Woodland Hills, California.

_____
*Karen Slyapich*
Karen Slyapich

-10-            Case No. 2:22-cv-03188 DMG (SKx)
DECLARATION OF MARCEL F. SINCICH

<u>SERVICE LIST</u>

Kevin E. Gilbert, Esq.
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq.
caguilar@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918
Attorneys for Defendants
OFFICER JESUS MARTINEZ and OFFICER KYLE GRIFFIN


HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
SCOTT MARCUS, Chief Assistant City Attorney
CORY M. BRENTE, Senior Assistant City Attorney
CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023; Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org
Attorneys for Defendant CITY OF LOS ANGELES


Counsel for the Los Angeles District Attorney's Office:
Tomas A. Guterres
COLLINS + COLLINS, LLP
T: 626-243-1100
790 E. Colorado Boulevard, Suite 600
Pasadena, CA 91101
tguterres@ccllp.law