"EXHIBIT 9"