"EXHIBIT 10"