# "EXHIBIT 11"

Case 2:22-cv-03188-DMG-SK   Document 49-10   Filed 11/22/23   Page 5 of 16   Page ID #:783

Case 2:22-cv-03188-DMG-SK   Document 49-10   Filed 11/22/23   Page 15 of 16   Page ID #:793