"EXHIBIT 12"