# "EXHIBIT 22"