"EXHIBIT 23"