# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest Of The Estate of deceased, JONATHAN MURILLO-NIX,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-03188 DMG (SKx)<br><br>[*Honorable Dolly M. Gee*]<br>*Magistrate Judge Steve Kim*<br><br>**[PROPOSED] ORDER [*DENYING*] PLAINTIFF'S APPLICATION FOR LEAVE TO FILE EXHIBITS UNDER SEAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having Considered Plaintiffs' Application for Leave to File Documents Under Seal, this Court finds that:

Upon GOOD CAUSE, Plaintiffs' Application To File Under Seal Is DENIED. The following documents attached to the Declaration of Marcel F. Sincich in support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgement are to be **FILED REGULARLY** though the Court's CM/ECF system:

OR

Upon GOOD CAUSE, Plaintiffs' Application To File Under Seal Is GRANTED. The following documents attached to the Declaration of Marcel F. Sincich in support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgement are to be FILED UNDER SEAL:

(1) the first Statement of Defendant Officer Kyle Griffin; (2) the second Statement of Defendant Officer Kyle Griffin; (3) the first Statement of Defendant Officer Jesus Martinez; (4) the second Statement of Defendant Officer Jesus Martinez; (5) the Statement of involved Sgt. Francisco Alferez; (6) the Statement of involved Officer Nicholas Knolls; (7) the Statement of involved Officer Eric Schlesinger; (8) the Statement of involved Officer Daniel Frazer; (9) the Statement of involved Officer Georgiy Tykhomyrov; (10) the Statement of involved Officer Joshua Carlos; (11) the Statement of involved Officer Luis Lopez; (12) the Statement of involved Officer Marcos Gutierrez; (13) the Statement of involved Officer Sabrina Martinez; (14) the Statement of involved Officer Michael Proni; (15) the Statement of involved Officer Eduardo Piche; (16) the Autopsy Report of Decedent Murillo; (17) the Los Angeles Force Investigation Division Report; (18) photographs of officer weapons; and (19) scene photographs.

**IT IS SO ORDERED.**

DATED:

_____
Honorable Dolly M. Gee
United States District Court Judge