UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest Of The Estate of deceased, JONATHAN MURILLO-NIX,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>    Defendants. | Case No. CV 22-3188 DMG (SKx)<br><br>**ORDER *GRANTING* PLAINTIFF'S APPLICATION FOR ORDER DENYING LEAVE TO FILE EXHIBITS UNDER SEAL [49]** |

Having considered Plaintiff's *Ex Parte* Application for an Order Denying Leave to File Under Seal Exhibits Under Seal [Doc. # 49], the Court finds that Plaintiff has complied with L.R. 79-5.2.2(b), regarding the procedure for documents designated by another as confidential pursuant to a protective order.  Defendants have not timely filed their responsive declaration, however, and therefore the Court **GRANTS** the application such that Plaintiff's exhibits may be filed regularly on the docket and not under seal.  *Cf.* L.R. 79-5.2.2(b) ("[The designating parties' f]ailure to file a declaration or other required document may be deemed sufficient grounds for denying the Application [to file documents under seal].").

-1-

The following documents attached to the Declaration of Marcel F. Sincich in support of Plaintiff's Opposition to Defendants' Motions for Summary Judgement are to be **FILED REGULARLY** though the Court's CM/ECF system:

(1) the first Statement of Defendant Officer Kyle Griffin; (2) the second Statement of Defendant Officer Kyle Griffin; (3) the first Statement of Defendant Officer Jesus Martinez; (4) the second Statement of Defendant Officer Jesus Martinez; (5) the Statement of involved Sgt. Francisco Alferez; (6) the Statement of involved Officer Nicholas Knolls; (7) the Statement of involved Officer Eric Schlesinger; (8) the Statement of involved Officer Daniel Frazer; (9) the Statement of involved Officer Georgiy Tykhomyrov; (10) the Statement of involved Officer Joshua Carlos; (11) the Statement of involved Officer Luis Lopez; (12) the Statement of involved Officer Marcos Gutierrez; (13) the Statement of involved Officer Sabrina Martinez; (14) the Statement of involved Officer Michael Proni; (15) the Statement of involved Officer Eduardo Piche; (16) the Autopsy Report of Decedent Murillo; (17) the Los Angeles Force Investigation Division Report; (18) photographs of officer weapons; and (19) scene photographs.

Plaintiff shall file an unredacted version of the documents within three (3) court days of this Order.

**IT IS SO ORDERED.**

DATED: November 29, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE