**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074 (*lead counsel*)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sethatlaw.com
5100 Campus Dr., Suite 200
Newport Beach, CA 92660
Tel:   (949) 825-5200
Fax:   (949) 313-5001

*Attorneys for Plaintiff*
MARIBEL MURILLO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest of the estate of deceased, JONATHAN MURILLO-NIX,<br><br>              Plaintiff,<br><br>       vs.<br><br>CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No.: 2:22-cv-03188 DMG (SKx)<br><br>[*Honorable Dolly M. Gee*]<br>*Magistrate Judge Steve Kim*<br><br>**DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT**<br><br>MSJ Date:   December 15, 2023<br>Time:          9:30 a.m.<br>Judge:         Hon. Dolly M. Gee<br>Courtroom  8C, 8th Floor |

# DECLARATION OF MARCEL F. SINCICH

I, Marcel F. Sincich, hereby declare as follows:

I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiff. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Doc. 44). I have personal knowledge of the facts contained herein and could testify competently thereto if called.

1. Attached hereto as "**Exhibit 1**" is a true and correct copy of the relevant portions of the September 27, 2023, Deposition Transcript of Defendant Officer Kyle Griffin **("Exh. 1, Griffin Depo.")**.

2. Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant portions of the February 1, 2022, First Statement of Officer Kyle Griffin **("Exh. 2, Griffin Statement I")**, produced by Defendants during discovery as CITY 1022-1043. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

3. Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant portions of the February 2, 2022, Second Statement of Officer Kyle Griffin **("Exh. 3, Griffin Statement II")**, produced by Defendants during discovery as CITY 1044-1107. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

4. Attached hereto as "**Exhibit 4**" is a true and correct copy of the relevant portions of the September 27, 2023, Deposition Transcript of Defendant Officer Jesus Martinez **("Exh. 4, Martinez Depo.")**.

5. Attached hereto as "**Exhibit 5**" is a true and correct copy of the relevant portions of the February 1, 2022, First Statement of Officer Jesus Martinez **("Exh. 5, Martinez Statement I")**, produced by Defendants during discovery as

CITY 802-824. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

6. Attached hereto as "**Exhibit 6**" is a true and correct copy of the relevant portions of the February 2, 2022, Second Statement of Officer Jesus Martinez (**"Exh. 6, Martinez Statement II"**), produced by Defendants during discovery as CITY 825-890. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

7. Attached hereto as "**Exhibit 7**" is a true and correct copy of the relevant portions of the February 2, 2022, Statement of Sergeant Francisco Alferez (**"Exh. 7, Alferez Statement"**), produced by Defendants during discovery as CITY 1317-1388 and produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 903-974. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

8. Attached hereto as "**Exhibit 8**" is a true and correct copy of the relevant portions of the February 8, 2022, Statement of Officer Nicholas Knolls (**"Exh. 8, Knolls Statement"**), produced by Defendants during discovery as CITY 1211-1266 and produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 797-852. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

9. Attached hereto as "**Exhibit 9**" is a true and correct copy of the relevant portions of the February 2, 2022, Statement of Officer Eric Schlesinger (**"Exh. 9, Schlesinger Statement"**), produced by Defendants during discovery as CITY 581-650 and produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 352-411. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

10. Attached hereto as "**Exhibit 10**" is a true and correct copy of the relevant portions of the February 7, 2022, Statement of Officer Daniel Frazer (**"Exh. 10, Frazer Statement"**), produced by Defendants during discovery as CITY 509-

536 and produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 270-297. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

11. Attached hereto as "**Exhibit 11**" is a true and correct copy of the relevant portions of the February 10, 2022, Statement of Officer Greorgiy Tykhomryov **("Exh. 11, Tykhomryov Statement")**, produced by Defendants during discovery as CITY 689-715 and produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 450-477. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

12. Attached hereto as "**Exhibit 12**" is a true and correct copy of the relevant portions of the February 22, 2022, Statement of Officer Joshua Carlos **("Exh. 12, Carlos Statement")**, produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 595-645. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

13. Attached hereto as "**Exhibit 13**" is a true and correct copy of the relevant portions of the February 22, 2022, Statement of Officer Luis Lopez **("Exh. 13, Lopez Statement")**, produced by Defendants during discovery as CITY 1108-1149 and produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 694-735. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

14. Attached hereto as "**Exhibit 14**" is a true and correct copy of the relevant portions of the February 2, 2022, Statement of Officer Marcos Gutierrez **("Exh. 14, Gutierrez Statement")**, produced by Defendants during discovery as CITY 1150-1177 and produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 736-763. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

