"EXHIBIT 3"

<u>**STATEMENT OF**</u>

# POLICE OFFICER II KYLE GRIFFIN (2nd Intv.)

Senior Administrative Clerk V. Shaw, Serial No. N4488, reviewed the digital recording (TP97253, F004-22) and transcription of Officer Griffin's interview. The inaudible recordings that were clearly audible are listed below. All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|---|---|---|
| 04 | 14 | DELETE: **in** my |
| 04 | 24 | ADD: **assigned** partner |
| 10 | 03 | REPLACE: war WITH: **was** |
| 10 | 06 | REPLACE: was WITH: **as** |
| 10 | 09 | REPLACE: I WITH: **And** |
| 12 | 04 | REPLACE: neighbors WITH: **neighboring** |
| 12 | 12 | DELETE: **go** |
| 15 | 11 | REPLACE: while WITH: **white** |
| 20 | 05 | REPLACE: it WITH: **he** |
| 21 | 02 | REPLACE: that WITH: **they** |
| 22 | 15 | REPLACE: what WITH: **when** |
| 24 | 04 | REPLACE: also WITH: **always** |
| 25 | 02 | REPLACE: time WITH: **times** |
| 27 | 17/18 | REPLACE: we'd WITH: **we didn't** |
| 27 | 23 | REPLACE: wouldn't WITH: **would** |
| 28 | 22/23 | REPLACE: moral he's WITH: **Morales** |
| 28 | 25 | REPLACE: Noles WITH: **Knolls** (*throughout*) |
| 29 | 06 | REPLACE: mine us WITH: **minus** |
| 37 | 21 | REPLACE: my WITH: **the** |
| 38 | 19 | REPLACE: Right WITH: **INAUDIBLE** |
| 42 | 14 | ADD: **DETECTIVE RHEAULT:** At any point, did you |
| 45 | 09 | REPLACE: I WITH: that **INAUDIBLE** fired |
| 48 | 04 | UNINTELLIGIBLE: **terms to** |
| 48 | 16 | REPLACE: heading WITH: **aiming** |
| 49 | 10 | REPLACE: the WITH: **so** |
| 51 | 07 | ADD: **OFFICER GRIFFIN:** I know an officer |
| 51 | 09 | REPLACE: UNINTELLIGIBLE was fired WITH: **when I was firing** |
| 56 | 04 | REPLACE: possible WITH: **possibly** |
| 56 | 13/16 | REPLACE: DETECTIVE FULLER WITH: **ATTORNEY WINSLOW** |
| 61 | 04 | REPLACE: could WITH: **to** |

CONFIDENTIAL

**LOS ANGELES POLICE DEPARTMENT**

| | |
|---|---|
| In the Matter of: | ) |
| Officer-Involved Shooting | ) FID No. 004-22 |
| Transcription of Taped Interview | ) |
| Of Kyle Griffin | ) |
| | ) |

MURILLO V. COLA

CV22-03188 DMG(SKx)

### TRANSCRIPTION OF TAPE RECORDED INTERVIEW
### OF OFFICER II KYLE GRIFFIN

SUBJECT TO

PROTECTIVE ORDER

Transcribed by:
Andrew Dayton
CSR No. 13353

Job Number:
TP97253

CONFIDENTIAL

CITY   0001045

1       Los Angeles Police Department

2       CD No. Griffin2

3

4       DETECTIVE RHEAULT:  Today's date is February 2nd,

5       2022.  The time now is 1655 hours.  I'm Detective

6       Anthony Rheault.  First name, common spelling.  Last

7       name is spelled R-h-e-a-u-l-t.  Serial Number 33961.

8       Assigned to Force Investigation Division.  And I'm here

9       at Foothill Station to interview Police Officer II Kyle

10      Griffin.

11      First name is spelled phonetically King, Young,

12      Lincoln, Edward.  Last name, George, Robert, Ida, Frank,

13      Frank, Ida, Nora.  Serial Number 42066, regarding an

14      officer-involved shooting incident that occurred at

15      12935 Desmond Street spelled David, Edward, Sam, Mary,

16      Ocean, Nora, David.

17      It occurred on February 1st, 2022.  The interview is

18      being digitally recorded.

19      Also present for the interview is?

20      DETECTIVE FULLER:  Detective Justin Fuller,

21      J-u-s-t-i-n, F-u-l-l-e-r.  Serial Number 37232.  Force

22      Investigation Division.

23      ATTORNEY WINSLOW:  David Winslow, W-i-n-s-l-o-w.

24      Attorney for Officer Griffin.

25      DETECTIVE RHEAULT:  Officer Griffin, has everyone in

2

1       Sergeant Alferez pulled out the primary unit, which

2   was in the backyard, and had them replaced with Morales

3   and Rodriguez so that the primary unit could -- could go

4   meet with the family and the CP kind of conduct the

5   investigation and figure out what we had going on inside

6   the house, you know, to get the specifics of why -- you

7   know, what we needed to do and -- and, you know, what

8   the suspect was -- if he had committed any crimes.

9       After they came out, I heard, "Hey, we have a good

10  criminal threats and the sus" -- you know, the suspect

11  is -- they're going to sign an IR for him for criminal

12  threats.  So I knew we had -- we had a felonious crime

13  and that he had threatened the family.  I also heard

14  while this is going on the -- one of the officers, a

15  female officer, I don't recall her name, would --

16  started to -- started to broadcast over the PA system

17  trying to communicate with the suspect.

18      You know, trying different things, telling him,

19  "Hey, we just want you to come out.  You know, we just

20  want this to end peacefully.  We're trying -- we're here

21  to help you."

22      The suspect kept yelling out the window, "Hey."

23      You know, I couldn't hear exactly what he was saying

24  all the time but I could hear that he was yelling and it

25  was, you know, in an aggressive manner, and he was still

11



1   upset about his family and why we were there.  I could

2   also hear the -- Sergeant Alferez redeploying officers,

3   so he pulled out Morales and Rodriguez from the backyard

4   and had them go to the neighbors yards and then had all

5   the officers go -- he made sure that all the officers

6   were no longer in the backyard and they were on the back

7   side of fences so they were all -- they all had a fence

8   for coverage on the outside to completely establish

9   containment.

