# “EXHIBIT 5”

CONFIDENTIAL

# STATEMENT OF

# POLICE OFFICER III JESUS MARTINEZ (1st Intv.)

Senior Administrative Clerk V. Shaw, Serial No. N4488, reviewed the digital recording (TP97254, F004-22) and transcription of Officer Martinez's interview. The inaudible recordings that were clearly audible are listed below. All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|---|---|---|
| 06 | 15 | DELETE: **I** |
| 06 | 16 | REPLACE: **mike** WITH: **mic** |
| 06 | 25 | REPLACE: **mike** WITH: **mic** |
| 07 | 10 | REPLACE: **eminent** WITH: **imminent** |
| 21 | 05 | REPLACE: can WITH: **couldn't** |

MURILLO V. COLA
CV22-03188 DMG(SKx)

SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

CONFIDENTIAL

LOS ANGELES POLICE DEPARTMENT
Force Investigation Division

| In the Matter of: Officer-Involved Shooting Transcription of Recorded Interview of Police Officer Jesus Martinez, #37593 | DR. No. FID No. F004-22 Audio No Martinez |
|---|---|

MURILLO V. COLA

CV22-03188 DMG(SKx)

Transcription of recorded abbreviated interview of Officer Jesus Martinez by Detective Anthony Rheault and Detective Justin Fuller. Also, present Attorney David Winslow, transcribed by Julie Ito.

SUBJECT TO PROTECTIVE ORDER

Transcribed by:
Julie Ito

Job Number:
TP97254

CONFIDENTIAL

CONFIDENTIAL

Audio No. Officer Jesus Martinez

DETECTIVE RHEAULT: Today's date is February 1st, 2022. The time now is 1528 hours. I'm Detective Anthony Rheault, first name, common spelling; last name spelled, R-h-e-a-u-l-t, Serial Number 33961, assigned to Force Investigation Division. And I'm here at Foothill Station to interview Police Officer III Jesus Martinez. Sir, for voice recognition purposes, could you state and spell your name for me, please?

MURILLO V. COLA CV22-03188 DMG(SKx)

OFFICER MARTINEZ: Yes, sir. Jesus, J-e-s-u-s, Martinez, M-a-r-t-i-n-e-z.

DETECTIVE RHEAULT: And your serial number is 37593?

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: All right. This is regarding a officer-involved shooting incident that occurred at 12935 Desmond Street. That's spelled David, Edward, Sam, Mary, ocean, Nora, David on February 1st, 2022. Also present for the interview is?

SUBJECT TO PROTECTIVE ORDER

DETECTIVE FULLER: Detective II Justin Fuller, J-u-s-t-i-n, F-u-l-l-e-r, Serial Number 37232 from Force Investigation Division.

ATTORNEY DAVID WINSLOW: David Winslow, W-i-n-s-l-o-w, attorney for Officer Martinez.

DETECTIVE RHEAULT: All right. Officer Martinez, has

CONFIDENTIAL

CONFIDENTIAL

everyone in the room been identified?

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: Okay. And before we begin the interview, will you provide a voluntary statement?

OFFICER MARTINEZ: No.

DETECTIVE RHEAULT: Since you declined to provide a voluntary statement, I must read you the following: The entire investigation concerning this incident including this digitally-recorded interview is classified as confidential by the Chief of Police. Do you understand?

OFFICER MARTINEZ: Yes.

DETECTIVE RHEAULT: As a supervisor of the Los Angeles Police Department and as authorized by the Chief of Police, I want to inform you that your silence could be deemed as insubordination and could lead to administrative discipline which could result in your discharge or removal from office. And that any statement made under the compulsion of the threat of such discipline cannot be used against you in any subsequent criminal proceeding. Do you have any questions?

OFFICER MARTINEZ: No.

DETECTIVE RHEAULT: Okay. I hereby order you to answer all questions and provide a statement in this matter. Before this interview, did you have an opportunity to view your body-worn video?

OFFICER MARTINEZ: Yes, sir.

MURILLO V. COLA
CV22-03188 DMG (SKx)
SUBJECT TO
PROTECTIVE ORDER
CONFIDENTIAL

CONFIDENTIAL

DETECTIVE RHEAULT: Okay. And did you have an opportunity to review your digital in-car video system?

OFFICER MARTINEZ: No, sir.

