"EXHIBIT 6"

CONFIDENTIAL

## STATEMENT OF

# POLICE OFFICER III JESUS MARTINEZ (2nd Intv.)

Senior Administrative Clerk V. Shaw, Serial No. N4488, reviewed the digital recording (TP97255, F004-22) and transcription of Officer Martinez's interview. The inaudible recordings that were clearly audible are listed below. All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|------|------|------------------------|
| 04 thru 56 | 01 thru 02 | REPLACE: DETECTIVE FULLER WITH: **ATTORNEY WINSLOW** |
| 08 | 01 | REPLACE: designated WITH: **designates** |
| 09 | 04 | REPLACE: Noles WITH: **Knolls** (*throughout*) |
| 09 | 05 | REPLACE: try to come WITH: **come and try** to |
| 09 | 06 | REPLACE: to WITH: **him come out** |
| 11 | 12 | REPLACE: if WITH: **- um** |
| 12 | 09 | REPLACE: details WITH: **detailed** |
| 13 | 17 | REPLACE: time WITH: **team** |
| 15 | 08 | REPLACE: other WITH: **another** |
| 15 | 14 | REPLACE: the time WITH: **times,** he would |
| 16 | 09 | ADD: bring stuff **up** |
| 26 | 02 | REPLACE: doing WITH: **going** |
| 27 | 05 | REPLACE: agitate WITH: **agitated** |
| 37 | 24 | ADD: **case** scenario |
| 50 | 18 | REPLACE: be WITH: **INAUDIBLE** |
| 51 | 12 | REPLACE: done WITH: **gone** |
| 53 | 07 | REPLACE: I can - - I can WITH: **I couldn't - - I couldn't** |
| 59 | 22 | REPLACE: I WITH: **where it** |

CONFIDENTIAL

CONFIDENTIAL **LOS ANGELES POLICE DEPARTMENT**

In the Matter of: )
Officer-Involved Shooting ) FID No. 004-22
Transcription of Taped Interview )
Of Jesus Martinez )
_____ )

MURILLO V. COLA

CV22-03188 DMG(SKx)

TRANSCRIPTION OF TAPE RECORDED INTERVIEW
OF OFFICER III JESUS MARTINEZ

SUBJECT TO

PROTECTIVE ORDER

Transcribed by:
Andrew Dayton
CSR No. 13353

Job Number:
TP97255 CONFIDENTIAL

CONFIDENTIAL

1    Los Angeles Police Department

2    CD No. MartinezJ2

3

4    DETECTIVE RHEAULT:  Today's date is February 2nd,

5    2022.  The time now is 2041 hours.  I'm Detective

6    Anthony Rheault.  First name, common spelling.  Last

7    name, R-h-e-a-u-l-t.  Serial Number 33961.  Assigned to

8    Force Investigation Division.  And I'm here at Foothill

9    Station to interview Police Officer III Jesus Martinez,

10   Serial Number 37593, regarding an officer-involved

11   shooting incident that occurred at 12935 Desmond Street,

12   spelled David, Edward, Sam, Mary, Ocean, Nora, David

13   Street, on February 1st, 2022.

14       Also present for the interview is?

15       DETECTIVE FULLER:  Detective Justin Fuller,

16   J-u-s-t-i-n, F-u-l-l-e-r.  Serial Number 37232.  Force

17   Investigation Division.

18       ATTORNEY WINSLOW:  David Winslow, W-i-n-s-l-o-w.

19   Attorney for Officer Martinez.

20       DETECTIVE RHEAULT:  Okay.  Officer Martinez, has

21   everyone in the room been identified?

22       OFFICER MARTINEZ:  Yes, sir.

23       DETECTIVE RHEAULT:  Okay.  And yesterday, prior to

24   our -- the first interview, I asked if you'd provide a

25   voluntary statement.  You refused.  I ordered you, I

CONFIDENTIAL                                               2

1   compelled you to provide a statement under threat of

2   removal. I just want to let you know that order is

3   still in place and I'm ordering you to comply with this

4   interview as well.

5        OFFICER MARTINEZ: Yes.

6        DETECTIVE RHEAULT: All right. So let me ask you a

7   couple questions, just some housekeeping here. During

8   the incident, were you wearing a mask?

9        OFFICER MARTINEZ: No, I wasn't.

10       DETECTIVE RHEAULT: Okay. Any explanation for that?

11       OFFICER MARTINEZ: Due to the tactical escalation

12  and -- or tactical operation, I'm sorry, I felt the

13  need, I needed to communicate with my partner who was

14  assigned less lethal. I was assigned contact in the

15  beginning. And due to the fact that I was negotiating

16  and trying to speak with the suspect, I felt like I

17  couldn't use it.

18       DETECTIVE RHEAULT: Couldn't use it? And what --

19  what would it prevent? What would -- would --

20       OFFICER MARTINEZ: I felt that if I had it on, maybe

21  they could -- my partners couldn't hear me if it

22  escalated to something else, or, yeah. If it -- if it

23  put their lives in danger and I needed to say something

24  out loud and they couldn't hear me.

25       DETECTIVE RHEAULT: I see. Thank you.

                                                        3

1    DETECTIVE FULLER:  Does it deteriorate the -- your

2    audibility or the clarity and -- when you speak?

3        OFFICER MARTINEZ:  It does, especially if, you know,

4    someone's yelling or there's sirens and I'm in the car

5    or, you know, it needs to be clear, people have helmets

6    on, yeah, it does take away from the clarity.

7        DETECTIVE RHEAULT:  Okay.  And prior to this

8    interview, did you have an opportunity to view your body

9    worn video in full?

10        OFFICER MARTINEZ:  Yes.

11        DETECTIVE RHEAULT:  Okay.  We conducted a search

12    today for any available digital in-car video and we

13    could not locate any.  Are you good to continue with

14    this interview without having watched DICVS if it -- if

15    it exists?

16        OFFICER MARTINEZ:  Yes.

17        DETECTIVE RHEAULT:  Okay.  And as we mentioned

18    yesterday, if it does exist, we could not find it in the

19    KOBAN system.  It -- you parked a good distance away and

20    it did not capture the event which occurred facing the

21    residence.  Yeah?

22        OFFICER MARTINEZ:  Yes.

23        DETECTIVE RHEAULT:  Okay.  Again, who was your

24    partner yesterday?

25        OFFICER MARTINEZ:  Officer Gutierrez.

4

1       DETECTIVE RHEAULT:  Okay.  And were you driver or

2    passenger?

3       OFFICER MARTINEZ:  Driver.

4       DETECTIVE RHEAULT:  Okay.  And how long have you

5    worked together with Officer Gutierrez?

6       OFFICER MARTINEZ:  Known him for almost 15 years.

7    I've worked with him for four in a specialized unit.

8       DETECTIVE RHEAULT:  Okay.  Can you talk about any

9    tactics discussion you've had with him at any point over

10   the -- over the course of years?  Anything specifically

11   related to this incident while you were en route or in

12   the past?  Anything related to edge weapons and how you

13   approach these calls, the tactic conversations you've

14   had?

15      OFFICER MARTINEZ:  Yeah.  We've -- we've spoken

16   about edge weapon calls in roll calls.  You know, if

17   it's in the kit room line, if it's walking to our shop

18   at the beginning of shift, sometimes en route to calls,

19   if we can.  But I've worked with him for so long that

20   we've always talked about it here and there and we

21   almost know each other, what we're -- we almost know

22   what each other is thinking at times --

23      DETECTIVE RHEAULT:  Uh-huh.  Well --

24      OFFICER MARTINEZ:  -- because we're so comfortable

25   with each other.

5

1    DETECTIVE RHEAULT:   What are some of the

2    considerations when approaching these calls?

3         OFFICER MARTINEZ:   What -- what type of guidelines

4    or principals do you use, if any, when approaching these

5    type of calls?

6         OFFICER MARTINEZ:   Just knowing who is going to be

7    contact, who is going to be less lethal, managing the

8    scene.   If there's no one there, him or I need to step

9    up and take it over and designate contact officers, less

10   lethal officers.   So all that's planned with edge

11   weapons calls.

12        DETECTIVE RHEAULT:   I see.

13        OFFICER MARTINEZ:   Yeah.   And stuff like that.

14   Communication with the airship, with Fire, if any, Fire

15   Department.

16        DETECTIVE RHEAULT:   I see.   Okay.   Now, in narrative

17   form in your own words, of course, can you tell me

18   everything you personally did, observed, heard, or

19   caused to be done in relation to this call from the

20   minute you became aware that there was an incident.

21        Tell us everything you learned about it and what you

22   did as you -- as you went en route to that call.   As you

23   arrived, who you contacted, what you're learning, how

24   this whole incident developed.

25        OFFICER MARTINEZ:   Yeah.   Basically, we responded

6

1  from the station.  It was a backup.  I remember the call

2  coming out as an ADW suspect, I believe.  And the

3  suspect being combative and aggressive towards family.

4  And possibly knives involved.  It got esc- -- it got

5  elevated when the unit that was already there requested

6  a backup.

7      I remember them saying that there was a suspect in a

8  room armed with knives threatening family members.

9  That's when we responded.  As soon as we got there, we

10  met with the incident commander who was already setting

11  up the assignments and tasks for everyone and

12  designating the contact team leader, less lethal,

13  setting up CP.

14      The incident commander was Sergeant Alferez.  He was

15  the one giving tasks out.  And I could see walking up --

16  I'm going to go back a little bit.  Walking up, I could

17  see what looked -- might have looked like a crowd,

18  possibly family members.  I see officers on the corner

19  just east of the -- the location.  There was officers

20  already there.  We continued to the front of the house.

21      That's where we met with the team leader and the

22  incident commander.

