"EXHIBIT 7"

# STATEMENT OF

# SERGEANT FRANCISCO ALFEREZ

Senior Administrative Clerk Sophia Mascorro, Serial No. N5882, reviewed the digital recording (TP97250, F004-22) and transcription of Sergeant Alferez's interview.  The inaudible recordings that were clearly audible are listed below.  All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|------|------|-----------------------|
| 18   | 22   | UNINTELLIGIBLE: **Olivarez** |
| 50   | 19   | UNINTELLIGIBLE: **I'm sure** |

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LADA 0903**

LOS ANGELES POLICE DEPARTMENT
Force Investigation Division

In the Matter of:                    )
Officer Involved Shooting            ) DR No.
Transcription of Taped Interview     ) FID No. 004-22
Of Sergeant Francisco Alferez        ) Tape No. Alferez
_____ )

TRANSCRIPTION OF TAPE-RECORDED INTERVIEW OF

SERGEANT FRANCISCO ALFEREZ

Transcribed by:
Kelly Sully
CSR No. 13501

Job Number:
TP97250

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LADA 0904**

```
 1                LOS ANGELES POLICE DEPARTMENT
 2                    Tape No. Alferez
 3
 4
 5          DETECTIVE ILLIG:  Today's date is 2/2/22.  It is
 6      now 2116 hours.  I'm Detective Timo Illig, T-i-m-o
 7      I-l-l-i-g, serial number 36893.  I'm assigned to Force
 8      Investigation Division.  I'm here at Foothill Station
 9      to interview Sergeant I --
10          Sir, can you say your first and last name and
11      please spell it?
12          SERGEANT ALFEREZ:  Yes.  First name is Francisco,
13      F-r-a-n-c-i-s-c-o.  Last name Alferez, A-l-f-e-r-e-z.
14          DETECTIVE ILLIG:  Serial number 31625.  Regarding
15      an officer involved shooting incident that occurred at
16      12935 Desmond Street on 2/1/22 at approximately
17      0342 hours.
18          Also present for the interview is --
19          DETECTIVE HYOUNG:  Detective II Humphrey Hyoung,
20      H-u-m-p-h-r-e-y H-y-o-u-n-g, serial number 40248, also
21      assigned to Force Investigation Division.
22          POLICE OFFICER AMBRIZ:  And Police Officer III
23      Christina Ambriz.  First name spelled
24      C-h-r-i-s-t-i-n-a.  Last name A-m-b-r-i-z.  Serial
25      38612 from Officer Representation Section.
```

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0905

1      parked in relation to the incident?

2           SERGEANT ALFEREZ:  My car was parked on the

3      northeast corner of Desmond and Fellows facing

4      eastbound.

5           DETECTIVE ILLIG:  Okay.  Would that camera have

6      captured any of the incident?

7           SERGEANT ALFEREZ:  (Unintelligible).

8           DETECTIVE ILLIG:  What I mean, like would the

9      camera of your vehicle have captured the suspect from

10     where it was parked?

11          SERGEANT ALFEREZ:  I'm going to say that where my

12     vehicle was parked, there was a car parked in front of

13     it, so no.

14          DETECTIVE ILLIG:  Okay.  Did you view any of your

15     body-worn video or digital in-car video without FID

16     present?

17          SERGEANT ALFEREZ:  No, I did not.

18          DETECTIVE ILLIG:  Okay.  Did you watch any video

19     or news reports or social media concerning this

20     incident?

21          SERGEANT ALFEREZ:  No, I did not.

22          DETECTIVE ILLIG:  Okay.  What was your start of

23     watch today?

24          SERGEANT ALFEREZ:  Today approximately

25     1600 hours.

5

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0908

1          DETECTIVE ILLIG:  Okay.  And what time did you
2     wake up?
3          SERGEANT ALFEREZ:  I woke up approximately
4     1000 hours.
5          DETECTIVE ILLIG:  Okay.  And how many hours of
6     sleep did you have?
7          SERGEANT ALFEREZ:  Approximately eight.
8          DETECTIVE ILLIG:  Okay.  Any fatigue issues or
9     can you continue with this investigation -- or
10    interview?
11         SERGEANT ALFEREZ:  No.
12         DETECTIVE ILLIG:  Okay.  How long have you been a
13    sergeant, sir?
14         SERGEANT ALFEREZ:  Since June of 2007.
15         DETECTIVE ILLIG:  Okay.  So -- and your current
16    assignment on the day of this incident, what was it?
17         SERGEANT ALFEREZ:  Patrol supervisor working
18    morning watch, watch three.
19         DETECTIVE ILLIG:  And the unit designation?
20         SERGEANT ALFEREZ:  I was assigned 16-L-120.
21         DETECTIVE ILLIG:  120.  Okay.  And how many other
22    supervisors or sergeants were working on the night of
23    this incident?
24         SERGEANT ALFEREZ:  For watch three, it was myself
25    and the watch commander and there was one GED

                                                          6

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0909**

1      supervisor, George-60, Sergeant Merida.

2           DETECTIVE ILLIG:  And how do you spell that last

3      name of Merida; do you know?

4           SERGEANT ALFEREZ:  M-e-r-i-d-a.

5           DETECTIVE ILLIG:  Okay.  So Sergeant Merida, he

6      was the gang supervisor.  And then the watch

7      commander -- and who was the watch commander?

8           SERGEANT ALFEREZ:  The watch commander was

9      Sergeant Trevor Whiteman.

10          DETECTIVE ILLIG:  Whiteman.  And is he a Sergeant

11     I or a Sergeant II -- Whiteman?

12          SERGEANT ALFEREZ:  He is a Sergeant I.

13          DETECTIVE ILLIG:  Sergeant I.  And Sergeant

14     Merida is a Sergeant I or Sergeant II?

15          SERGEANT ALFEREZ:  Sergeant Josue Merida is a

16     Sergeant I.

17          DETECTIVE ILLIG:  And you're a Sergeant I as

18     well?

19          SERGEANT ALFEREZ:  Yes.

20          DETECTIVE ILLIG:  Okay.  So for watch three on

21     the night of this incident, there was two

22     supervisor -- well, two supervisors, I guess a gang

23     sergeant, you, and then the watch commander?

24          SERGEANT ALFEREZ:  Yes.

25          DETECTIVE ILLIG:  So there was two supervisors

                                                              7

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0910

1          DETECTIVE ILLIG:  Oh, okay.  So the directive was

2     to discuss this topic for five days?

3          SERGEANT ALFEREZ:  Yes.

4          DETECTIVE ILLIG:  Okay.  All right.

5          SERGEANT ALFEREZ:  And it was -- it's archived in

6     the watch commander's log, because that's what they

7     discussed to be logged.

8          DETECTIVE ILLIG:  Okay.  Now, as the watch three

9     supervisor in the field, how many -- do you know how

10    many units were deployed that day?

