# "EXHIBIT 9"

# STATEMENT OF

# POLICE OFFICER II ERIC SCHLESINGER

Senior Administrative Clerk Sharon McDonald, Serial No. N6324, reviewed the digital recording (TP97249, F004-22) and the transcription of Officer Schlesinger's interview.  The inaudible recordings that were clearly audible are listed below. All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|------|------|-----------------------|
| 09 | 13 | ADD: we have **and** to |
| 22 | 02 | DELETE: **an** |
| 34 | 10 | ADD: were **just** describing |
| 34 | 20 | ADD: weapons **with him**? |
| 49 | 04 | ADD: eight **feet** tall? |
| 56 | 24 | ADD: **When** inside |

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LADA 0342**

LOS ANGELES POLICE DEPARTMENT
Force Investigation Division


In the Matter of:            )
Officer Involved Shooting    ) DR No.
Transcription of Taped Interview ) FID No. 004-22
Of Police Officer Schlesinger )  Tape No. Schlesinger
                             )
———————————————————————————————

TRANSCRIPTION OF TAPE-RECORDED INTERVIEW OF

POLICE OFFICER ERIC SCHLESINGER

Transcribed by:
Kelly Sully
CSR No. 13501

Job Number:
TP97249

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0343**

1               LOS ANGELES POLICE DEPARTMENT

2                   Tape No. Schlesinger

3

4

5          DETECTIVE ILLIG:  Today's date is February 2nd,

6     2022.  It is now 15 -- 1653 hours.  1653 hours.  I'm

7     Detective Timo Illig, T-i-m-o I-l-l-i-g, serial number

8     36893.  I'm assigned to Force Investigation Division.

9     I'm here at Foothill Station to interview Police

10    Officer Brian Schlesinger.

11          Sir, can you say your --

12          POLICE OFFICER SCHLESINGER:  Eric, sir.

13          DETECTIVE ILLIG:  Oh, it's Eric.  All right.

14    There we go.  Eric Schlesinger.  Sir, can you say your

15    first and last name and please spell it?  And you're a

16    P-II?

17          POLICE OFFICER SCHLESINGER:  Yes, sir.

18          DETECTIVE ILLIG:  Okay.  Please say and spell it.

19          POLICE OFFICER SCHLESINGER:  My name is Eric

20    Schlesinger, E-r-i-c S-c-h-l-e-s-i-n-g-e-r.

21          DETECTIVE ILLIG:  And your serial number?

22          POLICE OFFICER SCHLESINGER:  43152.

23          DETECTIVE ILLIG:  Regarding an officer involved

24    shooting incident that occurred at 12935 Desmond

25    Street in Foothill Division on February 1st, 2022, at

                                                          2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0344

1     going on essentially.

2        And then when Officer Piche made communications

3     with the suspect, Officer Proni took over as

4     communications over the air.  And then Officer Garcia

5     was another DCO officer.  Approximately 30 to

6     40 minutes later -- oh, I'm sorry.  Let me back up.

7        So while still standing in the backyard, we heard

8     over the air that a team was set up, that MEU was

9     notified and that MEU was en route.  We also further

10     heard that the notification to SWAT was being made, so

11     at that point in time we knew we had a barricaded

12     suspect.  And then while in the backyard, we also were

13     notified that there was a signed investigation report

14     for 422 PC, which is criminal threats.

15        So we were tasked with holding that position

16     until SWAT arrived.  Approximately 40 minutes later,

17     we observed the suspect walking in and out of the

18     kitchen, which was relayed to the officers in the

19     front.  After the suspect walked in and out of the

20     kitchen approximately two to three times, he entered

21     towards the back room where we previously redeployed

22     from.

23        While the suspect was walking out of the kitchen,

24     all I was able to see was his upper torso, so I was

25     not able to see if he was still armed.  But upon the

20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0362

1    suspect walking outside -- or I'm sorry.  Upon walking

2    into that rear room where we redeployed from, I

3    observed a twelve-inch kitchen knife in his hand and I

4    observed a stainless steel blade in his right hand as

5    well.

6         The suspect then opened the rear door and he

7    initially pushed all the barriers out of the way and

8    he stepped out where Officer Piche began giving him

9    commands to comply.  While speaking with Officer

10   Piche, I believe Officer Proni was relaying over the

11   air that we had the suspect outside and that Officer

12   Piche was making communications with him.

13        Suspect then walked inside briefly and then

14   exited the residence again.  While he was outside,

15   suspect had a twelve-inch knife in his left hand and

16   another knife.  I approximately saw a four-inch knife

17   in his right hand.  It was -- suspect was ordered

18   numerous times to drop the knives and to comply, but

19   the suspect refused.

