# "EXHIBIT 10"

# STATEMENT OF

# POLICE OFFICER II DANIEL FRAZER

Senior Administrative Clerk V. Shaw, Serial No. N4488, reviewed the digital recording (TP97303, F004-22) and transcription of Officer Frazer's interview. The inaudible recordings that were clearly audible are listed below. All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|---|---|---|
| 05 | 02 | ADD: **to proceed** with this |
| 07 | 14 | ADD: **to** that call |
| 08 | 16 | DELETE: **was** landed |
| 21 | 22 | REPLACE: really WITH: **real** |
| 26 | 11 | ADD: **Did** you hear |
| 26 | 12 | REPLACE: sprinted WITH: **sprinting** |

LOS ANGELES POLICE DEPARTMENT
FORCE INVESTIGATION DIVISION

| | |
|---|---|
| In the Matter of: | ) |
| Officer-Involved Shooting | )FID No. F004-22 |
| Transcription of Taped Interview | )Job File: Frazer |
| Of Officer Daniel Frazer | ) |
| | ) |

**TRANSCRIPTION OF TAPE-RECORDED INTERVIEW OF**

**OFFICER DANIEL FRAZER,**

**BY DETECTIVE HYOUNG AND DETECTIVE JOHNSON**

Transcribed by:
Lisa Jennings

Job Number:
TP97303

Los Angeles Police Department

Job File Name: Frazer

DETECTIVE HYOUNG: All right. Today's date is February 7th, 2022. It is now 2030 hours. And I'm Detective II Humphrey Hyoung, H-u-m-p-h-r-e-y, H-y-o-u-n-g, Serial Number 40248, assigned to Force Investigation Division. I'm here at Foothill Station to interview Police Officer II Daniel Frazer.

Sir, for voice recognition purposes could you state and spell your first and last name, please?

OFFICER FRAZER: Daniel Frazer, D-a-n-i-e-l, F-r-a-z-e-r.

DETECTIVE HYOUNG: And Serial Number 38392?

OFFICER FRAZER: That is correct, sir.

DETECTIVE HYOUNG: Regarding an officer-involved shooting incident that occurred at 12935 Desmond Street, that's D-e-s-m-o-n-d, on February 1st, 2022. This interview is being digitally recorded. Also present for the interview are.

DETECTIVE JOHNSON: Detective II Douglas Johnson, J-o-h-n-s-o-n, my Serial Number is 37738, I'm also assigned to Force Investigation Division.

OFFICER DE LEON: And Police Officer III Julio De

directly west of the house where they could cover the rear.

DETECTIVE HYOUNG: Okay. And then you mention that an officer was on the PA, what is the PA?

OFFICER FRAZER: Like a bullhorn, a loud speaker.

DETECTIVE HYOUNG: Okay. And could you tell me specifically what -- what the officer was saying on the PA?

OFFICER FRAZER: That they wanted him to come out with his hands up, cooperate with us, so we didn't have to use any force on him. To drop the knives. To come out. Repeatedly for about an hour and -- an hour -- over an hour.

DETECTIVE HYOUNG: Okay.

OFFICER FRAZER: Trying to connect with him, just trying to get some sort of rapport and cooperation with him.

DETECTIVE HYOUNG: Okay. And then let me -- let me back up real quick. You said that you responded Code 3. What does Code 3 mean?

OFFICER FRAZER: Lights and sirens.

DETECTIVE HYOUNG: Okay. And -- and then you had said you went Code 6. What does that mean?

OFFICER FRAZER: I went over the radio and notified Communications that I was at scene.

DETECTIVE HYOUNG: Okay.

OFFICER FRAZER: On the call on Desmond.

DETECTIVE HYOUNG: Okay. Thank you.

Okay. And as the officer was giving commands on the PA were you able to hear or see the suspect at all?

OFFICER FRAZER: He would move from window to window. So the way the house is set up, there's the driveway, the carport, then there's the front door, a window, and then another window that came around the corner facing south. The other window was facing east. And the door was facing east towards the carport.

DETECTIVE HYOUNG: Uh-huh.

OFFICER FRAZER: So he would move from the east window right there and then the south window. And he would move back and forth from there, talking to us a little bit, yell at us a little bit.

DETECTIVE HYOUNG: Okay. What did he look like?

OFFICER FRAZER: Male, Hispanic, that's really all I had view of.

DETECTIVE HYOUNG: Okay.

OFFICER FRAZER: 'Cause he would poke his head out and his hands out. That's it.

DETECTIVE HYOUNG: Did you ever see any weapons on him?

OFFICER FRAZER: No.

DETECTIVE HYOUNG: Okay. You had mention that he threw something that was smoking. Can you expand upon that?

OFFICER FRAZER: From that south window an object came flying out of there smoking. And it looked like it was on fire at one time 'cause there was still hot embers when I looked to my left. 'Cause it landed -- I guess it would be the -- in between the street and the sidewalk in the -- it was like a planter area. That's where it landed and it was already out.

DETECTIVE HYOUNG: Okay.

OFFICER FRAZER: But it was still smoking.

DETECTIVE HYOUNG: Do you know what the --

OFFICER FRAZER: And you could smell smoke. I don't know what it was. I never really looked further into it -- bless you -- because we were still working.

DETECTIVE HYOUNG: Okay. And you never found out what that item was?

OFFICER FRAZER: No.

DETECTIVE HYOUNG: Okay. Okay. And you -- you had mentioned the word DCO, what's DCO?

OFFICER FRAZER: I was the Designated Cover Officer.

DETECTIVE HYOUNG: What does that mean?

OFFICER FRAZER: I was covering my responsibilities, like I said, was the door and the two windows and

Was that over the radio as well?

