# "EXHIBIT 11"

# STATEMENT OF

# POLICE OFFICER II GEORGIY TYKHOMYROV

Senior Administrative Clerk V. Shaw, Serial No. N4488, reviewed the digital recording (TP97306, F004-22) and transcription of Officer Tykhomyrov's interview.  The inaudible recordings that were clearly audible are listed below.  All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|------|------|------------------------|
| 10 | 18 | REPLACE: rolling WITH: **roaming** |
| 12 | 03 | REPLACE: 10-millimeter WITH: **40-millimeter** |

LOS ANGELES POLICE DEPARTMENT
FORCE INVESTIGATION DIVISION

```
In the Matter of:              ) FID No. F004-22
OIS                            ) File: Police
Transcription of Recorded      )       Officer II
Interview of Police Officer II )       Georgiy
Georgiy Tykhomyrov, #44217     )       Tykhomyrov
                               )
```

TRANSCRIPTION OF RECORDED INTERVIEW

OF POLICE OFFICER II GEORGIY TYKHOMYROV

BY FID DETECTIVES HUMPHREY HYOUNG AND DOUGLAS JOHNSON,

AND ORS OFFICER JULIO DE LEON

Transcribed by:
Ashley Pontius

Job Number:
TP97306

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER          LADA 0451**

```
 1                  Los Angeles Police Department
 2            File: Police Officer II Georgiy Tykhomyrov
 3
 4         DETECTIVE HYOUNG:  All right.  Today's date is
 5    February 10th, 2022.  It is now 1940 hours.  I am
 6    Detective II Humphrey Hyoung, H-u-m-p-h-r-e-y H-y-o-u-n-g,
 7    serial number 40248, assigned to Force Investigation
 8    Division.  I am here at Foothill Station to interview
 9    Police Officer II --
10         Sir, would you spell and state your first and last
11    name?
12         OFFICER TYKHOMYROV:  Officer Tykhomyrov.  That's Tom
13    Young King Henry Ocean Mary Young Robert Ocean Victor.
14    Serial 44217.
15         DETECTIVE HYOUNG:  And your first name?
16         OFFICER TYKHOMYROV:  First name is Georgiy.  Or just
17    George.  That's G-e-o-r-g-i-y.
18         DETECTIVE HYOUNG:  All right.  And this is gonna be
19    regarding an officer-involved shooting incident that
20    occurred at 12935 Desmond Street -- that's D-e-s-m-o-n-d
21    Street -- on February 1st, 2022.  This interview is being
22    digitally recorded.  Also present for this interview are --
23         DETECTIVE JOHNSON:  Detective II Douglas Johnson,
24    J-o-h-n-s-o-n.  My serial number is 37738.  I'm also
25    assigned to Force Investigation Division.
```

2

```
 1    what we discuss in the car while driving around on a
 2    regular basis, is if we're the primary unit, then,
 3    obviously, we would discuss tactics and take it from there.
 4            But when we're responding to assist as secondary
 5    unit, then our first step is to meet up with the primary
 6    unit, and then gather the plan from them and see what plans
 7    they already have in place.  So as soon as we got there, we
 8    met with the primary unit, who told us that they already
 9    had sufficient units in the back, and they want us to go
10    get the family out the front and to go cover the front of
11    the house.  And we immediately did that.
12            As soon as we got to the front, that's when
13    sergeant arrived.  Sergeant Alferez.  And he directed us to
14    assist, get the family out of the house, which the husband
15    already had that taken care of by moving his wife out
16    through the window.  And then he placed -- placed us in a
17    position to cover the front door and the window until
18    additional units arrive.
19            While sarge left to coordinate with other people,
20    my partner and I discussed tactics of me having the bean
21    bag shotgun ready, in case the suspect comes out the door
22    and presents a threat of immediate physical violence or
23    rush towards us or if he has any weapons.  Being an edged
24    weapon protocol, that is why I deployed the bean bag
25    shotgun in the first place, because the RTO put out that
```

8

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0458

1    the suspect was armed with knives, hence the radio call of
2    an assault with a deadly weapon.
3            So I told my partner if the suspect comes out, then
4    I will deploy the bean bag if he's presenting that threat
5    of physical violence.  And because he was actively yelling
6    and just acting in an aggressive manner, I could tell that
7    that might be the case.  And then I told my partner if he
8    continues to charge towards us, then, yeah, he would have
9    to -- without being specific, I told him, "You know what to
10   do."
11           But because of our prior experience and discussing
12   tactics, that simply meant that he was the designated cover
13   officer, because he didn't have a less than lethal weapon,
14   such as a bean bag, like myself.  He -- he knew that, as
15   the cover officer, he would have to deploy deadly force if
16   the suspect continued to charge towards us with a weapon.
17           And then we stood by until sergeant moved us to a
18   different location.  And we were relocated a number of
19   times until we were finally placed at the southwest corner
20   of the house, outside of the fence.  While I was on -- on
21   the southwest corner, ==I used the fence as cover==.  And I
22   stood by with my bean bag shotgun, waiting for either
23   further instruction or for the situation to unfold.
24           The supervisor had all the resources placed, which
25   ==I knew that the house was completely surrounded== and,

