# "EXHIBIT 12"

# STATEMENT OF

# POLICE OFFICER II JOSHUA CARLOS

Senior Administrative Clerk V. Shaw, Serial No. N4488, reviewed the digital recording (TP97352, F004-22) and transcription of Officer Carlos' interview. The inaudible recordings that were clearly audible are listed below. All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|------|------|------------------------|
| 06 | 17 | REPLACE: many WITH: **in** |
| 10 | 10 | REPLACE: the WITH: **be** |
| 20 | 08 | REPLACE: spring WITH: **screen** |
| 24 | 05 | REPLACE: us WITH: **up** |
| 28 | 02 | ADD: **I** have |
| 35 | 04 | REPLACE: 451 WITH: **415** |
| 35 | 08 | REPLACE: so WITH: **to** |
| 38 | 12 | REPLACE: spring WITH: **screen** |
| 43 | 02 | REPLACE: much WITH: **of** |
| 46 | 21 | REPLACE: g WITH: **Kiker** |
| 48 | 25 | ADD: **OFFICER CARLOS:** The |

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER          LADA 0595**

LOS ANGELES POLICE DEPARTMENT

```
In the Matter of:                    )
Officer-Involved Shooting            )  FID No. 004-22
Transcription of Taped Interview     )
Of Joshua Carlos                     )
_____)
```

TRANSCRIPTION OF TAPE RECORDED INTERVIEW

OF OFFICER II JOSHUA CARLOS

Transcribed by:
Andrew Dayton
CSR No. 13353

Job Number:
TP97352

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER         LADA 0596

```
1           Los Angeles Police Department
2           CD No. F004-22 Carlos, Joshua PII
3
4       DETECTIVE FLORES:  Okay.  All right.  So we're on
5   the record.  Today's date is February 22nd, 2022.  And
6   it is now 1855 hours.  I am Detective II Francisca
7   Flores, F-r-a-n-c-i-s-c-a, F-l-o-r-e-s, Serial Number
8   34918.  Assigned to Force Investigation Division.
9       And I'm here at Foothill Station to interview
10  Officer Joshua Carlos, Serial Number 48751, regarding an
11  OIS incident that occurred at 12935 Desmond Street on
12  February 1st, 2022.  This interview is being digitally
13  recorded.
14      Also present for this interview are?
15      DETECTIVE JOHNSON:  Detective II Douglas Johnson,
16  J-o-h-n-s-o-n.  My serial number is 37738.  I'm also
17  assigned to Force Investigation Division.
18      OFFICER DE LEON:  And Police Officer III Julio
19  DeLeon, D-e-L-e-o-n.  Serial Number 39040.  Assigned to
20  Officer Rep Section.
21      DETECTIVE FULLER:  Detective Justin Fuller, Serial
22  Number 37232.  Also assigned to Force Investigation
23  Division.
24      DETECTIVE CASTANEDA:  Detective II Manuel Castaneda,
25  M-a-n-u-e-l, C-a-s-t-a-n-e-d-a.  Serial Number 37474.
```

2

1        DETECTIVE FLORES:  Okay.
2        OFFICER CARLOS:  I believe he was wearing sweats.
3   He had a knife in his pocket.
4        DETECTIVE FLORES:  Could you describe that knife?
5        OFFICER CARLOS:  I'd probably say approximately a
6   six-inch blade with a either silver or black handle.
7        DETECTIVE FLORES:  And how are you able to -- to
8   decipher that from his pocket?
9        OFFICER CARLOS:  It was -- the blade itself was big
10  enough to where it was just coming out of his pocket.
11       DETECTIVE FLORES:  Okay.  Did he -- was there
12  anything said aside from him -- you said he was trying
13  to -- or he said something to the --
14       OFFICER CARLOS:  Yeah.  He -- I believe he was
15  trying to call the -- one of the tenants by his name.  I
16  don't remember what name he said.  Then he just -- just
17  started laughing about it.  And he went somewhere else,
18  part of the house.
19       DETECTIVE FLORES:  Okay.  And then what did you do?
20       OFFICER CARLOS:  Escorted the two extra people to
21  the CP.  I advised the primary officer, hey, these are
22  the two additional tenants that were in the back -- the
23  north side of the house, which is the backyard.  I went
24  back to my position, but that was it.
25       DETECTIVE FLORES:  When you're escorting the tenants

