# "EXHIBIT 13"

# STATEMENT OF

# POLICE OFFICER II LUIS LOPEZ

Senior Administrative Clerk V. Shaw, Serial No. N4488, reviewed the digital recording (TP97351, F004-22) and transcription of Officer Lopez's interview.  The inaudible recordings that were clearly audible are listed below.  All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|------|------|-----------------------|
| 11 | 14 | ADD: **I** was |
| 11 | 19 | REPLACE: I super WITH: **The** super - - |
| 12 | 25 | REPLACE: wasn't WITH: **was** |
| 18 | 19 | ADD: relieved **you** from - - from |
| 28 | 05 | REPLACE: FULLER WITH: **JOHNSON** |
| 29 | 18 | REPLACE: seen WITH: **scene** |

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LADA 0694**

LOS ANGELES POLICE DEPARTMENT

In the Matter of:                    )
Officer-Involved Shooting            ) FID No. 004-22
Transcription of Taped Interview     )
Of Luis Lopez                        )
_____  )

## TRANSCRIPTION OF TAPE RECORDED INTERVIEW

## OF OFFICER II LUIS LOPEZ

Transcribed by:
Andrew Dayton
CSR No. 13353

Job Number:
TP97351

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LADA 0695**

```
 1                    Los Angeles Police Department
 2                    CD No. F004-22 Lopez, Luis
 3
 4           DETECTIVE FULLER:  Okay.  Today's date is February
 5     22nd, 2022.  The time now is 1542 hours.  I'm Detective
 6     Justin Fuller, J-u-s-t-i-n, F-u-l-l-e-r.  Serial Number
 7     37232.  Assigned to Force Investigation Division.  I'm
 8     here at Foothill Station to interview Police Officer II
 9     Luis Lopez.
10          Can you spell your name?
11           OFFICER LOPEZ:  Lopez, L-o-p-e-z.  First name, Luis,
12     L-u-i-s.
13           DETECTIVE FULLER:  And your serial number is?
14           OFFICER LOPEZ:  42074.
15           DETECTIVE FULLER:  And this is regarding an
16     officer-involved shooting incident that occurred at
17     12935 Desmond Street on February 1st, 2022.  This
18     interview is being digitally recorded.
19          Also present for this interview are?
20           DETECTIVE JOHNSON:  Detective II Douglas Johnson,
21     J-o-h-n-s-o-n.  My serial number is 37738.  I'm also
22     assigned to Force Investigation Division.
23           OFFICER DE LEON:  And Police Officer III Julio
24     DeLeon, D-e-L-e-o-n.  Serial Number 39040, from Officer
25     Rep Section.
```

2

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0696**

1    I heard maybe approximately one pop, which to my

2    training and experience, I believe it was a 40 or a

3    beanbag.  Then I heard more -- more pops to the front of

4    the house, which I believed also were 40 or beanbags,

5    and a loud bang as if he had ran through a gated door on

6    the side of the house.  So at that point, I knew that he

7    was closer to us, to the front of the residence.  I ran

8    over to the back of the shop in order to be part of the

9    arrest team that I was tasked with.

10   I ran over.  By the time I ran over to the -- to the

11   -- to the passenger side where my partner was -- was

12   holding cover and somebody was behind him holding less

13   lethal, I observed the subject come out.  It appeared

14   that he had both of his hands tucked into his body as he

15   was holding two objects in his hands.  And I couldn't

16   recall which hand, but I saw an object in his hand.

17   And then at that point, I -- I heard less lethal go

18   off, and then I heard lethal go off.

19   DETECTIVE FULLER:  Okay.  And then what happened?

20   OFFICER LOPEZ:  The subject went down on the floor

21   near the passenger door of the vehicle, the black-and-

22   white.  I can't recall if he was face up or face down.

23   My partner, along with the less lethal guy, went around

24   a tree to gain cover with a -- with a shop.  Eventually,

25   I asked for gloves.  I gloved up because I knew I wasn't

12

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0706

1   going to take him into custody.  I grabbed my partner.

