"EXHIBIT 14"

# STATEMENT OF

# POLICE OFFICER III MARCOS GUTIERREZ

Senior Administrative Clerk M. Macias, Serial No. N46377, reviewed the digital recording (TP97251, F004-22) and transcription of Officer Gutierrez's interview.  The inaudible recordings that were clearly audible are listed below.  All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|------|------|------------------------|
| 09 | 03 | REPLACE: red WITH: **residence** |
| 24 | 19 | UNINTELLIGIBLE: **very dangerous** |

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LADA 0736**

LOS ANGELES POLICE DEPARTMENT
Force Investigation Division


In the Matter of:            ) DR. No.
Officer-Involved Shooting    ) FID No. F004-22
Transcription of Recorded    ) Audio No Gutierrez
Interview of Police Officer  )
Marcos Gutierrez, #40158     )
_____)


Transcription of recorded interview of Officer Marcos

Gutierrez by Detective Humphrey Hyoung and Detective

Timo Illig.  Also, present Officer Christina Ambriz,

transcribed by Julie Ito.


Transcribed by:
Julie Ito


Job Number:
TP97251

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LADA 0737**

```
 1                  Audio No. P3 Marcos Gutierrez

 2

 3        DETECTIVE HYOUNG:  All right.  Today's date is

 4   February 2nd, 2022.  It is now 1216 hours.  I am Detective

 5   II Humphrey Hyoung, H-u-m-p-h-r-e-y, H-y-o-u-n-g, Serial

 6   Number 40248, assigned to Force Investigation Division.  I

 7   am here at Foothill Station with Police Officer II Marcos

 8   Gutierrez.  Sir, for voice recognition purposes, could you

 9   state and spell your first and last name?

10        OFFICER GUTIERREZ:  Marcos Gutierrez, M-a-r-c-o-s,

11   G-u-t-i-e-r-r-e-z.

12        DETECTIVE HYOUNG:  Serial Number 40158?

13        OFFICER GUTIERREZ:  Yes, sir.

14        DETECTIVE HYOUNG:  Regarding an OIS incident that

15   occurred at 12935 Desmond Street on February 1st, 2022.

16   This interview is being digitally-recorded.  Also present

17   for this interview are?

18        DETECTIVE ILLIG:  Detective Timo Illig T-i-m-o,

19   I-l-l-i-g, Serial Number 36893.  And the date actually just

20   turned to February 3rd, 2022.

21        DETECTIVE HYOUNG:  Oh.  Correction.  Date is going to

22   be February 3rd, 2022.

23        OFFICER GUTIERREZ:  And I don't know if it matters but

24   I'm a Police Officer III.

25        DETECTIVE HYOUNG:  Oh, it does matter.  And correction,
```

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0738

1    days, do you guys have any routine discussions about

2    tactics?

3         OFFICER GUTIERREZ:  Yeah.  For the past week or so,

4    week or two we just receiving the roll call training on

5    deescalation patrol incidents with edged weapons, knives

6    prior to the start of watch.  We discussed tactics, the --

7    the roles of him most being contact; me being cover officer.

8         DETECTIVE HYOUNG:  Okay.  And on this particular day

9    were you the driver or the passenger?

10        OFFICER GUTIERREZ:  I was the passenger.

11        DETECTIVE HYOUNG:  And were you the contact or cover on

12   this day?

13        OFFICER GUTIERREZ:  Cover.

14        DETECTIVE HYOUNG:  Okay.  All right.  And you mentioned

15   you also had a roll call training on edged weapons.  When

16   was that?

17        OFFICER GUTIERREZ:  We've spoke -- we've been speaking

18   about it for the past two weeks.

19        DETECTIVE HYOUNG:  Okay.

20        OFFICER GUTIERREZ:  We've been talking about critical

21   incidents that -- that have occurred.  So, we've received

22   multiple roll call trainings on.

