"EXHIBIT 15"

# STATEMENT OF

# POLICE OFFICER I SABRINA MARTINEZ

Senior Administrative Clerk V. Shaw, Serial No. N4488, reviewed the digital recording (TP97312, F004-22) and transcription of Officer Martinez's interview.  The inaudible recordings that were clearly audible are listed below.  All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|------|------|-----------------------|
| 03 | 20 | ADD: **any** subsequent |
| 06 | 08 | REPLACE: your WITH: **you are** |
| 07 | 20 | ADD: have **to** request |
| 11 | 12 | REPLACE: they WITH: **there** |
| 16 | 03 | DELETE: **came** |
| 17 | 21 | DELETE: **door** |
| 22 | 01 | REPLACE: not WITH: **to the** north |
| 30 | 08 | REPLACE: a long WITH: **along** the |
| 31 | 16 | REPLACE: he WITH: **you** |

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LADA 0853**

LOS ANGELES POLICE DEPARTMENT

In the Matter of:                      )
Officer Involved Shooting              ) FID No. F004-22
Transcription of Taped                 ) DR No. 2216-05080
Interview Of Police Officer 1          ) Job File Name
Sabrina Martinez, #44668               ) Police Officer 1
_____    ) Sabrina Martinez

## TRANSCRIPTION OF TAPE RECORDED INTERVIEW

## OF POLICE OFFICER 1 SABRINA MARTINEZ

Transcribed by:
Nanette Jensen
CSR No. 9066

Job Number:
TP97312

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0854**

```
 1              Los Angeles Police Department

 2            Police Officer 1 Sabrina Martinez F004-22

 3

 4         DETECTIVE ILLIG:  Today's date is February 8th,

 5    2022.  It is now 1809 hours.  I'm Detective Timo Illig,

 6    T-i-m-o, I-l-l-i-g, serial number 36893 assigned to

 7    Force Investigation Division.  I'm here at Foothill

 8    station to interview Police Officer 1 -- can you say

 9    your first and last name, please?

10         SABRINA MARTINEZ:  Yes.  Sabrina Martinez,

11    S-a-b-r-i-n-a, Martinez, M-a-r-t-i-n-e-z.

12         DETECTIVE ILLIG:  And your serial number?

13         SABRINA MARTINEZ:  44668.

14         DETECTIVE ILLIG:  Regarding an officer-involved

15    shooting incident that occurred at 12935 Desmond Street

16    on February 1st, 2022.  This interview is being

17    digitally recorded.  Also present for the interview

18    is --

19         DETECTIVE JOHNSON:  Detective II Douglas Johnson,

20    J-o-h-n-s-o-n, my serial number is 37738.  I'm also

21    assigned to Force Investigation Division.

22         POLICE OFFICER DELEON:  And Police Officer III Julio

23    Deleon, last name, D-e-l-e-o-n, serial number 39040 from

24    Officer Rep Section.

25         DETECTIVE ILLIG:  Has everyone in the room been
```

                                                                2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0855

1    incident were you the driver or the passenger?

2         SABRINA MARTINEZ:   The passenger.

3         DETECTIVE ILLIG:   Okay.   And as the passenger what

4    were your responsibilities?

5         SABRINA MARTINEZ:   My responsibilities, um, when we

6    were driving there Code 3 my responsibilities are to,

7    um, help the driver clear, like, the right.   And then,

8    um, listen to the radio and if there's anything that

9    needs to be broadcasted or anything like that, that's

10   usually my job, sir.

11        DETECTIVE ILLIG:   Did you and your partner talk

12   about any tactics as you were responding to the specific

13   radio call?

14        SABRINA MARTINEZ:   We talked about, um, what my role

15   would be, um, when arriving to the -- to the incident

16   and, um, my, um, my training officer told me that I

17   would have the role of having the shield.   So as soon as

18   we arrived to the location, I would go ahead and take

19   the shield out.

20        DETECTIVE ILLIG:   Okay.   And what type of radio call

21   were you responding to?

22        SABRINA MARTINEZ:   We were responding to an assault

23   with a deadly weapon.   Um, I know 16A11 was the primary

24   on that and then while we were at the station they

25   requested additional units.   Um, so we responded and

8

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0861

1   then it upgraded to a backup so we responded Code 3 --

2        DETECTIVE ILLIG:  Okay.

3        SABRINA MARTINEZ:  -- to the location.

4        DETECTIVE ILLIG:  Okay.  Once you arrived at scene,

5   did you go Code 6?

