"EXHIBIT 16"

# STATEMENT OF

## POLICE OFFICER II MICHAEL PRONI

Senior Administrative Clerk V. Shaw, Serial No. N4488, reviewed the digital recording (TP97322, F004-22) and transcription of Officer Proni's interview.  The inaudible recordings that were clearly audible are listed below.  All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|------|------|------------------------|
| 10 | 18 | ADD: into **our** view |
| 12 | 13 | REPLACE: Hey WITH: **Can you** |
| 16 | 05 | REPLACE: brother WITH: **bother** |
| 19 | 05 | REPLACE: Other WITH: **Another** |
| 20 | 01 | DELETE: **he** |
| 28 | 04 | REPLACE: hold WITH: **heard** |

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**     **LADA 0764**

LOS ANGELES POLICE DEPARTMENT

In the Matter of:                        )
Officer-Involved Shooting                ) FID No. 004-22
Transcription of Taped Interview         )
Of Michael Proni                         )
_____)

TRANSCRIPTION OF TAPE RECORDED INTERVIEW

OF OFFICER II MICHAEL PRONI

Transcribed by:
Andrew Dayton
CSR No. 13353

Job Number:
TP97322

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0765**

1                    Los Angeles Police Department

2                      CD No. PO 2 Michael Proni

3

4          DETECTIVE ILLIG:  Today's date is February 4th,

5     2022.  It is now 1455 hours.  I'm Detective Timo Illig,

6     T-i-m-o, I-l-l-i-g.  Serial Number 36893.  Assigned to

7     Force Investigation Division.  I'm here at Foothill

8     Station to interview a Police Officer II.

9          Sir, can you say your first and last name and please

10    spell it?

11         OFFICER PRONI:  Michael Proni, M-i-c-h-a-e-l,

12    P-r-o-n-i.

13         DETECTIVE ILLIG:  And your serial number?

14         OFFICER PRONI:  41589.

15         DETECTIVE ILLIG:  Regarding an officer-involved

16    shooting incident that occurred at 12935 Desmond Street

17    on February 1st, 2022, at approximately 0342 hours.

18         Also present for the interview is?

19         DETECTIVE MEDINA:  Detective Guillermo Medina.

20    Medina is M-e-d-i-n-a.  Serial number is 35905.  I'm

21    also assigned to Force Investigation Division.

22         SERGEANT LIA:  Sergeant Roseann Lia, R-o-s-e-a-n-n,

23    L-i-a.  32288.  Officer Representation Section.

24         DETECTIVE ILLIG:  Has everyone been identified?

25         OFFICER PRONI:  Yes.

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0766

1    digital in-car video have a view of where this incident

2    occurred?

3         OFFICER PRONI:  No.

4         DETECTIVE ILLIG:  Okay.  Did you view any of your

5    body worn video or digital in-car video without any --

6    without FID being present?

7         OFFICER PRONI:  No.

8         DETECTIVE ILLIG:  Okay.  Did you view any news

9    reports or social media accounts related to this

10   incident?

11        OFFICER PRONI:  No.

12        DETECTIVE ILLIG:  All right.  What time -- what time

13   was your start of watch today?

14        OFFICER PRONI:  1500, sir.

15        DETECTIVE ILLIG:  And --

16        OFFICER PRONI:  (UNINTELLIGIBLE)

17        DETECTIVE ILLIG:  What time did you wake up today?

18        OFFICER PRONI:  Around 11:00.

19        DETECTIVE ILLIG:  Okay.  And how many hours of sleep

20   did you get?

21        OFFICER PRONI:  Eight or nine.

22        DETECTIVE ILLIG:  Okay.  Is there any sleep

23   deprivation issue right now?

24        OFFICER PRONI:  No, sir.

25        DETECTIVE ILLIG:  All right.  Let's see here.

5

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0769

1    Officer Proni, what was your assignment on the day of

2    this incident?

3            OFFICER PRONI:  I was to the rear on the two-three

4    corner.

5            DETECTIVE ILLIG:  Okay.  And what was your unit

6    designation?