15. Attached hereto as "**Exhibit 15**" is a true and correct copy of the relevant portions of the February 8, 2022, Statement of Officer Sabrina Martinez

**("Exh. 15, S.Martinez Statement")**, produced by Defendants during discovery as CITY 1267-1303 and produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 853-889. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

16.  Attached hereto as "**Exhibit 16**" is a true and correct copy of the relevant portions of the February 4, 2022, Statement of Officer Michael Proni **("Exh. 16, Proni Statement")**, produced by Defendants during discovery as CITY 1178-1210 and produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 764-796. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

17.  Attached hereto as "**Exhibit 17**" is a true and correct copy of the relevant portions of the February 2, 2022, Statement of Officer Eduardo Piche **("Exh. 17, Piche Statement")**, produced by Defendants during discovery as CITY 537-580 and produced by the County of Los Angeles District Attorney's Office via Subpoena as LADA 298-341. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

18.  Attached hereto as "**Exhibit 18**" is a true and correct copy of the relevant portions of the County of Los Angeles Department of Medical Examiner-Coroner Autopsy Report of Decedent Jonathen Murillo-Nix **("Exh. 18, Autopsy Report")**, produced by Defendants during discovery as CITY 308-322. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

19.  Attached hereto as "**Exhibit 19**" is a true and correct copy of the select photographs taken during the autopsy of Decedent Jonathen Murillo-Nix **("Exh. 19, Autopsy Photos")**.

20.  Attached hereto as "**Exhibit 20**" is a true and correct copy of the Los Angeles Force Investigation Division Report **("Exh. 20, FID Report")**, produced by Defendants during discovery as CITY 208-246 and produced by the County of

Los Angeles District Attorney's Office via Subpoena as LADA 11-46. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

21. Attached hereto as "**Exhibit 21**" is a true and correct copy of the January 10, 2023, Abridged Summary Categorical Use of Force Incident and Findings by the Los Angeles Board of Police Commissioners **("Exh. 21, BOPC Findings")**, published on the Los Angeles Police Department website at (https://lapdonlinestrgeacc.blob.core.usgovcloudapi.net/lapdonlinemedia/004-22-PR-OIS-FINAL.pdf.).

22. Attached hereto as "**Exhibit 22**" is a true and correct copy of the select photographs of involved officer weapons, **("Exh. 22, Officer Weapons Photos")**, produced by Defendants during discovery. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

23. Attached hereto as "**Exhibit 23**" is a true and correct copy of the select photographs of the incident scene, **("Exh. 23, Scene Photos")**, produced by Defendants during discovery. [Subject to this Court's ruling on Plaintiff's request to file under seal, Doc. 49.]

24. Attached hereto as "**Exhibit 24**" is a true and correct copy of the relevant portion of the Officer Eric Schlesinger Body-Worn Camera Video of the Officer-Involved Shooting Incident **("Exh. 24, Schlesinger BWC of OIS")**, produced as is by the County of Los Angeles District Attorney's Office via Subpoena and the full-length video produced by Defendants during discovery as CITY 2238. This is a video file and will be lodged manually with the Court pursuant to Local Rule 11-5.1.

25. Attached hereto as "**Exhibit 25**" is a true and correct copy of the relevant portion of the Officer Marcos Gutierrez Body-Worn Camera Video of the Officer-Involved Shooting Incident **("Exh. 25, Gutierrez BWC of OIS")**, produced as is by the County of Los Angeles District Attorney's Office via Subpoena and the

1  full-length video produced by Defendants during discovery as CITY 2245. This is a
2  video file and will be lodged manually with the Court pursuant to Local Rule 11-5.1.
3       26.    Attached hereto as "**Exhibit 26**" is a true and correct copy of the
4  relevant portion of the Officer Marcos Gutierrez Body-Worn Camera Video of the
5  Officer-Involved Shooting Incident at 12 frames per second **("Exh. 26, Gutierrez**
6  **BWC at 12fps")**, produced as is by the County of Los Angeles District Attorney's
7  Office via Subpoena and the full-length video produced by Defendants during
8  discovery as CITY 2245. This is a video file and will be lodged manually with the
9  Court pursuant to Local Rule 11-5.1.
10      27.    Attached hereto as "**Exhibit 27**" is a true and correct copy of
11 **Screenshots of the Officer Marcos Gutierrez Body-Worn Camera Video of the**
12 **Officer-Involved Shooting Incident**.
13      28.    Attached hereto as "**Exhibit 28**" is a true and correct copy of the
14 relevant portion of the Officer Kyle Griffin Body-Worn Camera Video of the
15 Officer-Involved Shooting Incident **("Exh. 28, Griffin BWC of OIS")**, produced as
16 is by the County of Los Angeles District Attorney's Office via Subpoena and the
17 full-length video produced by Defendants during discovery as CITY 2256. This is a
18 video file and will be lodged manually with the Court pursuant to Local Rule 11-5.1.
19      29.    Attached hereto as "**Exhibit 29**" is a true and correct copy of the
20 relevant portion of the Officer Kyle Griffin Body-Worn Camera Video of the
21 Officer-Involved Shooting Incident at 12 frames per second **("Exh. 29, Griffin**
22 **BWC at 12fps")**, produced as is by the County of Los Angeles District Attorney's
23 Office via Subpoena and the full-length video produced by Defendants during
24 discovery as CITY 2256. This is a video file and will be lodged manually with the
25 Court pursuant to Local Rule 11-5.1.
26      30.    Attached hereto as "**Exhibit 30**" is a true and correct copy of
27 **Screenshots of the Officer Kyle Griffin Body-Worn Camera Video of the**
28 **Officer-Involved Shooting Incident**.