10       After a while, the female officer's, you know,

11  trying to speak through the PA, it became apparent that,

12  you know, he -- he wasn't listen to go her.  He was

13  calling her -- you know, I heard him call her a bitch at

14  one point and, you know, let someone else speak, so

15  shortly after that, another officer, I believe it was my

16  partner, got on the PA and also tried to -- tried to

17  speak and say that, you know, say the same things, hey,

18  just come on out.  We want you to come out with your

19  hands up.  We don't want anything to happen to you.

20  Just come out, and that we weren't going anywhere.

21       Sergeant Alferez picked up the PA and he also said,

22  "Hey, look."  He kind of gave him a warning.  "Hey,

23  look.  You know, you got to come out.  If you don't come

24  out, you know, with your hands up, then lethal for" --

25  or, less lethal force is going to be used against him in

12

1    that.  It's either going to hurt him or it could

2    possibly kill him.

3        And then Officer Lopez continued to -- he grabbed

4    the -- he got the PA again and continued to try to just

5    talk to him.  But it seemed like everything that he was

6    saying, nothing was getting the point across.  He just

7    kept saying the same thing.  He kept talking about his -

8    - you know, just screaming out the window, kind of

9    rambling on.

10       He kept going from either the -- the window next to

11   the door, and then every once in a while, he would go to

12   the window on the one-side, the one on the -- the one-

13   side, but it was on the more eastern window, and he

14   would yell things out that window.  At one point, I saw

15   him throw something out that window.  I don't know

16   exactly what it was but I could tell that it was on fire

17   and sparking.

18       I said -- you know, so I kind of said, "Hey, he

19   threw something out the window."

20       I wasn't aware of exactly what it was.  That caused

21   a little bit of smoke to come from that window.  But

22   then he -- the suspect went back into the -- to the

23   house to -- and I think to the original room that he was

24   towards the window where the -- next to the door.  While

25   he was inside, I could hear him beating on things.  I

13

1    don't know if he was punching walls or smacking things,

2    but I could hear him -- hear him hitting things on the

3    inside.

4        Throughout the whole thing, every time he would come

5    to the window, he would just do it briefly to yell and

6    then he would go back out of view.  After a little bit

7    of Officer Lopez trying to communicate with him, they

8    switched it up, and then Officer Martinez took over and

9    he tried to -- to reason with him.  You know, offering

10   him a smoke, saying, "We'll give you a smoke if you come

11   outside," but the same thing, it didn't seem to work.

12        I could hear at one point that -- that they said

13   that MEU was en route.  And then I also heard them

14   broadcast that there was still at least one person

15   inside the garage at the location.  So I heard them get

16   a team together, four officers, and broadcast that they

17   were going to go in to get those -- those -- that person

18   out.

19        So the -- I watched the team went around, you know,

20   to the two-side and towards the back of the house and

21   made contact with the person in there who ended up being

22   a -- got a female and a male.  So then they announced

23   that they were coming back out and they -- so they

24   pulled those people out and then at that point, we kind

25   of made the determination that nobody else was inside

14

1    the house based off of the officers speaking with the

2    family, they broadcast that nobody else was inside the

3    house.

4        We continued the -- to try and communicate with him

5    through the PA.  And the suspect just continued to yell

6    things.  He kept saying that his, you know, his

7    stepfather was a rat.  And he kept -- he kept saying

8    things about, you know, that the white people were going

9    to show up and that the Hispanics seemed to -- to kind

10   of like step up and -- and, you know, go against them

11   and stand up against the while people.  So to me, that

12   seemed like he was --

13       You know, it kind of either on something or, you

14   know, un -- just aggressive and -- and at this moment,

15   very hateful.  I communicated to an officer on the PA.

16   I said, "Hey, you know, maybe try speaking in Spanish

17   because it seems like, you know, he -- he doesn't like

18   white people, and if he thinks that there's someone that

19   speaks Spanish out here, we might be able to reason with

20   him a little more."

21       The suspect just continued to, again, to yell more.

22   He kept talking and speaking between English and Spanish

23   and talking about his stepdad running away and

24   abandoning the family.  And, you know, we would try and

25   talk about the stepdad was no longer here or, you know,

15

1   at one point, we even said, "Hey, we'll bring him back.

2   If you'll -- if you'll come out, then we can talk."

3       That didn't seem to work.  He -- everything we kind

4   of tried to talk to him about, nothing seemed to -- he

5   never seemed to want to comply with it.  He just stuck

6   to yelling about being upset about his family.  We --

7   some -- you know, even at some point, we talked to --

8   when we would bring up his stepdad, he would say, "I

9   don't care.  Kill that -- kill that guy," or, you know,

10  or, "Kill them," you know, talking about his family.

11      So pretty much the whole time, he was -- he was

12  super aggressive and he would either be yelling out the

13  window or wouldn't -- we would lose track of him inside

14  the house because I couldn't see through any of the

15  windows.  I could see him when he would approach the

16  window.  I could see the curtain move or I could see

17  just a glimpse of his face, but it was only -- it was

18  always only for a glimpse and then he would move back

19  away from the window.

20      But everything he was saying was aggressive and to

21  me, he never -- he never mentioned anything about, yeah,

22  I'll come out or, yeah, if you do this I'll come out no

23  matter what we said to him.  Once -- you know, at one

24  point, we -- we were told to tell him that SWAT was on

25  the way, so to me, I took that as a notification for

16

1    SWAT was made and that they were en route.

2        And after -- so then they -- we told him, "Hey."

3    Put on the -- go on the PA and tell him, "Hey, look.

4    SWAT's on their way."

5        They're going to go in.  They're going to gas him

6    out.  They're going to -- and force him to come out or

7    they're going to go in and get him.  That didn't seem to

8    have any effect on him either.  He just was still, you

9    know, talking about how his stepfather, how he abandoned

10   his family.  And -- and actually, after he said that, he

11   said -- he said something along the lines of, you know,

12   after -- after we said, hey, look, you know, SWAT's

13   going to come in and they're going to get him, and he

14   said -- and he said something along the lines of, "At

15   least I'll have died protecting my family."