DETECTIVE RHEAULT: Okay. Now regarding your digital in-car video system, it is my understanding that your police vehicle was parked approximately half a block away from the incident?

MURILLO V. COLA

OFFICER MARTINEZ: That's correct.

DETECTIVE RHEAULT: And -- and -- and directed in a direction that would not have captured this incident?

CV22-03188 DMG(SKx)

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: Okay. In regarding body-worn video, I did not show you your entire video. I showed you approximately two minutes prior to the OIS and to the completion of it, maybe three or four minutes after the OIS, is that correct?

OFFICER MARTINEZ: Yes, sir.

SUBJECT TO

DETECTIVE RHEAULT: We'll view your entire body-worn video in its entirety tomorrow when we do a full-comprehensive interview. Today's interview is going to be limited to your -- your decision to use deadly force.

PROTECTIVE ORDER

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: Okay. Have you viewed any body-worn video or digital in-car video of this incident without FID present?

CONFIDENTIAL

CONFIDENTIAL

OFFICER MARTINEZ: No, sir.

DETECTIVE RHEAULT: And have you viewed any other video such as news reports, social media or any content regarding this incident?

OFFICER MARTINEZ: No.

DETECTIVE RHEAULT: Okay. Today's the 1st of February. I understand you work morning watch. Taking you back to January 31st, when was your start of watch?

MURILLO V. COLA

OFFICER MARTINEZ: 1845.

CV22-03188-DMG(SKx)

DETECTIVE RHEAULT: 1845. Okay. And what time did you wake up on the 31st?

OFFICER MARTINEZ: 1600.

DETECTIVE RHEAULT: 1600. Okay. And how many hours of sleep did you get?

OFFICER MARTINEZ: Approximately six.

DETECTIVE RHEAULT: Six. Okay. And as I indicated it's -- it's now approximately 1530. You woke up 1600. So, you're going on your -- have been awake for about 23 and a half hours --

SUBJECT TO PROTECTIVE ORDER

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: -- at a minimum? Okay. Do you feel that you can participate in this abbreviated interview right now?

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: Okay. All right. Officer

CONFIDENTIAL

CONFIDENTIAL

Martinez, what I'd like you to do is take me back to the incident just prior to using deadly force. Can you tell me where you're positioned and what is occurring at the incident during at that time?

OFFICER MARTINEZ: Yes. I was actually standing next to my partner Officer Gutierrez in front of the mailbox. He was less lethal with a beanbag shotgun. We had heard that the suspect was coming out the back and possibly had two knives in his hand.

MURILLO V. COLA CV22-03188 DMG(SKx)

I perceived he was going to be, you know, doing the same thing he was doing all night is just talking back and, you know, just yelling like he was when I was trying to communicate with him for the 30 minutes, I was trying to talk to him. So, I went back to the car. The officer that I was trying to communicate with him with the PA stopped using it. I picked up the mike and I tried to communicate with him. I knew his name. I felt I had a good rapport with him.

SUBJECT TO PROTECTIVE ORDER

And, you know, advised him to come out, draw, you know, we don't want to hurt him. Come out with his hands up and next thing I know they're saying he's coming out the front. I hear what sounds like a less lethal round go off to my left towards the west and then I hear the beanbag go off to my right.

I dropped the mike and then in like seconds is when

CONFIDENTIAL

CONFIDENTIAL

I see the suspect in front of my spotlight and I'm, at this point, I'm behind the passenger door as cover and he crosses right in front of the spotlight and that's when I see the knife in his hand. It is shimmering silver and shiny. And that's when I shot two rounds to stop his action because he was running right towards my partners, Officer Gutierrez and officer -- the gang officer, Officer?

ATTORNEY DAVID WINSLOW: Griffin?

OFFICER MARTINEZ: Griffin. So, I felt like he posed an eminent threat of -- of serious bodily injury to them and to myself and that's when I shot twice. The suspect fell, fell approximately, I don't know, I'd say three feet in front of me. And I kind of redeployed backwards a little bit away from the door because he was turning towards me and I -- I was in fear.

I felt like he was going to get back up because it just -- I seen this man just run through beanbag rounds. And, you know, with his determination to come at me and my partners I felt like he was going to come back up and try to stab me with the knife or whatever and that's when I fired one more round stopping the --

ATTORNEY DAVID WINSLOW: How -- how close was he to you at that point?