23      DETECTIVE RHEAULT:  Uh-huh.  Continue.

24      OFFICER MARTINEZ:  The incident commander designates

25  a team leader.  The team leader designates contact

7

CONFIDENTIAL

1    officers and less lethal. He designated my partner as

2    less lethal beanbag shotgun. Designates me in the

3    beginning as contact officer. So we set up, my partner

4    sets up east of the driveway on top of a cinder block

5    wall. The cinder block wall had a mailbox on it.

6          So my partner took that point with the beanbag

7    shotgun. And I -- I stood next to him as his partner

8    contact. Things changed up a little bit. I could hear

9    -- I was just trying to figure out the house and you

10   could hear screaming and someone yelling and things

11   getting thrown around. You could -- you know, I could

12   hear the aggression, whoever was in there.

13         But at first, what I wanted to see was the house,

14   the layout. I've been involved where, you know,

15   incidents where suspects jump houses and, you know,

16   while things are getting set up and, you know, at first,

17   I planned that out, well, maybe this guy runs out and I

18   could see him jumping houses, I could put that out.

19         The incident commander sets up a -- an officer to

20   try to negotiate with the suspect inside the house. In

21   the beginning, I believe it was a female officer who

22   began trying to talk to him. I could hear this guy just

23   rambling and not making sense. You could hear objects

24   getting thrown around.

25         The officer in the PA trying to contact was changed

CONFIDENTIAL                                          8

1  again to some other officer. I don't recall his name.

2  He tries to talk to the suspect. The suspect just

3  continues to ramble on not making sense. At some point,

4  Officer Noles, who was a team leader for the operation,

5  designates me to try to come to contact the suspect or

6  negotiate having to come out.

7  I've worked with Officer Noles for 15 years down

8  here at Foothill. We've had success with things like

9  this in the past. Suspects often times, when they, you

10  know, you talk them out of things, and it's worked out

11  before. So my roles switched. A different contact

12  officer took over. Officer Griffin became designated

13  contact officer and stood next to my partner, Gutierrez.

14  Griffin took a spot. It looked like it was west of

15  Officer Gutierrez. And I went back in the car and I

16  began trying to talk to the suspect for I'd say about 45

17  minutes. During that whole 45 minutes, I tried getting

18  him to come out, get him to surrender. I tried using

19  family, and his family wanted him to come out. And he

20  just rambled on and on and didn't make sense.

21  At one point, there was smoke coming out of the

22  room. We believe he was starting a fire or starting

23  something in there. Smoke was coming out of the window

24  along the one-side facing south. And he would jump from

25  that window facing south to another window in the same

9

CITY  000834

CONFIDENTIAL

1    room facing east.

2         And you could hear him throwing things.  It sounded

3    like it was, I don't know, glass, cups getting thrown

4    around.  That's what it sounded like.  I don't know what

5    it was but you could hear the impact.  It was loud

6    enough to hear onto the street.  I tried communicating

7    him for, like I said, maybe 45 minutes, advising him we

8    weren't going to hurt him.  We just wanted to help him.

9    And through that 45 minutes, I could see his aggression.

10   And he talked about killing and he talked about

11   people being rats.  He actually said "ratas" in Spanish

12   which is rats in English.  Snitches.  He talked about

13   family members and what they've done to him.  And he

14   just wasn't making sense.  I wasn't getting through to

15   him.  I'd ask him questions.  He wasn't acknowledging.

16   And you could hear in his tone he was aggressive and

17   possibly under the influence of some -- some type of

18   narcotic or alcohol.

19        It's hard to tell.  I don't know, but -- so after a

20   while, we decided to change it up again.  I exit the

21   vehicle.  My partner, Officer Noles, takes over the PA

22   and attempts to talk to him.  I go back to the -- where

23   my partner, Officer Gutierrez is, and stand by where

24   he's at and try to cover him and try to get a better

25   angle of the suspect.

CONFIDENTIAL                                              10

```
 1        And maybe like two minutes later, officers put
 2   out -- we had officers all around the house.  We had
 3   officers on the side along the west.  And that's when we
 4   heard that the suspect's at the door or something to
 5   that effect, with two knives in his hand and he's coming
 6   out.
 7        You can see officers trying to scramble and -- and
 8   get ready for, you know, what could happen.  I ran back
 9   to the car and tried to pick up the mic and tried to
10   communicate with him, maybe try to get him to just walk
11   to the front.  And since the beginning, I wanted him to
12   see me and try to get face to face if instead of hearing
13   a PA and not putting a face to the officer.
14        So -- so after they put that he's coming out, you
15   know, I hear a loud bang, what sounded like a gate open
16   or a door open, so I knew he was visible to the
17   officers.  I pictured him coming out of a door and
18   standing at the door with the knives, and that's what I
19   took from that.  So I went back to the car.  I tried to
20   communicate and tried to say his name again and have him
21   calm down, and that's when I heard the first beanbag
22   round or less lethal round go off to my left to the
23   west.
24        I heard several more rounds to my right where my
25   partners were at.  And next thing I know, in the -- at
```

11

1   that point, I was behind the passenger door of the shop

2   on the driveway in front of the house.  The next thing I

3   know is I see the suspect cross in front of my spotlight

4   with a knife in his hand.  And that's when I unholstered

5   and shot two rounds.

6       The suspect fell forward and kept advancing.  And

7   that's when I fired another round.

8       DETECTIVE RHEAULT:  Okay.  All right.  Let me go

9   back and ask more details questions.

10      OFFICER MARTINEZ:  Okay.

11      DETECTIVE RHEAULT:  Yeah.  When you first arrived,

12  you mentioned some names, Griffin and Noles and Alferez.

13  Who else was present when you -- when you first arrived?

14      OFFICER MARTINEZ:  When we first arrived, I observed

15  a couple officers but the incident commander was

16  directing officers to hold the perimeter side of the

17  house.  Another thing I didn't bring up is while

18  apparently there was still people inside the house, and

19  we needed to extract them.  So this is happening when

20  I'm talking to the suspect in the car.

21      DETECTIVE RHEAULT:  Uh-huh.

22      OFFICER MARTINEZ:  So they were being pulled out as

23  I'm trying to talk to him.  So he was setting up that

24  team.

25      DETECTIVE RHEAULT:  And when you say he was, is --

12

1   you're referring to --

2        OFFICER MARTINEZ:  Sergeant Alferez.

3        DETECTIVE RHEAULT:  Sergeant Alferez?

4        OFFICER MARTINEZ:  Yes.

5        DETECTIVE RHEAULT:  And that was -- is that the

6   incident commander?

7        OFFICER MARTINEZ:  Yes, sir.

8        DETECTIVE RHEAULT:  Okay.  All right.  So when you

9   were -- just so I'm clarifying, when you were talking to

10  him in the car.  So you were in the car on the PA system

11  talking to the suspect?

12       OFFICER MARTINEZ:  Yes.

13       DETECTIVE RHEAULT:  Okay.  I just wanted to make

14  sure we're --

15       OFFICER MARTINEZ:  Yeah.

16       DETECTIVE RHEAULT:  -- clear on that.  The incident

17  commander was setting up that time?

18       OFFICER MARTINEZ:  Yeah.  When we got there, he was

19  setting teams up so the officers that I did see in the

20  beginning, I -- they were moved somewhere else.  I

21  didn't see them (UNINTELLIGIBLE)

22       DETECTIVE RHEAULT:  Do you know who made up the team

23  that Sergeant Alferez was --

24       OFFICER MARTINEZ:  I'm not sure.  No.  I don't know,

25  sir.

13

CONFIDENTIAL

1      DETECTIVE RHEAULT:  Okay.  Do you -- do you know how

2   -- you said they did an evacuation?

3      OFFICER MARTINEZ:  At one point, I did see officers

4   along the east side of the residence.

5      DETECTIVE RHEAULT:  Uh-huh.

6      OFFICER MARTINEZ:  And I did see citizens coming out

7   of a door on the east side.  I don't remember -- at one

8   point, it was when I was in the car trying to get him to

9   the window.  It's one of the times I kept repeating,

10   "Come to the window, come to the window," because I

11   wanted him away from whatever that room that was over

12   there.

13      DETECTIVE RHEAULT:  Okay.  Was he at -- always at

14   one window or was there -- how did that --

15      OFFICER MARTINEZ:  He was going back and forth

16   between the window that faces south on the one side and

17   the window that faces east.  Still -- it looks like a

18   makeshift garage.  So there's two windows in that, and

19   one faces south and one faces east.  So he -- it looked

20   like the same room and he was just going back and forth.

21      DETECTIVE RHEAULT:  Are they both on the one side?

22      OFFICER MARTINEZ:  Yes.

23      DETECTIVE RHEAULT:  Okay.  And when I looked at the

24   body worn video and I was looking at the one side, the

25   side facing the street --

CONFIDENTIAL                                          14

CONFIDENTIAL

1      OFFICER MARTINEZ:  Uh-huh.

2          DETECTIVE RHEAULT:  -- it almost appeared that there

3      was two windows facing south.  Am I wrong on that?

4          OFFICER MARTINEZ:  You know, sir, I'm not sure.

5      There could have been one closer to the west property

6      line.  We had one lit up on the south.

7          DETECTIVE RHEAULT:  Uh-huh.

8          OFFICER MARTINEZ:  And other window lit up that

9      faces east.  Those are the two windows where he was

10     mostly going back and forth from.  If there was a

11     window, I don't recall.  It was dark.  We were just

12     focusing -- it looked like he was in one room.

13         DETECTIVE RHEAULT:  I see.

14         OFFICER MARTINEZ:  And at the time, he would leave

15     or he was doing something in there and I would try to

16     get him back to the window.

17         DETECTIVE RHEAULT:  Okay.  When he was -- and with

18     the understanding he would leave that room at times, you

19     indicated, but when you observed him in the room east

20     window and the south facing window, did you ever observe

21     him with knives yourself?

22         OFFICER MARTINEZ:  No.

23         DETECTIVE RHEAULT:  Okay.  Approximately, with the

24     understanding that you mentioned a female officer was on

25     the PA first, and then another male officer, and then

CONFIDENTIAL                                               15

1   yourself.