11         SERGEANT ALFEREZ:  Yes.  So I'll just reference

12    them by unit designation, so we can get a number.  So

13    we have 16-Adam-11, 16-Adam-23, 16-Adam-35,

14    16-Adam-59, 16-Adam-77, 16-Adam-81, 16-X-41, and

15    16-Z-45.

16         DETECTIVE ILLIG:  Okay.  Eight units?

17         DETECTIVE HYOUNG:  Eight units.

18         SERGEANT ALFEREZ:  Yes.

19         DETECTIVE ILLIG:  And that's two officers per

20    unit?

21         SERGEANT ALFEREZ:  Yes.

22         DETECTIVE ILLIG:  (Unintelligible).

23         SERGEANT ALFEREZ:  For patrol.

24         DETECTIVE ILLIG:  So sixteen officers?

25         SERGEANT ALFEREZ:  Yes.

10

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0913

1          DETECTIVE ILLIG:  And you were the sergeant --

2     the field sergeant for -- responsible for sixteen

3     officers?

4          SERGEANT ALFEREZ:  Yes.

5          DETECTIVE ILLIG:  Okay.  Now, with your

6     deployment, are there some of the tools that you

7     request your officers to check out of the kit room

8     that they may need for tactical scenarios?

9          SERGEANT ALFEREZ:  Yes.  We require that the

10    officers take out, as part of their equipment,

11    beanbags, 40-millimeter launchers, and shields and

12    their regular duty Taser on their holster.  I have a

13    sign posted and directed the kit room officer to

14    deploy minimum three shields per area, so in total --

15    so if not more, but I require the kit room to -- and

16    I've had the discussion with the kit room officers,

17    and I have a notice up there that Adam-11 or Adam-23

18    take out a shield, Adam-35 or Adam-59 take out a

19    shield.

20         Because 11 -- Adam-11 and 23 are the Pacoima

21    area.  Adam-35 covers Lake View Terrace and a portion

22    of Sunland.  Adam-59 covers the Tujunga/Sunland area.

23    Adam-77 covers a portion of Sunland and a portion of

24    Sun Valley.  And 16-Adam-81 covers the majority of Sun

25    Valley with a small portion of Pacoima.  But for each

11

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0914

1        of those areas to at least deploy one shield.

2             DETECTIVE ILLIG:  Okay.  And how long have you

3        been the watch three supervisor?

4             SERGEANT ALFEREZ:  For approximately a little

5        over two years.

6             DETECTIVE ILLIG:  A little over two years?  And

7        have you done training with the officers from watch

8        three on various tactical scenarios?

9             SERGEANT ALFEREZ:  Yes.  On various occasions

10       during roll call, we discuss deployment on incidents

11       when approaching volatile incidents involving suspects

12       armed with weapons to include firearms, edged weapons,

13       other than edged weapons; for example, baseball bats,

14       two-by-fours, or any type of weapon that they could

15       have.

16            I've discussed with them in roll calls in regards

17       to deployment when you get to the scene to assess the

18       scene and not to rush into the, for example, a

19       residence and to make sure that they request the

20       resources that are necessary.  I've also discussed

21       with them that it's important to know that when they

22       do that, they have to assess that if it's an incident

23       where -- that it meets exigent circumstances, that we

24       immediately deploy.

25            For example, if someone is inside a residence

                                                          12

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0915

```
1    asking for help and to know the difference between an
2    exigent circumstance and an incident when there's a
3    suspect that's contained in an area that we can
4    contain with resources.  The two different
5    incidents --
6         And also in regards to individuals with mental
7    illness that if that person is inside the house
8    themself -- by themselves inside, there's no need to
9    rush inside the house and wait outside and discuss the
10   information with the person that's reporting that
11   information, so that the units can deploy and any
12   resources that they have coming to assist them.
13        Basically to slow it down and assess, so that
14   they can make a plan and that they can utilize that
15   time to get other resources, lines of communications,
16   and if need to redeployment with all those units and
17   resources.
18        DETECTIVE ILLIG:  Now, having discussed this with
19   your officers over the time that you've been the
20   watch -- the supervisor on watch three, have you had
21   an opportunity to identify the strengths and
22   weaknesses of different officers and their
23   capabilities?
24        SERGEANT ALFEREZ:  Yes.  That's also one of the
25   things that I've discussed with the watch in regards
```

13

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0916

1      to knowing what the background is of and getting to

2      know each other.  One of the things I discussed is

3      when you're having a cup of coffee with the officers

4      out in the field to get to know each other, get to

5      know who carries what type of equipment, which

6      officers have more experience in certain weapons,

7      which officers have more experience in regards to

8      tactical issues.

9          Not to include just the department, but outside

10     before they joined the department, whether it's

11     military, whether it's working at a store, whether

12     it's managing personnel and having -- being able to

13     basically talk to people.  And there's different

14     strengths that everybody can provide and help each

15     other out when dealing with major incidents.

16         DETECTIVE ILLIG:  Okay.  And then have you also,

17     with that knowledge, been kind of able to identify

18     pure leaders in watch three that you can rely on to

19     assign certain tasks to and then know that they'll be

20     able to complete those tasks?

21         SERGEANT ALFEREZ:  Yes.  And some of those

22     officers that are on the watch, I have supervised

23     before in the past in the division in specialized

24     units.  So it gave me the opportunity to know even

25     more their capabilities of handling incidents out in

                                                        14

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0917

1    call; for example, supervisor request where the

2    officers might need some guidance and I'm in a

3    residence or a business, I do wear it.

4         DETECTIVE ILLIG:  Okay.  So in this circumstance,

5    you weren't wearing it, because you wanted to

6    communicate with the residents.  And would the mask

7    provide some -- would the mask have obstructed or

8    limited your ability to do that?

9         SERGEANT ALFEREZ:  Yes.  I wanted to be clear and

10   concise on my radio broadcasts, I wanted to be clear

11   and concise when I talked to the people that arrived

12   at scene, and I wanted to be clear and concise with

13   the officers that were arriving and that were at scene

14   already, so that there was no confusion or muffling

15   due to the mask and there would be any tactical issues

16   that might arise out of that.

17        DETECTIVE ILLIG:  And was this scene

18   predominantly outdoors?

19        SERGEANT ALFEREZ:  Yes.

20        DETECTIVE ILLIG:  Okay.  All right, sir.  Now, if

21   you wouldn't mind, just tell me what type of radio

22   call you -- it was and then just tell me the story

23   about what occurred.

24        SERGEANT ALFEREZ:  Yes.  So the call was

25   generated at approximately 215 hours at 12935 Desmond

16

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0919

1     Street.  It was an edge weapon radio type protocol

2     where a supervisor gets dispatched along with the unit

3     to that call.  It was a code three response with

4     emergency forward facing red lights and sirens for the

5     primary unit that was assigned to them, which was

6     16-Adam-11.