20        I do not recall what the suspect was yelling back

21   at Officer Piche.  But approximately one minute of

22   giving communications, I observed the suspect start to

23   turn and run towards what I believe to be Officer

24   Garcia and Officer Rodriguez.  I believed that he was

25   attempting to jump the wall to try to stab one of the

                                                         21

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0363

1    officers.

2         In an immediate fear for their safety, I deployed

3    one 40 round as the suspect began running towards

4    those officers, which I saw him hit the ground

5    briefly, step up, and continue to run now southbound

6    to the front of the residence.  Upon hearing the -- or

7    seeing the suspect hit the ground, I did not hear any

8    distinctive crisp metallic pings.  I believed that he

9    was still armed with a knife as he stood up and began

10   running.

11        At that point after the suspect began running

12   outside, we moved from the wall and we began coming to

13   the front of the property.  It was relayed over the

14   air by Officer Proni that the suspect was now running

15   to the front with two knives.  At that point we heard

16   what we believe to be the sound of approximately five

17   less lethal rounds going off and then we believed that

18   the suspect was still out front, but we did not have a

19   visual on him.

20        Officer Piche ordered us to, hey, go back to the

21   wall and maintain your positions.  At that point I

22   reloaded my 40 and then went back to the wall to

23   maintain my position and then we discussed what would

24   happen if the suspect were to reenter the yard.

25        We discussed that I would be, again, a less

                                                          22

1        lethal operator and Officer Morales would be a lethal

2        operator with a shotgun and then Officer Piche would

3        continue to try to give the suspect commands to

4        comply.  And Officer Proni would continue being verbal

5        communications over the air.

6            Approximately two minutes later we were notified

7        over the radio that it was an officer involved

8        shooting and the suspect was in custody and that the

9        RA was en route to take the suspect and give him

10       medical treatment and take him to the hospital.

11           And at that point we backed off from the wall.  I

12       downloaded my 40 and then we were ordered to maintain

13       our positions.  So approximately five minutes later

14       since we had no public contact, the suspect was in

15       custody and we were just standing by, we deactivated

16       our body-worn video to debrief the incident.

17           DETECTIVE ILLIG:  Okay.  Were you separated at

18       all and monitored by any sergeants?

19           POLICE OFFICER SCHLESINGER:  Yes, sir.  We were

20       separated -- all six of us that were in the back, we

21       were separated and monitored by a sergeant from

22       West L.A.  I don't recall his name.  I believe it's

23       Sergeant Banachowski and he monitored -- monitored us

24       continuously until we were brought back to the station

25       and met with you.

                                                           23

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0365

1    build and size in comparison to this wall?

2        POLICE OFFICER SCHLESINGER:  Yes, sir.  The

3    suspect looked like he was approximately 5'10" and

4    maybe 170 pounds, so he looked like he was possibly

5    athletic.  I know that using, you know -- if you're

6    running full speed, the suspect could have easily had

7    enough -- you know, he could have jumped high enough

8    where he could have got halfway up the wall and just

9    pulled himself over and then made entry onto the other

10   side of the wall.

11       DETECTIVE ILLIG:  Okay.  And that would be -- and

12   so when he -- where was he standing when he -- just

13   prior to him starting to sprint?

14       POLICE OFFICER SCHLESINGER:  He was standing

15   approximately one foot south of the door he exited

16   through.

17       DETECTIVE ILLIG:  Okay.  And that was -- what

18   door is that?

19       POLICE OFFICER SCHLESINGER:  That's going to be

20   the east -- the most -- I'm sorry.  The most west

21   door, so on the two side.

22       DETECTIVE ILLIG:  On the two side.  And that's

23   the same door that you guys also entered in?

24       POLICE OFFICER SCHLESINGER:  Yes, sir.

25       DETECTIVE ILLIG:  Okay.  So he's by that west

                                                      50

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0392

1     door on the two side in the back of the property --

2         POLICE OFFICER SCHLESINGER:  Yes, sir.

3         DETECTIVE ILLIG:  -- about one foot south of that

4     door; is that what you said?

5         POLICE OFFICER SCHLESINGER:  Yes, sir.

6         DETECTIVE ILLIG:  Okay.  And then he started to

7     sprint.  Can you tell me in what direction did he

8     sprint?

9         POLICE OFFICER SCHLESINGER:  He looked like he

10    was going to the southwest, sir.