OFFICER FRAZER: Yes.

DETECTIVE HYOUNG: And then you said you heard a gate open and a bang. Could you expand on what that was?

OFFICER FRAZER: Like either the door was being like pushed open aggressively or kicked open.

DETECTIVE HYOUNG: Okay.

OFFICER FRAZER: So it was hitting something else.

DETECTIVE HYOUNG: Okay.

OFFICER FRAZER: So it was just locked.

DETECTIVE HYOUNG: Okay. But not -- not the discharge of a weapon?

OFFICER FRAZER: No. No discharge of a weapon or a less lethal at that time.

DETECTIVE HYOUNG: Okay. And then you described the suspect as running full sprint. Could you expand upon that where you first saw him and where he ran to.

OFFICER FRAZER: Where I first saw him was right around the front hood of the black car that was sitting in the driveway -- or facing east and west in the driveway. And the suspect came from the west east behind it in my perspective.

DETECTIVE HYOUNG: Okay. Just to clarify, that vehicle was it parked on the property?

OFFICER FRAZER: Yes, it was parked on the property.

DETECTIVE HYOUNG: Okay. And you said it was east/west. Was it in front of the house portion or the carport portion?

OFFICER FRAZER: In front of the house.

DETECTIVE HYOUNG: Okay. And you first saw the suspect when he was at the hood area of that vehicle?

OFFICER FRAZER: Yes.

DETECTIVE HYOUNG: Okay. And then what did you see the suspect do?

OFFICER FRAZER: Sprint towards the passenger's side of the vehicle.

DETECTIVE HYOUNG: Okay. Did you see him -- did you see him armed with any weapons?

OFFICER FRAZER: I saw his hands pulled up to his chest like this.

DETECTIVE HYOUNG: Okay. And just for -- just 'cause we're on tape here, made a fist with both hands and you put it up to your -- your chest.

OFFICER FRAZER: Chest. With my elbows flared out.

DETECTIVE HYOUNG: Flared out, okay. And then you said you heard a pop.

OFFICER FRAZER: Yes.

DETECTIVE HYOUNG: And you -- what did you think that pop was?

OFFICER FRAZER: A beanbag.

DETECTIVE HYOUNG: A beanbag. Followed by subsequent gunfire?

OFFICER FRAZER: I did not hear the gunfire.

DETECTIVE HYOUNG: Okay. You didn't hear any gunfire. So after the pop -- or, I'm sorry, after he pop you reposition yourself?

OFFICER FRAZER: Correct.

DETECTIVE HYOUNG: Okay. And you went from the driver's side of the police vehicle to?

OFFICER FRAZER: The back of the police vehicle.

DETECTIVE HYOUNG: Okay.

OFFICER FRAZER: To create that distance to see where he was.

DETECTIVE HYOUNG: Okay. And then what did you see?

OFFICER FRAZER: Officers were to the back of the vehicle as well. I came around and the subject was down near the passenger door of the -- by the -- be the B-Pillar of the black-and-white right there in the driveway.

DETECTIVE HYOUNG: Okay.

OFFICER FRAZER: Or the apron of the driveway.

DETECTIVE HYOUNG: Okay. All right. And you said that an RA responded, what's an RA.

OFFICER FRAZER: An ambulance.

DETECTIVE HYOUNG: Ambulance. And how quickly did they arrive?

OFFICER FRAZER: They were already on scene, so within seconds.

DETECTIVE HYOUNG: Okay. Did you unholster your handgun at any time?

OFFICER FRAZER: No.

DETECTIVE HYOUNG: Okay. And when did you put away your -- your private purchase shotgun?

OFFICER FRAZER: A while after. Probably, maybe 10, 15 minutes.

DETECTIVE HYOUNG: Okay. And why did you do that?

OFFICER FRAZER: Didn't need it.

DETECTIVE HYOUNG: Okay. All right.

DETECTIVE JOHNSON: This Detective Johnson.

You mentioned earlier that while you're at the previous incident that you "unhooked" some people. What does that mean?

OFFICER FRAZER: They were -- they were handcuffed and detained, so we unhandcuffed them.

DETECTIVE JOHNSON: And as part of your uniform, did you wear a mask over your face?

OFFICER FRAZER: No, not during the incident.

DETECTIVE JOHNSON: Okay, why not?

OFFICER FRAZER: Because it's a high-stress

situation and my glasses fog up when I'm trying to talk to my partners. So it creates a tactical disadvantage with my glasses fogging up.

DETECTIVE JOHNSON: Okay. Did you ever go inside during this incident?

OFFICER FRAZER: Inside the residence.

DETECTIVE JOHNSON: Inside anywhere?

OFFICER FRAZER: No.

DETECTIVE JOHNSON: You were outside the whole time?

OFFICER FRAZER: Outside the whole time.

DETECTIVE JOHNSON: You hear the suspect make any statements as he, I believe you called it sprinted, as he sprinted towards the officers?

OFFICER FRAZER: I didn't hear anything. Or I did not hear him say anything.

DETECTIVE JOHNSON: Did you hear anything else?

OFFICER FRAZER: No.

DETECTIVE JOHNSON: Okay. Did you hear the suspect make any threats to the officers before he came out of the residence?

OFFICER FRAZER: He was talking a lot of gibberish. But I don't remember him saying anything specific to hurting -- or he might have that we're all going to die or something like that, but not exactly remember.

DETECTIVE HYOUNG: Officer De Leon?

OFFICER DE LEON: No, I'm good.

DETECTIVE HYOUNG: Okay. Sir, is there anything else that you want to add that might be relevant to this investigation?

OFFICER FRAZER: No, sir.

DETECTIVE HYOUNG: All right. The time is 2058 hours and we're ending this interview.

///

///