9

1   possibly, the -- the streets were blocked off so that there
2   was no through traffic. As we stood by, I heard the -- we
3   switched to a tactical frequency on the radio. While on
4   the tactical frequency, I overheard officers communicating
5   that the house was covered. And I knew where officers were
6   placed and somewhat knew which officers were where.
7           I knew the primary unit was relocated to speak with
8   the people that called -- the family members. During the
9   whole incident, a team of officers was put together to
10  evacuate people in the back. And that they were -- I -- I
11  overheard them preplan the way that they were going to
12  evacuate those people in the back. And I was aware of the
13  whole situation as it was coming out over the air -- or
14  over the tactical frequency.
15          I was positioned in my spot, because I had the
16  sight of the black metal gate that lead to the backyard and
17  the windows through which I observed the suspect multiple
18  times rolling around inside the house. At some point in
19  time, the suspect did throw something out of the back
20  window -- out -- out of the front yard window where I was
21  stationed. It's -- it looked like a burning object at
22  first as he threw it out. It seemed like it was a fuse
23  going off.
24          And based on my experience from the recent L.A.
25  riots when we were -- we were bombarded with -- with

10

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER        LADA 0460

1  fireworks that looked very similar to where it's a fuse.
2  It lands next to you.  Some sparks fly as it lands.  And
3  then it explodes in a full-size firework.  So I fully
4  expected this object to go off as he threw it out of the
5  window, but it -- it didn't.  It turned out to be, perhaps,
6  some sort of burning piece of paper, or whatever.  A sock,
7  maybe.
8        And then the suspect went back inside the house.
9  Throughout this whole incident, the officers at the front
10 gate continued to put out commands and tried to communicate
11 with the suspect, to which he responded with just random
12 sentences of racial slurs.  And I overheard the suspect, at
13 some point, yell, "I'm gonna kill you all," as he yelled,
14 "White power."
15        The suspect was clearly under the influence of
16 something or, perhaps, suffering from mental illness and
17 was acting in a very aggressive manner.  At which point in
18 time about, I want to say, an hour and a half into the
19 incident, approximately, the suspect stopped talking with
20 the officers.  We continued to talk -- try and talk to him
21 over the PA system that's equipped in the vehicle -- in the
22 police vehicle.  However, he did -- no longer responded.
23        I heard officers put out over the air -- the
24 officers that were on the west side, say that he's now in
25 the backyard.  They said that he was armed with two knives.

11

1   Then I -- I believe they said that he went back inside the
2   house.  And then I heard a distinct round of a
3   10-millimeter nonlethal sponge round go off.  And based on
4   my experience in the military and based on my experience in
5   training, I recognized the nonlethal round.
6           And there were multiple orders yelled out by the
7   officers in the back.  I do not recall what those orders
8   were, nor -- because the situation was escalating so
9   quickly.  Then I heard loud metallic banging on the door
10  that I was facing, which was the black metal door that led
11  to the backyard.  The metal door was behind a parked
12  vehicle that was parked in the driveway, so I didn't have
13  clear view of the door.
14          As soon as I heard the banging, the door opened,
15  and I saw the -- the suspect, at full sprint, run out of
16  the door, run eastbound through the driveway.  It seemed to
17  me that he was ducking at the time as he sprinted through.
18  And I lost sight of him very quickly behind the stone
19  pillar that -- that was right next to me to my right and
20  the trees and the second parked vehicle that was in the
21  driveway.
22          And that is when I heard a number of shots.  I
23  recognized those shots as being a mixture of bean bag
24  shotgun and actual firearms.  And then I saw -- when I
25  looked over in that direction of the officers where the