21

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0616

```
 1   out, did you make anybody aware of your observations
 2   with -- with the suspect?
 3        OFFICER CARLOS:  No.  I just advised the team, the
 4   immediate team that was going to the backyard of the --
 5   of the residence.
 6        DETECTIVE FLORES:  As -- as you're walking out?
 7        OFFICER CARLOS:  As I'm walking out, I advise the
 8   team leader like, "Hey, he has a knife in his left
 9   pocket."
10        DETECTIVE FLORES:  Okay.  Did you make reference or
11   did you let anybody know what the suspect's position
12   was, where he was -- where he was at in the residence?
13        OFFICER CARLOS:  No.  There was a team also on the
14   west side and the north side.  So I believe at that
15   time, he just stayed in the middle where he knew nobody
16   else could see him.
17        DETECTIVE FLORES:  So after you escorted them off
18   the property, where did you -- where did you walk them
19   to?  If you -- because you mentioned you --
20        OFFICER CARLOS:  The tenants?
21        DETECTIVE FLORES:  Yes.
22        OFFICER CARLOS:  It was where the CP was.  I don't -
23   - they initially moved the CP.  I don't remember the --
24   I know it was just off of Dronfield.  I forget the cross
25   where they -- where they had moved it.
```

22

```
 1          DETECTIVE FLORES:  From that point on, were you --
 2   were you tasked with any other duties?
 3          OFFICER CARLOS:  Yes.  Shield.
 4          DETECTIVE FLORES:  Okay.  And what position did you
 5   take up?
 6          OFFICER CARLOS:  Where I was standing or just --
 7          DETECTIVE FLORES:  Yes.
 8          OFFICER CARLOS:  Behind -- basically, behind my
 9   partner who I was working with for the day, I was
10   positioned right behind him.  The -- the police vehicle
11   was facing in a -- what is that?  It's going to be --
12   it's going to be facing south just right on the driveway
13   itself.  And I was on the driver's side with the door
14   open behind my partner.
15          DETECTIVE FLORES:  Where was your partner
16   positioned?
17          OFFICER CARLOS:  Right in front of me.
18          DETECTIVE FLORES:  And where was that -- where was
19   he or she in conjunction -- oh, I'm sorry, Frazer.  In
20   conjunction with the front driver's side door?
21          OFFICER CARLOS:  Where was my partner at?
22          DETECTIVE FLORES:  Yes.
23          OFFICER CARLOS:  Right -- literally, right behind --
24   right behind the door itself, the driver's side door,
25   and I was positioned right behind it.
```

23

1  described as hearing -- hearing him possibly jump over
2  the fence.  In that part of the incident, what was the
3  soonest that you could actually see him after hearing
4  that?
5      OFFICER CARLOS:  Probably not until he was actually
6  running full speed in front of our -- in front of the
7  police vehicle that was parked in the mouth of the
8  driveway.
9      DETECTIVE JOHNSON:  Okay.  And if you could
10 estimate, about how long could you see him at that
11 point?
12     OFFICER CARLOS:  Probably about a second.
13     DETECTIVE JOHNSON:  A second?  Okay.  Can you
14 describe as he was sprinting, can you just paint me a
15 word picture of what he looked like and his body
16 positioning to the extent that you could see it?
17     OFFICER CARLOS:  He -- his arm was motioned
18 basically in a sprinting motion.  It was going up and
19 down.  And his left hand was almost like kind of tucked
20 where he was blading, so I -- I didn't see his left
21 hand.  I know it was just kind of like in an upward
22 position.
23     DETECTIVE JOHNSON:  Okay.  So for the transcriber,
24 Officer Carlos has his left hand bent at the elbow with
25 his left hand thumb up held near his left pec and it