2   We went around the tree.

3       My partner was providing cover and so were the

4   officers on the other side, along with less lethal.

5   They made statements that, hey, he's still got the knife

6   in his -- in his right hand.  He still has the knife in

7   his right hand.  So I looked.  I verified with him on

8   which one, right hand, right hand.  So at some point, I

9   just went up with another female officer that was

10  assisting me with the handcuffing.

11      I can't recall her name.  Grabbed his right hand.

12  Flipped him over.  Handcuffed him.  Put him on his side.

13  Checked his waistband.  At that point, we put him in a

14  recovery position, which in essence, is to facilitate

15  his breathing in case he had any issues breathing.  I --

16  at that point, prior to the incident already unfolding,

17  we knew that the RA was already staged near the CP.

18      I went near the subject.  Checked his pulse.  I felt

19  some type of pulse, but as soon as I looked up, the RA

20  was already walking out with a gurney towards him.  The

21  RA came out.

22      The FD guy said, "Take the handcuffs off."

23      I guess he also felt a pulse.  They put him in a --

24  in a gurney and then took him out of the scene.  After

25  that, because we knew, me and my partner knew that we

13

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0707

1   had seen a weapon --

2        DETECTIVE FULLER:  Uh-huh.

3        OFFICER LOPEZ:  -- we wanted to make sure that the

4   weapon wouldn't get moved or be taken away or if

5   somebody kicked it, so for -- for a few seconds, we --

6   we looked, and at some point, the supervisor at scene

7   told us to take a step back.  He took us to go to the

8   other side of the -- of the street and turn off all the

9   body worns.

10        DETECTIVE FULLER:  Okay.  And then after -- so after

11   you shut down your body worn, then what happened from

12   there?

13        OFFICER LOPEZ:  We were instructed not to discuss

14   about the incident.  Other supervisors were call -- were

15   called to the scene and started taking officers away and

16   back to -- to Foothill Station.

17        DETECTIVE FULLER:  Okay.  All right.  So I'm going

18   to try not to jump around too much.  I'm going to ask

19   you some follow-up questions.

20        OFFICER LOPEZ:  Sure.

21        DETECTIVE FULLER:  So you said you were the

22   passenger officer.  When you guys went en route to the

23   call, did you show yourself en route?

24        OFFICER LOPEZ:  No, sir.

25        DETECTIVE FULLER:  And why were you -- why did you

14

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0708

1    not do that?

2        OFFICER LOPEZ:  A supervisor that was already at

3    scene and the unit that was already at scene were

4    requesting resources.  So for me, it's not efficient to

5    go over the air and take space for them from them when

6    they're requesting for resources.  They're the ones at

7    scene that need the air.  So I knew that it wasn't --

8    it's not a very tactical thing to do (UNINTELLIGIBLE)

9    so --

10       DETECTIVE FULLER:  Okay.  And you mentioned that you

11   didn't go Code 6 until later on the tac.

12       OFFICER LOPEZ:  Yes.  Until later on Base, sir.

13       DETECTIVE FULLER:  Oh, on Base.

14       OFFICER LOPEZ:  Yes, sir.

15       DETECTIVE FULLER:  Sorry about that.  Why -- and why

16   did you not do it when you first arrived?

17       OFFICER LOPEZ:  Once -- because they were still

18   using the Base frequency.  Once they rolled over to the

19   tac, I knew that nobody was on the -- on the Base

20   frequency so I knew I wouldn't be tying up the air.

21       DETECTIVE FULLER:  Okay.  And were you -- were you

22   wearing a mask at the scene?

23       OFFICER LOPEZ:  No, sir.

24       DETECTIVE FULLER:  Okay.  Why not?

25       OFFICER LOPEZ:  It was a tactical situation away

15

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0709

1    from public contact.  If I wore the mask, it will

2    obstruct my vision, muffle my voice, make it hard to

3    communicate with other officers at scene.

4         DETECTIVE FULLER:  Okay.  So you said that

5    initially, you were designated as the cover officer?