23        DETECTIVE HYOUNG:  Is there anything specific that you

24   recall from the roll-call training?

25        OFFICER GUTIERREZ:  Yeah.  Just follow the patrol

7

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0743

1   acronym; planning, assessing, time and distance,

2   redeployments, other resources and live communications

3   within officers.

4        DETECTIVE HYOUNG:  Okay.  And the next thing I want you

5   to do is just from the very beginning to -- to -- until

6   after the call is resolved, tell me what happened in

7   narrative form in as much detail as possible.

8        OFFICER GUTIERREZ:  Sir.

9        DETECTIVE HYOUNG:  You know, what happened.

10       OFFICER GUTIERREZ:  Okay.  So, about 2:30, I believe,

11   approximately 2:30, my partner and I were at the station

12   when there was a radio call that came out, a possible ADW

13   suspect there now.  The call was the primary officers

14   responded to the location.  They requested a backup in which

15   my partner and I responded.

16            While en route to the location I was getting

17   directions to my partner.  I was reading the comments of the

18   call.  Comments, the description of the suspects -- of the

19   -- of the suspect, sorry, and what the family was doing.

20            Upon arrival, my partner and I walked towards the

21   target location where we met with the incident commander

22   Sergeant Alferez and the team leader that had already been

23   chosen which was Officer Knolls.  During the planning

24   Officer Knolls designated me to be less lethal with the

25   beanbag.

8

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0744

1    Due to us parking our vehicle pretty far and the

2    exigency I took his beanbag from his vehicle and I

3    positioned myself in front of the red (Unintelligible) and

4    had cover with the retainer wall.

5           At that time, my partner was designated DCO.  There

6    was numerous attempts through the PA contacting the suspect,

7    talking to him, trying to deescalate the situation for him

8    to exit the -- the residence with his hands up.

9           Multiple times during the PA different officers

10   gave the suspect warning that a beanbag or less lethal can

11   be used and it can cause harm, injury or death.  At the

12   time, sergeant, officers, we were assessing the situation.

13   Multiple officers were at scene already.

14          We had officers already designated to a -- a role.

15   Everybody needed a role.  Let me see.  The officers like I

16   said, multiple officers were talking through the PA to the

17   suspect for him to -- to exit the residence with his hands

18   up, which he wasn't listening.

19          At times the suspect was screaming at us.  He was

20   stating something about us Hispanics were going to be

21   killed.  He did mention a gentleman by the name of

22   Hechavarria that he was going to -- that he was a snitch and

23   he wanted to kill him and for us to -- to kill him.

24   Sometimes he spoke, screamed; that it wasn't making sense.

25          There was a point where he did throw something out

9

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0745

1  the window which I did not observe what it was but there was

2  smoke that I observed.  Yeah.  At that time, this took about

3  approximately an hour or so.  At that time, I -- I remained

4  in the same position the whole time.  I was in the bean -- I

5  was assigned the beanbag.

6         At one point, officers that were on the neighbor's

7  yard that had eyes on the back door observed the suspect

8  exit with two knives which I heard over the radio.  I did

9  hear one less lethal option which I later -- I later learned

10  that it was a 40 millimeter.

11         Simultaneously, they stated that he still had two

12  knives in his hand and he was running towards the front of

13  the -- the residence.  When I heard that I focused my

14  attention to the one-two corner and I observed the suspect

15  exit through the black metal door or gate.

16         Well, when he came out, I did see what appeared to

17  be a knife in his right hand.  It appeared to be a knife or

18  a sharp weapon.  At that time, I deployed the beanbag.  I

19  could only see from his waist up so I aimed for his arms.

20         After the first deployment I did assess.  He

21  started sprinting towards us where I deployed the second

22  round.  It appeared or it appeared that it hit him because

23  he kind of flinched.  I assessed again and deployed the

24  beanbag the third time and where I heard a metallic clink on

25  the ground fall and I heard shots being fired.