6        SABRINA MARTINEZ:  Yes, I did.

7        DETECTIVE ILLIG:  And how --

8        SABRINA MARTINEZ:  Over the radio.

9        DETECTIVE ILLIG:  Over the radio?

10       SABRINA MARTINEZ:  Yes.

11       DETECTIVE ILLIG:  Okay.  And once you arrived, you

12   deployed the shield?

13       SABRINA MARTINEZ:  I did, sir.

14       DETECTIVE ILLIG:  Okay.  Now in a narrative format

15   in as much detail as possible can you tell me what you

16   saw, and what you observed and what occurred, um, while

17   at that location?

18       SABRINA MARTINEZ:  Yes.  So when I arrived at the

19   location when me and my partner arrived at the location

20   I exited the vehicle.  I deployed the -- the shield.

21   Um, I walked towards the front of the residence.  Um,

22   and while I was there, um, I observed -- there was

23   already officers there and, um, the suspect was inside

24   the location.

25       Um, at -- prior -- when I arrived I did not see the

9

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0862

1    suspect.  Um, but I did know that the suspect was inside

2    the location.  And due to the comments of the call, we

3    knew that the suspect, um, was possibly armed with a

4    knife inside the location.

5        DETECTIVE ILLIG:  Okay.  And then what happened

6    after that?

7        SABRINA MARTINEZ:  So I was -- so at first I was at

8    the front of the residence with the shield.  After that

9    my training officer, Officer Knolls, advised me to give

10   the shield to another officer that was standing next to

11   me.  I don't recall who the officer was.  But they took

12   the shield from me.

13       Um, then my P-III, Officer Knolls, asked me to go

14   inside, um, the shop and use the public announce system,

15   the PA, to try to contact the suspect and see if we can

16   get him to come out with his hands up.

17       So I went into the -- the shop and I -- over the PA

18   system I was trying to, um, talk to the suspect, asking

19   him to exit the residence with his hands up.

20       Um, I know the suspect was at the window and he was

21   saying things.  Um, because I was inside the shop, I

22   couldn't hear exactly what he was saying.

23       Um, I did ask the officer that was next to me.  I

24   don't recall who the officer was, but I asked the

25   officer if he could hear what, um, what the suspect was

10

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0863

1    saying.  And, um, he -- he was saying -- he was kind of
2    speaking gibberish so we couldn't make out exactly what
3    the suspect was saying.  So I just continued to talk,
4    um, to the suspect repeating, um, for -- repeating for
5    the suspect to come out with their hands up to the front
6    door that his family cared for him that we were there to
7    help him.

8         And I was there for a while until Officer Knolls,
9    um, asked me to step out of the -- of the shop, and then
10   another officer took over.  And -- with the PA system.

11        Um, so when I exited the vehicle, um, I was tasked
12   to stand behind the shop as they were already enough
13   officers in the front of the residence.

14        Um, so I was standing behind the shop and, um, I was
15   tasked with going, um, to ask the family if there was an
16   entrance to the garage from inside of the house.  So I
17   made my way over to where the family was located which
18   was like a block, um -- a block down.

19        I went -- the family advised me that there was a
20   family of -- living inside the garage and that they were
21   there now.

22        So I returned back to the front of the residence.  I
23   notified Sergeant Alferez and Officer Knolls that there
24   were people inside the garage.  They then advised me to
25   go back over to where the family was and to ask them if,

                                                            11

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LADA 0864

1    um, they could contact the family and to let them know

2    that they were -- the officers were going to go in there

3    to help them exit the residence.

4         Um, when I went back to the family, they notified me

5    that they didn't have a way of communicating with the

6    people inside.  So I had officer Mendoza communicate

7    with Sergeant Alferez over the radio that the family

8    didn't have any contact -- or weren't able to contact

9    the family inside the garage.

10        Um, after that, I returned to the front of the

11   residence where I stood by behind the shop.  And

12   throughout that time I was tasked with different, um --

13   with different duties such as going to put the crime

14   scene tape up.

15        And then, um, going to take the -- the -- a sketch

16   of the residence to the command post.

17        DETECTIVE ILLIG:  Okay.

18        SABRINA MARTINEZ:  And then upon arrival back to the

19   residence, um, I was tasked with staying, um, behind the

20   shop.  Um, I didn't -- I was -- my Officer Knolls

21   advised me to stay behind the shop, um, and, um, to just

22   be there and if they needed my assistance with anything

23   else that they would let me know.