7            OFFICER PRONI:  16-George-62.

8            DETECTIVE ILLIG:  Okay.  And who was your partner?

9            OFFICER PRONI:  Officer Piche.

10           DETECTIVE ILLIG:  Okay.  How long have you and

11    Officer Piche worked together?

12           OFFICER PRONI:  About a year.

13           DETECTIVE ILLIG:  All right.  Has -- on the night of

14    this or day -- night of this incident, what was your

15    role?  Were you driver?  Were you contact, cover?

16           OFFICER PRONI:  I was passenger.

17           DETECTIVE ILLIG:  Passenger?

18           OFFICER PRONI:  Yes.

19           DETECTIVE ILLIG:  And so typically, what does that

20    mean?  As a passenger, what are your responsibilities?

21           OFFICER PRONI:  While working with Piche, prior to

22    start of watch we always discuss tactics.  And that

23    night, he was driver and he was going to be lethal and I

24    was going to be the cover officer, designated Taser or

25    less lethal.

6

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0770

1      DETECTIVE ILLIG:  Okay.  And in the days leading up

2   to this incident, did you have any recent roll call

3   training regarding dealing with people with edge weapons

4   that you're aware of?

5      OFFICER PRONI:  Not that I'm aware of, no.  But in

6   the unit, we always discuss tactics.  But we don't

7   always go to roll call.  We kind of do our own thing in

8   the Gang Unit and discuss, like I said, our -- the

9   incidents that we've been involved in, what we've

10  learned from it.  That kind of stuff, but nothing

11  specific to edge weapons.

12     DETECTIVE ILLIG:  Okay.  Anything -- any of the

13  chief's messages concerning edge weapon protocol?

14     OFFICER PRONI:  We've -- oh, as a unit, we've read

15  through them and watched the videos that have come out

16  but not within like this last week.

17     DETECTIVE ILLIG:  Okay.  All right.  But you recall

18  watching a video the chief put out on the chief's page -

19  -

20     OFFICER PRONI:  Yes.

21     DETECTIVE ILLIG:  -- concerning edge weapons

22  protocols?

23     OFFICER PRONI:  Yes.

24     DETECTIVE ILLIG:  Okay.

25     DETECTIVE MEDINA:  How long ago do you -- if you can

7

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0771

1  estimate, how long ago did you watch it on video?

2      OFFICER PRONI:  In the last two months, maybe.

3      DETECTIVE MEDINA:  Okay.

4      DETECTIVE ILLIG:  Okay.  Let's see here.  When you -

5  - oh, so what type of radio call did you -- what -- what

6  type of incident did you respond to?  Because you're a -

7  - you're a George unit so you don't respond to radio

8  calls, per se; correct?

9      OFFICER PRONI:  Yes.  Correct.

10      DETECTIVE ILLIG:  So what type of incident did you

11  and your partner respond to?

12      OFFICER PRONI:  So at the time, my partner and I

13  actually had two suspects in custody at the station.  I

14  don't remember actually hearing the radio call come out,

15  although we heard -- I remember hearing the backup come

16  out.  So when we released the suspects after

17  interviewing them is when we responded to the backup.

18  And I don't -- I -- what I recall was an ADW suspect or

19  a cutting suspect or something of that nature.

20      DETECTIVE ILLIG:  Okay.  And when you responded, did

21  you respond Code 3 or what kind of code?

22      OFFICER PRONI:  We responded Code 2.

23      DETECTIVE ILLIG:  Code 2?  Okay.  And on your

24  arrival, did you -- did you go Code 6?