31. Attached hereto as "**Exhibit 31**" is a true and correct copy of the relevant portion of the Officer Jesus Martinez Body-Worn Camera Video of the Officer-Involved Shooting Incident **("Exh. 31, Martinez BWC of OIS")**, produced as is by the County of Los Angeles District Attorney's Office via Subpoena and the full-length video produced by Defendants during discovery as CITY 2257. This is a video file and will be lodged manually with the Court pursuant to Local Rule 11-5.1.

32. Attached hereto as "**Exhibit 32**" is a true and correct copy of the relevant portion of the Officer Jesus Martinez Body-Worn Camera Video of the Officer-Involved Shooting Incident at 12 frames per second **("Exh. 32, Martinez BWC at 12fps")**, produced as is by the County of Los Angeles District Attorney's Office via Subpoena and the full-length video produced by Defendants during discovery as CITY 2257. This is a video file and will be lodged manually with the Court pursuant to Local Rule 11-5.1.

33. Attached hereto as "**Exhibit 33**" is a true and correct copy of **Screenshots of the Officer Nicholas Knolls Body-Worn Camera Video of the Officer-Involved Shooting Incident**.

34. Attached hereto as "**Exhibit 34**" is a true and correct copy of the relevant portion of the Officer Nicholas Knolls Body-Worn Camera Video of the Officer-Involved Shooting Incident **("Exh. 34, Knolls BWC of OIS")**, produced as is by the County of Los Angeles District Attorney's Office via Subpoena and the full-length video produced by Defendants during discovery as CITY 2250. This is a video file and will be lodged manually with the Court pursuant to Local Rule 11-5.1.

35. Attached hereto as "**Exhibit 35**" is a true and correct copy of the relevant portion of the Officer Nicholas Knolls Body-Worn Camera Video of the Officer-Involved Shooting Incident at 12 frames per second **("Exh. 35, Knolls BWC at 12fps")**, produced as is by the County of Los Angeles District Attorney's Office via Subpoena and the full-length video produced by Defendants during

discovery as CITY 2250. This is a video file and will be lodged manually with the Court pursuant to Local Rule 11-5.1.

36. Attached hereto as "**Exhibit 36**" is a true and correct copy of the screenshots to the body-worn camera videos of Officers Gutierrez, Griffin, and Knolls which are attached above as Exhibits 26, 28, and 35 respectively, combined with annotation of time when force was used. Plaintiff submits this Exhibit as a demonstrative to assist the Court. The Court has the authority to control the mode of presenting evidence. Fed. R. Evid. 611. The Court can accept this demonstrative because producing and evaluating every frame of multiple videos simultaneously would constitute voluminous photographs that cannot be conveniently examined by the Court. Fed. R. Evid. 1006. Plaintiff's demonstratives streamline the process of viewing the objective facts, including in the light most favorable to the non-movants, by synthesizing the videos into graphics that show Defendants' inconsistencies and contradictions. *See Scott v. Henrich*, 39 F.3d 912, 915 (9th Cir. 1994; *Sandifer v. U.S. Steel Corp.*, 678 F.3d 590, 592 (7th Cir. 2012), aff'd, 571 U.S. 220 (2014) (stating, "since a picture is worth a thousand words, here is a photograph of a man modeling the clothes"); *Atwood v. Ryan*, 870 F3.d 1033, 1066-79 (9th Cir. 2017); *United States v. Kelly*, 874 F.3d 1037, 1045 (9th Cir. 2017).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 22nd day of November 2023.

_____

_____
Marcel F. Sincich