16       And to me, I kind of took that as, you know, he

17   already had made up his mind that if SWAT went in there,

18   you know, it was going to be -- he was going to do

19   something to -- he was not going to give up and that

20   somebody was going to have to use some type of force on

21   him to get him into custody.

22       Based off of him not giving us any indication that

23   he was going to come out, us not making any progress

24   with communicating with him, you know, it was my

25   impression that we were going to stand by for MEU and

                                                            17

CITY   0001061

1    for SWAT to come out to take over the scene.  I didn't -

2    - I didn't think that he was going to come out for us.

3          And so I kind of just believed that we were going to

4    be standing by until they got there to relieve.  So

5    after, you know, after realizing that we maintained the

6    same thing, I would -- where I was, I could kind of hear

7    him sometimes.  You know, I could hear some of the

8    things he was saying.

9          I would try to relay that to the officer on the --

10   whoever the officer was on the PA just to try and give

11   them like heads up, hey, look, he's upset about his

12   father running or -- or, you know, being a rat or

13   whatever it was to try and give them something to try to

14   talk to him about that might resonate with them.

15         But nothing seemed like it was working.  You know,

16   every time we'd talk about his, you know, family or

17   whatever it was or, you know, he would just get mad and,

18   you know, call him a bitch or -- or say things like

19   that.  He -- at one point, he said something about, you

20   know, the gringos are going to show up and they're going

21   to do the same thing to you guys that they're going to

22   do to me.

23         And I, you know, I think he was saying that the -- I

24   didn't really know what he meant but I think it was

25   along the lines of that other officers were going to

                                                          18

1   come show up and -- and, you know, hurt us or him or,

2   you know?  I didn't -- I didn't really take -- I didn't

3   gather exactly what he was saying but -- throughout the

4   whole thing, you know, I was kind of assessing to see if

5   anything was working.

6       I didn't -- I didn't believe anything was working.

7   And -- and but I knew that we had good containment at

8   the house and that, you know, pretty much all we could

9   do is to continue to hold, to keep him in there, because

10  I was concerned that if he -- if he exited the

11  residence, and the last time I had seen his family, they

12  were just down the street.

13      I was concerned if he exited the residence, he might

14  go run out and try and harm them, because he had already

15  threatened them.  He was already talking about, you

16  know, how he was mad at them.  And he was okay with, you

17  know, us killing him or whatever.  You know, you're --

18  that's what he was implying.

19      So I -- you know, I kind of thought there was

20  nowhere else for us to go.  We couldn't really redeploy

21  anywhere else because if we had backed up any further,

22  we would have given him too much access to the street,

23  which could have allowed him to either break through the

24  perimeter or get to the family or even cause, you know,

25  some type of crossfire issue.

19

CITY   0001063

1     So I didn't think that there was anywhere else for

2     us to be able to move to.  So we just -- pretty much all

3     we could do was to hold and continue to try and

4     communicate with him to see if he would come out, but it

5     never seemed to -- it never seemed to imply that he

6     wanted to come out.

7          I had my radio on me, but I -- for through a lot of

8     it, I had it kind of turned down so that -- because I

9     knew if Sergeant Alferez or whoever was communicating

10    was standing right behind me, there would be a lot of

11    feedback.  And I also had it turned down a little bit so

12    that I could hear, try and hear what he was saying

13    through the window.

14        So I couldn't -- could not hear everything that was

15    going on through the radio, but I could hear it through

16    either Sergeant Alferez's radio or -- or some of the

17    officers behind me's radio.  However, I would turn it up

18    if there was something going on.  Like when I heard at

19    the point when -- when the officers in the rear of the

20    location, you know, saw -- saw him in the back, they --

21    they began to broadcast, "Hey, we have him in the back

22    of the house," that's when I turned my radio up.

23        I could hear them saying that, "Hey, he's pacing in

24    the back and he's in the back and he's armed with a

25    knife."

20

CITY   0001064

1    They also broadcast, and I could hear that they --

2    that went -- walked back towards the house, opened the

3    door, and then now was armed with with two knives.  And

4    then that's the point at which shortly after that, I

5    heard him, or I heard what I believed to be a less

6    lethal round on the two-side and then -- then

7    broadcasted that he's running towards the front of the

8    house.

9         DETECTIVE RHEAULT:  Take your time.

10        OFFICER GRIFFIN:  I know -- I know we didn't want to

11   -- we already covered it.

12        DETECTIVE RHEAULT:  Well, yeah.  And so is that --

13   now, you've talked about open the door armed with two

14   knives and you heard less lethal being fired on the side

15   of the house.

16        OFFICER GRIFFIN:  Uh-huh.

17        DETECTIVE RHEAULT:  Right?  Is -- and that's --

18   that's immediately up to the point before you used

19   deadly force, which we covered yesterday?

20        OFFICER GRIFFIN:  I believe so, yes.

21        DETECTIVE RHEAULT:  Okay.  So at this point, why

22   don't I do this?  We'll break the interview up into

23   parts.  Let me go back over what you covered up to this

24   point, and then I'll ask follow-up on -- regarding the

25   force you that talked about yesterday.

21

CITY   0001065

CONFIDENTIAL

1    OFFICER GRIFFIN: Okay.

2        DETECTIVE RHEAULT: Okay. Okay. And going back to

3    the very beginning.

4        OFFICER GRIFFIN: Okay.

5        DETECTIVE RHEAULT: I know you followed another unit

6    to the location. And that was 63? George-63?

7        OFFICER GRIFFIN: Correct.

8        DETECTIVE RHEAULT: Okay. And again, who were those

9    officers?

10       OFFICER GRIFFIN: Officer Morales and Rodriguez.

11       DETECTIVE RHEAULT: Morales and Rodriguez. Okay.

12   All right. Did you notify communications that you were

13   responding to the radio call?

14       OFFICER GRIFFIN: Not originally because generally,

15   what we're responding to a backup, we're not going to --

16   as long as there's -- we hear one unit en route, we're

17   not going to tie up the air until we get there or it's

18   calm enough to notify them, hey, we're there, but

19   especially if a unit's putting out a backup for a 415

20   man armed with a knife, we don't like to broadcast, you

21   know, a bunch of units en route because it's going to

22   tie up the air.