OFFICER MARTINEZ: I -- it was really close, sir. I'd say maybe three feet at this point just to the east of my

MURILLO V. COLA
CV22-03188-DMG(SKx)
SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL

CONFIDENTIAL

passenger door.

DETECTIVE RHEAULT: Okay. Okay. I'll get us oriented here. So, you indicated that -- that you're -- you're near a passenger door of a vehicle. Is that a police vehicle?

OFFICER MARTINEZ: Yes, it is.

DETECTIVE RHEAULT: Okay. And where -- was that moving or was it stopped?

MURILLO V. COLA

OFFICER MARTINEZ: It was in the apron of the residence located -- at the location and we were using it as a PA to communicate with the suspect prior while he was in the house going from window to window and we used the vehicle as cover as well.

CV22-03188 DMG(SKx)

DETECTIVE RHEAULT: I see. And when you say apron of the residence is that the apron of the driveway?

OFFICER MARTINEZ: The driveway. Yes, sir.

DETECTIVE RHEAULT: Okay. All right. So, if I'm looking at the house is -- is that direction am I looking north?

SUBJECT TO

OFFICER MARTINEZ: Yes, sir.

PROTECTIVE ORDER

DETECTIVE RHEAULT: Okay. I got you. And -- and we can use these interchangeably in today's interview and tomorrow's interview. But as far as tactics is that considered the -- the front of the house considered the one side?

OFFICER MARTINEZ: Yes, sir.

CONFIDENTIAL

CONFIDENTIAL

DETECTIVE RHEAULT: Okay. And then going clockwise the west side of the house would be the two side?

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: Okay.

OFFICER MARTINEZ: Yes, sir. Correct.

DETECTIVE RHEAULT: I see. All right. Now you indicated that you heard something in the back. What -- did you hear the sound or you heard something over the radio. What do you --

OFFICER MARTINEZ: I -- I heard what sounded like -- to me, it sounded like and I -- I describe because I hear it a lot at work, a security gate fling -- swinging open or a box being thrown or I pictured like him. And I don't know what's over there but I -- I pictured him coming out of the house and swinging that door open. Yeah. So, that's what I -- and then that's when the officers put it out that he's coming out the side of the house --

DETECTIVE RHEAULT: Okay.

OFFICER MARTINEZ: -- with two knives in his hand.

DETECTIVE RHEAULT: With two knives. And when they put it out, is that over the air or are you hearing their voices?

OFFICER MARTINEZ: That's over the air and that's when I redeployed back to the passenger seat to get the mike to try to calm him down. And it seemed like as soon as he

MURILLO V. COLA
CV22-03188 DMG(SKx)
SUBJECT TO
PROTECTIVE ORDER
CONFIDENTIAL

CONFIDENTIAL

stopped, he didn't hear my voice is when he lost it and I -- I -- that's how I felt because I -- I don't know if you're going to hear in the video I keep talking and talking.

And he's -- he's coming to the window and saying, you know, stuff that doesn't make sense but I had that communication knowing that MEU was en route. SWAT was en route and my job was just to -- just keep him at the window. And so that's why I went back when I heard he was coming out of the house to get him at least to stop and remember my voice or something.

DETECTIVE RHEAULT: I see. And we'll get into the exact chronology --

OFFICER MARTINEZ: Okay.

DETECTIVE RHEAULT: -- of what you did when in relation to when you were talking to him and seeing him. We'll -- we'll get all that ironed out. You referred that you heard a -- a metal gate opening or something similar?

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: Okay. When did you first see the suspect -- physically see the suspect after hearing that sound?

OFFICER MARTINEZ: I saw something moving out of my corner of my eye but I fit -- I saw him clearly in front of a passenger spotlight that was shiny at the window where I was communicating with him.

MURILLO V. COLA CV22-03188 DMG (SKx) SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

CONFIDENTIAL

DETECTIVE RHEAULT: Okay.

OFFICER MARTINEZ: And the first time I see him clearly is when he just crosses that -- that spotlight --

DETECTIVE RHEAULT: I see.

OFFICER MARTINEZ: -- with a knife in his hand.

DETECTIVE RHEAULT: Okay. And now you indicated that spotlight was directed at a window. What side of the house using our numbering system now was that window on?