2        OFFICER MARTINEZ:  Uh-huh.

3        DETECTIVE RHEAULT:  You were relieved briefly before

4   getting back on the PA.  When you were doing the

5   majority of your acting as communications on the PA, how

6   long -- how long much a period was that, an estimate?

7        OFFICER MARTINEZ:  I would estimate maybe 45 minutes

8   to an hour, approximately.  Yeah.  I mean, I would ask

9   questions.  I would bring stuff.  And there was no

10  acknowledgement to the questions during that time.

11       DETECTIVE RHEAULT:  To -- you'd bring questions up

12  to?

13       OFFICER MARTINEZ:  Yeah.  To try to have him, you

14  know, to come to the window or come outside or just, you

15  know, come out of the house with your hands up.  And

16  usually, they'll say something.  The suspect usually

17  will say, "Well, how I do know you're not going to

18  shoot?"  You know, something to my command.

19       DETECTIVE RHEAULT:  Uh-huh.

20       OFFICER MARTINEZ:  I wasn't getting any of that.  I

21  wasn't getting anywhere.  I just felt like if I kept

22  repeating it, I could keep him at the window and have

23  him from going to, I don't know, the kitchen or -- or

24  starting a fire, which was already in our minds.  And or

25  just I don't know.  Running out the back or something

                                                        16

LYNDEN J. AND ASSOCIATES, INC.   (800) 972-3376

1    and --

2         DETECTIVE RHEAULT:  Did -- did -- did your

3    interactions with him keep him at the window or --

4         OFFICER MARTINEZ:  I felt like it did a little bit.

5    I felt that maybe at times, he was rambling and, you

6    know, he sounded agitated, but I kept him where we can

7    see him here and there.  I didn't like when I would lose

8    him.  I don't know what was going on in there, but, you

9    know?

10        DETECTIVE RHEAULT:  When you say lose him, what do

11   you mean?

12        OFFICER MARTINEZ:  Lose him when he wasn't rambling

13   or not popping up in the windows.  He would pop up in

14   one window, then go away.  And he'd pop back up in the

15   window, yell, and then pop up in the next window in the

16   same room.

17        DETECTIVE RHEAULT:  Okay.  So when you say losing,

18   you're losing visual on him?

19        OFFICER MARTINEZ:  Yeah.  Losing visual.  Yes.

20        DETECTIVE RHEAULT:  Okay.  I understand.  Do you

21   know what language he was speaking when he would ramble?

22        OFFICER MARTINEZ:  Mostly English.  He would throw

23   in Spanish words here and there but mostly English.

24        DETECTIVE RHEAULT:  Do you speak Spanish?

25        OFFICER MARTINEZ:  I do.  Yes.

                                                    17

1    DETECTIVE RHEAULT:   Okay.   Could you understand what

2    types (UNINTELLIGIBLE) I --

3       OFFICER MARTINEZ:   I understood the words he was

4    saying.

5       DETECTIVE RHEAULT:   What was he -- what was he

6    saying?

7       OFFICER MARTINEZ:   Well, he talked about snitches.

8    One of the words he used was ratas, which is rat, which

9    refers to snitches.   He threw out someone's last name.

10   In Spanish, that's about it.   He talked about white

11   power.   He talked about he doesn't trust white fools or

12   something like that.   That's all I remember him saying.

13      DETECTIVE RHEAULT:   Did any of it make sense to you

14   what --

15      OFFICER MARTINEZ:   Not really.   No.

16      DETECTIVE RHEAULT:   No?

17      OFFICER MARTINEZ:   It didn't make sense.

18      DETECTIVE RHEAULT:   Okay.

19      DETECTIVE FULLER:   Did he ever say "matar" at all?

20      OFFICER MARTINEZ:   He -- he would say -- he'd say

21   kill.   He brought up killing.   I don't remember.   He did

22   say it in Spanish.   I do remember that.   He did say

23   matar los, which means kill him.   And he did say ratas

24   too, so --

25      DETECTIVE RHEAULT:   The things you're asking the

18

1    suspect to, as you indicated, to keep him engaged at the

2    window, is anyone suggesting the things for you to tell

3    him or is this stuff you're developing on your own?

4         OFFICER MARTINEZ:   Yeah.   I'm pretty much developing

5    on my own.   I knew he spoke English.   I didn't want to

6    transfer over to Spanish.   That hasn't worked.   It's --

7    believe it or not, it's failed more than worked.   I

8    think sometimes suspects and victims, I don't know what

9    it is.   They shut down when they think I know Spanish,

10   or they don't want to comply.

11        Sometimes when a suspect hears commands in English,

12   they'll do it.   If they hear them in Spanish, then

13   they're like, oh, really?   You -- you know, I've gotten

14   this before as an example.   You're a sellout, or -- and

15   then, you know, the same incident, you know, an officer

16   will speak in English and they -- they comply.

17        So I did -- I -- it was in my -- it was in my -- in

18   my plans.   I didn't want to use it just yet.   He was

19   speaking mostly English and I didn't want -- I couldn't

20   really hear.   I was communicating with the officer who

21   was relaying information to me.   I didn't want to start

22   speaking Spanish and officers that don't speak Spanish

23   not understand.

24        Then I would have my eyes -- I wanted to just

25   control the situation.   I didn't want -- officers did

                                                              19

1   not understand if I'm speaking Spanish, and then I have

2   to relay that back, and I don't have eyes on the window.

3          DETECTIVE RHEAULT:   I understand.  And who was the

4   officer that was relaying you information?

5          OFFICER MARTINEZ:   The team leader, Officer Noles.

6          DETECTIVE RHEAULT:   Noles?

7          OFFICER MARTINEZ:   Yeah.

8          DETECTIVE RHEAULT:   Okay.  And what information is

9   he telling you?

10         OFFICER MARTINEZ:   He's just telling me what the

11  suspect's saying.  At times, I ask him what is he

12  hearing, what is he saying?  Because I -- he's yelling

13  out the east window where I -- I can't hear.  At one

14  point, I try to ask him to find out who the brother-in-

15  law is or the step -- stepfather is.  He mentioned a

16  stepfather here and there.

17         What the next step was and what the team -- incident

18  commander had as far as resources and who was going to

19  arrive and MEU as far as SWAT, K-9.

20         DETECTIVE RHEAULT:   Can you --

21         OFFICER MARTINEZ:   So he was really (UNINTELLIGIBLE)

22         DETECTIVE RHEAULT:   Excellent.  And thank you for

23  bringing those topics up.  Can you talk about each one

24  of those and what your -- what you learned specifically

25  about each one of those things?

20

1       OFFICER MARTINEZ:  Yeah.  So I brought it up well

2    into when I was on the PA.  I felt that I wasn't getting

3    through to him as -- as well as I thought.  And he did

4    say MEU was en route so I felt like I had at least to

5    keep him in the window and repeat what I was saying and

6    at least hear us and see us until MEU got there.

7        They did tell me SWAT was en route so I did bring

8    that up.  I mentioned SWAT was on their way and --

9       DETECTIVE RHEAULT:  So they told you SWAT was en

10   route?

11      OFFICER MARTINEZ:  Yeah.

12      DETECTIVE RHEAULT:  Who -- who told you?

13      OFFICER MARTINEZ:  I don't remember who behind the

14   car -- the shop brought it up but, you know, if he

15   didn't come out, that SWAT was on their way.  They were

16   going to, you know, use force as well and that gas could

17   be used.  And so we go back and try to tell him before

18   all that happens to give up, come out with his hands up.

19      DETECTIVE RHEAULT:  Okay.  So it was your

20   understanding SWAT was en route --

21      OFFICER MARTINEZ:  Yes.

22      DETECTIVE RHEAULT:  -- to this?  Okay.  Do you know

23   who was making those notifications or (UNINTELLIGIBLE)

24      OFFICER MARTINEZ:  I didn't know.  I would assume

25   the guys that were in the back or something.

21

1      DETECTIVE RHEAULT:   Uh-huh.

2      OFFICER MARTINEZ:   Not -- not the contact team.

3   Guys in the back, team leader or incident commander.

4      DETECTIVE RHEAULT:   And when you say the guys in the

5   back, are you referring to the back behind you or in the

6   back of the house?

7      OFFICER MARTINEZ:   Back behind the shop.  Incident

8   commander and the CP were -- I'm sure they were

9   communicating.  I don't know for a fact but --

10      DETECTIVE RHEAULT:   Okay.

11      OFFICER MARTINEZ:   -- I trust they were

12   communicating back and forth.

13      DETECTIVE RHEAULT:   Behind the shop.  Are you

14   referring to the vehicle you're in?

15      OFFICER MARTINEZ:   Yes.

16      DETECTIVE RHEAULT:   Okay.  So the incident commander

17   and then you said the CP?

18      OFFICER MARTINEZ:   Yes.  I did hear there was a CP

19   set up.  I believe George-60 was running that.

20      DETECTIVE RHEAULT:   Do you know who George-60 is?

21      OFFICER MARTINEZ:   Sergeant Merida, M-e-r-i-d-a.

22      DETECTIVE RHEAULT:   Merida?  Okay.  And where was

23   the CP at?

24      OFFICER MARTINEZ:   I don't -- I don't recall.  Could

25   have been -- I'm not sure.

22

CITY   000847

1    DETECTIVE RHEAULT:  Okay.  Yeah.  Only what you

2    know.

3         OFFICER MARTINEZ:  Yeah.

4         DETECTIVE RHEAULT:  Yeah.  Okay.  I asked when you

5    observed him in the windows, if you observed him with

6    knives, and I got your response.  What -- what are you

7    observing?  What is he doing in the window when you see

8    him?  And the -- if it was a variety of things, please

9    let me know.