7          Adam -- 16-Adam-11 is Officer Jose Mendoza, who

8     is a P-III, and Police Officer II Isaac Ipsen.  I was

9     responding code two.  While responding to that call, I

10    had heard the comments that the suspect brother,

11    Jonathan Morio, 23 years old, was armed with a knife

12    and was attempting to hit family and the person that

13    was reporting it, which was the stepdad.

14         I also recall that the suspect was banging on

15    initially the walls, but it was actually the doors of

16    where they were -- had locked themselves in.  Also, on

17    my way to the scene, the call was upgraded to a

18    backup.  By that time I was already arriving.  And I

19    had also heard a request for an air unit before the

20    backup.  And when the backup was requested, an air

21    unit was -- and a supervisor was also requested.

22         Upon arrival to the scene, when I arrived, I

23    walked along the south side of the cars that were

24    parked on the north side of the street facing

25    westbound.  I walked eastbound.  Once I got to the

                                                          17

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0920

1    scene, I walked up the driveway.  I observed, which I

2    later knew was the step-father was outside and he was

3    telling me that the suspect was inside, and then I saw

4    two other young males that later were determined to be

5    his children.

6        He also informed me that his wife was inside the

7    house and that she was actually in a front bedroom on

8    the front of the house.  I then had him take his -- I

9    asked him to take his wife out the window.  He then

10   proceeded to grab her.  Two officers then walked up to

11   where I was positioned.  That was Officer Cesar Barba

12   and Officer -- his last name is hard to pronounce, so

13   I call him TK.

14       They were there already, and I told them to get

15   the family out of the area.  And I assessed the front

16   of the house to include the front door to make sure

17   that it was locked and it was, as I walked up there,

18   because I wanted to assess the front where I was at.

19       I had requested them to stay in the front of the

20   residence to cover that -- the open windows.  And then

21   another unit had arrived, which was Officer Carmen and

22   Officer (Unintelligible), 16-Adam-59, and I directed

23   them to watch the front door of the house.

24       And then I recall asking Officer Barba in

25   direction -- what direction would be the best way to

18

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0921

1    get to the rear of the house, and he directed me to

2    the side two where he had come out of -- from.  I then

3    made my way to the rear of the house where -- as I

4    kept hearing the incident unfolding, I declared myself

5    as the incident commander.

6         I then made my way to the rear of the house where

7    I could hear the suspect screaming and yelling.  I

8    made my way to the back.  That's when I made contact

9    with Officer Mendoza, who -- and Officer Ipsen, who

10   was the primary unit.  Officer Garcia and Officer

11   Schlesinger, they were 16-Adam-23.

12        I inquired about less lethal, and they had

13   already informed me that Officer Schlesinger had the

14   40 and they had an additional beanbag on the scene.  I

15   then had Officer Mendoza become the team leader in the

16   back, and he had informed me that the suspect was in

17   one of the rooms and he had observed him with two

18   knives.

19        Once I was informed of that and I had him try to

20   gain some type of communication with the suspect and

21   then assessing the layout of the house while we were

22   in the back -- it appeared to be, like, an extended

23   den or family room type.  I had them redeploy from

24   there.  I wanted -- the suspect was already contained

25   in one of the bedrooms, so I had them exit the house

19

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0922

1    and redeploy from there.

2        And I wanted them to contain the house.  So I

3    advised them that we were going to call the front of

4    the house side one; the right side of the house, which

5    faces west, side two; then the north side of the

6    house, the back side, side three; and the east side,

7    side four.  So I had them deploy to cover those

8    sections.

9        And then I made my way back to the front to

10   request additional resources to respond and start

11   containing the -- the residence.  Based on the

12   information that I had received on the call, I knew

13   there was a crime that had occurred, whether it was

14   criminal threats or assault with a deadly weapon, but

15   a crime had occurred.

16       Once that happened, I started getting other

17   officers positioned around the house to contain the

18   area.  That's when I had Officer Knowles and his

19   partner Officer Sabrina Martinez, who is a P-I

20   probationary officer.  Officer Knowles is a P-III.

21   They arrived, along with Officer -- Officer Martinez,

22   Jesus; Gutierrez Marco, Adam-77.  X-41, which was

23   Officer Frazier -- Officer Daniel Frazier and Officer

24   Joshua Carlos.  I also had Officer Jacob Kiker,

25   Abraham Rimera -- Abraham Rivera.  They were assigned

20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0923

1    16-Z-45.

2         Once the units started arriving, I had the

3    initial unit that was covering the front windows, I

4    had them come out from that position and I had them

5    redeploy to have a barrier between the house and the

6    front of the yard.  There was a car that was parked

7    along the front windows on the one side, so basically

8    on the one/two corner.  There was a car parked there.

9    I wanted to use that as a barrier for the officers.

10   And there was a cinder block with the iron fence.

11        So I had them deploy to the outside of the

12   sidewalk and monitor the window from -- from the --

13   that corner, which was the one/two corner outside on

14   the sidewalk.  I then had 16-Adam-59 redeploy out of

15   the position where I had them to watch the front door

16   once I was outside, and I had them move to the one

17   house east to cover the four and three side, which was

18   the east and north side of the house.

19        Also, when I had arrived, the step-father -- once

20   the wife was out of the house -- he told me that

21   everybody was out.  There was nobody else back inside

22   that house.  He told me everybody was out of the

23   house.  So I had them come outside and I had them

24   taken to the corner of Sproule and Desmond.  So I had

25   the family positioned in that area there.

21

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0924

1          I made contact with Officer Knowles, and I had

2     told him that I needed a police car in the front

3     driveway to create a barrier in that driveway.  And I

4     was going to use that black and white to utilize the

5     PA to gain communication with the suspect inside the

6     house and to also, again, provide some type of safety

7     barrier between the house and the black -- and the

8     police car that I had positioned there.  And the

9     suspect was contained at that moment inside the house.

10         I also made sure that the officers that were

11    deploying in those sections were armed with less

12    lethal weapons or tools, which would include either a

13    beanbag or a 40-millimeter.  I know that all the

14    officers are assigned Tasers, so I know that they have

15    that option already on their person.  And I do a check

16    at start of watch verifying that on their belts they

17    all have their Taser on them, so I knew they were all

18    equipped with Tasers.

19         I then directed Officer Knowles to start creating

20    a -- because I have worked with Officer Knowles before

21    in the past in the Gang Enforcement Detail, and I know

22    his tactical capability and his relationship with the

23    officers at Foothill and the officers that were

24    working that watch and prior incidents that I've had

25    with Officer Knowles.

                                                        22

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0925

1        Whether it's search warrants; radio calls where

2    it involves, again, issues that we have to deploy

3    tactical situations similar to this; whether it's a

4    traffic stop and I need additional resources for that

5    or whether it's way perimeter for an outstanding

6    suspect; whether it's a K-9 search, I know his

7    capabilities.