11        DETECTIVE ILLIG:  Toward the southwest?

12        POLICE OFFICER SCHLESINGER:  Yes, sir.

13        DETECTIVE ILLIG:  And --

14        POLICE OFFICER SCHLESINGER:  And my officers were

15    on the west side of the residence right behind the

16    wall in the direction he was sprinting.

17        DETECTIVE ILLIG:  Okay.  So when he's sprinting

18    in that southwesterly direction, that is why you

19    feared that he may stab either one of Officers Piche,

20    Rodriguez, or Garcia --

21        POLICE OFFICER SCHLESINGER:  Yes, sir.

22        DETECTIVE ILLIG:  -- with the -- with one of the

23    knives?

24        POLICE OFFICER SCHLESINGER:  Yes, sir.

25        DETECTIVE ILLIG:  Okay.  When you fired, did you

51

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**   **LADA 0393**

1    give a verbal warning?

2        POLICE OFFICER SCHLESINGER:  No, sir.  It was not

3    feasible at that point in time.

4        DETECTIVE ILLIG:  Why wasn't it feasible?

5        POLICE OFFICER SCHLESINGER:  Because Officer

6    Piche was attempting to establish communications with

7    the suspect to gain his compliance.  I did not feel it

8    would have been right for me to interject and advise

9    the suspect that if he didn't comply that he would be

10   40'ed.  The suspect made an abrupt action to start

11   charging.  He didn't pause.  He didn't wait.  He just

12   abruptly turned and began running towards the officers

13   on the other side of the wall.

14       DETECTIVE ILLIG:  Is there any kind of training

15   that you've received in the -- as a police officer

16   concerning communicating with people --

17       POLICE OFFICER SCHLESINGER:  Yes, sir.

18       DETECTIVE ILLIG:  -- and --

19       POLICE OFFICER SCHLESINGER:  Yes, sir.  I know

20   that if too many people are trying to establish

21   communication with the same suspect, it could very

22   easily confuse the suspect.  The suspect could not

23   understand what officers are saying and he could also

24   misinterpret what we are trying to tell him.

25       DETECTIVE ILLIG:  Okay.  And Officer Piche was

52

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0394

```
 1     the communications?

 2         POLICE OFFICER SCHLESINGER:  Yes, sir.  He

 3     established when the suspect came out.  He said, "Hey,

 4     I'm communications.  I'm comms."  So that way every

 5     officer there was on board and knew that Officer Piche

 6     would attempt communications with the suspect.

 7         DETECTIVE ILLIG:  Okay.  Approximately --

 8     approximately how far was the suspect from you in your

 9     estimation when you fired?

10         POLICE OFFICER SCHLESINGER:  Approximately ten to

11     fifteen feet.

12         DETECTIVE ILLIG:  Ten to fifteen feet.  And did

13     you utilize the optic?

14         POLICE OFFICER SCHLESINGER:  Yes, sir.

15         DETECTIVE ILLIG:  Okay.  And you indicated that

16     you -- did you strike the suspect with the less

17     lethal?

18         POLICE OFFICER SCHLESINGER:  Yes, sir.

19         DETECTIVE ILLIG:  Okay.  On the right side?

20         POLICE OFFICER SCHLESINGER:  Yes, sir.  I believe

21     I hit him in his right lower torso area -- I'm sorry.

22     Right lower navel area.

23         DETECTIVE ILLIG:  Okay.  And was the suspect --

24     did this stop the suspect?

25         POLICE OFFICER SCHLESINGER:  The suspect -- yeah,
```

53

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0395

1    arrived to the rear and you said you made entry, was

2    that a makeshift attachment to the house?

3            POLICE OFFICER SCHLESINGER:  Yes, ma'am.

4            POLICE OFFICER AMBRIZ:  So not necessarily making

5    entry into the residence?

6            POLICE OFFICER SCHLESINGER:  No, ma'am.

7            POLICE OFFICER AMBRIZ:  And was there some type

8    of sliding door that could have been a barrier --

9            POLICE OFFICER SCHLESINGER:  Yes, sir.  There was

10   two.

11           POLICE OFFICER AMBRIZ:  -- to the -- to the

12   actual residence?

13           POLICE OFFICER SCHLESINGER:  Yes, ma'am.

14           DETECTIVE ILLIG:  Is there anything else you'd

15   like to add, sir, that's important for us to know at

16   this time in the investigation?

17           POLICE OFFICER SCHLESINGER:  No, sir.

18           DETECTIVE ILLIG:  All right.  With that, we'll be

19   concluding the interview.  It is now 1801 hours.

20   ///

21   ///

22

23

24

25

69

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0411