12

```
 1   communications.  And the way that he was acting was
 2   consistent with some of the more violent suspects that I
 3   have come in contact with before.  So I pictured him to be
 4   aggressive right off the -- the bat as soon as he was to
 5   come out.
 6        DETECTIVE HYOUNG:  Okay.  Okay.  And you had mentioned
 7   edged weapon protocol.  What is the edged weapon protocol?
 8        OFFICER TYKHOMYROV:  So as far as I understand, the
 9   edged weapon protocol is a -- a unit that's responding to
10   an edged weapon call, such as knives or whatever, they have
11   to have a less than lethal means of deescalating the
12   situation, such as a bean bag shotgun or the 40-millimeter
13   sponge round.
14        DETECTIVE HYOUNG:  Okay.
15        OFFICER TYKHOMYROV:  (Inaudible)
16        DETECTIVE HYOUNG:  Okay.  And then at some point, you
17   relocated from behind the vehicle that you had mentioned?
18   The --
19        OFFICER TYKHOMYROV:  Yes.
20        DETECTIVE HYOUNG:  (Inaudible)
21        OFFICER TYKHOMYROV:  We were repositioned by the
22   supervisor, Sergeant Alferez.
23        DETECTIVE HYOUNG:  And where did you go?
24        OFFICER TYKHOMYROV:  He -- we -- he placed us behind
25   the fence so that we have cover.
```

19

```
1              DETECTIVE HYOUNG:  Okay.
2              OFFICER TYKHOMYROV:  So right outside on the sidewalk
3      in the front of the house.
4              DETECTIVE HYOUNG:  And could you describe more
5      specifically what was around you and that fence?
6              OFFICER TYKHOMYROV:  So the fence was a black metal bar
7      fence with brick pillars -- brick support pillars.  And
8      through the black metal fence, I was -- I was able to see
9      through the bars of the metal fence.  And we had good cover
10     behind the pillar -- the brick support pillars.
11             DETECTIVE HYOUNG:  Okay.  You mentioned that there was
12     an evacuation of people in the back.
13             OFFICER TYKHOMYROV:  Uh-huh.
14             DETECTIVE HYOUNG:  Do you know more about that at all?
15             OFFICER TYKHOMYROV:  So at some point, we got
16     information, I believe, from the home residents that were
17     already outside that there were additional residents in the
18     back house.  I don't know where the back house is, because
19     I was at the front the whole time.  But I -- I overheard
20     the sergeant, Sergeant Alferez, put out over the radio that
21     were -- there is additional residents and that they were
22     putting together a team to go back there and to safely get
23     them out of the equation and the danger zone, which was the
24     house.
25             DETECTIVE HYOUNG:  Okay.  So you were aware of exactly
```

20

```
 1    what was happening?
 2         OFFICER TYKHOMYROV:  Yes.
 3         DETECTIVE HYOUNG:  Okay.  You said that you observed
 4    the suspect roaming inside.  Could you be more descriptive
 5    on -- on what exactly that means?
 6         OFFICER TYKHOMYROV:  The suspect was -- what's that
 7    word?  Erratically walking around the house.  He would open
 8    the door, go inside the room, pace back and forth, yell
 9    some things out, then go to the next room, and then close
10    the door behind him, then go back to the main portion of
11    the house, out of my view, and close the door behind him.
12    And he would continue to do so.  At some point, he
13    approached the window to yell some things at us, and then
14    he would go back deep inside the house, out of view.
15         DETECTIVE HYOUNG:  Okay.  Could you describe the
16    suspect?
17         OFFICER TYKHOMYROV:  All I know is male Hispanic.  I
18    believe he had black hair, but about -- that's about as
19    much as I can recall because of the brief amount of times
20    that I saw him.
21         DETECTIVE HYOUNG:  Okay.  And at any time, did you see
22    him armed with any weapons?
23         OFFICER TYKHOMYROV:  No.
24         DETECTIVE HYOUNG:  Okay.  You mentioned that he threw
25    something, and it -- you believe that it was some sort of
```

21

```
 1    a -- a firework at first?
 2         OFFICER TYKHOMYROV:  Yeah.  Initially, I thought it was
 3    a firework that would imminently explode right next to us.
 4    I was bracing for it.  But it turned out to be a -- just a
 5    burning object of some sort.
 6         DETECTIVE HYOUNG:  Okay.  Did you ever find out
 7    specifically what that object was?
 8         OFFICER TYKHOMYROV:  No.  I -- after the incident, I
 9    completely forgot to even look at it.
10         DETECTIVE HYOUNG:  Okay.  Where exactly did it land?
11         OFFICER TYKHOMYROV:  It landed between myself and the
12    black-and-white vehicle that was parked at -- at the
13    driveway of the house.
14         DETECTIVE HYOUNG:  Okay.  And did it fall to -- so you
15    were positioned on the sidewalk.  Was it on the sidewalk?
16         OFFICER TYKHOMYROV:  I know it hit the tree that was
17    right there in the front yard.  And I didn't see where it
18    landed.
19         DETECTIVE HYOUNG:  Okay.
20         OFFICER TYKHOMYROV:  I just saw a bunch of sparks fly
21    as it hit the tree.
22         DETECTIVE HYOUNG:  Okay.  All right.  And you had
23    mentioned that there were commands given.
24         DETECTIVE DE LEON:  (Inaudible) take this call.
25         DETECTIVE HYOUNG:  Can we pause for a second?
```