41

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0636

```
 1    looks like it's back.  When you say bladed, do you mean
 2    it was held behind him?
 3         OFFICER CARLOS:  Not behind him.  Just kind of to
 4    the side.  Where -- where I was positioned, I couldn't -
 5    - I had no -- no view of it other than the way he had it
 6    just positioned that way.
 7         DETECTIVE JOHNSON:  Okay.  And you mentioned that
 8    you saw arm motion.  Were both arms moving or was it
 9    just one?
10         OFFICER CARLOS:  I only saw one, sir.
11         DETECTIVE JOHNSON:  And which one was that?
12         OFFICER CARLOS:  His right.
13         DETECTIVE JOHNSON:  Okay.  ==So at the point you that==
14    ==saw him for that period of time as he crossed in front==
15    ==of your car,== did you see him armed with any weapons?
16         OFFICER CARLOS:  No, sir, I didn't.
17         DETECTIVE JOHNSON:  Okay.  And I know earlier in the
18    incident, you talked about going to the backyard and you
19    actually could see him through a window.  Can you just
20    tell us where -- where was that window located?  Which
21    window was that?
22         OFFICER CARLOS:  The same window, southeast window,
23    where he's -- which is his bedroom.  He's basically like
24    standing on his doorway which leads to another hallway,
25    which I couldn't see beyond that.  It's pretty close.
```

42

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LADA 0637

```
 1    It was a small room.  And that's when I saw the knife in
 2    his left -- front left pocket much his sweatpants.
 3         DETECTIVE JOHNSON:  Okay.  And that was the -- when
 4    you say southeast window, that was the window on the
 5    south side of the house but it was east of the corner
 6    there?
 7         OFFICER CARLOS:  Yes, sir.
 8         DETECTIVE JOHNSON:  Okay.  And you -- you made
 9    mention that he was actually standing on his door,
10    standing on his doorway.  I just want to be specific.
11    Was the door like on the floor and he was standing on
12    top of it or was he standing in the doorway?
13         OFFICER CARLOS:  Standing in the doorway.
14         DETECTIVE JOHNSON:  Okay.  Did you ever unholster
15    your handgun during this incident?
16         OFFICER CARLOS:  Yes, sir.
17         DETECTIVE JOHNSON:  Can you tell me when that was?
18         OFFICER CARLOS:  When we're going to the backyard,
19    which is the north side of the house, to get those
20    additional tenants out.
21         DETECTIVE JOHNSON:  Okay.  And when did you holster
22    your gun?
23         OFFICER CARLOS:  Once I was making contact with the
24    tenant in the back.
25         DETECTIVE JOHNSON:  Okay.  And after that, did you
```

43

```
 1        OFFICER CARLOS:  Yes, sir.
 2        DETECTIVE JOHNSON:  Who was that?
 3        OFFICER CARLOS:  By Sergeant Alferez, and it was by
 4   Sergeant Whiteman.
 5        DETECTIVE JOHNSON:  Whiteman, W-h-i-t-e-m-a-n?
 6        OFFICER CARLOS:  Yes, sir.
 7        DETECTIVE JOHNSON:  Okay.  Were you at all provided
 8   an order not to discuss this pending contact by FID?
 9        OFFICER CARLOS:  Yes, sir.
10        DETECTIVE JOHNSON:  Okay.  And did you follow that
11   order?
12        OFFICER CARLOS:  Yes, sir.
13        DETECTIVE FLORES:  Okay.  Do you have any questions?
14        OFFICER DE LEON:  No.  I'm good.
15        DETECTIVE FLORES:  Okay.  So we're going to go off
16   record.
17        DETECTIVE JOHNSON:  Okay, man.  Hey, so do you have
18   anything else to add before we go off the record?
19        OFFICER CARLOS:  No, sir.
20        DETECTIVE JOHNSON:  Okay.  So the time is now 1747
21   and we're going to conclude the interview.
22        ///
23        ///
24
25
                                                            50
```

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LADA 0645**