6         OFFICER LOPEZ:  Yes, sir.

7         DETECTIVE FULLER:  And on -- on the -- you said on

8    the left side of -- of the vehicle?

9         OFFICER LOPEZ:  Yes, sir.

10        DETECTIVE FULLER:  What -- what kind of vehicle was

11   that?

12        OFFICER LOPEZ:  The police vehicle that was on the

13   driveway of the residence.

14        DETECTIVE FULLER:  Okay.

15        OFFICER LOPEZ:  With the lights and sirens.

16        DETECTIVE FULLER:  And that was -- so that was like

17   a -- what kind of shop was it?  Was it a -- a Crown

18   Vic --

19        OFFICER LOPEZ:  It was a --

20        DETECTIVE FULLER:  -- or was it a --

21        OFFICER LOPEZ:  SUV.  A regular SUV.

22        DETECTIVE FULLER:  Okay.  So in relation to that car

23   that's in the driveway, where were you positioned?

24        OFFICER LOPEZ:  Near the driver's side door.

25        DETECTIVE FULLER:  Okay.  And is -- so you said you

16

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0710

1    were the designated cover officer.  Did -- did you

2    unholster your pistol at any time?

3        OFFICER LOPEZ:  Yes, sir.

4        DETECTIVE FULLER:  Okay.  And why did you do that?

5        OFFICER LOPEZ:  Because we knew it was a subject

6    armed with a knife.  If he did come out of the residence

7    at some point, he would be a threat to my partners or

8    myself to death or great bodily injury.

9        DETECTIVE FULLER:  Okay.  And did you keep your

10   pistol out for the whole -- the remainder of the

11   incident or what did you do?

12       OFFICER LOPEZ:  I holstered back up once I was -- my

13   spot was taken over by the other officer with the --

14   with the shotgun.

15       DETECTIVE FULLER:  Okay.  And that's when you said

16   you were assigned to the arrest team?

17       OFFICER LOPEZ:  Yes, sir.

18       DETECTIVE FULLER:  And who -- who assigned you to

19   that role?

20       OFFICER LOPEZ:  It was Sergeant Alferez.

21       DETECTIVE FULLER:  Okay.  And who else was on that

22   arrest team?

23       OFFICER LOPEZ:  It was another female officer.  I

24   can't recall her name.

25       DETECTIVE FULLER:  Okay.  Was this the same person

17

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0711

1  sounded like a 40-millimeter.  Where -- where did that

2  sound come from?

3      OFFICER LOPEZ:  It came from --

4      DETECTIVE FULLER:  Can you tell?

5      OFFICER LOPEZ:  -- like the -- the rear portion of

6  the residence.

7      DETECTIVE FULLER:  Okay.  And this would be the --

8  the target residence right there, 12935 --

9      OFFICER LOPEZ:  Yes, sir.

10      DETECTIVE FULLER:  -- Desmond?

11      OFFICER LOPEZ:  Yes, sir.

12      DETECTIVE FULLER:  Okay.  And then you said you

13  heard some more pops coming from the front.  Where in

14  relation to you did you hear those?

15      OFFICER LOPEZ:  To the left of me.

16      DETECTIVE FULLER:  To the left of you?

17      OFFICER LOPEZ:  Yes, sir.

18      DETECTIVE FULLER:  Okay.  So you're facing the

19  house?

20      OFFICER LOPEZ:  Yes, sir.

21      DETECTIVE FULLER:  And you -- so you hear -- so you

22  hear the first pop you that think is a 40.  You hear

23  some -- some more pops that -- and you describe those --

24  what did you say they sounded like?

25      OFFICER LOPEZ:  Either 40s or beanbags and also a

19

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0713

1    loud bang as if a metal door was swung open.

2       DETECTIVE FULLER:  Okay.  And then you said some

3    time after that, you saw the suspect.  Right?

4       OFFICER LOPEZ:  Yes, sir.

5       DETECTIVE FULLER:  Okay.  About -- so in relation to

6    you, you're -- now, at this point when this happens,

7    where are you at in relation to the police vehicle?