10

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0746

1          I redeployed and walked towards the street and

2     after that the incident commander at scene designated the

3     arresting officers to move up.  They went around the bushes

4     and they handcuffed the suspect.  At that time, the RA was

5     already on standby where, I believe, the incident commander

6     requested them and they arrived and transported the suspect.

7          DETECTIVE HYOUNG:  Okay.  All right.  Okay.  So, you

8     said that the call initially came out as a radio call for an

9     ADW suspect.

10         OFFICER GUTIERREZ:  Yes.

11         DETECTIVE HYOUNG:  And then at some point it got

12    upgraded to a backup.  How did you respond to the call?

13         OFFICER GUTIERREZ:  Responded Code 3.

14         DETECTIVE HYOUNG:  Code 3?  What does that mean?

15         OFFICER GUTIERREZ:  Lights and sirens.

16         DETECTIVE HYOUNG:  Okay.  And you're the passenger and

17    you're providing directions?

18         OFFICER GUTIERREZ:  Yes, sir.

19         DETECTIVE HYOUNG:  And you said that Sergeant Alferez

20    and -- was already present and Officer Knolls who was a team

21    leader.  He's the one who directed you to get the beanbag

22    shotgun?

23         OFFICER GUTIERREZ:  Yes.

24         DETECTIVE HYOUNG:  And you got it out of his vehicle --

25         OFFICER GUTIERREZ:  Yes.

11

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0747

1          DETECTIVE HYOUNG:  -- and because your vehicle was too

2     far?

3          OFFICER GUTIERREZ:  Yes.

4          DETECTIVE HYOUNG:  Is there any difference in the

5     beanbags that you guys had in your car?

6          OFFICER GUTIERREZ:  No, sir.

7          DETECTIVE HYOUNG:  Okay.  Where did you guys get those

8     beanbags from?

9          OFFICER GUTIERREZ:  Kit room.

10         DETECTIVE HYOUNG:  Okay.  And they're all essentially

11    pretty much the same --

12         OFFICER GUTIERREZ:  Yes.

13         DETECTIVE HYOUNG:  -- standard beanbag shotguns?  And

14    then you said that you were standing be -- behind a

15    retaining wall?

16         OFFICER GUTIERREZ:  Yes.

17         DETECTIVE HYOUNG:  Could you describe what you were

18    standing behind and why you picked that?

19         OFFICER GUTIERREZ:  For cover.  It was approximately

20    four-feet tall and there was a mailbox that was there and I

21    was resting my beanbag there.

22         DETECTIVE HYOUNG:  Okay.  And then you said your

23    partner Officer Martinez was the DCO.  What is a DCO?

24         OFFICER GUTIERREZ:  Designated cover officer.

25         DETECTIVE HYOUNG:  And what does that mean?

12

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0748

```
 1            OFFICER GUTIERREZ:  He was basically lethal if the
 2     situation was -- arise to that.
 3            DETECTIVE HYOUNG:  Okay.  Do you know what weapon
 4     system he used?
 5            OFFICER GUTIERREZ:  His firearm.
 6            DETECTIVE HYOUNG:  Was it his -- his handgun or long
 7     gun?
 8            OFFICER GUTIERREZ:  His handgun.
 9            DETECTIVE HYOUNG:  Okay.  And you had mentioned that a
10     warning had been given over the PA.  Did you yourself give
11     any warning at all?
12            OFFICER GUTIERREZ:  I did not but multiple -- multiple
13     officers did over the PA.
14            DETECTIVE HYOUNG:  Okay.  Did you have the opportunity
15     to give a warning prior to discharging your beanbag shotgun?
16            OFFICER GUTIERREZ:  No, I didn't.  It wasn't feasible
17     at the time.
18            DETECTIVE HYOUNG:  And why is that?
19            OFFICER GUTIERREZ:  The suspect once he exited, he just
20     sprinted towards us.
21            DETECTIVE HYOUNG:  Okay.  And then you also said that
22     multiple officers gave commands on the PA.  When you say
23     multiple officers gave commands was that at the same time
24     or?
25            OFFICER GUTIERREZ:  No.  They took turns on the PA.
```

13

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0749**

1    DETECTIVE HYOUNG:  So, only one officer was speaking on

2  the PA at a time?