24        DETECTIVE ILLIG:  Okay.

25        SABRINA MARTINEZ:  Um, after that, sir, I -- um, so

12

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0865

1  I was standing behind the shop and then, um, there were

2  officers trying to make contact with the suspect over

3  the PA system.  And then, um, they were there for a

4  while and then -- um, they were there for a while.  And

5  then after that, we did -- um, I heard over the radio

6  that the officers that were standing by behind -- in the

7  back of the residence, um, at some point the suspect,

8  um, he was no longer at the front window.  Um, and then

9  over the radio I heard that the officers, um, at the

10  back of the residence, um, had visual of the suspect.

11      Um, Sergeant Alferez who was standing next to me

12  asked what the suspect was doing.  And the officers over

13  the radio stated that he was just pacing back and forth

14  that and that he had a knife in his hand.

15      And then, um, after that we were -- or the officer

16  that was inside the shop was still trying to make

17  contact with the suspect asking him to come back to the

18  window.

19      Um, and then that's when I heard a loud bang.  I'm

20  not sure if it was the door that opened or if it was the

21  40 millimeter that was -- that was used.  But I heard a

22  loud bang.

23      And then after that, um, I just saw the -- I saw the

24  officers on the right side of the shop.  They all began

25  to move back which at that point I moved towards the

13

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0866

1    left side of the shop because, um, I didn't know exactly

2    what was happening.  And I wasn't -- I didn't have my

3    firearm drawn or anything like that because I know that

4    there was already enough cover officers.  So I just

5    decided to move back.

6         And then, um, I then approached the right side of

7    the shop, once again, which is where I saw the suspect.

8    After that I immediately began to put my gloves on.

9         I -- we approached the suspect -- or I approached

10   the suspect from the right side and I helped another

11   officer -- I believe his name is Officer Lopez --

12   handcuff the suspect.

13        So we approached the suspect.  I took his right hand

14   while Officer Lopez handcuffed his left hand, and then I

15   moved his right hand towards the handcuffs so that

16   Officer Lopez can put the cuffs on his right hand.  And

17   then I immediately -- I immediately told Officer Lopez

18   to put the suspect on his side.

19        And then after that, um, I believe it was

20   Sergeant Alferez had the RA move in which I was advised

21   by Sergeant Alferez to move back to where they were

22   standing so that I wouldn't impede with the any evidence

23   or anything like that.

24        DETECTIVE ILLIG:  Okay.  Is there anything else that

25   happened?

                                                        14

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0867

```
1          SABRINA MARTINEZ:  Not that I recall, sir.

2          DETECTIVE ILLIG:  Okay.  Now, did you turn your

3     body-worn video off at some point in this narrative and

4     then turn it back on?

5          SABRINA MARTINEZ:  Yes, sir, I did.

6          DETECTIVE ILLIG:  Can you explain to me why?

7          SABRINA MARTINEZ:  I went to take the sketch to the

8     command post and then after that I turned off my body-

9     worn video because I was done -- I didn't have any

10    contact with any witnesses or victims or anything like

11    that.

12         Um, so the tactical -- I was no longer in the

13    tactical situation, so I turned off my body cam but then

14    when I was going back to the tactical situation I re --

15    I turned my body -- my body cam back on.

16         DETECTIVE ILLIG:  Okay.  Now the, um -- and then

17    when did you turn it off the second time, the second

18    time?

19         SABRINA MARTINEZ:  Um, I only turned it off once,

20    sir.

21         DETECTIVE ILLIG:  Okay.  No, but at the end of --

22         SABRINA MARTINEZ:  Oh, oh, the second time, sir?  I

23    turned it off once we were done with the tactical

24    situation.  The suspect had already been -- was taken

25    into the RA.  And, um, so the tactical -- tactical
```

15

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0868

1   you think they drew up a sketch?  Do you know why a

2   sketch was drawn up of the area?

3       SABRINA MARTINEZ:  I do not, sir.

4       DETECTIVE ILLIG:  Okay.

5       SABRINA MARTINEZ:  I don't know why.

6       DETECTIVE ILLIG:  At any time did you unholster?

7       SABRINA MARTINEZ:  No, sir.

8       DETECTIVE ILLIG:  No?  Okay.  Oh, and then were you

9   wearing your mask at all?