25      OFFICER PRONI:  Yes.

8

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0772

1     DETECTIVE ILLIG:  And did -- did you go Code 6 as
2     the -- over the air or MD -- MDC or --
3        OFFICER PRONI:  Over the radio.
4        DETECTIVE ILLIG:  Radio?  Okay.  Now, in a narrative
5     format, can you tell me what occurred, what tasks you
6     were given?  And then refer to what you did as "I did
7     this," and what your partner did, with the name if
8     possible, so that -- because I don't know who we is.
9        OFFICER PRONI:  Yes, sir.
10       DETECTIVE ILLIG:  Right?  So you can just go ahead
11    and tell us what occurred.
12       OFFICER PRONI:  Yes, sir.  So while en route to the
13    call, my partner and I had contacted our Gang supervisor
14    and asked us where he wanted us to be.  At which point,
15    told us to just come to the command post with him.  When
16    we arrived there, we met with the incident commander,
17    who was Sergeant Alferez, who then assigned myself and
18    Officer Piche to go to the rear, which was the west --
19    west of the target location, it being in the two-three
20    corner.
21       It was me, Officer Piche, Morales, Rodriguez,
22    Schlesinger, if I said that correctly, and then Officer
23    Garcia.  So there were six of us back there.  Officer
24    Morales was the DCO with the shotgun.  I was to his
25    left.  And I had designated myself as less lethal to

9

1    him.  Officer Piche gave himself commands with the
2    incident commander.  Officer Schlesinger had the 40-
3    millimeter.
4        And I believe Officer Rodriguez was his DCO.  I
5    don't remember what Garcia was, but during the incident,
6    I guess officers took turns with the shotgun or with
7    less lethal.  So we were there for I guess about an
8    hour.  And then the suspect had come to the rear, which
9    we had eyes on.  All the windows were -- or the blinds
10   were open, the lights were on, so you could clearly see
11   inside the building of the rear structure.
12       At which point, I observed the suspect or subject
13   have a knife.  I would say a 12-inch steak knife like a
14   -- with serrated edges to it.  He then went back into
15   the -- or went further into the house where I lost sight
16   of him.  That was all communicated with the incident
17   commander.  I guess minutes later, he, the suspect or
18   subject came back into view in the same room.  He had
19   put the knife, whether it was in his sweatshirt pocket
20   or jeans pocket, he had put it in his pocket.
21       He opened the door, came out.  We all gave commands
22   to him, all the officers in the two-three corner, at
23   which point, I said, "Have one officer speak to him."
24   At which point, I remember I unholstered.  I -- I
25   unholstered my firearm because I had reason to believe

10

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0774

```
 1    the situation would escalate to the point where deadly

 2    force would be justified.

 3        He went back in for a split second.  It was then

 4    broadcasted to me by an officer with us, I don't

 5    remember who it was.  I was told he had two knives in

 6    his hand.  I was given a command to take -- I pretty

 7    much took Officer Piche's position.  I then was

 8    communications with the incident commander, who was

 9    Sergeant Alferez.

10        And then Piche, I believe, was the less lethal, or

11    at one point, he was over the wall or looking over the

12    wall.  So when the suspect came out a final time, he

13    approached our direction, which I would say was three to

14    four feet away from us, holding the knife with the point

15    pointed upward towards the sky.  He was clenching his

16    fist with the knife in an aggressive manner.

17        At which point, when he approached the western wall,

18    he was 40'ed.  I then broadcasted to the incident

19    commander that he had come out and that the suspect had

20    gotten up and started running with both knives towards

21    the officers in the front.  I had broadcasted it two or

22    three times.  And then within a matter of seconds, I

23    heard what I believe was a less lethal round.

24        And then within a second or two later, I heard

25    multiple pops, not knowing if it was lethal rounds or
```

11

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0775

1    less lethal rounds just because the sound was muffled.

2    I then -- we had lost sight of the suspect or subject.

3    Moments later, I radioed to the incident commander,

4    Sergeant Alferez, and he advised me that he had gunshot

5    wounds and LAFD was going to transport him.

6         DETECTIVE ILLIG:  Okay.  All right.  One thing I --

7    I don't think I covered this.  Were you wearing your

8    mask at the time?

9         OFFICER PRONI:  I was not, sir.

10        DETECTIVE ILLIG:  And why not?

11        OFFICER PRONI:  Due to being outside.  We had no

12   contact with the public.

13        DETECTIVE ILLIG:  Okay.  Hey, describe the cover and

14   -- cover and concealment that you had in that west yard.