23       And if he puts out shots fired or needs help or

24   anything like that, it's going to get -- it's going to

25   be tied up.

CONFIDENTIAL                                    22

1    DETECTIVE RHEAULT:  I understand.  Okay.  How about

2    regarding Code 6?  Did you place yourselves Code 6 there

3    and -- and --

4        OFFICER GRIFFIN:  Not that I recall.  Yeah.

5        DETECTIVE RHEAULT:  Uh-huh.  And had you ever been

6    to this -- once you arrived there, had you ever been to

7    that location before?

8        OFFICER GRIFFIN:  To this --

9        DETECTIVE RHEAULT:  Knowingly?

10       OFFICER GRIFFIN:  No.  No, I never -- not knowingly.

11       DETECTIVE RHEAULT:  Ever have any contact with that

12   suspect before?

13       OFFICER GRIFFIN:  Not that I'm aware of.

14       DETECTIVE RHEAULT:  Uh-huh.  Uh-huh.  Now, you were

15   indicated you were logged off and you explained why.

16   And that so you waited at the gate for Morales and

17   Rodriguez to take the lead --

18       OFFICER GRIFFIN:  Uh-huh.

19       DETECTIVE RHEAULT:  -- because you didn't know

20   exactly the location.  What would they have access to

21   that would have allowed them to know the location?

22       OFFICER GRIFFIN:  They would have access in their

23   MDC, which they could bring up the call which would give

24   them the exact address.

25       DETECTIVE RHEAULT:  I see.  And the MDC, is that

                                                              23

CITY   0001067

1    Mobile Digital Computer or -- or --

2        OFFICER GRIFFIN:  Yes.  Yeah.  It's a -- well, it's

3    the computer that we have.  I don't know if they changed

4    it.  I think it's MDT or something now, but we also call

5    it the computer in our car, police (UNINTELLIGIBLE)

6        DETECTIVE RHEAULT:  Okay.  Understood.  Okay.  Where

7    comments of a radio call could be pulled up or of an

8    incident?

9        OFFICER GRIFFIN:  Yes.

10        DETECTIVE RHEAULT:  I understand.  Okay.  Any

11    discussion of -- and it can be well en route to this

12    call or in prior discussions of tactics with your

13    partner that you can tell us about that you've had at --

14    and this can be at any point.  How -- let me ask you

15    this.  Number one, how long have you been working with

16    your partner, Lopez?

17        OFFICER GRIFFIN:  I've been working with Lopez for

18    over three years now.  And so we've discussed, I mean,

19    numerous, more than I can -- I can count, different

20    types of situations, different types of tactics on how

21    we would handle different types of situations.

22        We -- so between him and I, I mean, we usually talk

23    about some type of situation almost every day at start

24    of watch, or throughout the shift, we talk about

25    different situations, like kind of how we would handle

                                                          24

LYNDEN J. AND ASSOCIATES, INC.    (800) 972-3376

1    they were -- there was a primary unit in the backyard

2    that Sergeant Alferez had -- had come -- to come back

3    out.  I believe that he him to go back to meet with the

4    family to continue the investigation.

5         DETECTIVE RHEAULT:  Okay.  Do you know where they

6    met with the family at?

7         OFFICER GRIFFIN:  No, I do not.

8         DETECTIVE RHEAULT:  Do you know if the family

9    remembers remained where you initially saw them as you

10   arrived?

11        OFFICER GRIFFIN:  I do not know.

12        DETECTIVE RHEAULT:  Okay.  So when you refer to

13   having containment on the suspect and unable to move so

14   he wouldn't have access to the family members, you don't

15   know where the family members were at that point or if

16   they had been moved farther away or --

17        OFFICER GRIFFIN:  Correct.  Yeah.  The last place I

18   saw what I believed to be the family members was just a

19   couple houses down.

20        DETECTIVE RHEAULT:  Okay.  But you -- do you --

21        OFFICER GRIFFIN:  I don't know if they were moved or

22   anything after that.

23        DETECTIVE RHEAULT:  Okay.  Or do you know where that

24   unit met with them?

25        OFFICER GRIFFIN:  No.

                                                            30

CITY   0001074

1     DETECTIVE RHEAULT:  Okay.  Did I get this correct

2   that you, when you arrived, you were assigned as a

3   contact team or --

4     OFFICER GRIFFIN:  Yeah.  I was -- I was an arrest

5   team so part of the contact team for the suspect.

6     DETECTIVE RHEAULT:  Okay.  And your specific role

7   was as the arrest team?

8     OFFICER GRIFFIN:  Yes.

9     DETECTIVE RHEAULT:  I see.  Okay.  Who else was on

10   the contact team and what was -- what was made up of

11   that team?

12     OFFICER GRIFFIN:  It was me and Officer Lopez, and

13   then there was going to be less lethal I heard was

14   assigned.  I don't recall exactly to who it was assigned

15   to.  And then I know that somebody was also assigned as

16   the cover officer.  Again, I don't know specifically.  I

17   was, you know, focused on what my job would be.

18     DETECTIVE RHEAULT:  Okay.  And a cover officer, more

19   specifically what would they be?

20     OFFICER GRIFFIN:  The lethal.

21     DETECTIVE RHEAULT:  Okay.  Do you know what, if

22   anything, they were armed with, the cover officer that

23   was assigned?

24     OFFICER GRIFFIN:  No.

25     DETECTIVE RHEAULT:  Uh-huh.  Okay.  Through --

31

LYNDEN J. AND ASSOCIATES, INC.   (800) 972-3376

1   throughout the narrative you provided, you mentioned

2   that the suspect would come to windows, the window

3   closest to the door.  What door are we talking about?

4       OFFICER GRIFFIN:  The window closest to the door is

5   the front door, so it's a door kind of in the driveway

6   and it's facing eastbound and it's right next to the

7   garage.

8       DETECTIVE RHEAULT:  Okay.  So the window you're

9   referring to is right next to the front door?

10      OFFICER GRIFFIN:  Yes.

11      DETECTIVE RHEAULT:  And is the window also facing

12  eastbound?