MURILLO V. COLA

OFFICER MARTINEZ: The window -- the window is on the one side facing east.

CV22-03188 DMG(SKx)

DETECTIVE RHEAULT: Okay. I see. So, one side but the actual -- the actual window faces east?

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: Okay. All right. So, when you observed him cross into your spotlight how far out from -- and you indicated you're at the passenger door?

OFFICER MARTINEZ: Yes, sir.

SUBJECT TO

DETECTIVE RHEAULT: How far and I'm assuming north of you is he or and you tell me what direction he is. I apologize.

PROTECTIVE ORDER

OFFICER MARTINEZ: He is just on the other side of the door in front of the door north of me maybe from me to you. Is that four, five feet?

DETECTIVE RHEAULT: Okay. And -- and I too would estimate that distance to be four and a half feet.

CONFIDENTIAL

CONFIDENTIAL

OFFICER MARTINEZ: Yeah.

DETECTIVE RHEAULT: I would. Okay. What is he doing at that point?

OFFICER MARTINEZ: He is running full speed --

DETECTIVE RHEAULT: Uh-huh.

OFFICER MARTINEZ: -- in like a running back aggressive maneuver right at my partners who was less lethal with no protection besides my other partner Officer Griffin and -- and towards me. He was running in our direction.

DETECTIVE RHEAULT: I see. Okay. And is the passenger door open at this point?

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: And you're behind it?

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: Okay. The -- in relation to the other officers you mentioned Griffin and the other officer, your partner with the less lethal?

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: Direction on a compass, what direction are they from you?

OFFICER MARTINEZ: They are northeast of me behind the mailbox located in front of location.

DETECTIVE RHEAULT: I see. Okay. Northeast.

OFFICER MARTINEZ: So -- so, the door -- so they are between the passenger door and the mailbox.

MURILLO V. COLA CV22-03188 DMG(SKx) SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

CONFIDENTIAL

DETECTIVE RHEAULT: Okay. Okay. I see. The open passenger door and that mailbox?

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: Okay. And further east of you is there any -- any -- any other objects or cover or anything?

OFFICER MARTINEZ: There's a tree, a bush, and then just sidewalk and then that's it.

MURILLO V. COLA

DETECTIVE RHEAULT: Okay. And when you described him running at you like a running back what you're demonstrating and correct me if I get any part of this wrong. You had both fists just below chest level with your arms bent and your -- your fists were towards the center line of -- of your chest and you actually leaned your torso forward and -- and actually hunched your shoulders?

CV22-03188 DMG(SKx)

OFFICER MARTINEZ: Hunched shoulder. Yes, sir.

DETECTIVE RHEAULT: And is that --

OFFICER MARTINEZ: That's correct.

DETECTIVE RHEAULT: That's what you observed?

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: Okay. And which -- which hand was he holding the knife?

OFFICER MARTINEZ: You know, sir, I don't recall. I -- I, you know, I want to say it was a right hand but I'm not too sure.

DETECTIVE RHEAULT: Okay.

SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

CONFIDENTIAL

OFFICER MARTINEZ: All I remember seeing was the shimmering of that object, a knife in his hand in front of my spotlight and yeah, that's what I remember seeing.

DETECTIVE RHEAULT: Okay. Can you describe? And now you -- you described it as a -- a shimmering object. It -- well, what did you observe it to be?

OFFICER MARTINEZ: A knife.

DETECTIVE RHEAULT: Okay.

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: It was a knife?

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: Okay. And you -- can you describe it for me?

OFFICER MARTINEZ: I can't tell if it was a kitchen knife or steak knife but, you know, it was clear in the light, you know, it was shining silver.

DETECTIVE RHEAULT: Okay. And -- and a length of the blade, could you estimate?

OFFICER MARTINEZ: I'd say maybe four inches, five inches.

DETECTIVE RHEAULT: I see.

OFFICER MARTINEZ: Approximately.

DETECTIVE RHEAULT: And handle material, do you --

OFFICER MARTINEZ: I couldn't tell, sir.

DETECTIVE RHEAULT: Okay.

MURILLO v. COLA CV22-03188 DMG (SKx) SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

CONFIDENTIAL

different terms you were demonstrating for me, I believe you said you didn't even have time to -- was it punch out or push out?

OFFICER MARTINEZ: Push out --

DETECTIVE RHEAULT: Okay.