10        OFFICER MARTINEZ:  Yeah.  You know what?  At one

11   point, I had to -- I had to get relieved.  I had to take

12   a little break.  I felt like I wasn't getting through to

13   him.  He would ramble on and off about different things.

14   You know, white power.  When he was saying that, I knew

15   that I was just not getting through.  He was talking

16   about killing.

17        He would pop up in the window and then disappear.  I

18   didn't -- I'd lose visual.

19        DETECTIVE RHEAULT:  Was he doing anything with his

20   hands?  Was he doing anything when he pops up in those

21   windows?

22        OFFICER MARTINEZ:  You know, all we could see is his

23   head.

24        DETECTIVE RHEAULT:  His head?

25        OFFICER MARTINEZ:  His head.  And then at one point,

23

CITY   000848

1    there was smoke coming out of the south side window.

2        DETECTIVE RHEAULT:  Okay.  And can you describe

3    that?  Is it like a significant amount of smoke?  Did

4    you see open flames or --

5        OFFICER MARTINEZ:  No flames.  Significant smoke.  I

6    even -- there was another officer covering me along the

7    driver's side.

8        I even asked him, "Is that smoke?"

9        He's all, "Yes, it's smoke.  It looks like he might

10   be setting a fire."

11       Just for my knowledge, that's how I verified that,

12   you know?  So it was smoke coming out of that window.

13       DETECTIVE RHEAULT:  Who was providing you cover on

14   the driver's side?

15       OFFICER MARTINEZ:  It was Officer Frazier.

16       DETECTIVE RHEAULT:  Frazier?  Okay.  And did that

17   smoke continue to increase or -- or --

18       OFFICER MARTINEZ:  You know, it was there for

19   probably about 15 minutes and then I never saw it again.

20   And then --

21       DETECTIVE RHEAULT:  Okay.  Taking you back a little

22   bit, when -- when you first arrived, you talked about

23   Gutierrez being over at a mailbox --

24       OFFICER MARTINEZ:  Uh-huh.

25       DETECTIVE RHEAULT:  -- with the less lethal.  And

24

LYNDEN J. AND ASSOCIATES, INC.    (800) 972-3376

1   you believe you indicated you were contact at that point

2   until you were relieved by Griffin?  Griffin took your

3   spot?

4        OFFICER MARTINEZ:  Yes.

5        DETECTIVE RHEAULT:  Did you say contact or --

6        OFFICER MARTINEZ:  I was contact.  Right when we got

7   there, the team leader was setting up tasks, and he

8   tasked me as contact.

9        DETECTIVE RHEAULT:  Okay.  Did you unholster at any

10  point?

11       OFFICER MARTINEZ:  Not until -- not until we set up,

12  because I was -- I was -- the task was changed right

13  away.

14       DETECTIVE RHEAULT:  Uh-huh.

15       OFFICER MARTINEZ:  Officer Griffin took that

16  position to Officer Gutierrez's left side along the

17  west.  I remained along the east of Officer Gutierrez.

18  I did unholster for a little bit, but I felt -- I felt

19  it was enough.  And I wanted to see more a visual of

20  what was going on.

21       DETECTIVE RHEAULT:  What was it of?

22       OFFICER MARTINEZ:  I just -- I felt like we had that

23  covered.  And I wanted to -- you know, I was looking

24  around at the neighbor's residence.  I thought maybe,

25  you know, at one point, we should evacuate that

25

LYNDEN J. AND ASSOCIATES, INC.   (800) 972-3376

1   residence, or I thought about if he runs out of a door,

2   is he doing to jump that?

3        So I was, you know, already planning in my head,

4   okay, I'm going to -- I'm going to be on this side.  If

5   he runs this way, I'm going to put that out and try to

6   maintain, because we did have officers on that corner.

7        DETECTIVE RHEAULT:  Uh-huh.

8        OFFICER MARTINEZ:  And I wanted to put that out

9   before they got there.  So those were the things that

10  ran through my mind in that time when I was at the

11  mailbox there next to Officer Gutierrez.

12       DETECTIVE RHEAULT:  Okay.  And -- and when you did

13  have your pistol unholstered for the brief amount of

14  time you talked about --

15       OFFICER MARTINEZ:  Yeah.

16       DETECTIVE RHEAULT:  -- why -- why did you unholster?

17       OFFICER MARTINEZ:  It was at the time when I first

18  saw him come out, you know?

19       DETECTIVE RHEAULT:  Actually come out of the

20  residence?

21       OFFICER MARTINEZ:  Oh, I'm sorry.  Pop out of the

22  window.  First time I visual -- I saw him, we were set

23  up.  Come out the window.  I unholstered at that time.

24  Then he -- he went away and we already had a contact on

25  both sides of the vehicle, so I -- I holstered back up.

                                                          26

LYNDEN J. AND ASSOCIATES, INC.    (800) 972-3376

CONFIDENTIAL

1    DETECTIVE RHEAULT:  What about his -- what about him

2    when he popped up that caused you to unholster?

3        OFFICER MARTINEZ:  Just his -- just knowing there

4    was knives involved in the beginning.  His demeanor and

5    his -- his agitate state, I felt it was a need to

6    unholster and protect everybody and due to the fact that

7    this were knives involved, you know, he could exit out

8    that window, you know, in a second.

9        DETECTIVE RHEAULT:  And you mentioned the radio call

10   indicated knives were involved.  Any other additional

11   information about knives?

12       OFFICER MARTINEZ:  No.  Not at that time.

13       DETECTIVE RHEAULT:  Okay.

14       DETECTIVE FULLER:  Did you -- did you know for sure

15   that you didn't have any guns in that house?

16       OFFICER MARTINEZ:  Not at that time.  They were

17   getting that information a couple minutes after that.

18       DETECTIVE RHEAULT:  You said he popped out of the,

19   you said the south window?

20       OFFICER MARTINEZ:  He popped out when I first saw

21   him out of the east window.

22       DETECTIVE RHEAULT:  East window.  I'm sorry.

23       OFFICER MARTINEZ:  Yeah.

24       DETECTIVE RHEAULT:  Is that figuratively or did he

25   actually pop out of the window?

CONFIDENTIAL                                27

1    OFFICER MARTINEZ:  No.  He just -- it looks like he

2    stood up and I could see his -- his head, and there was

3    curtains in the way.  And then he disappears or moves

4    out of the window and the curtains block the room again.

5        DETECTIVE FULLER:  So you saw him looking out the

6    window?

7        OFFICER MARTINEZ:  Looking out the window, yes.

8        DETECTIVE RHEAULT:  Okay.  When the citizens were

9    being evacuated and you were attempting to keep the

10   suspect at the window --

11       OFFICER MARTINEZ:  Uh-huh.

12       DETECTIVE RHEAULT:  -- to facilitate that, was there

13   any plan relayed to you by anyone that was forming that

14   team of what to do or what to continue doing or what

15   they were going to do or --

16       OFFICER MARTINEZ:  No.  I knew -- I knew I had to

17   keep -- keep talking to him.  Sometimes it sounds like

18   overkill.  You're saying the same thing over and over,

19   but you want to just try to engage the subject, the

20   suspect, and keep him engaged even if it annoys him, and

21   not have him think that we're gone or have a pause and

22   he -- you know, you almost want him not to think to do

23   something.

24       And so they did say, officers, "Blue, blue, blue.

25   Lie down, they're coming out," or, "Hey," I heard

28

LYNDEN J. AND ASSOCIATES, INC.    (800) 972-3376

1    someone say, "on the -- on the right side, right side."

2    So, you know, I'm in the car with the PA and I could see

3    officers over here.  That's when I tried to keep -- I

4    tried to keep in contact with him.

5        DETECTIVE RHEAULT:  Okay.  So you're in the car on

6    the PA trying to keep contact with the suspect?

7        OFFICER MARTINEZ:  Yeah.

8        DETECTIVE RHEAULT:  You're hearing, "Blue, blue,

9    blue," --

10        OFFICER MARTINEZ:  Uh-huh.

11        DETECTIVE RHEAULT:  -- as they're coming out.  Who

12   is coming out of where and who is saying, "Blue, blue,

13   blue"?

14        OFFICER MARTINEZ:  I don't -- I don't know who the

15   officers are.  I don't know who said that but I did see

16   officers and approximately two or three citizens coming

17   out of a room or a doorway along the east side of the

18   residence and then towards the back.

19        DETECTIVE RHEAULT:  Okay.  The east side, when we're

20   looking at the residence, we're looking north.

21        DETECTIVE RHEAULT:  Yeah.

22        OFFICER MARTINEZ:  So to the left would be the west

23   and to the right would be the east?

24        DETECTIVE RHEAULT:  Yes.

25        OFFICER MARTINEZ:  They're coming out of the east

29

```
 1   side?

 2       OFFICER MARTINEZ:  I saw -- yes.  Around the east

 3   side.

 4       DETECTIVE RHEAULT:  So -- okay.  So -- okay.  So the

 5   -- as you're looking at the house, the right side of the

 6   house, they're coming out?

 7       OFFICER MARTINEZ:  Yes.

 8       DETECTIVE RHEAULT:  Okay.  From the -- from the back

 9   or the front?

10       OFFICER MARTINEZ:  No.  It could be the side.  I'm

11   not too sure, but --

12       DETECTIVE RHEAULT:  Okay.

13       OFFICER MARTINEZ:  -- definitely out of his view and

14   in the dark.

15       DETECTIVE RHEAULT:  Okay.  At any point, did you don

16   any additional equipment?

17       OFFICER MARTINEZ:  At this point, I just have my

18   helmet on.  We were in the beginning while we were

19   setting up, the incident commander had us put our

20   helmets on.

21       DETECTIVE RHEAULT:  Okay.  Did you bring it with you

22   or how did -- how (UNINTELLIGIBLE)

23       OFFICER MARTINEZ:  I had to go to the vehicle and

24   get it.  I got my partner's and my helmet.

25       DETECTIVE RHEAULT:  Your partner's and -- and yours?
```

30

CITY  000855

1        OFFICER MARTINEZ:   And my helmets.

2        DETECTIVE RHEAULT:   Okay.  At any point, did you

3   deploy less lethal?  And what I mean deploy, like have -

4   - have it out?  I'm not saying fire.