8        So I had him start creating a contact tactical

9    team for me.  And that would include a designated

10    cover officer; that would include less lethal

11    assignment, whether it's a beanbag, 40-millimeter

12    launcher, Taser; arrest team that would necessitate,

13    if needed, to get hands on of suspect; and to assign

14    those roles to those officers.  I also wanted to make

15    sure I had trailers in the event I needed other

16    officers that might need different assignments.

17        I also wanted to make sure that I didn't have

18    over-deployment of officers at scene.  So as officers

19    were arriving, I also directed officers to stay away,

20    that I had enough resources to respond to the command

21    post in the event I needed more officers that would be

22    assigned to different assignments.  So I didn't want

23    over-deployment at scene.

24        So I was also being aware of how many people were

25    coming, because I didn't want more -- I didn't want

23

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0926

1      any -- I want any confusion as to where the officers

2      were going to be and who was going to be where.  So I

3      made that information out there to the officers that

4      were arriving that -- to be aware of that and that

5      they knew that I didn't need more officers unless I

6      requested them.

7           And once that started taking place, I also

8      requested a command post to start being established

9      and that unit that was there with Officer Butler, who

10     was an FTO, he's a P-III, and his trainee Officer

11     Corona.  So I had him start setting an initial

12     abbreviated command post over on Sproule and Desmond.

13          And I also had him -- I made a notification to

14     him to start setting up crime scene, so that -- in

15     case people were maybe going to come out of their

16     house.  However, it was two -- past two o'clock in the

17     morning, so -- but I just wanted to make sure that

18     information went out there.

19          I also had directed an officer to put up crime

20     scene tape on the Fellows and Desmond Street for the

21     same reason to prevent any -- any pedestrian or

22     vehicle traffic, although I did have a black and white

23     that was covering that street that I had seen

24     downrange covering Fellows and Desmond.

25          I also requested, during that process, that the

24

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0927

1    Los Angeles Fire Department deploy, along with a

2    rescue ambulance, to Desmond and Dronfield Avenue in

3    the event they were going to be needed for any type of

4    medical emergencies.

5         Once I started verifying that I had -- where I

6    had all my officers positioned and I was getting

7    containment of the area, because I didn't want the

8    suspect to -- based on the circumstances that I

9    already knew, I didn't want him to flee and be a

10   greater threat to the community and to the

11   neighborhood in that area and to the officers.  So I

12   felt that it was important to contain the suspect

13   where he was at based on his demeanor that I was

14   already hearing from the suspect.

15        I heard him screaming that he wanted to kill

16   everybody.  I heard him talk numerous times about

17   being -- being mad at the police or that he hated the

18   police.  So he said that numerous times that he wanted

19   to kill basically people.  So I didn't want him to

20   leave that area.  I wanted him contained.  Because if

21   he left that area and he went into a residence, that

22   could create another issue in regards to hostages or

23   other victims.

24        Once that was occurring, I then directed the

25   officers to start donning their helmets.  So I had the

                                                      25

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0928

1    officers start switching off with each other in a slow

2    fashion to have either their partner officers and take

3    turns going to their cars and getting their helmets

4    put on their person.  I had an additional unit come

5    up, which I utilized for that purpose also, to start

6    doing that.

7        Just to back up a little bit, when I was

8    deploying the officers, I also redeployed the officers

9    that were in the rear, because there was a concern for

10   me -- the -- I wanted them to have a barrier from the

11   house and the suspect.  So I had the -- excuse me.

12       I had the officers that were in the rear, which

13   was Officer Schlesinger and his partner Garcia, back

14   there.  And initially Officer Mendoza and Officer

15   Ipsen were also back there.  However, when I had

16   another unit come up in regards to utilizing

17   additional resources, I had Officer Rodriguez and

18   Morales.  They were also equipped with a shield, and I

19   had them relieve Officer Mendoza and Officer Ipsen

20   during the process of putting officers in position.

21       I had them relieve Officer Mendoza and Officer

22   Ipsen for the purpose that they already had some

23   significant situational awareness in regards to the

24   suspect where he was at and what had occurred with the

25   suspect.  Because Officer Mendoza had already spoken

26

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0929

1     post was established at Dronfield and Desmond.

2          I don't know the exact timeline, but in that

3     process of that occurring from the incident starting

4     and the command post being established, there was

5     notifications made to the command post and to the

6     watch commander in regards to notification to SWAT and

7     that that phone call be made to them in regards to the

8     fluid and unfolding incident that was occurring.

9          During that process, I also requested that

10    further containment of the area be made, which would

11    include outside units be deployed, because we did not

12    have any additional resources at the command post.  So

13    other outside units responded to hold containment of

14    the -- of the location, which would include Sproule

15    north of Desmond at the cul-de-sac.  I had one unit

16    deploy -- I requested one unit to be deployed there

17    and they were.

18         There was another unit that was requested and

19    they were deployed over to Fellows at the cul-de-sac

20    north of Desmond, and a unit on Bond Street, which was

21    north of the -- of the residence, to contain the area,

22    again, due to the threat of the suspect being -- I

23    didn't want him to be -- have access to the

24    neighborhood and create more of a problem in regards

25    to victims in the area.

32

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0935

1       During that process, notifications were made

2  again to the command post and the watch commander in

3  regards to the SWAT being notified.  I received

4  notification that also MEU be notified and so they can

5  be -- so they could also respond.

6       I received information from the watch commander

7  and Sergeant Merida that MEU was responding and that

8  Captain Zine wanted utilize -- or exhaust the resource

9  of MEU and then the next level of SWAT coming out.  So

10 there was -- I don't know what notifications were made

11 in -- because I was at the -- I was running the

12 operations in regards to the tactical plan.

13      So what phone calls were made at the command post

14 to the different entities that needed to respond, I am

15 not aware of that.  However, I did request that SWAT

16 be notified, but I did receive information that

17 Captain Zine wanted to exhaust the use of MEU.

18      So I notified the officers that MEU had been

19 notified and that they were responding and that as

20 that was occurring, we would move up to the next level

21 of -- of basically what the next tactical

22 considerations -- tactical moves that were going to be

23 employed.

24      I also received information that in regards to

25 MEU if we had had any prior incidents at the

33

1    residence, which was that there were not.  And I

2    received information from Officer Mendoza that the

3    suspect had been arrested for DUI in the recent time

4    and that he was on an alcohol binge for approximately

5    two day and possibly narcotics.  And that information

6    was also received that I read on my way to the call on

7    the comments of the call.

8        Give me a moment to just think back where I'm at

9    now.  So I reminded the officers that this was going

10   to be a lengthy process, so I needed them to stay

11   sharp, meaning that I wanted them to stay disciplined.