22

LYNDEN J. AND ASSOCIATES, INC.   (800) 972-3376

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**   LADA 0472

```
 1            DETECTIVE JOHNSON:  We're gonna --
 2            DETECTIVE HYOUNG:   Sure.
 3            DETECTIVE JOHNSON:  This is Detective Johnson.  We're
 4       gonna pause for a moment.  It's now --
 5            DETECTIVE HYOUNG:   Twenty --
 6            DETECTIVE JOHNSON:  -- 2009.
 7            DETECTIVE HYOUNG:   2009.
 8            DETECTIVE JOHNSON:  Time is now 2011 hours.  We're
 9       going back on tape.  Officer De Leon had to take a
10       work-related telephone call, but we are back now.
11            DETECTIVE HYOUNG:  All right.  This is Detective
12       Hyoung.  We were talking about -- I was asking about the
13       commands.  You mentioned commands given at the front gate.
14       Could you talk about those commands?
15            OFFICER TYKHOMYROV:  The commands were initially to
16       have the suspect step out with his hands up and surrender
17       to the officers.  They were put out multiple times, and the
18       ==suspect's responses were incoherent and belligerent==.  Then
19       we switched officers to have someone more -- well, not
20       more, but kind of to switch it up and have someone
21       personable talk to him and try to appeal to him, to have a
22       conversation with him to deescalate the situation and have
23       him come out peacefully.  And they switched officers a
24       number of times to see if any of them could kind of get
25       through to the suspect, to have him actually communicate
```

23

| | |
|---|---|
| 1 | with us, rather than just yell random things, all of which |
| 2 | were completely unsuccessful. |
| 3 |     DETECTIVE HYOUNG:  Okay.  You mentioned the suspect |
| 4 | said some racial slurs.  Do you know what those were and |
| 5 | who those were directed at? |
| 6 |     OFFICER TYKHOMYROV:  He was saying things like, "Heil |
| 7 | Hitler.  White power."  And it was directed at the |
| 8 | officers.  I believe, from his statements, it sounded like |
| 9 | he had the distrust in the establishment as a whole and, |
| 10 | most likely, believed that all police were racist, |
| 11 | including the Hispanic officers that were talking to him. |
| 12 |     DETECTIVE HYOUNG:  Okay.  At some point, you said you |
| 13 | heard on the radio that he had gone to the backyard, and he |
| 14 | was holding two knives, before you heard the -- what you |
| 15 | recognized to be a 40 round -- a 40-millimeter -- |
| 16 |     OFFICER TYKHOMYROV:  Uh-huh. |
| 17 |     DETECTIVE HYOUNG:  -- less lethal.  And then he came |
| 18 | out from the metal gate that you were watching. |
| 19 |     OFFICER TYKHOMYROV:  Uh-huh. |
| 20 |     DETECTIVE HYOUNG:  Could you, in as much detail as you |
| 21 | can, describe exactly what you saw from him coming out the |
| 22 | gate? |
| 23 |     OFFICER TYKHOMYROV:  So, initially, I heard the gate |
| 24 | banging as if somebody was trying to break through the |
| 25 | gate.  I'm not sure if the gate was locked or he was just |

24

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**     LADA 0474

```
 1            DETECTIVE HYOUNG:  Okay.  All right.
 2            DETECTIVE JOHNSON:  Detective Johnson.  Just one
 3    question.  At some point, did you learn that a crime report
 4    as completed?
 5            OFFICER TYKHOMYROV:  I did.
 6            DETECTIVE JOHNSON:  When did you learn that?
 7            OFFICER TYKHOMYROV:  I heard it over the radio.  I want
 8    to say like one-third, maybe halfway through into the
 9    incident, it was put out that there was a 422, which is
10    criminal threats, a felony.  Crime report was completed and
11    signed by the victims and the people that called in the
12    incident.
13            DETECTIVE JOHNSON:  Okay.  Sir?
14            DETECTIVE DE LEON:  No.
15            DETECTIVE JOHNSON:  Partner?
16            DETECTIVE HYOUNG:  That's it.  All right.  That's it.
17    The time is 2017 hours.  And that concludes this interview.
18    ///
19    ///
20
21
22
23
24
25
                                                                27
```

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**     LADA 0477