8       OFFICER LOPEZ:  I ran around the back of the police

9    vehicle to the back.

10       DETECTIVE FULLER:  Okay.

11       OFFICER LOPEZ:  To the passenger sides.

12       DETECTIVE FULLER:  Okay.

13       OFFICER LOPEZ:  And then that's when I saw the

14    subject near the front of the police vehicle parked on

15    the driveway.

16       DETECTIVE FULLER:  Okay.  Can you describe him at

17    all?

18       OFFICER LOPEZ:  Just a male.  I can't recall his

19    exact features.

20       DETECTIVE FULLER:  Okay.  And you said he had an

21    object in one of his hands?

22       OFFICER LOPEZ:  He had a -- from what I believed, it

23    looked like he had an object in one of his hands, but

24    both of his hands were clenched up against his body.

25       DETECTIVE FULLER:  Okay.  And for the transcript,

20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0714

1   you're hugging both of your hands balled up into fists

2   as about mid chest level?

3        OFFICER LOPEZ:  Yes, sir.

4        DETECTIVE FULLER:  Is that right?  Okay.  And could

5   you -- can you describe what that object looked like to

6   you?

7        OFFICER LOPEZ:  It looked like a -- like a metal

8   object in one of his hands.

9        DETECTIVE FULLER:  Okay.  And could -- so other than

10   metal, could you see any other colors or any other size

11   that -- that you could tell?

12        OFFICER LOPEZ:  It was fast.  I couldn't recall,

13   sir.

14        DETECTIVE FULLER:  Okay.  And about how far away was

15   the suspect from you when you first saw him?

16        OFFICER LOPEZ:  The distance of the SUV.  I was at

17   the rear of the SUV and he was to the front of it.

18        DETECTIVE FULLER:  Okay.

19        OFFICER LOPEZ:  Near the front.

20        DETECTIVE FULLER:  And then it was just -- was there

21   any other items or people in between you and the suspect

22   when you first saw him?

23        OFFICER LOPEZ:  Yes, sir.  The -- the officer in the

24   -- in the passenger seat, and then my partner and the

25   less lethal guy to the right near the wall.

21

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0715**

1       DETECTIVE FULLER:  Okay.  And then you said you

2  heard -- now you're over there and you hear -- did you

3  say you heard some more less lethal and lethal?

4       OFFICER LOPEZ:  Yes, sir.

5       DETECTIVE FULLER:  Could you tell like who was --

6  who was doing what?

7       OFFICER LOPEZ:  I heard approximately one or two

8  beanbag rounds go off.

9       DETECTIVE FULLER:  Okay.

10       OFFICER LOPEZ:  And then that's when I heard less

11  lethal go off.

12       DETECTIVE FULLER:  So you heard the beanbag and then

13  less lethal?

14       OFFICER LOPEZ:  Yes, sir.

15       DETECTIVE FULLER:  Okay.  Did you hear -- did you

16  ever hear any lethal rounds or like -- like actual

17  gunshots?

18       OFFICER LOPEZ:  Do you want a number or --

19       DETECTIVE FULLER:  No.  I'm asking you.

20       OFFICER LOPEZ:  Oh.

21       DETECTIVE FULLER:  First, I'm just asking you did --

22  so you said you heard the beanbag and less lethal?