3    OFFICER GUTIERREZ:  Yes.  Yes.

4    DETECTIVE HYOUNG:  Okay.  And then you provided some of

5  the suspect's statements about Hispanics being -- him

6  killing Hispanics or Hechavarria?  Do you know who

7  Hechavarria is?

8    OFFICER GUTIERREZ:  I don't know who --

9    DETECTIVE HYOUNG:  Okay.

10    OFFICER GUTIERREZ:  -- Hechavarria is.

11    DETECTIVE HYOUNG:  But he -- but the suspect said he

12  would kill Hechavarria and asked you guys to kill

13  Hechavarria?

14    OFFICER GUTIERREZ:  Yes.

15    DETECTIVE HYOUNG:  Okay.  And then you said you

16  observed the suspect throw something out the window?

17    OFFICER GUTIERREZ:  I didn't observe what it was.

18  Someone -- one of my partners, I don't remember who it was,

19  stated he threw something out the window.

20    DETECTIVE HYOUNG:  Uh-huh.

21    OFFICER GUTIERREZ:  And a few seconds after that I saw

22  smoke rising.

23    DETECTIVE HYOUNG:  And where was the smoke?

24    OFFICER GUTIERREZ:  Outside.

25    DETECTIVE HYOUNG:  And where outside?

14

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0750**

1        OFFICER GUTIERREZ:  It was in front of the -- the front

2   window.

3        DETECTIVE HYOUNG:  Okay.

4        OFFICER GUTIERREZ:  I could see the smoke.  The light,

5   see the smoke through the light.

6        DETECTIVE HYOUNG:  When you say light are you talking

7   about a flame or?

8        OFFICER GUTIERREZ:  No.  It's the -- the light from the

9   house.  The motion light.

10       DETECTIVE HYOUNG:  Oh, okay.

11       OFFICER GUTIERREZ:  Yeah.

12       DETECTIVE HYOUNG:  So, it was illuminating the smoke?

13       OFFICER GUTIERREZ:  Illuminate.  Yes.

14       DETECTIVE HYOUNG:  Okay.  Got you.  But you don't know

15   what that item was?

16       OFFICER GUTIERREZ:  No, I don't.

17       DETECTIVE HYOUNG:  Okay.  And -- and then you said that

18   there were officers positioned in a neighbor's yard.  Is

19   that what -- is that right?

20       OFFICER GUTIERREZ:  Yes.  To the rear.

21       DETECTIVE HYOUNG:  To the rear?

22       OFFICER GUTIERREZ:  Yes.

23       DETECTIVE HYOUNG:  And you heard them say that the

24   suspect had two knives?

25       OFFICER GUTIERREZ:  Right.

                                                              15

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0751

1        DETECTIVE HYOUNG:  And then you also said you -- you

2   talked about a less lethal option.  What do you -- what do

3   you mean that there was a less lethal option?

4        OFFICER GUTIERREZ:  Well, I heard a deployment of a --

5   of less lethal.

6        DETECTIVE HYOUNG:  Okay.

7        OFFICER GUTIERREZ:  And I later learned that it was a

8   40.

9        DETECTIVE HYOUNG:  Okay.  So, you actually heard it

10   being discharged?

11        OFFICER GUTIERREZ:  Yes.

12        DETECTIVE HYOUNG:  Okay.  And -- and how many rounds at

13   that time did you hear?

14        OFFICER GUTIERREZ:  I heard one.

15        DETECTIVE HYOUNG:  Just one?

16        OFFICER GUTIERREZ:  Yeah.

17        DETECTIVE HYOUNG:  Okay.  And do you know who fired

18   that round?