10      SABRINA MARTINEZ:  I was not wearing my mask.

11      DETECTIVE ILLIG:  And why not?

12      SABRINA MARTINEZ:  Due to the tactical situation,

13  sir.  Um, I -- the mask would impede me from speaking.

14  I was tasked with speaking to the -- to the suspect

15  through the PA so the mask would impede me from

16  speaking.

17      And then due to the tactical situation, sir, if I

18  was -- if I needed to communicate something with the

19  other officers, I needed to make sure that they would

20  hear me.

21      DETECTIVE ILLIG:  Okay.  And was this an indoor door

22  or outdoor scene.

23      SABRINA MARTINEZ:  It was outdoors, sir.

24      DETECTIVE ILLIG:  Okay.  Now, you mentioned that you

25  were on the PA system speaking to the suspect making

                                                    17

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0870

1    various statements.  Can you tell me about any training

2    that you received in dealing with people that are going

3    through a mental health crisis?

4         SABRINA MARTINEZ:  Yes.

5         DETECTIVE ILLIG:  And then also about the training

6    and how you utilized that to attempt to build a rapport

7    with this person?

8         SABRINA MARTINEZ:  Okay.  During the academy they

9    did talk about, you know, when -- when speaking to

10   people who are dealing with a mental -- with a mental

11   illness you want to be able to build a rapport with them

12   and you want to be able to reassure -- to reassure them

13   that the situation is going to be okay.  Um, and so

14   that's what -- when I was in the -- in the shop speaking

15   over the PA that's what I was trying to do.  I was

16   trying to, um, build a rapport with Jonathan who was the

17   suspect by telling him that his family cared about him

18   and that we were there to help him and not to hurt him.

19         And so, um, I tried to vocalize that as much as

20   possible throughout the time that I was speaking to the

21   suspect.

22         DETECTIVE ILLIG:  Now, did you utilize his first --

23   did you utilize his -- his first name in trying to build

24   this rapport?

25         SABRINA MARTINEZ:  Yes, I did.

                                                            18

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0871

1      DETECTIVE ILLIG:  And, um, what was his response to

2  your attempts to build rapport and to de-escalate the

3  situation?

4      SABRINA MARTINEZ:  Um, he was not -- he -- he was,

5  um, talking like gibberish, so when I was talking to

6  him, he didn't seem to be correlating what he was saying

7  to what I was telling him in regards to him coming --

8  stepping outside the residence and that we wanted -- we

9  were there to help him and that his family cared for

10  him.

11      DETECTIVE ILLIG:  While you were speaking on the PA

12  did you see him at any time?

13      SABRINA MARTINEZ:  I did.  He was on -- at the

14  window.  And he would open the curtain and the window

15  was closed, so -- but I could see his face on the

16  window.

17      DETECTIVE ILLIG:  Can you tell me which window we're

18  talking about?

19      SABRINA MARTINEZ:  It's the window that's not at the

20  front of the house but on -- like, where next to the

21  front door.  Um, I wouldn't -- it would be on the --

22      DETECTIVE ILLIG:  So if we -- if we number the sides

23  of the house --

24      SABRINA MARTINEZ:  Yes, sir.

25      DETECTIVE ILLIG:  -- with the one side being the

19

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0872

1    heard some sound coming from the back yard?

2         SABRINA MARTINEZ:  Uh-huh.

3         DETECTIVE ILLIG:  What was the -- when was the first

4    time you saw the suspect?

5         SABRINA MARTINEZ:  The first time I saw --

6         DETECTIVE ILLIG:  Sorry, let me clarify.  When was

7    the first time you saw the suspect after you heard the

8    sounds in the back yard?

9         SABRINA MARTINEZ:  Was when he was already at the

10   right side of the shop.

11        DETECTIVE ILLIG:  Okay.  So did you -- did you --

12   did you hear anything as he moved from the back yard to

13   get to the right side of the shop?

14        SABRINA MARTINEZ:  Um, yes.  I heard, um, the

15   beanbag go off and then, um, I just heard like other

16   loud noises.  I wasn't sure if it was the beanbag or if

17   it was, um -- um, shots that were fired.  Um, but I did

18   hear -- I did hear, um -- from the -- from the first

19   initial, like, um, loud bang that I heard, I wasn't sure

20   if it was a 40 millimeter or if it was a door that, um,

21   the suspect hit open.