15        OFFICER PRONI:  We were behind a six, six-and-a-half

16   foot solid brick wall.

17        DETECTIVE ILLIG:  Okay.  And how high did that wall

18   come up to you?

19        OFFICER PRONI:  I was standing on a chair that I

20   would say was, I don't know, maybe a foot or a foot-and-

21   a-half off the ground so I was able to see over the

22   wall.  I guess my shoulders and up were above the wall.

23        DETECTIVE ILLIG:  Okay.  You mentioned unholstering.

24   How many times did you unholster during the incident?

25        OFFICER PRONI:  Once.

                                                          12

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0776**

1          DETECTIVE ILLIG:  Okay.  That one time?

2          OFFICER PRONI:  Yes.

3          DETECTIVE ILLIG:  Okay.  And on that unholstering,

4     you mentioned -- can you be specific about -- well,

5     yeah.  Might as well.  What were the specific reasons

6     why you unholstered?  What about the suspect's actions?

7          OFFICER PRONI:  Seeing him with a knife, he had

8     approached our direction.  I mean, so the wall and the

9     door, I would say maybe five and six -- five to six feet

10    in distance.  How he had walked towards us, I mean,

11    being an example, is someone could easily jump over the

12    wall or jump and, I guess, lunge at us with a knife.

13         And how he came at us holding the knife, I mean, his

14    -- his -- his fist was clenched holding the knife and he

15    was walking at us, and then that's when the 40-

16    millimeter round had went off.

17         DETECTIVE ILLIG:  Okay.

18         DETECTIVE MEDINA:  And you're making a motion.  If I

19    could describe that for the tape, holding your right

20    hand.  Was he hold -- with your right hand.  I'm sorry.

21    Was he holding that knife with the right hand when you

22    say clinging?

23         OFFICER PRONI:  Yes, yes.

24         DETECTIVE MEDINA:  Is that right?

25         OFFICER PRONI:  Yes.

                                                          13

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0777

1      DETECTIVE MEDINA:  Okay.  All right.

2      DETECTIVE ILLIG:  Now, while you were on the back

3 wall or behind the back wall, were you -- where were you

4 in relationship to the other officers on the wall?

5      OFFICER PRONI:  I was the -- on the left, I guess,

6 the northern most part of the officers.

7      DETECTIVE ILLIG:  Okay.  And which officer was next

8 to you, if you recall?

9      OFFICER PRONI:  Officer Morales.  And then he would

10 rotate with Officer Piche.  So those two were directly

11 to my right.

12     DETECTIVE ILLIG:  Okay.  And, Officer Morales, you

13 indicated he had the shotgun?

14     OFFICER PRONI:  Yes.

15     DETECTIVE ILLIG:  And he was the designated cover

16 officer?

17     OFFICER PRONI:  Yes.

18     DETECTIVE ILLIG:  And he had rotated with Officer

19 Piche?

20     OFFICER PRONI:  Yes.

21     DETECTIVE ILLIG:  Do you know who was further south

22 of that?

23     OFFICER PRONI:  Yeah.  It was Officer Rodriguez and

24 then Officer Schlesinger.  And then Officer Garcia was,

25 I guess, behind us.  But I think they had rotated back

14

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0778

1   and forth.  And then Officer Piche was directly behind
2   me and Morales.  And that was all six of us.
3        DETECTIVE ILLIG:  Okay.  Sorry.  I'm jumping out of
4   order here.  On the night of this incident when you and
5   your partner responded, was that within your normal work
6   hours or was that already past your regular end of
7   watch?
8        OFFICER PRONI:  Yeah.  It was -- it was past our end
9   of watch.
10       DETECTIVE ILLIG:  And approximately how long past
11   the end of watch was that?
12       OFFICER PRONI:  Within one to two hours.
13       DETECTIVE ILLIG:  One to two hours?  Okay.  And your
14   partner is Officer Piche; correct?
15       OFFICER PRONI:  Yes, sir.
16       DETECTIVE ILLIG:  Okay.  Now, when you were on that
17   back wall, can you describe your foreground?  What were
18   you looking at?
19       OFFICER PRONI:  The rear of the residence, which in
20   my opinion, was -- it looked like an add on.  It was a
21   relatively empty room, from what I remember.  The
22   windows had no blinds, or at least the blinds were open.
23   All the lights were on.  It was an empty room, from what
24   I remember.
25       DETECTIVE ILLIG:  And was there any kind of

15

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0779

1   vegetation between your position where you were on the

2   wall and this add on you were describing?