13      OFFICER GRIFFIN:  It's also facing eastbound.

14      DETECTIVE RHEAULT:  I see.  Okay.  And you had

15  mentioned at times you would see him appear briefly.

16  You might see the curtains move.  Did you ever see him,

17  you personally see him armed with knives?

18      OFFICER GRIFFIN:  No.

19      DETECTIVE RHEAULT:  No?  Okay.  You had mentioned,

20  you know, that you're waiting.  And you made some

21  assumptions because -- on -- on the PA that they had

22  mentioned SWAT, that SWAT had been notified and was

23  responding.  Do you know if they were actually notified,

24  SWAT?

25      OFFICER GRIFFIN:  I -- I do not.

32

LYNDEN J. AND ASSOCIATES, INC.    (800) 972-3376

1    DETECTIVE RHEAULT:  Okay.  Did you personally make

2  any notifications yourself?

3    OFFICER GRIFFIN:  No.

4    DETECTIVE RHEAULT:  Okay.  And how about MEU?  Do

5  you -- do you know if they were notified?

6    OFFICER GRIFFIN:  I did hear a broadcast about MEU

7  being en route.

8    DETECTIVE RHEAULT:  Okay.  I see.  You gave an

9  explanation why you unholstered your pistol.  And at any

10  point, did you holster your pistol prior to the officer-

11  involved shooting?

12    OFFICER GRIFFIN:  Yes.

13    DETECTIVE RHEAULT:  Okay.  And when was that?

14    OFFICER GRIFFIN:  Sergeant Alferez directed all the

15  officers that were, you know, at the scene to either

16  have some -- another officer go get them their helmets

17  or to, you know, get their helmets.  So he directed

18  everyone to basically put on their helmets.  Officer

19  Lopez went back to our vehicle, grabbed both of our

20  helmets.

21    When he got to us, told him, "Hey, put on your

22  helmet, take my position."

23    So once he put his helmet on, he took my position as

24  a designated cover officer on the right side of the

25  vehicle, and then I reholstered my weapon, put my helmet

33

LYNDEN J. AND ASSOCIATES, INC.   (800) 972-3376

1   about on the other side of the vehicle?

2       OFFICER GRIFFIN:  I knew -- I could hear that they

3   assigned someone on the other side of the vehicle but I

4   don't know who it was.

5       DETECTIVE RHEAULT:  I see.  Okay.  From your

6   location on the right side of the vehicle, were there

7   additional officers on the left side of the vehicle?

8   I'm sorry.  Let me get that established first.

9       OFFICER GRIFFIN:  Yes.  There were officers on the

10  left side of the vehicle.

11      DETECTIVE RHEAULT:  Okay.  From your position on the

12  right side of the vehicle, would you have been able to

13  act as a cover officer for those officer on the left

14  side?

15      OFFICER GRIFFIN:  Only to the extent of directly in

16  front of the vehicle, but not to cover every -- them on

17  their left -- on the left of them.

18      DETECTIVE RHEAULT:  I see.  Okay.

19      OFFICER GRIFFIN:  Right.

20      DETECTIVE RHEAULT:  That -- that -- I understand

21  that.  So directly north of you, yes, but not to

22  their -- the west?

23      OFFICER GRIFFIN:  Correct.

24      DETECTIVE RHEAULT:  I see.

25      ATTORNEY WINSLOW:  And you also had a view down the

38

1    driveway where you could see a door off of the driveway?

2         OFFICER GRIFFIN:  Yes, the front door.

3         DETECTIVE RHEAULT:  Did you personally have any

4    communications with the suspect?

5         OFFICER GRIFFIN:  No.

6         DETECTIVE RHEAULT:  And did you personally give any

7    orders to the suspect even immediately prior to the OIS

8    as he's -- any orders or instructions or commands?

9         OFFICER GRIFFIN:  Not that I recall.

10        ATTORNEY WINSLOW:  And you mean as he was running

11   towards him?

12        DETECTIVE RHEAULT:  Yes.  And I'm sorry if, yeah, I

13   wasn't specific enough.  Exactly.  When he was running

14   towards him.  Okay.

15        OFFICER GRIFFIN:  To elaborate on that, at the point

16   on which, you know, I -- he was coming at me, I -- at

17   the speed of which I didn't think that I had any time to

18   give him any commands.

19        DETECTIVE RHEAULT:  I understand.

20        ATTORNEY WINSLOW:  Had he listened to any commands

21   or suggestions whatsoever the whole time you were there?

22        OFFICER GRIFFIN:  No.  I mean, not with any of our

23   requests to -- to exit or even to just show himself at

24   the window or, you know, to continue to move to the

25   window so we could communicate with him.  So not that

39

CITY   0001083

1    I'm aware of him listening to any -- any commands.

2         DETECTIVE RHEAULT:  You had mentioned at one point a

3    team moved forward and got a man and woman out of the

4    garage.

5         OFFICER GRIFFIN:  Yes.

6         DETECTIVE RHEAULT:  Okay.  And then -- and that

7    point, you believed the suspect was the only one in the

8    house?

9         OFFICER GRIFFIN:  Yes.

10        DETECTIVE RHEAULT:  Okay.  When the OIS ultimately

11   occurred, did you -- did you have any opinion at the

12   time if the house -- the house directly behind the

13   suspect was occupied?  And I'm referring to I guess the

14   suspect's house that he's running -- now running out of.

15        OFFICER GRIFFIN:  Yeah.  After when the OIS

16   occurred, I -- my understanding was that there was no

17   one else inside the house.

18        DETECTIVE RHEAULT:  I see.  A couple of questions

19   related to when you fired your weapon.  Did you observe

20   anyone else in the background of the suspect?

21        OFFICER GRIFFIN:  No.

22        DETECTIVE RHEAULT:  Okay.  How about in your

23   foreground?  Any -- any -- anyone -- and the foreground

24   would be between you and the suspect.  Any -- any -- any

25   other personnel or anything between you and the suspect?

                                                    40

CONFIDENTIAL

1    knife?