OFFICER MARTINEZ: -- I guess into a -- a -- I'm sorry.

DETECTIVE RHEAULT: No. I'll describe it.

OFFICER MARTINEZ: A shooting stance.

DETECTIVE RHEAULT: Okay.

OFFICER MARTINEZ: Or, you know, with my arms straight out.

DETECTIVE RHEAULT: When you said you were unable to push out into a shooting stance, what you did you had your hands together as if you're shooting a handgun with your left hand wrapped around your right hand. And you went to demonstrate locking your elbows but you came short of that and said you were unable to push out. And then you actually brought your hands into your chest to the point where your support hand, your left hand dropped away and -- and you brought your right fist close to your right pectoral?

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: Okay. And that's what you described as close contact?

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: Okay. And you believed you fired

MURILLO V. COLA
CV22-03188 DMG(SKx)
SUBJECT TO
PROTECTIVE ORDER
CONFIDENTIAL

CONFIDENTIAL

in that position?

OFFICER MARTINEZ: Yes, sir. I believe so.

DETECTIVE RHEAULT: Okay. And the reason you fired in that position again?

OFFICER MARTINEZ: I felt he was so close that, you know -- you know, I just see this man take rounds and coming at an aggressive, you know. I perceived him to stab my partner or me and the last thing I want to know is try to grab my gun.

MURILLO V. COLA
CV22-03188 DMG (SKx)

DETECTIVE RHEAULT: Okay.

OFFICER MARTINEZ: So.

DETECTIVE RHEAULT: Did -- before you fired that second round, did you see him possessing the knife?

OFFICER MARTINEZ: I did. Yes.

DETECTIVE RHEAULT: Okay. Did anything in his body position or his pace or anything change between your first and second round?

OFFICER MARTINEZ: No, not at all. He kept coming straight at us.

SUBJECT TO
PROTECTIVE ORDER

DETECTIVE RHEAULT: I see. Okay. Now when describing your third round when -- when he's on the ground, what are you observing prior to firing that -- that third round?

OFFICER MARTINEZ: So, I see him. So, after taking in everything that just happened, you know, I'm going to be honest, I'm a little freaked out. I'm a little scared.

CONFIDENTIAL

CONFIDENTIAL

This guy's still rolling around. And so, what I see is I see him still moving, rolling in a south direction towards me and I believed he was going to get back up and try. And at that point, I was already back-pedaling. So, I believed and I felt like I was trapped between a bush. I don't know who was behind me. I don't want to fall back and I believed he was going to get back up and try to stab me.

MURILLO V. COLA

DETECTIVE RHEAULT: Okay. You said he was rolling south?

CV22-03188 DMG(SKx)

OFFICER MARTINEZ: Yeah. I -- I remember him on his back rolling towards me.

DETECTIVE RHEAULT: Okay. So, prior to him starting that -- and I don't know at what point you're seeing it but what position is he rolling from and -- and starting to roll to? Do -- do you know what I mean?

OFFICER MARTINEZ: Yeah.

SUBJECT TO

DETECTIVE RHEAULT: Was he on his belly or is he on his back, on his side?

PROTECTIVE ORDER

OFFICER MARTINEZ: I remember him on his left side rolling towards me. So, left side. Actually, I'm sorry. I remember him on his right side rolling towards me.

DETECTIVE RHEAULT: Okay. And what direction is his head facing?

OFFICER MARTINEZ: His head is facing west and I'm south of him.

CONFIDENTIAL

CONFIDENTIAL

DETECTIVE RHEAULT: Okay. And he's on his right side and he's -- he's rolling south and -- and -- and --

OFFICER MARTINEZ: Yeah.

DETECTIVE RHEAULT: -- what you -- I observe you doing, it -- it appeared you were rolling, I guess, it would be clockwise for him towards his -- from his right side towards his -- across his belly to his left side?

OFFICER MARTINEZ: Yeah.

DETECTIVE RHEAULT: Yeah.

OFFICER MARTINEZ: Yeah. He's still moving. He's nonstop.

DETECTIVE RHEAULT: Was that correct? I didn't -- I don't want to --

OFFICER MARTINEZ: That's correct. Yes, sir.

DETECTIVE RHEAULT: Okay. Well, how far into that motion was he able to complete when -- when you fired?