5        OFFICER MARTINEZ:   No, I didn't.

6        DETECTIVE RHEAULT:   Okay.  Did -- did you give your

7   partner his helmet?

8        OFFICER MARTINEZ:   Yes.

9        DETECTIVE RHEAULT:   Okay.  And then did -- at any

10   point, did you take over the beanbag shotgun or --

11        OFFICER MARTINEZ:   At the -- at that point, I did.

12   I took it over for I would say a minute --

13        DETECTIVE RHEAULT:   Uh-huh.

14        OFFICER MARTINEZ:   -- while he put his helmet on,

15   and then he took it back.

16        DETECTIVE RHEAULT:   Okay.  Did -- while you were on

17   the PA, did -- did you personally issue any less lethal

18   warnings of any sort?

19        OFFICER MARTINEZ:   I don't believe I did.  No, sir.

20   I don't remember.  I did -- I did tell him we weren't

21   going to hurt him, to exit the house with his hands up

22   and follow directions of officers.  I believe someone --

23   someone did mention that a couple times and --

24        DETECTIVE RHEAULT:   Referring to a less lethal

25   warning?

31

1    OFFICER MARTINEZ:  Less lethal warning.  Yeah.

2        DETECTIVE RHEAULT:  Oh, okay.  It wasn't you that

3    you recall?  Have you ever been to that residence

4    before?

5        OFFICER MARTINEZ:  Never, no.

6        DETECTIVE RHEAULT:  Have you ever had any contact

7    with that suspect --

8        OFFICER MARTINEZ:  No, sir.

9        DETECTIVE RHEAULT:  -- that you know of?  No?  I

10   believe you mentioned that he was, I believe you used

11   the word aggressive when you, you know --

12       OFFICER MARTINEZ:  Yeah.  He seemed, you know,

13   hostile and angry, agitated.  His voice would elevate.

14   You know, I heard the word "kill" at one point, and his

15   voice was elevated.  He threw out someone's name and he

16   got -- he got angry over that.  Yeah.  So --

17       DETECTIVE RHEAULT:  Did -- did that -- as you're

18   talking to him, did that remain constant or did it

19   escalate or decrease like the level of, for lack of a

20   better term, intensity, if --

21       OFFICER MARTINEZ:  Constant aggression and then it

22   would even -- you know, he would get louder at times,

23   but not making sense to commands or --

24       DETECTIVE RHEAULT:  You mentioned when you saw him

25   at the window is you didn't see him with any knives at

32

1   any point.  Was there any indication that he was going

2   to potentially exit the residence at any point?  I know

3   you were giving him instructions to do so, but you've

4   also said he has -- he's not complying with your

5   direction.

6       Prior to him coming out, was there any indications

7   he -- that you observed from him or that he's saying to

8   you that he's coming out?

9       OFFICER MARTINEZ:  No.  I didn't think he was going

10  to come out.  I didn't.  I honestly thought I was going

11  to sit there and try to talk to him until other

12  resources arrived.

13      DETECTIVE RHEAULT:  I think you mentioned at one

14  point that you told him you'd bring his father to the --

15  is that something that actually you were going to do or

16  was that just a strategy to talk to him?

17      OFFICER MARTINEZ:  Yeah.  It was a ruse I tried to

18  use to try to engage him in some type of conversation

19  and open about anything that I could use to keep him in

20  contact at the window.  So, yeah, I wasn't going to do

21  that.

22      DETECTIVE RHEAULT:  Okay.  Do you know if the Fire

23  Department was ever notified or -- during this incident?

24      OFFICER MARTINEZ:  No.  Not that I know of, sir.

25      DETECTIVE RHEAULT:  Uh-huh.  You mentioned at one

33

CITY   000858

1    point, you needed a break and someone took over

2    communications for you.  Who was that?

3         OFFICER MARTINEZ:  Officer Noles.

4         DETECTIVE RHEAULT:  Noles.  Okay.  And was there any

5    other reason you ceased being the communicator besides

6    you need a break or --

7         OFFICER MARTINEZ:  No.  Just to get a break and

8    maybe I wasn't doing it right.  Maybe a new voice would

9    work.  And again, maybe a new voice, different ideas,

10   and keep him at that window until, you know, a plan is

11   developed for the next strategy.

12        DETECTIVE RHEAULT:  Okay.  I apologize if this is a

13   repeat.  You indicated you were studying the house

14   thinking potentially how you would broadcast if he went

15   to a side yard, a neighboring yard.

16        OFFICER MARTINEZ:  Yes.

17        DETECTIVE RHEAULT:  And now, did -- did you -- did

18   you ever go in the yard at any point, the backyard or

19   side yards or --

20        OFFICER MARTINEZ:  No, I didn't.

21        DETECTIVE RHEAULT:  Okay.  Did you study any photos

22   of it, you know, of it from any source?

23        OFFICER MARTINEZ:  No.  I've never seen the -- I

24   don't remember being on the street for long.  I haven't

25   been on the street for a long time so, yeah, I was going

34

1    to try to see how, from my angle, how deep the yard

2    went, what kind of windows were there.

3          You know, you start thinking you break a window and

4    then we have a different problem there if he were to

5    jump in that house or open a window, open a door.

6          DETECTIVE RHEAULT:  Uh-huh.  Do you know who --

7    again, I'm sorry -- set up the CP?  Was it Merida?  Is

8    that what you said?

9          OFFICER MARTINEZ:  I don't know who set it up but I

10   know I could hear Sergeant Merida at the CP.

11         DETECTIVE RHEAULT:  Okay.  You indicated he was

12   throwing stuff in the house.  You thought maybe it was a

13   glass?

14         OFFICER MARTINEZ:  It sounded like glass breaking.

15   It sounded like something heavy.  To me, it sounded like

16   something heavy hitting the wall.

17         DETECTIVE RHEAULT:  Was it a onetime thing or

18   multiple times?

19         OFFICER MARTINEZ:  Probably heard it multiple times.

20   Maybe four or five times.

21         DETECTIVE RHEAULT:  Okay.  Anything ever thrown out

22   of the house?

23         OFFICER MARTINEZ:  At one point, someone said

24   something came out of the house.

25         DETECTIVE RHEAULT:  Do you know what it was?

35

1     OFFICER MARTINEZ:  I don't know what it was.  No.

2    And that would have came out the south window.

3     DETECTIVE RHEAULT:  Okay.  When the communications

4    is exchanging from the female officer to the officer

5    prior to you, do you know who the female officer was?

6     OFFICER MARTINEZ:  I don't know for certain who she

7    was, no.  I believe it was Officer Noles' partner but

8    I'm not -- I'm not a hundred percent.

9     DETECTIVE RHEAULT:  And the officer before you was?

10     OFFICER MARTINEZ:  I'm not sure who it was, sir.

11    It's a lot of new faces here.

12     DETECTIVE RHEAULT:  Sure.  Did the sergeant, the

13    incident commander, ever get on the PA?

14     OFFICER MARTINEZ:  I did hear him get on for, you

15    know, a statement or two for -- it was brief.  Maybe two

16    minutes or so.

17     DETECTIVE RHEAULT:  Uh-huh.  What made you believe

18    he was possibly under the influence of drugs and

19    alcohol?

20     OFFICER MARTINEZ:  Just his state.  You know, his --

21    his -- his agitated state.  It wasn't -- it wasn't

22    reasonable.  It wasn't normal.  His rambling and his

23    comments that weren't making sense.

24     DETECTIVE RHEAULT:  Okay.  One of the things you

25    mentioned that you heard banging.  And you thought you

36

1   might see him standing at the -- at the door -- a door.

2   Is -- do I have that correct?

3        OFFICER MARTINEZ:  That's what I pictured.  I heard

4   a bang.  Officers put out that he's at the side of the

5   house.  So I pictured them seeing more than I've ever

6   seen.  So I pictured him standing in front of the door

7   with two knives.

8        DETECTIVE RHEAULT:  Okay.

9        DETECTIVE FULLER:  Now, I think you said earlier,

10  you said gate.

11       OFFICER MARTINEZ:  It --

12       DETECTIVE FULLER:  Now, do you mean the door or the

13  gate?

14       OFFICER MARTINEZ:  It sounded like it was a loud

15  crash.  So to me, it sounded like an iron security door

16  was swinging open.  And I -- and I don't know for

17  certain, but they did put out that he was coming out at

18  the door.  So I -- I thought he was just standing there

19  doing the same thing he was doing at the windows just

20  showing himself and going away.

21       I didn't think he was going to exit or run out.  I

22  thought he was just at the door and doing the same thing

23  he was doing for the last hour, so people were getting

24  ready for, you know, in worst scenario, he runs out.

25  Those -- those officers were designated.  I felt like I

37

1   had to go back to that PA because it was -- no -- no one

2   was there anymore.

3       Officer Noles was covering down.  And I think I

4   picked it up.  I picked it up and I did call him out and

5   try to tell him to just come to the front peacefully.

6   Some -- something like that.  And I think 10 seconds

7   later, he runs out the front.

8       DETECTIVE RHEAULT:  Now, correct me if I -- if I'm

9   wrong but in relation to that side thing, I thing you

10  mentioned four things, like officers reported you is he

11  had -- armed with knives?

12      OFFICER MARTINEZ:  Uh-huh.

13      DETECTIVE RHEAULT:  You heard a banging on the gate?

14      OFFICER MARTINEZ:  The bang first.

15      DETECTIVE RHEAULT:  Okay.

16      OFFICER MARTINEZ:  Yeah.

17      DETECTIVE RHEAULT:  So the very first thing you

18  heard is the banging?