12   I wanted them to stay focused on their jobs.  I

13   also -- during that period, I also told the officers,

14   especially the officers that were in the front, to

15   know their jobs and know their duties in regards to

16   what position they were in the tactical plan.

17       During that process, I also momentarily stepped

18   away from the officers to make a notification to the

19   watch commander -- but before that had occurred -- let

20   me back up a little bit.  Before that had occurred, I

21   did receive confirmation that Los Angeles Fire

22   Department was at scene and they were at the command

23   post at the ready for any medical type of emergencies.

24       And then at that point I had -- during that

25   period, I had walked away momentarily to make a call.

34

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0937

1    At that time I went off camera to call the command

2    post and I wanted to discuss with them that

3    disengagement, as a possibility, be on the table.  So

4    I go, hey, I just want to talk to --

5        I talked to Sergeant Merida and we had a

6    discussion about that tactical disengagement be a tool

7    on the table, not right away, but on the table as

8    additional resources arrived, meaning MEU, SWAT.  And

9    that notification obviously would ultimately be made

10   to the watch commander and be discussed with the --

11   all the resources, whether it be SWAT, MEU, the

12   captain, et cetera.

13       I also, again, received -- during that discussion

14   that, again, MEU had -- was en route.  I do not know

15   what the exact time for them to -- that they were

16   going to arrive, but that they were on their way.

17   And, again, to verify that he had a discussion with

18   Captain Zine, that we had all our less lethal and all

19   our equipment deployed, and I confirmed with him that

20   we did and that the area was contained and that the

21   suspect was contained currently inside the house and

22   that -- again, that MEU wanted -- that MEU was to be

23   utilized as an initial resource for this incident and

24   that was discussed.

25       I then -- after I finished my discussion with

35

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0938

1    Sergeant Merida, I went back on tape.  I did hear some
2    communication on the radio.  I don't remember exactly
3    what the information was, but during that -- during
4    that time I activated my camera, walked back to the
5    front of the car.  I heard that the suspect was moving
6    around in the back of the house.
7        The suspect then exited the two side of the
8    house.  That's when the officers tried to contact him.
9    He came out with two knives.  Based on the radio
10   communication that I heard is that he exited the house
11   with two knives and I heard a deployment -- what
12   sounded to me as a less lethal deployment based on the
13   sound that I heard.
14       I then heard the next broadcast that the suspect
15   was running towards the front of the house.  As I was
16   positioned behind the black and white, I reminded all
17   the officers to be ready, to be sharp, and to know
18   their assignments.
19       The suspect appeared from the west side, the
20   one/two side.  I saw him run across that car that was
21   parked in the front of the house.  I -- once he made
22   it to the front of the police cars and ran towards the
23   officers, I did not have a visual of the suspect
24   anymore.  That's when less lethal was utilized and
25   then I heard lethal munitions also utilized.

36

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0939

1        I then saw the suspect fall to the ground right

2    in front of the right front side of the police car,

3    which would be next to the passenger door right

4    fender.  The officers were discussing that they saw --

5    that they believe they saw a knife on his person.  So

6    then I directed the officers to put on gloves to

7    provide medical attention to the officers [sic].

8        I then made a notification on the radio to the

9    command post that we needed a rescue ambulance to the

10   scene.  I advised the command post that we had had an

11   officer involved shooting and that I needed LAFD up

12   there.  LAFD quickly made their way down to the front

13   of the house.

14       I also -- I also made a notification to all the

15   officers on the perimeter to stay in their positions

16   and not come to the front of the house, because I

17   wanted to maintain management and command and control

18   of the front of the house where the incident had

19   unfolded.  There was actually officers walking towards

20   where that had occurred, and I directed them to go

21   back to where they were positioned and to maintain

22   their position where they were at.  They were not

23   needed where the suspect was at.

24       He was -- the suspect was handcuffed.  From the

25   best of my recollection, I remember Officer Sabrina

37

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0940

1    Martinez and Officer Lopez when the suspect was

2    handcuffed.  I requested that a unit be at the ready

3    to transport the suspect to the hospital with the

4    rescue ambulance.  That assignment was designated to

5    16-X-4, which was Officer Butler and his partner

6    Officer Corona.

7        Once LAFD arrived, they began to treat the

8    suspect.  They put him on the gurney to treat him and

9    put him in the rescue ambulance.  I then directed

10   Officer Butler to ride in the ambulance with the

11   suspect and the paramedics.

12       Once the suspect was in the ambulance and being

13   taken away by the ambulance, I then had the officers

14   pull away from where the incident had occurred.  I

15   advised them that I had not want them walking around

16   the area where the OIS had occurred.  So I had them

17   all basically to move back to the back of the police

18   car.

19       One of my first things that I did is verify with

20   the officers that everybody was okay.  I had a

21   semicircle with the officers and, again, I reiterated

22   on the radio for the other officers to stay -- stay in

23   position and do not move, stay where they were at.  So

24   once that happened, I had that semicircle with the

25   officers.  I had them all turn off their body-worn

38

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0941

1    video.

2    ==Once the suspect was away from the scene and I==

3    ==verified with the officers that everybody that was in==

4    ==the front was -- there was no injuries and that==

5    ==everybody was okay.==  During that process, I then had

6    the officers walk across the street.  I had them move

7    from the back of the police car.  I had them move to

8    the south sidewalk where I began to monitor the group

9    of officers that were there.

10    I instructed them not to speak to each other, not

11    to talk, and not to share any information.  I

12    basically explained to them what was going to happen,

13    that supervisors were going to respond and take public

14    safety statements.  Which I then identified the

15    officers that were involved with the lethal

16    deployment, which was Officer Jesus Martinez and

17    Officer Griffin.

18    I also identified Officer Marco Gutierrez at the

19    deployment with the beanbag, and I had identified that

20    Officer Schlesinger, which was -- who was on the

21    two/three side, had deployed the 40-millimeter.  I

22    then switched gears into -- or my supervisory -- I

23    began a supervisory role as crime scene management.

24    I had officers start putting up crime scene tape.

25    I had Officer -- if I can recall, it was Officer --

39

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0942

1    yeah, it was Officer Martinez.  I had her -- I had red

2    tape deployed.  Oh, no.  I'm sorry.  Let me back up.

3    It was Officer Barba that I had deployed with red

4    crime scene tape where the OIS had occurred.

5         I also had him extend the perimeter of where the

6    OIS had occurred and the area.  There was a news van

7    that had arrived at Fellows and Desmond, and I

8    directed him to have that van move all the way to

9    Chivers and Desmond, and I had him take crime scene

10   tape all the way down to Chivers.

11        I then broadcast to the command post that I

12   needed approximately five supervisors for the officer

13   involved shooting and for the monitoring of all the

14   officers and all the personnel that were there.  And I

15   continuously monitored the officers that were involved

16   to ensure that no information was being talked with

17   each other and to maintain that -- that consistency of

18   the officers not talking to each other.