23       OFFICER LOPEZ:  Yes, sir.

24       DETECTIVE FULLER:  So did you also hear like --

25  like --

                                                          22

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0716**

```
 1        OFFICER LOPEZ:  Yes, sir.

 2        DETECTIVE FULLER:  -- like gunshots?

 3        OFFICER LOPEZ:  Yes, sir.

 4        DETECTIVE FULLER:  Okay.  And do -- do you know how

 5   many you heard?

 6        OFFICER LOPEZ:  Approximately three or four.

 7        DETECTIVE FULLER:  Okay.  And from where you were

 8   standing, did you see who was shooting?

 9        OFFICER LOPEZ:  I -- I observed my partner shoot.

10        DETECTIVE FULLER:  Okay.

11        OFFICER LOPEZ:  And then from that, because of the -

12   - the -- the -- the -- not the cloud cover but the --

13   the powder of the -- of the shots going off.  When I

14   walked over, I just, I didn't -- I didn't see who else

15   shot.

16        DETECTIVE FULLER:  Okay.  And could you tell who was

17   shooting the beanbag?

18        OFFICER LOPEZ:  I don't recall his name, but yes.

19        DETECTIVE FULLER:  Okay.  All right.  So then after

20   you hear the shots, kind of where is the suspect in

21   relation to you?

22        OFFICER LOPEZ:  He's sort of directly in front of

23   me --

24        DETECTIVE FULLER:  Uh-huh.

25        OFFICER LOPEZ:  -- lying down near the front
```

23

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0717

1     passenger door of the SUV.

2          DETECTIVE FULLER:  Okay.  And what is he doing while

3     there on the ground?

4          OFFICER LOPEZ:  He's -- at that point, he was just

5     lying down.

6          DETECTIVE FULLER:  Okay.

7          OFFICER LOPEZ:  No movement.

8          DETECTIVE FULLER:  And then you said you put on your

9     gloves and you and the female officer went around, you

10    said around a tree?

11         OFFICER LOPEZ:  Yeah.  There was a tree to the right

12    of the SUV.

13         DETECTIVE FULLER:  Okay.

14         OFFICER LOPEZ:  So I grabbed my partner, myself, and

15    the female officer, and then we went around that tree

16    while other officers were still near the back of the SUV

17    still providing cover as well and less lethal.  And at

18    some point, my partner let off the lethal because we had

19    lethal on the other side so he -- he stepped off and we

20    took him into custody.

21         DETECTIVE FULLER:  Okay.  And you're the one who

22    handcuffed?

23         OFFICER LOPEZ:  Yes, sir.

24         DETECTIVE FULLER:  Okay.  Did you see any other

25    officers use any type of force?

                                                              24

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0718

1          OFFICER LOPEZ:  No, sir.

2          DETECTIVE FULLER:  Okay.  And you mentioned you put

3   on your gloves, you did the handcuffing, then you placed

4   the suspect in a recovery position you said?

5          OFFICER LOPEZ:  Yes, sir.

6          DETECTIVE FULLER:  Do you remember if it was a left

7   side recovery position or a right side recovery

8   position?

9          OFFICER LOPEZ:  Right side.

10          DETECTIVE FULLER:  Okay.  It was on his right side?

11          OFFICER LOPEZ:  Yes, sir.

12          DETECTIVE FULLER:  And you checked his pulse.  Where

13   did you -- where on his body did you check his pulse?

14          OFFICER LOPEZ:  His neck.

15          DETECTIVE FULLER:  Okay.  And then you said Fire

16   showed up after that?

17          OFFICER LOPEZ:  Yes, sir.

18          DETECTIVE FULLER:  The paramedics?

19          OFFICER LOPEZ:  Yeah.

20          DETECTIVE FULLER:  Did you -- and they asked him --

21   for him to be uncuffed.  Who -- did you guys uncuff him?

22          OFFICER LOPEZ:  Yes, sir.

23          DETECTIVE FULLER:  Who did that?

24          OFFICER LOPEZ:  I did, sir.

25          DETECTIVE FULLER:  Okay.  And you mentioned they

                                                            25

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0719

1  placed him on a gurney and took him away.  Did they --

2  did they load him in some kind of Fire vehicle?

3      OFFICER LOPEZ:  They loaded him into the rescue

4  ambulance.

5      DETECTIVE FULLER:  Okay.  And then after that, did

6  you see the suspect at all?

7      OFFICER LOPEZ:  No, sir.

8      DETECTIVE FULLER:  Okay.  And one -- when you were

9  taking him into custody, did -- were you able to see the

10  object that you had seen in his hands previously?

11      OFFICER LOPEZ:  No.

12      DETECTIVE FULLER:  And do you know what happened to

13  that object or objects?