19        OFFICER GUTIERREZ:  I later learned it was a Officer

20   Schlesinger.

21        DETECTIVE HYOUNG:  Okay.  And you heard that the

22   suspect still had the knives and was running to the front?

23        OFFICER GUTIERREZ:  Yes.

24        DETECTIVE HYOUNG:  Okay.  And at that point, you

25   directed your attention to the one-two corner?

16

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0752

1          OFFICER GUTIERREZ:  Yes.

2          DETECTIVE HYOUNG:  And you say you saw the suspect had

3    a knife in his right hand.  Could you describe?  You said

4    there was a knife or a sharp weapon.  Could you describe

5    that for me?

6          OFFICER GUTIERREZ:  Yeah.  It was metallic kind of like

7    silver.  It appeared to be a knife or a sharp object like

8    pointy.  The point pointing towards us.

9          DETECTIVE HYOUNG:  Okay.

10         OFFICER GUTIERREZ:  Or toward my -- towards my

11   direction.

12         DETECTIVE HYOUNG:  Okay.  So, you're using your hand to

13   have a fist in front of your chest?

14         OFFICER GUTIERREZ:  Right there.  Yeah.

15         DETECTIVE HYOUNG:  And you're saying that the blade was

16   pointed towards officers from the bottom of his hand so like

17   towards his pinky side?

18         OFFICER GUTIERREZ:  Yes.

19         DETECTIVE HYOUNG:  Okay.  So, he was gripping it like a

20   reverse grip?

21         OFFICER GUTIERREZ:  Yes.

22         DETECTIVE HYOUNG:  Okay.  And let's talk about each

23   round that you discharged at the suspect.

24         OFFICER GUTIERREZ:  Uh-huh.

25         DETECTIVE HYOUNG:  For the first round what exactly was

                                                            17

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0753

1    the suspect doing and -- and why did you fire?

2        OFFICER GUTIERREZ:  The first round I fired I -- like I

3    said, I saw the suspect hold the knife or what appeared to

4    be a knife or a sharp object towards us.  And he -- he began

5    running towards us.

6        DETECTIVE HYOUNG:  Okay.

7        OFFICER GUTIERREZ:  I could only see the upper body.

8        DETECTIVE HYOUNG:  Uh-huh.

9        OFFICER GUTIERREZ:  So, I aimed for -- for his arms.

10       DETECTIVE HYOUNG:  Okay.  Why were you unable to see

11   his lower body?

12       OFFICER GUTIERREZ:  There was a -- a vehicle that was

13   blocking my -- my view.

14       DETECTIVE HYOUNG:  Okay.  And what made you decide to

15   fire that round?

16       OFFICER GUTIERREZ:  He was violently resisting and

17   posed immediate threat of violence towards the officers.

18       DETECTIVE HYOUNG:  And what was that threat?

19       OFFICER GUTIERREZ:  Holding the knife running towards

20   us.

21       DETECTIVE HYOUNG:  And what do you think would have

22   happened if he had been allowed to run towards you?

23       OFFICER GUTIERREZ:  I could have been stabbed, hurt.

24       DETECTIVE HYOUNG:  Okay.  And how far do you think you

25   were when you fired that round from the suspect?