22        Um, but from that initial bang, um, I heard more,

23   like, shots and then that's when I approached the right

24   side of the -- of the shop and that's where I saw the

25   suspect.

28

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0881

1      DETECTIVE ILLIG:  Okay.  Now, when you heard --

2    after you heard the loud bang, do you know how the

3    suspect moved from the back yard to end up at the front

4    of the -- or by the right side of the police car?

5      SABRINA MARTINEZ:  No.  I did not -- I did not see

6    the suspect.  Um, it happened so fast that I didn't -- I

7    didn't get -- I didn't see the suspect when the suspect

8    came from the side of the house to the front.

9      DETECTIVE ILLIG:  Okay.

10     SABRINA MARTINEZ:  By the shop.

11     DETECTIVE ILLIG:  At any time did you see the

12   suspect with any weapons?

13     SABRINA MARTINEZ:  No.

14     DETECTIVE ILLIG:  Okay.  Now, just for clarification

15   here, were there things that obstructed your view of

16   where the suspect -- how the suspect got from the back

17   of the yard to the right side of the shop?

18     SABRINA MARTINEZ:  Yes.  Um, there were officers

19   that were standing in front of me and then the residents

20   had a -- a fence that also obstructed my view.  And then

21   the fact that I was standing behind the shop also played

22   a role into why I didn't see the suspect.

23     DETECTIVE ILLIG:  And what type of shop were you it

24   standing behind?

25     SABRINA MARTINEZ:  It's black and white Explorer.

29

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0882

1      DETECTIVE ILLIG:  Okay.  So that's an SUV?

2      SABRINA MARTINEZ:  Yes, sir.

3      DETECTIVE ILLIG:  Okay.  And, um, in the residence,

4   were there any other obstacles that prevented you

5   besides the fence from seeing, um, the route of travel

6   of the suspect?

7      SABRINA MARTINEZ:  Yes, there was actually a tree

8   on -- or it was a tree or bushes on, um, a long the

9   fence of the residence that also obstructed my view of

10  seeing where the suspect came out from.

11     DETECTIVE ILLIG:  Okay.  Was there anything else

12  that obstructed your view?

13     SABRINA MARTINEZ:  There was a tree also.

14     DETECTIVE ILLIG:  Uh-huh.

15     SABRINA MARTINEZ:  There was -- so the tree -- the

16  tree that was along the -- the fence and then there was

17  another tree and then that's where the -- the officers

18  were and then I was behind the shop.  So --

19     DETECTIVE ILLIG:  Okay.

20     SABRINA MARTINEZ:  -- um --

21     DETECTIVE ILLIG:  All right.  Um, after you heard

22  the less lethal being deployed and some shots; is that

23  correct?

24     SABRINA MARTINEZ:  Yes.

25     DETECTIVE ILLIG:  That's when you observed the

                                                        30

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0883

```
1   suspect on the right side of the vehicle?

2        SABRINA MARTINEZ:  Yes.

3        DETECTIVE ILLIG:  All right.  And then was there a

4   plan put together for taking the suspect into custody?

5        SABRINA MARTINEZ:  Yes.  There was a plan put

6   together, um --

7        DETECTIVE ILLIG:  And who put the plan together?

8        SABRINA MARTINEZ:  Um --

9        DETECTIVE ILLIG:  Were you assigned a specific role?

10       SABRINA MARTINEZ:  Um, as far as taking the -- I was

11   a part of the arrest team.

12       DETECTIVE ILLIG:  Uh-huh.

13       SABRINA MARTINEZ:  But my specific role was -- where

14   I was told to stand behind the shop until I was, um,

15   until my assistance was needed.

16       DETECTIVE ILLIG:  Okay.  And then when he -- when

17   you were assigned the role as the arrest team, did you

18   have a specific task for the arrest?

19       SABRINA MARTINEZ:  Um, well, I was just -- I was

20   just told that, um, if my assistance was needed, um,

21   that they would let me know but to stand by behind the

22   shop.

23       DETECTIVE ILLIG:  Okay.  So your assistance was

24   needed; is that correct?

25       SABRINA MARTINEZ:  Yes.
```