3       OFFICER PRONI:  Yes.  A big dry like bushy tree with

4   no leaves but there were enough branches in there to

5   kind of like, I guess, brother my vision.

6       DETECTIVE ILLIG:  Okay.  But could you see through

7   the -- through the -- between the branches since there

8   weren't any leaves on the tree?

9       OFFICER PRONI:  Yes.

10       DETECTIVE ILLIG:  All right.  Okay.  When was the

11   first time you saw the suspect?

12       OFFICER PRONI:  Minutes before the OIS occurred.  I

13   remember hearing the officers on the three-four corner

14   say he had -- he had walked into that -- the room that

15   we had eyes on.  At which point, we observe -- I

16   observed him.  And then he had -- within a few seconds,

17   he had walked back towards a different part of the

18   house.

19       DETECTIVE ILLIG:  Okay.  When you observed him in

20   that back room the first time, did you see any weapons

21   on him at that time?

22       OFFICER PRONI:  He was -- he was holding the large

23   steak knife that I explained earlier, and then I don't

24   know if it was then or when he came back a second time

25   that it was in his -- one of his pockets.  The --

16

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LADA 0780

1       DETECTIVE ILLIG:  Okay.  Now, what hand was he
2   holding it in, if you recall?
3       OFFICER PRONI:  His right.
4       DETECTIVE ILLIG:  His right hand?  Okay.  Did you
5   see what color handle it was or blade?
6       OFFICER PRONI:  It was black.
7       DETECTIVE ILLIG:  Black?
8       OFFICER PRONI:  Yeah, with a stainless steel blade.
9       DETECTIVE ILLIG:  Okay.  At what time or what were
10  the suspect's -- what was the suspect's reaction to any
11  verbal commands that were being given to him prior to
12  him exiting the back?
13      OFFICER PRONI:  From what -- because I -- oh, just
14  pretty much uncooperative.
15      DETECTIVE ILLIG:  Okay.
16      OFFICER PRONI:  It was nothing that I heard
17  specific.  It was just loud and him yelling.
18      DETECTIVE ILLIG:  When the suspect appeared at the
19  back, that back side door, is that the door that he
20  exited out of?
21      OFFICER PRONI:  Yes.  It's a -- it was a rear door
22  that faced west.
23      DETECTIVE ILLIG:  Okay.  When he exited, can you
24  describe what he was holding in his hands, if anything?
25  I think you mentioned a knife.  Is that right?

17

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0781

1      OFFICER PRONI:  Yes.  He had a knife.  I don't know

2  if you're referring to, because he had come out --

3      DETECTIVE ILLIG:  The first -- the first time.

4      OFFICER PRONI:  There actually stepped outside?

5      DETECTIVE ILLIG:  Yeah, first stepped outside.

6      OFFICER PRONI:  He had the knife in his right hand.

7      DETECTIVE ILLIG:  Right hand?

8      OFFICER PRONI:  Yes.

9      DETECTIVE ILLIG:  And that was where he was holding

10  it at his -- at his -- where was he holding the knife?

11      OFFICER PRONI:  He was holding it -- the blade was

12  pointed in an upward direction.

13      DETECTIVE ILLIG:  Uh-huh.

14      OFFICER PRONI:  I would say waist or torso area to

15  his right side.

16      DETECTIVE ILLIG:  Okay.  Was he given commands to

17  drop the knife?