2        OFFICER GRIFFIN:  No.

3        DETECTIVE RHEAULT:  Okay.  And I'm sorry.  I believe

4    that you mentioned that -- that -- you mentioned he was

5    armed with a knife and then two knives.  Is that

6    correct?

7        OFFICER GRIFFIN:  Yes.

8        DETECTIVE RHEAULT:  Okay.  Okay.  In yesterday's

9    interview, you mentioned hearing those broadcasts over

10   the air that he's -- he was exiting, he had the two

11   knives.  And then very quickly after that, you heard

12   that less lethal was being deployed on the two-side, the

13   side of the house.  Do you recall that?

14       OFFICER GRIFFIN:  Yes.

15       DETECTIVE RHEAULT:  Then on the one-two corner, you

16   observed the black gate crash open and you indicated

17   that you hear the officer next to you, that Officer

18   Gutierrez who you've identified now was firing the

19   beanbag.  Can you tell me in relation to the suspect

20   where the suspect's at when you're hearing that beanbag

21   being fired?

22       OFFICER GRIFFIN:  In relation to me or just in

23   the -- at the property?

24       DETECTIVE RHEAULT:  At the property, because, you

25   know, you've given us reference points in yesterday's

CONFIDENTIAL                                            44

1    interview --

2        OFFICER GRIFFIN:  Okay.

3        DETECTIVE RHEAULT:  -- when you talked about the

4    one-two corner with the gate, and then you also talked

5    about a vehicle and how he came to the bumper closest to

6    you before he turned southeast in your direction as well

7    as the other officer's direction.

8        OFFICER GRIFFIN:  Okay.  So the first round that I

9    know, the first beanbag round that I know that I fired

10   was just after he exited the gate, and it was in the

11   direction of where that -- that gate was.  Then I -- I

12   think the next round that I saw was as he was getting to

13   the eastern bumper of that car that was closest to me.

14       And I don't recall any other rounds.

15       DETECTIVE RHEAULT:  Okay.  How many rounds total do

16   you recall that -- that were fired by the beanbag?

17       OFFICER GRIFFIN:  I recall those -- those two.  I

18   don't know if any other ones were fired.

19       DETECTIVE RHEAULT:  Do you know if the rounds

20   impacted him?

21       OFFICER GRIFFIN:  I do not know.

22       DETECTIVE RHEAULT:  Okay.  Was there -- okay.  Let

23   me break that down too.  Did you -- did you see any of

24   the rounds hit him?

25       OFFICER GRIFFIN:  Not that I'm aware of.  No.  I --

45

1  I did not see them specifically (UNINTELLIGIBLE)

2       DETECTIVE RHEAULT:  Did you see any affect or in

3  appearance that -- any indications he might have been

4  hit by them or that he was -- this is becoming compound.

5  I apologize.

6       OFFICER GRIFFIN:  It's okay.

7       DETECTIVE RHEAULT:  In relation to hearing the

8  beanbag being fired, did you see his -- you already said

9  he was running.  And I think you said yesterday it was

10  like a linebacker --

11       OFFICER GRIFFIN:  Uh-huh.

12       DETECTIVE RHEAULT:  -- and he's running.  In

13  relation to hearing the beanbag fired, did you see his

14  progress being slowed or altered in any manner?

15       OFFICER GRIFFIN:  No.

16       DETECTIVE RHEAULT:  Okay.  You indicated yesterday

17  you observed a knife in his hand and didn't recall which

18  hand.  After having a night of sleep after being up for

19  an extended period of time, do you now recollect what

20  hand that you observed the knife in?

21       OFFICER GRIFFIN:  I believe it was his right hand.

22       DETECTIVE RHEAULT:  It -- you believe his right

23  hand?

24       OFFICER GRIFFIN:  Yeah.

25       DETECTIVE RHEAULT:  Okay.  You indicated you

46

CITY   0001090

1    observed the knife pointed in your direction?

2        OFFICER GRIFFIN:  Yes.

3        DETECTIVE RHEAULT:  Okay.  Can you describe that

4    further?  Like are we talking about the blade of the

5    knife pointed in your direction, the point, or -- can

6    you describe it for me?

7        OFFICER GRIFFIN:  It was both.  So originally, when

8    he had his hands kind of in front of him, you know, the

9    -- the blade with the -- the blade was pointed up, you

10   know, towards the sky I would even say.  And, you know

11   -

12       DETECTIVE RHEAULT:  Is this the blade or the point?

13       OFFICER GRIFFIN:  The point.  The point was blade

14   pointed up, and so then the blade, I guess the sharp,

15   you know, long side would be towards us.  But then at

16   one point, the pointy end, you know, whatever you call

17   it --

18       DETECTIVE RHEAULT:  Uh-huh.

19       OFFICER GRIFFIN:  -- was more pointed in towards my

20   direction.

21       DETECTIVE RHEAULT:  Okay.

22       OFFICER GRIFFIN:  (UNINTELLIGIBLE)

23       DETECTIVE RHEAULT:  And when you observed it more

24   pointed in your direction, is -- where in relation to

25   you firing is that occurring?  Is it, you know, between

47

CITY   0001091

1   which shots or is it prior to firing?  Can you -- can

2   you describe when the points --

3       OFFICER GRIFFIN:  I don't recall exactly, you know,

4   you know, in (UNINTELLIGIBLE) which rounds I was firing,

5   but it was -- I know it was from when I was firing my

6   rounds at -- at him.

7       DETECTIVE RHEAULT:  We talked about your four shots.

8   And yesterday, I asked you prior to your second shot,

9   you know, you indicated he was still moving towards you

10  and the other officers and you observed him with a knife

11  at that time.  Where were you aiming for that second

12  shot, or you indicated your first shot was center --

13  aiming for the center body mass.  Did your aiming point

14  change, I guess, and can you tell me that?

15      OFFICER GRIFFIN:  No.  My -- all of my shots were

16  heading for his torso, center mass.

17      DETECTIVE RHEAULT:  Okay.  Prior to firing your

18  third shot, okay, and let me put it and frame it again.

19  You indicated when you fired your fourth shot, he was

20  leaning very far forward so you couldn't have --

21  visually see his hands.  But prior to your third shot,

22  could -- could you see the knife in his hand?