OFFICER MARTINEZ: Full motion, I believe. I -- I think he was -- he was going towards his stomach. He was -- I felt like he was just going to pop back up.

DETECTIVE RHEAULT: So, he went from his right side and now he's on his stomach?

OFFICER MARTINEZ: Yeah. Yeah.

DETECTIVE RHEAULT: And you believed he just popped.

OFFICER MARTINEZ: Yeah.

DETECTIVE RHEAULT: Did he ever get to his left side?

MURILLO V. COLA
CV22-03188 DMG(SKx)
SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL

CONFIDENTIAL

OFFICER MARTINEZ: I don't recall, sir.

DETECTIVE RHEAULT: Okay. And you believed he's going to pop up. Where were his hands when --

OFFICER MARTINEZ: His hands were still tucked in. I didn't see his hands. I couldn't. You know, I just felt like he was going to pop right back up with something in his hand.

DETECTIVE RHEAULT: Okay. Had his hands position changed from when you fired your second round and, you know, and -- and what you described with his whole shoulders hunched and his hands at, you know, towards his center line and fists. I understand --

OFFICER MARTINEZ: Yeah.

DETECTIVE RHEAULT: -- he was running towards you and you described that at that point. When he's on the ground and you fired the third round how -- what was his hand -- hand position?

OFFICER MARTINEZ: I remember them still being tucked in.

DETECTIVE RHEAULT: Tucked.

OFFICER MARTINEZ: They weren't like out where I could see them. They were tucked in still.

DETECTIVE RHEAULT: Okay.

OFFICER MARTINEZ: Yeah.

DETECTIVE RHEAULT: Did it vary in any way from how it

MURILLO V. COLA CV22-03188 DMG(SKx) SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

CONFIDENTIAL

was when he was running at you?

OFFICER MARTINEZ: No.

DETECTIVE RHEAULT: I'm sorry?

OFFICER MARTINEZ: No, they weren't. Yeah. They were still tucked in. I couldn't see his hands at all. I can see his fingers.

DETECTIVE RHEAULT: Couldn't -- couldn't see?

OFFICER MARTINEZ: Couldn't see his fingers.

DETECTIVE RHEAULT: Uh-huh.

OFFICER MARTINEZ: Couldn't see anything clearly. They were still tucked in.

DETECTIVE RHEAULT: Okay.

OFFICER MARTINEZ: Yeah.

DETECTIVE RHEAULT: And now you fired a third shot. What -- why did you not fire any additional rounds? What did you see after firing your third?

OFFICER MARTINEZ: I seen him slow down and stop and, you know, I heard everybody else coming around me and, you know, I was a little shocked too so it took me awhile but I felt that he -- his actions were stopped and he wasn't moving anymore.

DETECTIVE RHEAULT: Okay.

OFFICER MARTINEZ: And I didn't feel that he was going to just come at me anymore --

DETECTIVE RHEAULT: Okay.

MURILLO V. COLA
CV22-03188-DMG(SKx)
SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL

CONFIDENTIAL

OFFICER MARTINEZ: -- at that point.

DETECTIVE RHEAULT: Did -- where -- where did the -- where's the knife at this point?

OFFICER MARTINEZ: At that point, I didn't see it.

ATTORNEY DAVID WINSLOW: Where did you believe it was?

OFFICER MARTINEZ: I believed it was either under him or somewhere in the area. I -- I didn't -- I don't know where it was. I didn't see it after that.

MURILLO V. COLA
CV22-03188 DMG(SKx)

DETECTIVE RHEAULT: Oh, okay. Did you participate in -- in the handcuffing --

OFFICER MARTINEZ: No, sir.

DETECTIVE RHEAULT: -- or any -- anything else? Okay. All right. Detective Fuller?

DETECTIVE FULLER: I don't have any questions.

ATTORNEY DAVID WINSLOW: Nothing. Thanks.

DETECTIVE RHEAULT: Okay. Thank you. That -- that will complete the scope of this interview. I'm going to order you once again to not discuss this incident with anybody. Do not -- no news, social media or any other type of information until we complete your second interview.

SUBJECT TO
PROTECTIVE ORDER

OFFICER MARTINEZ: Yes, sir.

DETECTIVE RHEAULT: All right. The time now is 1550 hours and that will complete our interview.

///

///

CONFIDENTIAL