19      OFFICER MARTINEZ:  Yeah.

20      DETECTIVE RHEAULT:  Was that before they came over

21  the radio?

22      OFFICER MARTINEZ:  I believe so, yes.

23      DETECTIVE RHEAULT:  Okay.  And did you indicate you

24  heard less lethal being deployed?

25      OFFICER MARTINEZ:  Not at that point.

38

1    DETECTIVE RHEAULT:  Okay.

2    OFFICER MARTINEZ:  I -- I remember broadcasting and

3    telling Jonathan, you know, come out with your hands up

4    or something to that effect.  I did have time to put all

5    that out.  I had time to reach for the mic, put all that

6    out.  And next thing I heard was less lethal going off

7    and him running towards the front.

8    DETECTIVE RHEAULT:  And charging towards the front?

9    OFFICER MARTINEZ:  Towards the front.

10   DETECTIVE RHEAULT:  Okay.

11   DETECTIVE FULLER:  You mean the front of where you

12   were?

13   OFFICER MARTINEZ:  Yes.  So it -- I don't -- I'm

14   thinking he ran along the fence line, exited.  I don't

15   know for a fact but because I didn't see him until he

16   was in front of my spotlight.

17   DETECTIVE RHEAULT:  Okay.

18   OFFICER MARTINEZ:  Yeah.

19   DETECTIVE RHEAULT:  So, okay.  And your partner had

20   a beanbag shotgun.  Do you know if he was firing less

21   lethal?

22   OFFICER MARTINEZ:  I did hear shots being fired on -

23   - on my right side.

24   DETECTIVE RHEAULT:  Okay.  Do you know who was

25   firing them definitively?

39

1          OFFICER MARTINEZ:  I don't know who was firing them
2     but --
3          DETECTIVE RHEAULT:  Okay.  And the shots being
4     fired, were they less lethal shots?
5          OFFICER MARTINEZ:  I can't -- I'm assuming.  I don't
6     know for a fact but --
7          DETECTIVE RHEAULT:  What else could they have been?
8          OFFICER MARTINEZ:  It could have been the contact
9     officer.
10         DETECTIVE RHEAULT:  Oh, actual gunfire?
11         OFFICER MARTINEZ:  It could have been -- it could
12    have been the less lethal.  That's his job right away if
13    he sees coming, so I've worked with the guy for 15
14    years.  I've known him.  I know he's going to do what he
15    has to do.
16         DETECTIVE RHEAULT:  Okay.  Okay.  So you didn't see
17    who was firing?
18         OFFICER MARTINEZ:  No, I didn't.
19         DETECTIVE RHEAULT:  But you heard the sound of
20    firing?
21         OFFICER MARTINEZ:  I heard.
22         DETECTIVE RHEAULT:  You -- and are you saying you
23    assumed it was less lethal but don't know for sure?
24         OFFICER MARTINEZ:  I assumed, yes.  I don't know for
25    sure.

40

CITY   000865

```
 1        OFFICER MARTINEZ:  Uh-huh.

 2        DETECTIVE RHEAULT:  -- not -- and you indicated you

 3    don't know if they're --

 4        OFFICER MARTINEZ:  Uh-huh.

 5        DETECTIVE RHEAULT:  -- less lethal or lethal.  At

 6    any point, could you tell differentiation?  Like are any

 7    -- are the shots to your right different sounds?  Do

 8    they -- are they coming from different things or --

 9        OFFICER MARTINEZ:  I can't tell.  I don't -- I'm not

10    sure.

11        DETECTIVE RHEAULT:  How many of those sounds did you

12    hear to your right?

13        OFFICER MARTINEZ:  I'd say maybe two or three,

14    maybe.

15        DETECTIVE RHEAULT:  Two or three?

16        OFFICER MARTINEZ:  Yeah.  It got quiet really quick.

17        DETECTIVE RHEAULT:  When you -- when he appeared in

18    front of your spotlight --

19        OFFICER MARTINEZ:  Uh-huh.

20        DETECTIVE RHEAULT:  -- and you unholstered, had you

21    heard those two or three sounds already or --

22        OFFICER MARTINEZ:  Yes.  I had already heard them.

23        DETECTIVE RHEAULT:  Okay.  Now, you indicated you

24    fired three times.

25        OFFICER MARTINEZ:  Yes.
```

45

1    DETECTIVE RHEAULT:   When you fired, and you said

2    your first and second shot and then a third.  When you

3    fired your rounds are -- you're behind the door.  How

4    are you firing them?  You know, I know between the --

5    the vehicle and the door, there's an opening --

6       OFFICER MARTINEZ:   Uh-huh.

7       DETECTIVE RHEAULT:   -- in the door jamb there.  Was

8    your window up or down?

9       OFFICER MARTINEZ:   The window was down.

10      DETECTIVE RHEAULT:   Okay.  So we have the opening

11   between the door jamb, the window, and potentially --

12   are you firing through the window to the left between

13   the door jamb?

14      OFFICER MARTINEZ:   Well, I don't -- I don't recall.

15   It felt, you know, like training in a perfect world.  I

16   stepped to the right away from the door, but I don't

17   think it happened that way.  I believe as soon as I saw

18   him, I was on target and I shot as soon as I got a

19   chance.  And he was in a full sprint.  And so I believe

20   it might have been through the window or even just to

21   the right of the door.

22      For my second shot, I don't recall.

23      DETECTIVE RHEAULT:   Okay.  And -- okay.  Now,

24   yesterday during our interview, we covered your use of

25   deadly force.  And prior to today's interview, did you

46

1  have an opportunity to review the audio of your

2  interview from yesterday?

3       OFFICER MARTINEZ:  Yes, I did.

4       DETECTIVE RHEAULT:  Okay.  Upon reviewing it is

5  there anything you want to clarify, expand on, or -- or

6  after having slept, have a better recollection of that

7  you want to bring to our attention?

8       OFFICER MARTINEZ:  Yeah.  Just, you know, the whole

9  -- the whole point of us being there was to help this

10 guy out.  You know, I think you could tell by my

11 reaction, I never meant to even unholster.  So I -- I'm

12 glad I'm trained and I know what I'm doing.  As soon as

13 I saw that knife in a spotlight as bright as day and,

14 you know, an object in his hand, you know, my first

15 instinct was to protect myself and my partners from

16 injury and death.

17      I felt like my life was in danger.  I felt like

18 their lives were in danger and I felt like I needed to

19 stop that threat.  I felt scared.  I still feel real

20 shaken up.  You know, even when the -- with my third

21 round, you know, the suspect was running so fast that he

22 -- he lunged forward.  I still felt like he was still

23 going to come at me.

24      I felt like the threat wasn't stopped.  And that's

25 when I fired my third round.

47

CITY  000872

1      DETECTIVE FULLER:  Can you explain that in a little

2    more detail?  Break it down as to you fire your first

3    two rounds, was there any effect?  And then he went

4    down, and then what did you -- what did you see and what

5    did you believe he was doing?

6      OFFICER MARTINEZ:  Yeah.  I -- I -- you know, I

7    think I put it all together in that half a second with

8    this guy's rambling and his craziness and, you know, or

9    under the influence of something, you know?  I've dealt

10   with suspects that don't feel anything.  They've been

11   fired upon with rounds and beanbag rounds and they don't

12   stop.

13      And in this situation, I felt that that was

14   happening to me.  This guy just ran full speed and one

15   round didn't stop him.  My second round didn't stop him.

16   And --

17      DETECTIVE FULLER:  And other people are shooting?

18      OFFICER MARTINEZ:  I believe --

19      DETECTIVE FULLER:  Can you hear shots?

20      OFFICER MARTINEZ:  From everything I heard, I

21   believe people were helping me out.  But at this point,

22   he -- and what you don't want to do in this job is have

23   anyone take over your car or take over the door.  Next

24   thing I know, this guy is past my door at my feet.  I

25   felt like he was, you know, just get back up and, you

48

1    know?  You know, I remember officers saying there was

2    two knives involved.

3         I couldn't see his hands.  I didn't know if he had

4    another knife.  I felt like he was going to lunge

5    forward and slash me or stab me.  And, you know, I -- I

6    held my ground until he stopped.

7         DETECTIVE FULLER:  Did you hear the knife hit the

8    concrete or did you see it skidding on the concrete?

9         OFFICER MARTINEZ:  No.  I didn't hear anything.  I

10   didn't -- most of that area was in the driveway, the

11   concrete.  I didn't hear anything drop.  I didn't hear

12   what resembled metal hitting the ground.  You know, at

13   the same time, I was backing up.  You know, I know I was

14   on the curb.

15        I -- you know?  You're thinking the worst during

16   these situations.  Am I going to trip?  Fall back?  And

17   it's easy for someone to jump up, lunge forward, and

18   just stab you or slash you.  All those things are going

19   through your mind.  Not always in this -- on this job,

20   driving around every day.  I've -- I've fallen off curbs

21   backpedaling.

22        So those things were going through my mind.  There

23   was the open door, a vehicle to my left, bushes to my

24   right, and this guy was in between at my feet lunging at

25   me and I just was in fear he might do that.

49

1          DETECTIVE FULLER:  So that's when you fired your

2     third round?

3          OFFICER MARTINEZ:  Yes, sir.

4          DETECTIVE FULLER:  Okay.

5          DETECTIVE RHEAULT:  Did -- did you observe any --

6     you described the -- the suspect coming at you.  And I

7     believe you yesterday indicated it was like as a

8     fullback or a running back.  I can't exactly recall, but

9     he was running towards you?

10          OFFICER MARTINEZ:  He was.  Yeah.

11          DETECTIVE RHEAULT:  And now you've indicated that

12     you've -- you heard people firing to your right.  With -

13     - and do you know if there were lethal rounds?  At the

14     time you were making the decision to fire or firing, do

15     you know if lethal rounds were being fired by anyone

16     else?