19        I felt confident that based on where the officer

20   involved shooting had occurred that there was no stray

21   rounds based on the direction that I had seen the OIS

22   take place and based on the information that -- from

23   the father and on the follow-up that we did regarding

24   the house, that everybody was completely out of that

25   house.  So now that's why my thinking is I have to

40

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0943

1    monitored.  I just don't recall exactly who began to

2    monitor Frazier and -- Officer Frazier and Officer

3    Joshua Carlos.

4         Once that had occurred, I also -- later I was

5    then -- myself was also -- was monitored by -- I don't

6    remember exactly what the time frame was, because I

7    remained in front of the -- of the incident -- in

8    front of the house when Captain Zine arrived and

9    everybody was now being monitored at different

10   locations.  But Captain Zine did arrive and then at

11   some point I was monitored by Sergeant Merida and then

12   eventually by Sergeant Jatico (phonetic) here at the

13   station.

14        Just trying to remember if there's anything else

15   that pops up to my mind.  I also had requested from

16   the command post that other officers be deployed.  I

17   got on the air and I requested that additional

18   officers be deployed to go outside and we're going to

19   need -- I needed the front of the residence monitored

20   where the OIS occurred.

21        There was a North Hollywood unit that arrived.

22   It was a female and a male officer, and I had advised

23   them to grab a crime scene log and that they were

24   going to monitor the inner -- they were -- I deployed

25   them to the south side of the incident.

43

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0946

1        I advised them where the incident had occurred
2    and to basically preserve that area and stay away from
3    that area and monitor that area, that nobody walked in
4    that direction and to have a crime scene log for
5    anybody that arrives and wants to come into that area.
6    So I did have them get a crime scene log and start
7    that process as well before I left -- before I left
8    the scene.
9        DETECTIVE ILLIG:  So let's see here.  Thank you.
10   That was very detailed.  Just a couple clarifying
11   things.  Did you go code six at the location?
12       SERGEANT ALFEREZ:  Yes, I did.
13       DETECTIVE ILLIG:  And was it over the air or MDC;
14   do you recall?
15       SERGEANT ALFEREZ:  Yes.  I did it over the MDC.
16   I pressed the F4 button.
17       DETECTIVE ILLIG:  Did you draw your pistol at any
18   time?
19       SERGEANT ALFEREZ:  No, I did not.
20       DETECTIVE ILLIG:  So PA announcements were made
21   for the suspect to come out.  Who was the first person
22   to make PA announcements?
23       SERGEANT ALFEREZ:  Yes.  The first officer that
24   began making the announcement was Officer Sabrina
25   Martinez.

44

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0947

1          DETECTIVE ILLIG:  And then it was --

2          SERGEANT ALFEREZ:  Then it was Officer Lopez.

3          DETECTIVE ILLIG:  Okay.

4          SERGEANT ALFEREZ:  And then myself.  I also -- I

5     don't -- I don't recall if I did it before he took

6     over or if it could have been between Officer Sabrina

7     Martinez.  And the reason I say Sabrina Martinez

8     because one of the officers involved is Jesus

9     Martinez.  So I don't --

10         At one point between Lopez and Sabrina Martinez,

11     I did get on the PA to also make that notification

12     about less lethal and lethal options that could be

13     deployed if the officer -- if the officer -- I'm

14     sorry -- if the suspect was to threaten the officers

15     with any -- any weapons, any -- if he was going to

16     injure the officers or any injuries that could occur

17     to the officers or to anybody in the area.

18         DETECTIVE ILLIG:  And after you got on the PA,

19     who got back on the PA?

20         SERGEANT ALFEREZ:  It was Officer Lopez that was

21     talking to the suspect on the PA.

22         DETECTIVE ILLIG:  Okay.  And was he the one that

23     was the last one to talk to him on the PA or was there

24     somebody after that?

25         SERGEANT ALFEREZ:  There was somebody after that.

45

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0948

```
1            DETECTIVE ILLIG:  Okay.  And that's different
2       than during the scene -- during the time.  Okay.  Did
3       you specifically talk to the watch commander?
4            SERGEANT ALFEREZ:  Yes, I did.
5            DETECTIVE ILLIG:  That was Sergeant Whiteman?
6            SERGEANT ALFEREZ:  Yes.
7            DETECTIVE ILLIG:  And did you specifically
8       request that SWAT or Metropolitan Division be
9       notified?
10           SERGEANT ALFEREZ:  Yes.
11           DETECTIVE ILLIG:  Did you make that notification
12      or request to Sergeant Whiteman or to who did you make
13      that request?
14           SERGEANT ALFEREZ:  It was both to Sergeant Merida
15      and Sergeant Whiteman.
16           DETECTIVE ILLIG:  Okay.  Requesting that they
17      contact Metropolitan Division to see if SWAT would
18      respond?
19           SERGEANT ALFEREZ:  Correct.
20           DETECTIVE ILLIG:  Okay.  Did you call MEU?
21           SERGEANT ALFEREZ:  I did not personally call MEU.
22           DETECTIVE ILLIG:  Do you know who called MEU?
23           SERGEANT ALFEREZ:  I don't know.
24           DETECTIVE ILLIG:  Did you request somebody to
25      contact MEU or did you direct somebody to make sure
```

47

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0950

```
 1        that happens?  I think you mentioned it.
 2             SERGEANT ALFEREZ:  Yes.  It was made over the
 3        radio that MEU be notified.
 4             DETECTIVE ILLIG:  Okay.  Did MEU give you an ETA
 5        for arrival?
 6             SERGEANT ALFEREZ:  I did not receive an ETA from
 7        MEU or from the command post in regards to their
 8        arrival.
 9             DETECTIVE ILLIG:  Okay.  Would it have been
10        helpful if you had additional supervisors with you to
11        handle the tactical situation?
12             SERGEANT ALFEREZ:  Yes.
13             DETECTIVE ILLIG:  And why is that?
14             SERGEANT ALFEREZ:  Based on the sus -- the
15        suspect's behavior and based on the tactical
16        considerations that another -- I could have had
17        another -- I could have used another supervisor to
18        manage some of the portion of the tactical operation
19        in regards to some of the sides that I did not have an
20        actual -- not that I did not -- not that I did not
21        trust what the officers were telling me.
22             It just adds another layer of supervisory role in
23        regards to the back side, which I mean by the back
24        side, the two, three, and the four side in regards to
25        what was occurring.  And the level may be possibly
```

48

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0951

1    depending again -- the level of experience of the

2    supervisor or their knowledge, I guess, in regards to

3    relaying that information so that the command post and

4    the team at hand gets more information or that the

5    information is being communicated.