14      OFFICER LOPEZ:  No.  No, sir.

15      DETECTIVE FULLER:  Okay.  And then after being

16  ordered to -- by Sergeant Alferez to not talk about the

17  incident, did you guys, while you were there, did you

18  discuss the incident with anyone?

19      OFFICER LOPEZ:  No, sir.

20      DETECTIVE FULLER:  Okay.  Not -- and -- and

21  certainly not -- did you do it -- and you said it was

22  Sergeant Alferez who had -- who had told you to.  Was he

23  the one who told you to shut off your body worn video?

24      OFFICER LOPEZ:  Yes, sir.

25      DETECTIVE FULLER:  Okay.  Do you have any questions

26

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0720

1   now?

2       DETECTIVE JOHNSON:  This is Detective Johnson.  All

3   right.  So I just want to take you all the way back to

4   the beginning.  Can you tell me when you're en route to

5   the call, I know you said that you were going to a

6   backup for an ADW suspect.  Can you just expand on that

7   and just give me all the information that you had while

8   you were en route to the call?

9       OFFICER LOPEZ:  At that point, we knew it was a --

10  he had barricaded himself in the residence.  He was

11  armed with a -- with a knife.  And while responding

12  there, they were just asking for units to start

13  containing the house and that he refused to come out.

14  That's as much as we had at the time.

15      DETECTIVE JOHNSON:  How were you getting that

16  information?

17      OFFICER LOPEZ:  Through the radio.

18      DETECTIVE JOHNSON:  When you arrived, I know that

19  you've described to Detective Fuller kind of where you

20  were, but I want to get like a more precise account of

21  where you were, so could you just using, you know,

22  cardinal directions, north, south, east, and west, could

23  you describe like where the car was, where you were, and

24  then what you could see from your position?

25      OFFICER LOPEZ:  The car was on the driveway, which I

27

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0721

1      DETECTIVE JOHNSON:  Okay.  You mentioned earlier

2  that you weren't wearing a mask.  Did you ever go inside

3  the residence --

4      OFFICER LOPEZ:  No, sir.

5      DETECTIVE JOHNSON:  -- during this incident?

6      OFFICER LOPEZ:  No, sir.

7      DETECTIVE JOHNSON:  Did you go inside of any other

8  structure during this incident?

9      OFFICER LOPEZ:  No, sir.

10     DETECTIVE JOHNSON:  You mentioned that you

11  unholstered your handgun during the incident.  How many

12  times did you unholster total?

13     OFFICER LOPEZ:  Approximately two to three times.

14     DETECTIVE JOHNSON:  Was that all for the same reason

15  or were there independent or different reasons for doing

16  that?

17     OFFICER LOPEZ:  All for the same reason.

18     DETECTIVE JOHNSON:  And can you just restate that

19  reason for me?

20     OFFICER LOPEZ:  We knew that the subject was armed

21  with a knife, and if at any point he came out of the

22  residence, he would -- he was going to be a threat to my

23  partners or others out at scene that could cause great

24  body injury or death.

25     DETECTIVE JOHNSON:  Okay.  And I know that you

                                                        30

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0724

1  mentioned you may have unholstered several times.  Why

2  were you holstering as opposed to just staying out the

3  whole time?

4      OFFICER LOPEZ:  Because I knew I had -- if somebody

5  took over my -- my cover position, I knew somebody else

6  would be designated lethal so there was no need for me

7  to have my gun out.

8      DETECTIVE JOHNSON:  Okay.  You mentioned that you

9  talked or tried to communicate with the suspect.  I

10 believe you said that was on the PA system?

11     OFFICER LOPEZ:  Yes, sir.

12     DETECTIVE JOHNSON:  Okay.  Have you received any

13 prior training on how to talk to people who are either

14 high or are in a mental health crisis?

15     OFFICER LOPEZ:  Yes, sir.

16     DETECTIVE JOHNSON:  Can you just tell me about that?

17     OFFICER LOPEZ:  Going through the -- through the

18 academy, we took courses on how to de-escalate subjects

19 who are suffering from mental illnesses or under the

20 influence or going through life issues or crisis.