                                                            18

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0754

```
 1        OFFICER GUTIERREZ:  I believe approximately 35 to 40
 2   feet.
 3        DETECTIVE HYOUNG:  Okay.  And you said you were aiming
 4   at the arms.  Is there a specific arm that you were aiming
 5   at?
 6        OFFICER GUTIERREZ:  At the right arm.
 7        DETECTIVE HYOUNG:  And do you know if that or where
 8   that round impacted?
 9        OFFICER GUTIERREZ:  I'm not sure.
10        DETECTIVE HYOUNG:  Okay.  And -- and then you fired a
11   subsequent round?
12        OFFICER GUTIERREZ:  I fired a second round.  Yes.
13        DETECTIVE HYOUNG:  Okay.  Why did you fire that round?
14        OFFICER GUTIERREZ:  He continued sprinting towards us.
15        DETECTIVE HYOUNG:  Okay.  And what else can you tell me
16   about that sprint?
17        OFFICER GUTIERREZ:  He looked straight towards us still
18   holding the -- the knife, what appeared to be a knife and
19   that's when I discharged the -- the second round.
20        DETECTIVE HYOUNG:  Okay.  And how was he holding his
21   knife?
22        OFFICER GUTIERREZ:  Still with -- in the same -- the
23   same -- same hand with the blade still pointing towards us.
24        DETECTIVE HYOUNG:  Okay.  So, you're holding up your
25   hand similarly with the fist near your chest and you're
```

                                                                19

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0755**

1    indicating that the -- the knife was pointed at you guys?

2        OFFICER GUTIERREZ:  Yes.

3        DETECTIVE HYOUNG:  And he was sprinting?

4        OFFICER GUTIERREZ:  Yes.

5        DETECTIVE HYOUNG:  Okay.  And similarly, did you

6    believe that if he were allowed to continue and reach you

7    what would happen?

8        OFFICER GUTIERREZ:  He can hurt us, cause death, stab

9    us.

10       DETECTIVE HYOUNG:  Okay.  And how far away was he from

11   you when you fired the second round?

12       OFFICER GUTIERREZ:  He was about 20 to 25 feet.

13       DETECTIVE HYOUNG:  And what was your target area?

14       OFFICER GUTIERREZ:  I was at that time I was able to

15   see his whole body so I was aiming for the navel area.

16       DETECTIVE HYOUNG:  And do you know where your round

17   impacted?

18       OFFICER GUTIERREZ:  No.

19       DETECTIVE HYOUNG:  Okay.  Did the suspect's actions

20   change after you fired the first or second round?

21       OFFICER GUTIERREZ:  The second round it appeared that

22   he -- he raised his left arm --

23       DETECTIVE HYOUNG:  Uh-huh.

24       OFFICER GUTIERREZ:  -- closer to his chest --

25       DETECTIVE HYOUNG:  Uh-huh.

                                                          20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0756

1      OFFICER GUTIERREZ:  -- and still continued to sprint

2   towards us and that's when I discharged for the third time.

3      DETECTIVE HYOUNG:  Okay.  So, you lifted up your left

4   arm towards your chest next to your -- your right hand.  And

5   so, when you discharged your third round was he still

6   moving?

7      OFFICER GUTIERREZ:  Yes.

8      DETECTIVE HYOUNG:  What direction was he moving?

9      OFFICER GUTIERREZ:  Towards officers.

10     DETECTIVE HYOUNG:  Okay.  Which officers?

11     OFFICER GUTIERREZ:  Myself and Officer Griffin.

12     DETECTIVE HYOUNG:  So, he was still moving towards you

13  and Officer Griffin and you said he still had the knife in

14  his hand?

15     OFFICER GUTIERREZ:  On the third one I didn't see it

16  but I did hear a metallic clink on the ground.  So, I

17  believed that he had dropped the knife.

18     DETECTIVE HYOUNG:  Was that before or after you fired

19  your third round?

20     OFFICER GUTIERREZ:  The third one.

21     DETECTIVE HYOUNG:  When you fired your third one?

22     OFFICER GUTIERREZ:  No.  The second one.  No.  The

23  second one he went like this.

24     DETECTIVE HYOUNG:  Uh-huh.

25     OFFICER GUTIERREZ:  The third one.  After the third

21

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0757

1  one.

2      DETECTIVE HYOUNG:  Okay.  So, upon firing your third

3  round you heard a metallic clink?