31

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0884

```
 1        DETECTIVE ILLIG:  All right.  And then you were
 2   tasked with?
 3        SABRINA MARTINEZ:  Um --
 4        DETECTIVE ILLIG:  You said you -- you took his right
 5   arm into -- or grabbed hold of his right arm?
 6        SABRINA MARTINEZ:  Yes, sir.
 7        DETECTIVE ILLIG:  Is that correct?
 8        SABRINA MARTINEZ:  Yes, sir.
 9        DETECTIVE ILLIG:  Okay.
10        SABRINA MARTINEZ:  So I grabbed a hold of his right
11   arm and then put it behind his back so that the officer,
12   um, that was helping me -- or that I was helping
13   handcuff -- could put the right arm into the cuffs.
14        DETECTIVE ILLIG:  Was there any resistance when you
15   moved the suspect's right arm behind his back?
16        SABRINA MARTINEZ:  No.
17        DETECTIVE ILLIG:  Okay.  When you approached the
18   suspect to take him -- to put the handcuffs on him, did
19   you see any weapons or evidence immediately around
20   his -- around him?
21        SABRINA MARTINEZ:  When I approached the suspect I
22   know that the -- the officer who I was helping handcuff,
23   Officer Lopez, they took something out of the suspect's
24   hand but I didn't see what it was because they were
25   blocking my view.  I just know that, um,
```

                                                              32

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0885

1   Officer Knolls -- once I guess they took whatever it was

2   that they took out of his hand -- Officer Knolls told me

3   to go in there and take the hold of his hand.  So I

4   didn't see any -- any weapons.

5       DETECTIVE ILLIG:  Okay.  Do you know what they took

6   out of his hand?

7       SABRINA MARTINEZ:  I do not, sir.

8       DETECTIVE ILLIG:  Okay.  And do you know out of

9   which hand they took it?

10      SABRINA MARTINEZ:  I do not, sir.

11      DETECTIVE ILLIG:  You don't?  Okay.  And were those

12  your handcuffs or whose handcuffs were they?

13      SABRINA MARTINEZ:  They -- they were not my

14  handcuffs, sir.

15      DETECTIVE ILLIG:  Okay.

16      SABRINA MARTINEZ:  I believe they belonged to

17  Officer Lopez.

18      DETECTIVE ILLIG:  Okay.  And did you double lock the

19  handcuffs?

20      SABRINA MARTINEZ:  No.

21      DETECTIVE ILLIG:  Okay.  Do you know if anybody

22  double locked the handcuffs?

23      SABRINA MARTINEZ:  No, sir.

24      DETECTIVE ILLIG:  You don't know if anybody -- or

25  they were not double locked?

33

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0886

1    SABRINA MARTINEZ:  I do not know.

2    DETECTIVE ILLIG:  Do not know?  Okay.  Did the

3    suspect make any statements while he was on the ground

4    while he was being taken into custody?

5    SABRINA MARTINEZ:  No.

6    DETECTIVE ILLIG:  Okay.  Um, did you render any

7    medical aid to the suspect when he was on the ground?

8    SABRINA MARTINEZ:  After we put him in handcuffs

9    I -- I advised the officer to put the suspect on his

10   side.  And then after that, um, the RA was already

11   standing by.  So I remember them.  I'm not sure exactly

12   who but they were -- they were advising us that RA was

13   coming in.  So we didn't provide any medical -- medical

14   aid just because the RA was already there.

15   DETECTIVE ILLIG:  Okay.  And can you describe the

16   types of injuries that you observed?

17   SABRINA MARTINEZ:  Um, I didn't observe -- I don't

18   recall observing any injuries on the suspect but I do

19   recall there being blood on the concrete.

20   DETECTIVE ILLIG:  Okay.  Okay.  Did you search the

21   suspect at all for weapons?

22   SABRINA MARTINEZ:  No.

23   DETECTIVE ILLIG:  No?  And why not?

24   SABRINA MARTINEZ:  Um, well, mainly because, um, as

25   a female officer, sir, I know that, um -- um, I'm not

34

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0887

```
 1   exhibit?
 2       DETECTIVE ILLIG:  Now, did you ever unholster?
 3       SABRINA MARTINEZ:  No, I did not.
 4       DETECTIVE ILLIG:  Never unholstered
 5       DETECTIVE JOHNSON:  I have nothing else.
 6       DETECTIVE ILLIG:  Is there anything else you'd like
 7   to add that's important for us to know at this point in
 8   the investigation?
 9       SABRINA MARTINEZ:  No.
10       DETECTIVE ILLIG:  All right.  With that we'll be
11   concluding the interview.  It is now 1846 hours.
12       ///
13       ///
14
15
16
17
18
19
20
21
22
23
24
```

36

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0889