18      OFFICER PRONI:  From what I remember, yes.

19      DETECTIVE ILLIG:  And did he comply with commands?

20      OFFICER PRONI:  No.

21      DETECTIVE ILLIG:  Okay.  What did he do?

22      OFFICER PRONI:  I don't remember if he -- he didn't

23  really say anything clear.  He just kind of walked back

24  into the house.

25      DETECTIVE ILLIG:  Okay.  When he walked back into

18

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0782

```
 1    the house, what happened at that point or after that?
 2        OFFICER PRONI:  He had put his hands in his pockets.
 3    I lost sight of him again.  And within seconds later, he
 4    had come back out.  The door was left open from the
 5    first time that he came out.  He came out again.  Other
 6    officer had said, I don't know who, but said he had two
 7    knives in his hand, at which point, I relayed that
 8    information to the incident commander.
 9        And that's when he, within a second later, came in
10    our direction and was 40'ed.
11        DETECTIVE ILLIG:  Okay.  So did you see two knives
12    in his hands?
13        OFFICER PRONI:  I did not.
14        DETECTIVE ILLIG:  Okay.  So when he came out that
15    second time, what did you see?  What was he -- was he
16    holding anything the second time?
17        OFFICER PRONI:  It was the same knife in his right
18    hand.
19        DETECTIVE ILLIG:  Uh-huh.
20        OFFICER PRONI:  And then when he had, I guess, come
21    out the door and he walked towards his left, that's when
22    that tree was kind of obstructing my vision.  And I -- I
23    would shine my flashlight so it was kind of reflecting.
24    I don't know how to explain that.
25        SERGEANT LIA:  Creating glare?
```

19

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0783

```
 1        OFFICER PRONI:  Yeah.  It was he creating a glare so
 2   I wasn't able to see his whole body other than his right
 3   -- his right hand.
 4        DETECTIVE ILLIG:  Okay.  And so you saw his right
 5   hand and he was holding the knife in his right hand?
 6        OFFICER PRONI:  Yes.
 7        DETECTIVE ILLIG:  Okay.  And when he stepped out and
 8   you said he was moving to his left --
 9        OFFICER PRONI:  Yes.
10        DETECTIVE ILLIG:  -- can you describe that movement?
11        OFFICER PRONI:  It was -- he had stepped out and he
12   took a, I guess a sidestep to his left and then large
13   steps forward towards our position, and that would have
14   been in the area where I want to say it was about six to
15   eight feet to my right where Officer Rodriguez and
16   Schlesinger were.  And when he was approaching them,
17   that's when the 40-millimeter was fired.
18        DETECTIVE ILLIG:  Okay.  And now, you say steps.
19   Can you describe how those steps were taken?
20        OFFICER PRONI:  So initially, the side stepping or
21   walking to his left was a slow pace.  And then, I mean,
22   with it being six feet away from our position, it was
23   just he did it with like an aggressive manner.  It was a
24   quick paced one to two steps, which cleared the distance
25   of six feet, at which point, he was struck by the less
```

                                                            20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0784

1   lethal round.

2       DETECTIVE ILLIG:  Okay.  And did he -- did you --

3   were you able to see him do anything with his -- with

4   the right hand with the knife as he's taking those two

5   quick steps forward or --

6       OFFICER PRONI:  He -- he had it in the same position

7   where it was -- the blade was pointed upward.  It was

8   like his right waist, right rib cage torso area was

9   where he had it.

10      DETECTIVE ILLIG:  Okay.  Do you know if any commands

11  were given to him at that time to drop the knife?

12      OFFICER PRONI:  Yes.

13      DETECTIVE ILLIG:  Did you give those commands?

14      OFFICER PRONI:  I don't think I did because I -- at

15  the point where he came out, I advised just one officer

16  to give commands so they would be clear and concise and

17  get this guy to understand what was being said.

18      DETECTIVE ILLIG:  Okay.  And so did one officer then

19  give the commands?

20      OFFICER PRONI:  Yes.

21      DETECTIVE ILLIG:  Okay.  And what -- do you believe

22  that -- well, do you -- oh, let me think of how I'm

23  going to phrase this.  So when the suspect took the --

24  took those steps towards the officers, what do you

25  believe could have happened with the suspect and the

21

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0785

1   knife?