23      OFFICER GRIFFIN:  Not that I recall.

24      DETECTIVE RHEAULT:  Okay.

25      OFFICER GRIFFIN:  It was the -- it was the same with

48

CITY   0001092

1   the fourth shot.  It was kind of leaned to the point

2   where I couldn't see exactly what was in his hand.

3         DETECTIVE RHEAULT:  Okay.  In what direction was he

4   leaning?

5         OFFICER GRIFFIN:  I believe towards me.

6         DETECTIVE RHEAULT:  Okay.  Was he still running or -

7   - or was he -- you last described him as running.  Is he

8   still running at the time of the third shot?

9         OFFICER GRIFFIN:  I believe -- I thought so, yes.  I

10   believe the --

11         DETECTIVE RHEAULT:  And you -- for the first and

12   second shot, you described his hand position.

13         OFFICER GRIFFIN:  Uh-huh.

14         DETECTIVE RHEAULT:  And I believe you described it

15   as, you know, arms bent and -- and I -- we gave like a

16   specific angle where the fists were in his hands.  With

17   the understanding you can't see his actual hands because

18   he's leaning forward, has his -- from what you can see

19   from his shoulders, his arms and elbows, if you could

20   see those, has -- has that hand position changed?

21         OFFICER GRIFFIN:  No.

22         DETECTIVE RHEAULT:  No?  Okay.  What -- and could

23   you -- could you see?  What could you see?  He's leaned

24   forward.  What could you see?

25         OFFICER GRIFFIN:  Just that it was -- you know, his

49

CONFIDENTIAL

1    -- he still had his, you know, arms close to his body

2    and they're, you know, tight to him.

3        DETECTIVE RHEAULT:   Okay.  Had you seen -- up to

4    that point, had you seen the suspect drop, throw,

5    discard anything?

6        OFFICER GRIFFIN:   No.

7        DETECTIVE RHEAULT:   Okay.  And did you -- did you

8    have a belief of where the knife was when you fired your

9    third shot?

10       OFFICER GRIFFIN:   I believe he still had it on him.

11       DETECTIVE RHEAULT:   Oh.

12       OFFICER GRIFFIN:   It was in his hand.

13       DETECTIVE RHEAULT:   In his hand?

14       OFFICER GRIFFIN:   Yeah.

15       DETECTIVE RHEAULT:   I see.  Okay.  And you described

16   him running towards you.  At any point, did you see any

17   transfer of anything between his hands?

18       OFFICER GRIFFIN:   No.

19       DETECTIVE RHEAULT:   No?  Okay.  All right.  Are you

20   -- were you aware of anyone else firing?  You mentioned

21   the beanbag.  I'm talking about lethal.  Prior to or

22   while you're firing, are you aware of anyone else

23   firing?

24       OFFICER GRIFFIN:   Prior to my -- my rounds that I

25   fired?

50

1      DETECTIVE RHEAULT:  Yes.

2          OFFICER GRIFFIN:  Not -- not prior to my rounds.

3   No.

4          DETECTIVE RHEAULT:  Okay.  And when did you be --

5   did you become aware of someone firing?

6          OFFICER GRIFFIN:  Yeah.  Before my rounds or --

7          DETECTIVE RHEAULT:  At any point.  I know an officer

8   fired -- another officer fired a round either at

9   (UNINTELLIGIBLE) was fired and, you know, either my last

10  round or -- or just after I fired my last round.

11         DETECTIVE RHEAULT:  Okay.  So just after you fired

12  your last round, which would have been your fourth round

13  --

14         OFFICER GRIFFIN:  Uh-huh.

15         DETECTIVE RHEAULT:  -- you were aware of another

16  officer who had fired?

17         OFFICER GRIFFIN:  Correct.

18         DETECTIVE RHEAULT:  Okay.  Is that when you first

19  became aware that another officer was potentially

20  firing?

21         OFFICER GRIFFIN:  Yes.

22         DETECTIVE RHEAULT:  I see.  Did the suspect say

23  anything as he's running towards you?

24         OFFICER GRIFFIN:  Not that I recall.

25         DETECTIVE RHEAULT:  Okay.  Or upon being struck by

                                                        51

CITY   0001095

1    gunfire, did he -- did he say anything?

2         OFFICER GRIFFIN:  No.

3         DETECTIVE RHEAULT:  I do apologize if this was

4    covered yesterday, but as you're firing, was your

5    position static or were you moving?

6         OFFICER GRIFFIN:  I was moving backwards.

7         DETECTIVE RHEAULT:  I do recall that now.  Thank

8    you.  At some point, were you approached by a supervisor

9    and identified as having used lethal force?

10        OFFICER GRIFFIN:  Yes.

11        DETECTIVE RHEAULT:  Okay.  Who?  What supervisor was

12   that?

13        OFFICER GRIFFIN:  Sergeant Alferez.

14        DETECTIVE RHEAULT:  Alferez?

15        OFFICER GRIFFIN:  Uh-huh.

16        DETECTIVE RHEAULT:  Did he give you any instructions

17   or --

18        OFFICER GRIFFIN:  Yeah, to separate from -- or to

19   back away from the scene and then not talk about

20   anything that happened until -- until you guys got here

21   and stand by until a supervisor could come take me and

22   separate me from everyone.

23        DETECTIVE RHEAULT:  Okay.  And then did you follow

24   that order?

25        OFFICER GRIFFIN:  Yes.

52

CITY   0001096

```
 1        DETECTIVE RHEAULT:  Okay.  Were you transported to

 2   the station after that?

 3        OFFICER GRIFFIN:  Yes.

 4        DETECTIVE RHEAULT:  By who?

 5        OFFICER GRIFFIN:  Sergeant Wells.  Wells.  Sergeant

 6   Wells.

 7        DETECTIVE RHEAULT:  Wells?

 8        OFFICER GRIFFIN:  Uh-huh.

 9        DETECTIVE RHEAULT:  Okay.  And were you monitored

10   here at the station?

11        OFFICER GRIFFIN:  Yes.

12        DETECTIVE RHEAULT:  By who?

13        OFFICER GRIFFIN:  Sergeant Wells as well.

14        DETECTIVE RHEAULT:  Okay.  And then transported back

15   for a walkthrough?

16        OFFICER GRIFFIN:  Yes.

17        DETECTIVE RHEAULT:  Okay.  And who was that?

18        OFFICER GRIFFIN:  Sergeant Wells.

19        DETECTIVE RHEAULT:  All right.

20        OFFICER GRIFFIN:  I -- briefly before Sergeant Wells

21   got there, though, Sergeant Merida did come and

22   monitored me --

23        DETECTIVE RHEAULT:  Uh-huh.

24        OFFICER GRIFFIN:  -- until Sergeant Wells came to

25   monitor me.  So Sergeant -- Sergeant Merida originally
```

53

CITY   0001097

1    So after the OIS occurred, you saw that the suspect was

2    injured, do you know what happened with the suspect at

3    that point?