17          OFFICER MARTINEZ:  I don't know.  I knew when I saw

18     him running that whatever was (UNINTELLIGIBLE) be fired

19     was not working.

20          DETECTIVE RHEAULT:  Was not working?

21          OFFICER MARTINEZ:  And yeah.  And you could see it.

22     He was full sprint.  You know, he made -- he made it to

23     -- to my position where I'm supposed to be holding a mic

24     and negotiating with him.  He made it past officers on

25     my west, officers on the driver's side door, and he got

                                                          50

1    to where I'm at.  He -- he has one thing on his mind, I

2    believe, and that's to get to me or my partners.

3       DETECTIVE RHEAULT:  Okay.  So based on what you're

4    saying, whether it was lethal or non-lethal, whatever is

5    potentially being fired is not -- not working?

6       OFFICER MARTINEZ:  It's not working.

7       DETECTIVE RHEAULT:  I see.

8       OFFICER MARTINEZ:  Because it's not -- he's not

9    feeling it.  It's not working.

10       DETECTIVE RHEAULT:  Okay.  When you were firing,

11    what was your -- your background behind the suspect?

12       OFFICER MARTINEZ:  I knew my partners were done.  I

13    didn't see him in the picture anymore.

14       DETECTIVE RHEAULT:  And when you're saying your

15    partners, who would that be?

16       OFFICER MARTINEZ:  Well, they had redeployed due to

17    him coming full speed at them.

18       DETECTIVE RHEAULT:  Who had redeployed?

19       OFFICER MARTINEZ:  On that side, we had Officer

20    Gutierrez and Officer Griffin.

21       DETECTIVE RHEAULT:  Okay.  Where did they redeploy

22    to?

23       OFFICER MARTINEZ:  I didn't see.  There's a --

24    there's a bush that is to my right, and so they must

25    have been, I don't know, maybe like four feet from the

51

CITY   000876

1  original position to where they redeployed, which would

2  have been behind a bush.

3       DETECTIVE RHEAULT:  Okay.

4       OFFICER MARTINEZ:  And so what was your -- what was

5  your background?

6       OFFICER MARTINEZ:  My background was the cinder

7  block wall, an empty residence.

8       DETECTIVE RHEAULT:  Uh-huh.

9       OFFICER MARTINEZ:  Yeah.  That's pretty much it.

10      DETECTIVE RHEAULT:  And --

11      DETECTIVE FULLER:  And for the third shot, would it

12  have been the driveway?

13      OFFICER MARTINEZ:  Yeah.  It was -- yeah.  It would

14  have been the floor of the driveway there.  And I could

15  see that even clear because there was no one behind him.

16  It was just a fence, open door, bush, and then that's

17  it.  Just driveway.

18      DETECTIVE RHEAULT:  I see.  Okay.  And -- all right.

19  And you indicate you believed your partners, you're

20  referring to Gutierrez and Griffin, had redeployed?

21      OFFICER MARTINEZ:  Yes, sir.

22      DETECTIVE RHEAULT:  Because you didn't see them?  Is

23  that why?

24      OFFICER MARTINEZ:  Yes, sir.

25      DETECTIVE RHEAULT:  Okay.  Did you see exactly --

52

1    did you see them moving or did you -- or are you just

2    realizing they're not there?

3            OFFICER MARTINEZ:  I'm realizing they're not there.

4    Yeah.

5            DETECTIVE RHEAULT:  Okay.

6            OFFICER MARTINEZ:  Especially when I had my picture,

7    I can -- I can see officers behind him.

8            DETECTIVE RHEAULT:  The sound you heard, the shot to

9    your left, the first one.

10           OFFICER MARTINEZ:  Uh-huh.

11           DETECTIVE RHEAULT:  Do you know if that was less

12   lethal or not?

13           OFFICER MARTINEZ:  I am not sure, sir.

14           DETECTIVE RHEAULT:  Okay.  And among the shots

15   you're hearing to your right, you believe it was two to

16   three total?

17           OFFICER MARTINEZ:  It sounded like, yes.

18           DETECTIVE RHEAULT:  Okay.  Did you see the suspect

19   outside the residence at any point prior to him

20   appearing in your -- in front of your spotlight?

21           OFFICER MARTINEZ:  No, sir.

22           DETECTIVE RHEAULT:  Can you -- I believe you

23   indicated -- correct me if I'm wrong.  I believe you

24   indicated that you thought the suspect was holding the

25   knife in his right hand?  Or, I mean, I'm sorry.  If I

53

CITY   000878

CONFIDENTIAL

1   got that incorrect, correct me.

2        OFFICER MARTINEZ:  You know, sir, I don't -- I don't

3   really recall.  His hands were close to his body.

4        DETECTIVE RHEAULT:  Uh-huh.

5        OFFICER MARTINEZ:  I want to say it was his right

6   hand because he crosses my spotlight and I -- and I see

7   it, and he's holding it in a -- in a manner where he's

8   going to use it.

9        DETECTIVE RHEAULT:  Can you explain what that means?

10  Like how is the -- how is the blade oriented?

11       OFFICER MARTINEZ:  Blade down, close to his chest.

12  I -- so I -- I'm not sure if it was his right hand but

13  it was close to his chest, blade down.  And from

14  training experience, anybody that holds a knife like

15  that is going to use it.

16       DETECTIVE RHEAULT:  Okay.

17       OFFICER MARTINEZ:  Isn't going to --

18       DETECTIVE RHEAULT:  When you say blade down, does

19  that mean the point's pointing down?

20       OFFICER MARTINEZ:  Yes, sir.

21       DETECTIVE RHEAULT:  Okay.  The blade's extending out

22  from the bottom of his hand?

23       OFFICER MARTINEZ:  It's not completely -- bottom of

24  his hand.  Yeah.  It's not completely down at 6:00

25  o'clock but in a motion where he's going to slash --

CONFIDENTIAL                                    54

LYNDEN J. AND ASSOCIATES, INC.    (800) 972-3376

1      DETECTIVE RHEAULT:   Okay.

2      OFFICER MARTINEZ:   -- or stab.

3      DETECTIVE RHEAULT:   I didn't ask you yesterday.

4   Where were you aiming before you fired your second shot?

5   Where were you aiming on the suspect?  Assuming -- were

6   you aiming at the suspect?

7      OFFICER MARTINEZ:   I was, center mass, just to stop

8   him.

9      DETECTIVE RHEAULT:   I believe you indicated you were

10  walking backwards or redeploying backwards?

11     OFFICER MARTINEZ:   Yes.

12     DETECTIVE RHEAULT:   All right.  Was that as you're

13  firing?

14     OFFICER MARTINEZ:   I believe it was at the same

15  time.  I was trying to get back away from the door and I

16  get trapped there.

17     DETECTIVE RHEAULT:   Okay.  Do you know if the --

18  your door remained open or closed?

19     OFFICER MARTINEZ:   I don't remember, sir.

20     DETECTIVE RHEAULT:   Okay.

21     OFFICER MARTINEZ:   I believe it remained open.

22     DETECTIVE RHEAULT:   Uh-huh.

23     OFFICER MARTINEZ:   I think it was closed once we --

24  it was over and we were taking him into custody.  I'm

25  not sure, though.

55

1    DETECTIVE RHEAULT:  Uh-huh.

2       DETECTIVE FULLER:  The suspect was next to where the

3    -- in the door area when the Fire Department came up and

4    started First Aid?

5       OFFICER MARTINEZ:  Yes.  I believe he was just past

6    our door or past my door a little bit.

7       DETECTIVE RHEAULT:  Before you fired your second

8    round, was the suspect still possessing the knife?

9       OFFICER MARTINEZ:  Yes.  He was still holding it and

10   still lunging, running forward, without stopping.

11      DETECTIVE RHEAULT:  And is -- was the manner he was

12   holding it different than how you described --

13      OFFICER MARTINEZ:  The same.

14      DETECTIVE RHEAULT:  -- for your --

15      OFFICER MARTINEZ:  The same.

16      DETECTIVE RHEAULT:  The same?  Your third and final

17   shot, where were you aim -- what were you aiming your

18   pistol at that -- for that shot?

19      OFFICER MARTINEZ:  Body.

20      DETECTIVE RHEAULT:  Body?

21      OFFICER MARTINEZ:  Yeah.

22      DETECTIVE RHEAULT:  Where specifically on the body?

23   Do you know?  If --

24      OFFICER MARTINEZ:  I just remember seeing shoulder

25   and I was just trying to stop.  That's -- stop him from

56

LYNDEN J. AND ASSOCIATES, INC.   (800) 972-3376

1   moving at all with his hands.  I remember just shoulder,

2   seeing shoulder and -- and part of his chest.  That's

3   it.

4          DETECTIVE RHEAULT:  Uh-huh.  Okay.  Detective

5   Fuller.

6          DETECTIVE FULLER:  Hi.  This is -- for the tape,

7   this is Detective Fuller.  Will you forgive me?  I'm

8   going to jump around a little bit just to kind of fill

9   in some gaps here.  When you were responding to the

10  call, you were -- what were you wearing?

11         OFFICER MARTINEZ:  Full uniform.

12         DETECTIVE FULLER:  So --

13         OFFICER MARTINEZ:  Police uniform.

14         DETECTIVE FULLER:  -- you were in a police uniform?

15         OFFICER MARTINEZ:  Yes, sir.

16         DETECTIVE FULLER:  Okay.  And when you responded to

17  the incident, did you show yourself en route to the

18  call?

19         OFFICER MARTINEZ:  I believe so.

20         DETECTIVE FULLER:  Okay.

21         ATTORNEY WINSLOW:  Did you do it yourself or your

22  partner?