6         DETECTIVE ILLIG:  Okay.  Did you ever consider

7    requesting an outside supervisor to come in to help

8    you manage this scenario -- this tactical situation?

9         SERGEANT ALFEREZ:  As it was occurring, I did;

10   but I did have senior P-III's at seen, which would

11   include Officer Knowles, that were helping out -- that

12   assisted me greatly with that management of the

13   tactical team at the front of the location.

14        I know the capabilities of Officer Rodriguez and

15   Officer Morales, who work the Gang Enforcement Detail,

16   to include Officer Piche and Officer Proni, who are

17   also assigned to the Gang Enforcement Detail.  So I

18   had confidence in what they were relaying to me and

19   what they were saying.

20        Officer Proni is a senior officer with, I

21   believe, over ten years on the department.  So with

22   another supervisor would have helped?  Sure, but I

23   felt confident of the personnel that I had deployed

24   around the containment of the residence.

25        DETECTIVE ILLIG:  Okay.  Now --

49

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0952

1     wanted to move the team that was in the front driveway

2     a little bit further back just because the response of

3     SWAT -- I didn't know exactly what the notification to

4     SWAT was or what their arrival time was going to be.

5          I didn't want the fatigue factor to start taking

6     into -- I took into account the fatigue factor that we

7     had already been there for over an hour trying to get

8     the suspect to comply.  That's why on the radio I

9     continuously kept talking to the officers that I

10    needed them to stay sharp.

11         And the reason why I said that is because I

12    wanted to be discipline.  I wanted them to pay

13    attention.  I wanted them to keep their situational

14    awareness in the event that the suspect was to come

15    out of the residence.  And I did say that over the

16    radio.  I said I wanted them to stay sharp in the

17    event the suspect comes out of that residence and that

18    everybody knows what their job is.

19         So that was a consideration that I did talk to

20    the command post about.  And as I was approaching,

21    that was one of the considerations that I was

22    processing through my mind that I wanted to move the

23    team a little bit further back.  However, the suspect

24    exited from the two side and the incident, again,

25    began to unfold.

53

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0956

1      DETECTIVE ILLIG:  Okay.  So just prior to when

2   we're watching the body-worn video, prior to you

3   turning off the body-worn video for the first video,

4   there was comments being made by -- I think it was the

5   officer on the PA at the time that SWAT was en route

6   and that they were going to potentially use gas to get

7   the suspect out.  Do you recall that?

8      SERGEANT ALFEREZ:  Yes.

9      DETECTIVE ILLIG:  Was that -- was SWAT actually

10  en route or was that a ruse?

11     SERGEANT ALFEREZ:  I used that as a ruse as a

12  de-escalation factor.  I was hoping that based on all

13  the conversations we were having with him about what

14  was going on with him, tell us what's happening, we

15  want to help you, we don't want to hurt you, we want

16  to end this peacefully, wasn't really resonating with

17  him.

18         So then I told the officer to bring up the idea

19     of that SWAT is coming as a ruse, as a de-escalation

20     factor that hopefully he would process that oh, SWAT

21     is coming.  I just better give myself up because

22     they're not going anywhere.  And that was told to him.

23     "Hey, we're not going anywhere.  We want to talk to

24     you.  We want to make things safe for you and make

25     sure that everything ends peacefully."

                                                        54

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0957

1          DETECTIVE ILLIG:  Okay.  Now, your body-worn

2    video turned back on at 0340 hours in the morning and

3    turned on basically as you were walking back towards

4    the location of the entrance of the driveway; is that

5    correct?

6          SERGEANT ALFEREZ:  Yes.

7          DETECTIVE ILLIG:  Okay.  And was that the time

8    where you were contemplating moving the resources out

9    of the driveway or somewhere around that time period?

10         SERGEANT ALFEREZ:  Yes, I did.  That's when I had

11   that conversation over the phone with Sergeant Merida

12   about tactical disengagement.  And I was processing

13   through my mind that just as a continuous assessment

14   of the incident not to be stuck in paralysis, I guess,

15   in one situation or one position.  I go --

16         It was one of the process that I was processing

17   that I wanted to move that team back.  Again, it just

18   so happened that he came out of the side of the house

19   when I was already trying to assess that and that was

20   one of my considerations that I was taking into --

21   into account.

22         DETECTIVE ILLIG:  Okay.  And just for a

23   timeline -- because we reviewed the body-worn video --

24   that 3:42 it comes back on and now you're actively

25   contemplating or pulling the resources back and then

                                                       55

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0958

1    stay focused."  That's when he moved over to the front

2    right passenger side of the car in that position.

3           DETECTIVE ILLIG:  Okay.

4           SERGEANT ALFEREZ:  I had a discussion with

5    Officer Knowles where he told me that he had Officer

6    Frazier with the shotgun on the left side of the car.

7           DETECTIVE ILLIG:  Okay.  Let me see here.  I'm

8    just writing down these notes.

9           SERGEANT ALFEREZ:  Yes, sir.

10          DETECTIVE ILLIG:  So Frazier --

11          SERGEANT ALFEREZ:  On the left side of the car,

12   driver side with the shotgun.

13          DETECTIVE ILLIG:  Okay.

14          SERGEANT ALFEREZ:  Officer Lopez was also on the

15   left side.  And I had Officer Joshua Carlos as an

16   additional trailer officer and Officer Martinez.  I

17   had positioned Officer Sabrina Martinez -- let me

18   clarify that real quick, because Officer Jesus

19   Martinez, again, I had deployed -- I'm sorry -- was

20   deployed to the front right passenger side.  It just

21   makes it difficult with the same last names.  So

22   Officer Sabrina Martinez, I had her stay in the back

23   of the police car.  So when she was -- when I would

24   call on her when needed.

25          I had a discussion with Officer Knowles in

58

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0961

1    regards to their duties and he told me -- we discussed
2    that if the suspect had come -- would come out and we
3    would have to create an arrest team, the officers are
4    going to move to the right side of the police car,
5    Lopez, and assist with arrest team of the suspect.
6    And I told him -- I communicated with him that I just
7    want to make sure that each officer knows what their
8    assignment was.
9         DETECTIVE ILLIG:  Did somebody in the front
10   driveway area there have a shield?
11        SERGEANT ALFEREZ:  I did have a shield and I had
12   it placed on the right rear tire.  Officer Joshua
13   Carlos, I had him place it there in the event we were
14   going to need it, because I did have him go get one;
15   although we did have one deployed on the one/two
16   corner.  I discussed with him that I wanted another
17   one where the team was at in the front of the house.
18        DETECTIVE ILLIG:  Okay.  Was there a
19   40-millimeter at the front of the house with that --
20   with the team over there or was it just the beanbag?
21        SERGEANT ALFEREZ:  The beanbag.
22        DETECTIVE ILLIG:  Okay.  So there was a plan in
23   place if the suspect were to have complied and were to
24   have exited the house that an arrest team would have
25   taken him into custody?