21     DETECTIVE JOHNSON:  Okay.  And did you attempt to

22 employ some of those techniques that you learned in the

23 academy?

24     OFFICER LOPEZ:  Yes, sir.

25     DETECTIVE JOHNSON:  Were they effective?

31

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0725**

1        OFFICER LOPEZ:  No, sir.

2        DETECTIVE JOHNSON:  Why not?

3        OFFICER LOPEZ:  It didn't seem like he was actually

4   really paying attention.  It seemed like he was just

5   under the influence and once somebody's under the

6   influence, nothing really seems to get to them.

7        DETECTIVE JOHNSON:  Okay.  You mentioned earlier

8   that at some point you said the sergeant, I believe it

9   was Sergeant Alferez -- and for the transcriber, that's

10  A-l-f-e-r-e-z.  You mentioned that he or another

11  supervisor made some sort of statement about notifying

12  SWAT.

13       Can you expand on that for me?

14       OFFICER LOPEZ:  When I was standing to the left of

15  the shop near the driver's -- driver's side door, I

16  could hear Sergeant Alferez on the radio say, "Hey, we

17  need to make the SWAT notification," to somebody, either

18  the CP or I'm not sure who he was relaying that

19  information to.

20       DETECTIVE JOHNSON:  Okay.  Were there -- was there

21  anything else discussed about notifying the SWAT team of

22  that?

23       OFFICER LOPEZ:  After that, no.

24       DETECTIVE JOHNSON:  Okay.  You mentioned at some

25  point after hearing noises in the backyard that I think

                                                        32

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0726**

1    observations, where were you physically?  Where were you

2    located when you were making these observations?

3        OFFICER LOPEZ:  I was to the rear of the -- the SUV

4    parked on the driveway, so it would be like the south --

5    southeast portion of the -- of the residence.

6        DETECTIVE JOHNSON:  Okay.  And was there anybody

7    around you at that point?

8        OFFICER LOPEZ:  Yes, sir.

9        DETECTIVE JOHNSON:  Can you just describe who was

10   around you and where they were?

11       OFFICER LOPEZ:  I knew there was a cover officer on

12   the driver's side door, somebody giving commands on the

13   -- on the passenger side of the vehicle.  My partner and

14   lethal and the less lethal officer behind him, and they

15   were covered down on a wall to the neighbors residence.

16       DETECTIVE JOHNSON:  When you say covered down, what

17   does that mean?

18       OFFICER LOPEZ:  They had covering between them in

19   case the subject started throwing items or he lunged

20   towards them, they had some type of cover behind them.

21       DETECTIVE JOHNSON:  Okay.  And do you know those

22   officers' names?

23       OFFICER LOPEZ:  My partner, Officer Griffin, and I

24   can't recall the other officer's name.

25       DETECTIVE JOHNSON:  Okay.  When you were viewing the

                                                              34

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0728

1  suspect, I believe you said that he had an object in one

2  of his hands.  Is that correct?

3       OFFICER LOPEZ:  Yes, sir.

4       DETECTIVE JOHNSON:  At the point that you observed

5  that, were you unholstered at that point?

6       OFFICER LOPEZ:  No, sir.

7       DETECTIVE JOHNSON:  And could you just one more time

8  really describe what the suspect looked like when he was

9  holding this object, like how he was holding it?

10       OFFICER LOPEZ:  He had his -- both of his hands into

11  his -- his chest area, upper body, tucked into his --

12  his body.  And he was running like he was about to like

13  tackle somebody or he was trying to get somebody.

14       DETECTIVE JOHNSON:  Okay.  When he was running, was

15  he swinging his arms?

16       OFFICER LOPEZ:  No.

17       DETECTIVE JOHNSON:  How -- how were his -- what were

18  his arms doing when he was running?