4      OFFICER GUTIERREZ:  Yes.

5      DETECTIVE HYOUNG:  Okay.  A metallic clink.

6      OFFICER GUTIERREZ:  Yes.

7      DETECTIVE HYOUNG:  Okay.  And approximately how far

8  away was he from you?

9      OFFICER GUTIERREZ:  He was about 10 feet approximately.

10      DETECTIVE HYOUNG:  Okay.  And what were you aiming for?

11      OFFICER GUTIERREZ:  His navel area.

12      DETECTIVE HYOUNG:  And do you know if you -- where your

13  round went?

14      OFFICER GUTIERREZ:  I'm not sure.

15      DETECTIVE HYOUNG:  You're not sure.  Okay.  And do you

16  think it was effective?

17      OFFICER GUTIERREZ:  Well, his -- him dropping the knife

18  I believe it was effective.

19      DETECTIVE HYOUNG:  Okay.  So, you believe he dropped

20  his knife so it was effective.  Okay.  At any point, did you

21  reload the shotgun?

22      OFFICER GUTIERREZ:  No.

23      DETECTIVE HYOUNG:  Okay.  And why not?

24      OFFICER GUTIERREZ:  I still had one round in the -- on

25  the chamber.

                                                            22

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0758**

1          DETECTIVE HYOUNG:  Oh.

2          OFFICER GUTIERREZ:  And by that time, he was already

3     down.

4          DETECTIVE HYOUNG:  Okay.  So, when you say he was

5     already down, what does that mean?

6          OFFICER GUTIERREZ:  He fell to the ground, sir.

7          DETECTIVE HYOUNG:  He fell to the ground?

8          OFFICER GUTIERREZ:  Yeah.

9          DETECTIVE HYOUNG:  And did you perceive any threat

10    after that?

11         OFFICER GUTIERREZ:  No.

12         DETECTIVE HYOUNG:  Okay.  Did you unholster your

13    handgun at any point during this incident?

14         OFFICER GUTIERREZ:  No, I didn't.

15         DETECTIVE HYOUNG:  Okay.  Did you deploy any other

16    weapon system lethal or less lethal?

17         OFFICER GUTIERREZ:  No, I didn't.

18         DETECTIVE HYOUNG:  Okay.  Other than a beanbag?

19         OFFICER GUTIERREZ:  No.

20         DETECTIVE HYOUNG:  Did you see any other officers use

21    force?

22         OFFICER GUTIERREZ:  I did not see, just heard.

23         DETECTIVE HYOUNG:  And you're referring to the less

24    lethal round that you heard --

25         OFFICER GUTIERREZ:  Yes.

23

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0759

1   notify anyone that you were at scene?

2        OFFICER GUTIERREZ:  Yes.  Due to the -- well, was

3   responding we didn't want to say it over the air because of

4   the tactical situation arising.  So, once we got at scene, I

5   believe my part -- my partner went Code 6.

6        DETECTIVE HYOUNG:  And then do you know how he did

7   that?

8        OFFICER GUTIERREZ:  Handheld radio.

9        DETECTIVE HYOUNG:  Over the air?

10       OFFICER GUTIERREZ:  Yeah.

11       DETECTIVE HYOUNG:  Okay.  And what frequency would that

12  have been?

13       OFFICER GUTIERREZ:  On base.

14       DETECTIVE HYOUNG:  Foothill base?

15       OFFICER GUTIERREZ:  Yes.  Foothill base.

16       DETECTIVE HYOUNG:  Okay.  All right.  I don't think I

17  have any other -- other questions.  Is there anything else

18  that you recall that might be pertinent to this

19  investigation?

20       OFFICER GUTIERREZ:  No.

21       DETECTIVE HYOUNG:  Okay.

22       OFFICER GUTIERREZ:  Not at this time.

23       DETECTIVE HYOUNG:  All right.  The time is 0047 hours.

24  ///

25  ///

27

LYNDEN J. AND ASSOCIATES, INC.   (800) 972-3376

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0763