2     OFFICER PRONI:  I believe had he not been struck

3   with a lethal round or had a less lethal round not been

4   fired, I would say, obviously, I was taller than the

5   wall, but judging how I was, he was probably five-seven

6   or five-eight and could have without a doubt easily

7   jumped over the wall, or at least jumped and lunged at

8   officers, at which point maybe an OIS could have

9   occurred.

10     DETECTIVE ILLIG:  And if he jumped and lunged at

11   officers, what potentially could have happened to the

12   officers?

13     OFFICER PRONI:  Oh, they could have been stabbed,

14   cut, killed.  I mean, badly injured.  It could -- his

15   actions could have led to serious bodily injury or death

16   --

17     DETECTIVE ILLIG:  Okay.  All right.

18     OFFICER PRONI:  -- towards the officers.

19     DETECTIVE ILLIG:  All right.  Did you see what was

20   the effect of the 40-millimeter being deployed?

21     OFFICER PRONI:  I didn't know if he was struck.  I -

22   - and I didn't see what happened after, although,

23   because that tree and my flashlight was just obstructing

24   my vision, it -- it sounded like he had fallen down.

25     DETECTIVE ILLIG:  Okay.

22

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0786

```
1          OFFICER PRONI:  And then that's when I just started
2     broadcasting that he had started to run.
3          DETECTIVE ILLIG:  Okay.  Now, before you broadcasted
4     he started to run, you stated that one of the other
5     officers told you that he stated that he had two knives,
6     and you just relayed that in the broadcast.  Is that
7     correct?
8          OFFICER PRONI:  Correct.
9          DETECTIVE ILLIG:  Did you ever see two knives?
10         OFFICER PRONI:  On his person, no.
11         DETECTIVE ILLIG:  No?  Okay.  But it was your duty
12    as the communications officer to relay to the rest of
13    the officers what was going on in the backyard?
14         OFFICER PRONI:  Yes.
15         DETECTIVE ILLIG:  All right.  And that's why you
16    relayed that he was running northbound, or southbound?
17         OFFICER PRONI:  Southbound, yes.
18         DETECTIVE ILLIG:  Southbound.  Okay.
19         DETECTIVE MEDINA:  Did you see him running
20    southbound?
21         OFFICER PRONI:  Yes.
22         DETECTIVE MEDINA:  Okay.
23         DETECTIVE ILLIG:  Can you describe how he was
24    running southbound?
25         OFFICER PRONI:  Yeah.  The western part of that
```

23

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0787**

1    house was -- wasn't well lit, I guess the walkway.  So

2    it was more so me seeing a silhouette running away from

3    my direction.

4         DETECTIVE ILLIG:  After the -- did you see the OIS

5    at all?

6         OFFICER PRONI:  No.

7         DETECTIVE ILLIG:  Did you hear the deployment of

8    rounds?

9         OFFICER PRONI:  Yes.

10        DETECTIVE ILLIG:  Did you know if it was an OIS or

11   what type of rounds it was?

12        OFFICER PRONI:  I -- I did not know.

13        DETECTIVE ILLIG:  Okay.

14        OFFICER PRONI:  Sounded like less lethal rounds.

15        DETECTIVE ILLIG:  Okay.  So it sounded like less

16   lethal, but in your position in the back, you were not

17   sure what was deployed?

18        OFFICER PRONI:  Correct.

19        DETECTIVE ILLIG:  All right.  Because on the body

20   worn video, we see towards the end of your video, you

21   step forward to the -- to the -- to the south side of

22   the property line and you speak to another officer.  Is

23   that correct?

24        OFFICER PRONI:  Yes.

25        DETECTIVE ILLIG:  And that was Officer?

                                                            24

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0788

1          OFFICER PRONI:  Officer Kiker.

2          DETECTIVE ILLIG:  Officer Kiker?  And there appears

3     to be an exchange between you and Officer Kiker.  Can

4     you just describe what the nature of that exchange was?