4         OFFICER GRIFFIN:   Yes.   The Fire Department, who I

5    know had already been requested, was staged down at the

6    CP responded.   They immediately checked his pulse.

7    Couldn't find one.   And then so they -- they took his --

8    they ordered my -- Officer Lopez to take the handcuffs

9    off him and then put him onto a gurney so he could be

10   transported.

11        DETECTIVE FULLER:   And did they -- as far as you

12   know, did they transport him?

13        OFFICER GRIFFIN:   Yes.

14        DETECTIVE FULLER:   Do you know where?

15        OFFICER GRIFFIN:   I do not know where.

16        DETECTIVE FULLER:   Okay.   And before being ordered

17   not to talk about it, did you have any conversations

18   about the incident?   So sort of after the OIS but before

19   being ordered not to talk about it?

20        DETECTIVE RHEAULT:   In -- in -- and characterize his

21   conversations, but any -- any -- it could be tactical

22   conversation back and forth, like the location of

23   evidence, directing how to approach a suspect, and what

24   -- potentially, any tactical communications or any

25   communications you have between the officers before

55

1    being separated?

2         OFFICER GRIFFIN:  Yeah.  So the conversation we had

3    after the OIS, we -- we -- we were speaking about where

4    the knife possible was in relation to the suspect.  We

5    wanted to know where it was because we didn't want --

6    didn't want to go hands on with him without knowing

7    exactly where it was.  And then we also spoke about, you

8    know, the best way to approach, and then also, some

9    crossfire issues that came up during while we were

10   putting handcuffs on him.

11        And then shortly after that, we briefly spoke on we

12   still didn't know exactly where the knife was.

13        DETECTIVE FULLER:  Did that confuse you that you

14   didn't see the knife?

15        OFFICER GRIFFIN:  Yes.

16        DETECTIVE FULLER:  And why is that?

17        OFFICER GRIFFIN:  Because I -- I knew that I had

18   seen the knife in his hand.

19        ATTORNEY WINSLOW:  (UNINTELLIGIBLE)

20        DETECTIVE RHEAULT:  (UNINTELLIGIBLE)

21        ATTORNEY WINSLOW:  Yeah (UNINTELLIGIBLE)

22        DETECTIVE RHEAULT:  This is Detective Rheault.  When

23   I was watching the body worn video, post OIS --

24        OFFICER GRIFFIN:  Uh-huh.

25        DETECTIVE RHEAULT:  -- when there's tactical, or I'm

56

CONFIDENTIAL

1    -- I'm not going to phrase it as tactical.  When there's

2    comments being made back and forth between officers,

3    including you and other officers, I heard a reference to

4    like 100 percent.  Do you recall hearing that yourself?

5         OFFICER GRIFFIN:  Yeah.  So that -- I -- I believe

6    that was me saying a hundred percent.  And it was in

7    regards to because we hadn't at that point located a

8    knife.  And then I don't -- I don't remember exactly

9    what was said to me but it was, you know, in regards to

10   there being a knife, and I was like, yeah, a hundred

11   percent because I knew a hundred percent that I saw it

12   before the OIS when at this point, we still hadn't seen

13   it, so that was what it was in regards to.

14        DETECTIVE RHEAULT:  Someone was inquiring if -- if a

15   knife was actually present, and you said, "A hundred

16   percent"?

17        OFFICER GRIFFIN:  Not that it -- it -- it was

18   present but that it was seen.

19        DETECTIVE RHEAULT:  Oh, okay.  And let me --

20        OFFICER GRIFFIN:  Okay.

21        DETECTIVE RHEAULT:  Okay.  Can you clarify that it

22   was seen?  What do you mean by it was seen?

23        ATTORNEY WINSLOW:  At what point?  In the house or

24   the driveway right before the -- immediately before the

25   OIS?

CONFIDENTIAL                                          57

LYNDEN J. AND ASSOCIATES, INC.    (800) 972-3376

1     don't have any other questions.  Is there anything that

2     we have not asked you that you feel is important for us

3     to know as part of this incident?

4         OFFICER GRIFFIN:  No.  I know we touched on the --

5     the -- like I spoke about my military training as far as

6     with knives.  And I just wanted to -- I don't think I

7     touched on it.  The -- based off of his speed and, you

8     know, how close he was to me, I -- I knew I didn't have

9     any time to give him any commands and that I, you know,

10    I had to -- to, you know, use my pistol and fire rounds

11    at him to stop him because I know he was only a split

12    second away from getting to -- to me and the officer

13    with the beanbag.

14        And I, you know, I've seen what happens, obviously,

15    in this line of work, to multiple people that have been

16    stabbed, how, you know, you -- you know, people can be

17    killed off of, you know, getting stabbed just one time

18    and how, you know, how easy it is to be -- to be

19    seriously injured or killed.

20        And so, you know, based off of all that and, you

21    know, my -- my experience, you know, I was definitely

22    afraid that if I didn't use, you know, any type of --

23    any type of lethal force, you know, that as soon as I

24    possibly could, he was going to get to me and the

25    officer next to me and be able to seriously hurt or kill

                                                          62

CITY   0001106



1    us and I was definitely afraid for -- for that to

2    happen.

3         DETECTIVE RHEAULT:   I see.   Okay.   Thank you.   The

4    time now is 1812 hours, and that will conclude our

5    interview.

6         ///

7         ///

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

63