23         OFFICER MARTINEZ:  No.  I -- I didn't do it.

24         DETECTIVE FULLER:  Okay.

25         OFFICER MARTINEZ:  I believe my partner did it.

                                                            57

CONFIDENTIAL

1    DETECTIVE FULLER:  Do you know how he did that?

2        OFFICER MARTINEZ:  I'm not sure, sir.  I don't know.

3        DETECTIVE FULLER:  Okay.  And were you responding

4    Code 3?

5        OFFICER MARTINEZ:  Yes.

6        DETECTIVE FULLER:  Okay.  And where were you

7    initially responding from?

8        OFFICER MARTINEZ:  The station here, Foothill.

9        DETECTIVE FULLER:  Okay.  And once you got to the

10   location, did you guys show yourselves Code 6?

11       OFFICER MARTINEZ:  I did not.  I don't know if my

12   partner did or not.

13       DETECTIVE FULLER:  Okay.  It's --

14       OFFICER MARTINEZ:  I remember he asked -- they were

15   trying to raise us.  I don't remember what he asked.  I

16   had to step away on to the street.  And things were

17   getting set up.

18       I did say, "77, is there a message?"

19       And I said, "We're Code 6," at one point, I believe.

20       And I don't think -- you know, I don't know if she

21   caught it or not but --

22       DETECTIVE FULLER:  Okay.  And then do you -- is

23   there -- as the driving officer, is that usually your

24   responsibility or do you guys have set roles as far as

25   notifying communications?

CONFIDENTIAL

58

1    OFFICER MARTINEZ:  No.  It's both our
2    responsibilities.  Primarily, the passenger will do
3    that.  When there is an emergency or a backup like that,
4    we try to stay off the air.  And sometimes, we tie up
5    the RTO if we can.  Other times, while there's a pause
6    in whatever we're doing, we'll try to reach out and let
7    her know, or let the RTO know.
8         DETECTIVE FULLER:  Okay.  And then moving onto when
9    you saw the -- the knife in the suspect's hand --
10        OFFICER MARTINEZ:  Uh-huh.
11        DETECTIVE FULLER:  -- I believe you said you want to
12   say it was his right hand.  Did you ever see him -- did
13   he ever like transfer hands or change his grip?
14        OFFICER MARTINEZ:  No.  I didn't see none of that.
15        DETECTIVE FULLER:  Okay.  Did you ever see him throw
16   or -- throw the knife, drop the knife?
17        OFFICER MARTINEZ:  No.  I didn't see none of that.
18        DETECTIVE FULLER:  Can you remember when the last
19   time, like your last solid memory of that knife, like
20   where is it?
21        OFFICER MARTINEZ:  When -- after my second shot when
22   he's going down, at that point, I don't remember where I
23   was at, or I didn't see it fall or maybe hear it.  I
24   believe I would have heard it on the concrete.  I
25   didn't, you know?  I know there was two that was going

59

1    through my mind.  Officers saw two.  I just saw one.  I

2    don't know if it was tucked in or what he did with it

3    from that back door where it was broadcasted to two feet

4    in front of me.

5         I don't remember.  I don't know where it -- where it

6    would have been.

7         DETECTIVE FULLER:  Okay.  And then other than the

8    positions you've described to us, that being sort of by

9    the -- the cinder block pillar at the vehicle, did you

10   ever go into the yard, go into the rear of the location?

11        OFFICER MARTINEZ:  During the incident, sir?

12        DETECTIVE FULLER:  Yeah, during the incident.

13        OFFICER MARTINEZ:  No, sir.

14        DETECTIVE FULLER:  Okay.  Can -- did you see if the

15   -- what, if any, injuries the suspect had?  Can you

16   describe them?

17        OFFICER MARTINEZ:  No.  I just saw -- I saw what

18   looked like blood on his shirt, but yeah.  I was in

19   shock for a little bit trying to gather myself.

20        DETECTIVE FULLER:  Okay.  And you mentioned you --

21   you heard the shot off to your left, and then you saw

22   the officers shooting a beanbag and possibly shooting a

23   pistol --

24        OFFICER MARTINEZ:  Uh-huh.

25        DETECTIVE FULLER:  -- to your right.  So other than

                                                          60

1   those things, did you -- at any point, did you see any

2   other officers use any type of force?

3        OFFICER MARTINEZ:  No, sir.

4        DETECTIVE FULLER:  Okay.  Now, kind of after the --

5   after the shooting, what -- what happens to the suspect

6   after the -- after the shooting?

7        OFFICER MARTINEZ:  After everything stops?

8        DETECTIVE FULLER:  Yeah.

9        OFFICER MARTINEZ:  I stay on target to make sure he

10  doesn't move again.  And then officers put an arrest

11  team together and they come around the bush that was to

12  my right onto the sidewalk.  And it looks like they

13  walked west on the sidewalk and took him into custody.

14  Then we requested the RA.  And then the -- the RA

15  transported.

16       DETECTIVE FULLER:  Okay.  Can you describe how he

17  was or physically taken into custody?

18       OFFICER MARTINEZ:  I don't recall, sir.  Maybe

19  turned over and then handcuffed.  I don't remember.

20       DETECTIVE FULLER:  Okay.  And was he doing or saying

21  anything at that time?  Did you --

22       OFFICER MARTINEZ:  I don't recall.  I don't

23  remember.

24       DETECTIVE FULLER:  Okay.  I don't have any other

25  questions.

61

CITY   000886

1    DETECTIVE RHEAULT:  You -- we -- you were asked if

2    you ever went to the back of the house, you know, during

3    -- and you clarified during the incident and answered,

4    "No."

5         Did you go back there at any point at all?

6         OFFICER MARTINEZ:  I did after it was over and he

7    was transported, I believe.  I wanted to make sure no

8    one stepped on anything that was important to -- as far

9    as evidence or anything, because it was a lot of people

10   walking around.  And I was trying to control everything,

11   gather myself.  That's the only time I think I made it

12   to the front of the shop onto the driveway just inside

13   the residence.

14        And that was it.  Then I -- I went back on to the

15   street.

16        DETECTIVE RHEAULT:  Okay.  When you say just inside

17   the residence, are you -- you're talking in the front of

18   the shop.  Are you talking about just inside the

19   courtyard?

20        OFFICER MARTINEZ:  Just inside the driveway, yes.

21   Along the driveway.  Not inside the residence but on the

22   driveway.

23        DETECTIVE RHEAULT:  Okay.  And --

24        OFFICER MARTINEZ:  In front of the black-and-white.

25        DETECTIVE RHEAULT:  Did you ever go to the back or

                                                        62

1    side of the residence?

2         OFFICER MARTINEZ:  No, sir.

3         DETECTIVE RHEAULT:  No?  Okay.  Were you identified

4    as the super -- by a supervisor as someone involved in a

5    --

6         OFFICER MARTINEZ:  Yes.

7         DETECTIVE RHEAULT:  --in a shooting?  Which

8    supervisor identified you?

9         OFFICER MARTINEZ:  Sergeant Alferez.

10        DETECTIVE RHEAULT:  Did -- were you given an order

11   not to discuss?

12        OFFICER MARTINEZ:  Yes.

13        DETECTIVE RHEAULT:  Were you separated?

14        OFFICER MARTINEZ:  Yes.

15        DETECTIVE RHEAULT:  By -- by who?

16        OFFICER MARTINEZ:  Sergeant Alferez had me separated

17   with a West Valley sergeant.  I believe his name is

18   Sergeant Diaz.  I'm not sure, sir.

19        DETECTIVE RHEAULT:  Okay.  It -- were you

20   transported back to Foothill Station?

21        OFFICER MARTINEZ:  Yes.

22        DETECTIVE RHEAULT:  By who?

23        OFFICER MARTINEZ:  Sergeant Diaz, if that's his

24   name.

25        DETECTIVE RHEAULT:  Okay.  And then back in for a

63

CITY   000888

1    walkthrough?

2        OFFICER MARTINEZ:  A walkthrough.  I came back with

3    Sergeant Ginther.

4        DETECTIVE RHEAULT:  Ginto?

5        OFFICER MARTINEZ:  Ginther.

6        DETECTIVE RHEAULT:  Ginther?

7        OFFICER MARTINEZ:  Yeah.

8        DETECTIVE RHEAULT:  Who monitored you at Foothill

9    Station between the time you were brought back and

10    before you went out for the walkthrough?

11        OFFICER MARTINEZ:  So Sergeant Diaz in the

12    beginning.  And then he was sent somewhere else.  And

13    then I was monitored by Sergeant Kavastani, who was the

14    Day Watch sergeant.

15        DETECTIVE RHEAULT:  Uh-huh.

16        OFFICER MARTINEZ:  And then Sergeant Kavastani

17    needed -- was needed on patrol, so I was monitored by

18    our complaint sergeant, Sergeant Ginther.

19        DETECTIVE RHEAULT:  Okay.  And are you --

20        OFFICER MARTINEZ:  And that's -- and that was the

21    rest of the day.

22        DETECTIVE RHEAULT:  Okay.  And -- and again, who

23    brought you out?  That was Gunter who brought you out?

24        OFFICER MARTINEZ:  Yes, Ginther.  Yes.

25        DETECTIVE RHEAULT:  Ginther.  Thank you.  All right.

64

CITY   000889

1    I don't have any other questions.

2        ATTORNEY WINSLOW:  Nothing from me.  Thanks.

3        DETECTIVE RHEAULT:  Is there anything we have not

4    asked you as part of this incident you feel is important

5    for us to know?

6        OFFICER MARTINEZ:  No, sir.  I just feel really bad

7    we're here doing this.  It could have been not here, a

8    different outcome.

9        ATTORNEY WINSLOW:  Did you do everything you could

10   to prevent this?

11       OFFICER MARTINEZ:  I did everything I -- I feel like

12   I did.  And, you know, unfortunately, it didn't work out

13   well and we had to use different means, but it's

14   unfortunate.

15       DETECTIVE RHEAULT:  Okay.  The time now is 2155

16   hours, and that will conclude our interview.

17       ///

18       ///

19

20

21

22

23

24

25

                                                      65