59

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0962

1          SERGEANT ALFEREZ:  Yes.  That's the discussion I

2     had with Officer Knowles.

3          DETECTIVE ILLIG:  With Officer Knowles.  And then

4     these officers would have come around the right side

5     of the police vehicle and made the approach on the

6     suspect, of course depending on wherever the suspect

7     comes out?

8          SERGEANT ALFEREZ:  Yes, sir.

9          DETECTIVE ILLIG:  Okay.  So there was an arrest

10    team --

11         SERGEANT ALFEREZ:  Yes.

12         DETECTIVE ILLIG:  -- and a plan.  And in that

13    event, is that the time when potentially the shield

14    would have been used?

15         SERGEANT ALFEREZ:  Yes.

16         DETECTIVE ILLIG:  Okay.  Okay.  When you first

17    saw the suspect exiting the side of the -- outside of

18    the house, tell me what you saw.

19         SERGEANT ALFEREZ:  I saw him run in front of the

20    one side and there was a -- the vehicle that was in

21    the front of the house, I saw him run towards the

22    officers.  And where I was positioned, then I lost

23    sight of him.  As he came running towards the

24    officers, I did not have a sight of him anymore.

25         DETECTIVE ILLIG:  And what was blocking your

60

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0963

1    view?

2         SERGEANT ALFEREZ:  The police car.

3         DETECTIVE ILLIG:  The police car.  And that

4    blockage, was that also captured on the body-worn

5    video?

6         SERGEANT ALFEREZ:  Yes.  So just recalling also

7    the body-worn what I remember is me being behind the

8    police car, because that was the best position for me

9    to have the best situational awareness of what

10   everybody's position was and what everybody was doing

11   and where they were positioned in the event I needed

12   to either -- you know, how I was communicating and

13   broadcasting all the information.

14        DETECTIVE ILLIG:  Did you, at any time, see any

15   weapons in the possession -- the suspect in possession

16   of any weapons?

17        SERGEANT ALFEREZ:  I did not.

18        DETECTIVE ILLIG:  Okay.  Once the OIS had

19   occurred, did you oversee the handcuffing of the

20   suspect?

21        SERGEANT ALFEREZ:  Yes, I did.

22        DETECTIVE ILLIG:  Okay.  And do you know -- did

23   you assign specific roles to the handcuffers or was

24   that already preassigned?

25        SERGEANT ALFEREZ:  So I had -- since I had

61

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0964

1    Officer Knowles already controlling the tactical

2    contact team, I was monitoring the overall.  And based

3    on my assessment of what he was doing, I felt he was

4    doing -- I felt that he was doing a good job of

5    running that team, and so I let him control that

6    incident and I let him control the controlling of the

7    suspect.

8        I remember hearing him talk about that there

9    might be a knife on him.  There was talk about like,

10   hey, looks like it's on a certain position of his

11   body.  I do recall telling the officers, "Hold up.

12   Make sure everybody puts on gloves," when we go make

13   contact, so we can provide medical treatment for him.

14       DETECTIVE ILLIG:  Okay.  Do you know who

15   handcuffed the left hand and the right hand?

16       SERGEANT ALFEREZ:  I don't know who did that, but

17   it was -- I do recall seeing Officer Martinez, Sabrina

18   and Officer Lopez having the duty of taking the

19   suspect into custody.

20       DETECTIVE ILLIG:  Okay.  And do you know who was

21   the designated cover officer?

22       SERGEANT ALFEREZ:  So I already had -- since

23   Officer Griffin was already the designated cover

24   officer in the initial, he was still in that role.

25       DETECTIVE ILLIG:  All right.  And less lethal?

                                                        62

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0965

1    while you are at scene and all the resources are

2    arriving, at one point you have a unit that arrives

3    and you select them or assign them to the command

4    post?

5         SERGEANT ALFEREZ:  Yes.

6         POLICE OFFICER AMBRIZ:  Okay.  And after that

7    you're waiting for additional supervisors to arrive at

8    scene?

9         SERGEANT ALFEREZ:  Yes.

10        POLICE OFFICER AMBRIZ:  And at one point which

11   supervisor arrives?

12        SERGEANT ALFEREZ:  Sergeant Merida.

13        POLICE OFFICER AMBRIZ:  And when Sergeant Merida

14   arrives, do you assign him or do you ask him to go to

15   the command post?

16        SERGEANT ALFEREZ:  Yes.

17        POLICE OFFICER AMBRIZ:  And do you ask him to

18   take over incident command or over at the command

19   post?

20        SERGEANT ALFEREZ:  Yes.  We had a discussion that

21   I would do the tactical operation and that at the

22   command post he would now take over incident commander

23   duties.

24        POLICE OFFICER AMBRIZ:  And so the communications

25   and any requests were going through Sergeant Merida as

69

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0972

1    far as additional resources or other resources after

2    that assignment or that delegation of -- to the

3    command post?

4        SERGEANT ALFEREZ:  Yes.  Because of the incident,

5    how it was occurring and it was fluid and active and

6    we had the suspect contained in the area and I needed

7    to monitor the officers on the tactical deployment,

8    the command post with officer -- Sergeant Merida, the

9    incident commander, he would handle the notifications

10    that needed to be made; whether it's to the watch

11    commander, to the captain, MEU, SWAT and collaborated

12    with those individuals.  That's the duties of the

13    command post and additional resources or units that

14    would be needed to be -- to respond or be placed.

15        POLICE OFFICER AMBRIZ:  So any -- any ETA from

16    any additional resources were -- were they received

17    through the CP?

18        SERGEANT ALFEREZ:  Any notification of anything

19    responding would go through the command post.

20        POLICE OFFICER AMBRIZ:  That's all.

21        DETECTIVE HYOUNG:  Just one more thing just

22    regarding the object that was thrown out the window.

23    Did you see the object get thrown out the window?

24        SERGEANT ALFEREZ:  I did not.

25        DETECTIVE HYOUNG:  Okay.  So you just heard and

70

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0973

```
 1     you don't know what that is?
 2          SERGEANT ALFEREZ:  No.
 3          DETECTIVE HYOUNG:  Okay.  All right.  That's it.
 4          DETECTIVE ILLIG:  Sir.  Is there anything else
 5     you'd like to add at this point?
 6          SERGEANT ALFEREZ:  That I can recall, I think --
 7     at this point pretty much discussed everything that
 8     probably go through my mind right now that had
 9     occurred to the best of my ability right now.
10          DETECTIVE ILLIG:  Okay, sir.  With that, we'll be
11     concluding the interview.  It's now 2302 hours.
12          SERGEANT ALFEREZ:  Yes, sir.
13     ///
14     ///
15
16
17
18
19
20
21
22
23
24
25
```

71

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0974