19       OFFICER LOPEZ:  Held up against his body.

20       DETECTIVE JOHNSON:  Okay.  And just for the

21  transcriber, Officer Lopez is holding both of his hands

22  in a fist with the thumbs up towards his pecs.  At some

23  point after the suspect was taken into custody, did you

24  observe any injuries?

25       OFFICER LOPEZ:  On the suspect?  Yes.

                                                          35

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0729

1      DETECTIVE JOHNSON:  Can you elaborate on those?

2      OFFICER LOPEZ:  Could have gunshot wounds to his

3  body.

4      DETECTIVE JOHNSON:  Can you give me a little more

5  detail on that?

6      OFFICER LOPEZ:  I believe I saw maybe like a graze

7  on one of his arms, and the rest was just he had just

8  blood.

9      DETECTIVE JOHNSON:  Okay.  Did you see any injuries

10  to his hands?

11      OFFICER LOPEZ:  Not at the time.

12      DETECTIVE JOHNSON:  Okay.  And did you remove any

13  clothing to check for any other injuries?

14      OFFICER LOPEZ:  No.

15      DETECTIVE JOHNSON:  Do you have any training or

16  experience providing medical aid to people?

17      OFFICER LOPEZ:  Yes, sir.

18      DETECTIVE JOHNSON:  Can you elaborate on that?

19      OFFICER LOPEZ:  Basic training.  Tourniquets and

20  applying pressure to wounds.

21      DETECTIVE JOHNSON:  Okay.  And where did you obtain

22  that training?

23      OFFICER LOPEZ:  The academy and prior experiences.

24      DETECTIVE JOHNSON:  Okay.  Any formal prior

25  experiences?

36

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0730

1          OFFICER LOPEZ:  Military experience.

2          DETECTIVE JOHNSON:  Okay.  Did you consider applying

3     any other medical treatment to the suspect?

4          OFFICER LOPEZ:  Not at -- not -- yes, if the RA

5     wasn't already at scene.  So to me, putting him in a

6     recovery position to just aid his -- his -- his air ways

7     and checking, make -- make sure he had a pulse.  And

8     then by the time I did that, the RA was already at

9     scene, like coming out of the gurney.

10         DETECTIVE JOHNSON:  Were you aware that the Los

11    Angeles Fire Department was staged at the incident?

12         OFFICER LOPEZ:  Yes, sir.

13         DETECTIVE JOHNSON:  How were you aware of that?

14         OFFICER LOPEZ:  Through the radio.

15         DETECTIVE JOHNSON:  Okay.  And were you aware that

16    somebody had asked them to come up and treat the suspect

17    at that point?

18         OFFICER LOPEZ:  Yes, sir.

19         DETECTIVE JOHNSON:  Okay.  And how were you aware of

20    that?

21         OFFICER LOPEZ:  I overheard Sergeant Alferez --

22         DETECTIVE JOHNSON:  Okay.

23         OFFICER LOPEZ:  -- say it on the radio.

24         DETECTIVE JOHNSON:  Okay.  You mentioned that you

25    checked for a pulse, and I believe that you told my

                                                            37

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0731

1     OFFICER LOPEZ:  He made different statements that he

2  was going to -- he was going to hurt him and his family

3  and that he was going to hurt officers if he came out.

4     DETECTIVE FULLER:  Okay.  And -- and what about when

5  he came out when he -- when you said he came out of the

6  gate?  Did he say anything when he came out of the gate?

7     OFFICER LOPEZ:  No.

8     DETECTIVE FULLER:  Okay.  Do you have any questions?

9     DETECTIVE JOHNSON:  This is Detective Johnson.  Just

10  briefly for the transcriber, Hechavarria is H-e-c-h-a-v-

11  a-r-r-i-a.

12     DETECTIVE FULLER:  All right.  Is there anything

13  else that we've not asked you that you'd like to add or

14  think might be important for us to know for this

15  investigation?

16     OFFICER LOPEZ:  No, sir.

17     DETECTIVE FULLER:  Okay.  We're going to go ahead

18  and go off tape.  The time now is 1623 hours.

19     ///

20     ///

21

22

23

24

25

                                                          41

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0735