5          OFFICER PRONI:  I was just gaining more information

6     on what occurred, at what point -- well, I guess to back

7     track on that, when I had lost eyes on the suspect, I

8     had asked the incident commander, Sergeant Alferez, if

9     they had eyes on the suspect.  At which point, he stated

10    that the suspect or subject has suffered a gunshot

11    wound, therefore, I (UNINTELLIGIBLE) an OIS had

12    occurred.

13          After he was transported by LAFD, that's when I made

14    my approach to the front of the location.  And that's

15    when I was talking to Officer Kiker.  And I was just

16    talking about like the route of travel he took or what

17    happened or -- I asked him if he was okay.  And then

18    that's pretty much what I remember.

19          DETECTIVE ILLIG:  Okay.  Now, apart of -- at any

20    point, did you identify any evidence in the scene that

21    was relevant to this investigation?

22          OFFICER PRONI:  Yes.  So in the general area where

23    he was first 40'ed, when he came out of the -- the door,

24    there was a large kitchen knife that was just on the --

25    on the pavement.

25

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0789

```
 1        DETECTIVE ILLIG:  Now, that kitchen knife, did that
 2   resemble anything that you had some familiarity with?
 3        OFFICER PRONI:  Yeah.  It was the -- that more like
 4   12-inch serrated edge (UNINTELLIGIBLE) blade steak knife
 5   that I had observed him holding in his right hand.
 6        DETECTIVE ILLIG:  Okay.  At any point, did the
 7   suspect make any statements to you or -- yeah.  Make any
 8   statements to you?
 9        OFFICER PRONI:  No.
10        DETECTIVE ILLIG:  No?  Did he make any statements to
11   any of the officers along the west side that you can
12   recall?
13        OFFICER PRONI:  No.
14        DETECTIVE ILLIG:  Okay.  Is there any other evidence
15   that you identified that's important for us to know
16   about?
17        OFFICER PRONI:  No, sir.
18        DETECTIVE ILLIG:  Okay.
19        DETECTIVE MEDINA:  I just have a couple little
20   things.  You mentioned that you, when you place yourself
21   or -- or where Sergeant Alferez placed you on that -- on
22   that yard west of the location, that you designated your
23   -- you said you -- "I designate myself as a less
24   lethal."  What tools did you have to be a less lethal
25   officer at that point?
```

26

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0790

1       OFFICER PRONI:  OC, my Taser, baton.  And then I was
2  given a 40 originally which was given back to the
3  officers who had it.
4       DETECTIVE MEDINA:  Okay.  So in essence, the roles
5  during this incident were interchangeable?  They were
6  switching back and forth between lethal and non-lethal?
7       OFFICER PRONI:  Yes.
8       DETECTIVE MEDINA:  Is that --
9       OFFICER PRONI:  Yes.
10      DETECTIVE MEDINA:  -- okay -- safe to say?
11      OFFICER PRONI:  Yes, sir.
12      DETECTIVE MEDINA:  All right.  You told us why you
13  unholster.  And then the door that we speak, this rear
14  door, it's -- it's that door that faces west.
15      OFFICER PRONI:  Yes.
16      DETECTIVE MEDINA:  Is that correct?
17      OFFICER PRONI:  Yes.
18      DETECTIVE MEDINA:  We're calling it a rear door but
19  it faces west?
20      OFFICER PRONI:  Yes.
21      DETECTIVE MEDINA:  Okay.  Now, you used the term "He
22  was 40'ed" a couple times.  And when we say 40, what do
23  you mean, he was 40'ed?
24      OFFICER PRONI:  Struck with a less lethal round --
25      DETECTIVE MEDINA:  Okay.

                                                           27

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0791

1    to ask questions I wasn't, I guess, supposed to ask.

2    That was it, though.

3         DETECTIVE ILLIG:  All right.

4         SERGEANT LIA:  Okay.

5         DETECTIVE ILLIG:  Sir, with that, we'll be

6    concluding the interview.  It is now 1527 hours.

7         ///

8         ///

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

32

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0796