"EXHIBIT 17"

# STATEMENT OF

# POLICE OFFICER II EDUARDO PICHE

Senior Administrative Clerk V. Shaw, Serial No. N4488, reviewed the digital recording (TP97323, F004-22) and transcription of Officer Piche's interview.  The inaudible recordings that were clearly audible are listed below.  All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|------|------|------------------------|
| 07 | 14 | REPLACE: reactivated WITH: **reactivate** |
| 09 | 11 | REPLACE: had WITH: **have** |
| 10 | 09 | REPLACE: With these WITH: **INAUDIBLE** |
| 11 | 03/04 | REPLACE: took place WITH: **was that** |
| 27 | 03 | REPLACE: backward WITH: **back was** |
| 31 | 22 | REPLACE: jumped WITH: **jump** |

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LADA 0298**

LOS ANGELES POLICE DEPARTMENT

In the Matter of:                    )
Officer-Involved Shooting            ) FID No. 004-22
Transcription of Taped Interview     )
Of Eduardo Piche                     )
_____     )

TRANSCRIPTION OF TAPE RECORDED INTERVIEW

OF OFFICER II EDUARDO PICHE

Transcribed by:
Andrew Dayton
CSR No. 13353

Job Number:
TP97323

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LADA 0299**

```
 1                 Los Angeles Police Department

 2                  CD No. PO 2 Eduardo Piche

 3

 4        DETECTIVE ILLIG:  Today's date is February 2nd,

 5   2022.  It is now 1206 hours.  I'm Detective Timo Illig,

 6   T -- T-i-m-o, I-l -- excuse me.  Illig, I-l-l-i-g.

 7   Serial Number 36893.  Assigned to Force Investigation

 8   Division.  I'm here at Foothill Station to interview

 9   Police Officer II --

10        Sir, can you say your first and last name and please

11   spell it?

12        OFFICER PICHE:  My first name, Eduardo, spelled

13   E-d-u-a-r-d-o.  Last name, Piche, spelled P-i-c-h-e.

14        DETECTIVE ILLIG:  And your serial number is?

15        OFFICER PICHE:  42045.

16        DETECTIVE ILLIG:  Regarding an officer-involved

17   shooting incident that occurred at 12935 Desmond Street

18   on February 1st, 2022, at approximately 0342 hours.

19   This interview is being digitally recorded.

20        Also present for the interview is?

21        DETECTIVE MEDINA:  Detective Guillermo Medina.

22   Medina is spelled M-e-d-i-n-a.  Serial Number 35905.

23   Also assigned to Force Investigation Division.

24        SERGEANT LIA:  Sergeant Roseann Lia, R-o-s-e-a-n-n,

25   L-i-a.  32288.  Assigned with Officer Representation
```

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0300

1   effect an arrest or detain a subject to the best of our

2   abilities without causing any harm to the public,

3   ourselves, or the subject or suspect at the time.

4       DETECTIVE ILLIG:  Did you receive any recent

5   training concerning dealing -- dealing with people with

6   edge weapons?

7       OFFICER PICHE:  Yes.

8       DETECTIVE ILLIG:  And what was that training?

9       OFFICER PICHE:  With these, it was a chief's

10  message --

11      DETECTIVE ILLIG:  Uh-huh.

12      OFFICER PICHE:  -- approximately maybe a week or two

13  prior to the incident.

14      DETECTIVE ILLIG:  Okay.  And what did that chief's

15  message -- in brief -- you don't have to go all the

16  details, but in brief, what did it deal with?

17      OFFICER PICHE:  Responding to calls with and dealing

18  with subjects with edge weapons.

19      DETECTIVE ILLIG:  Okay.  All right.  So with that

20  recent chief's message dealing with people with an edge

21  weapon and working with your partner for over a year,

22  what type of radio call or incident did you respond to

23  on the night of this incident?

24      OFFICER PICHE:  From my recollection, I responded to

25  the call for assistance by other officers requesting

10

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0308

```
 1    additional officers to respond to the scene where this
 2    incident took place.
 3         DETECTIVE ILLIG:  And what type of incident took
 4    place?
 5         OFFICER PICHE:  I -- from my recollection, it was an
 6    ADW call.
 7         DETECTIVE ILLIG:  Okay.  Anything else besides that?
 8    Did you and your partner, while you're responding to
 9    that, discuss any kind of planning or tactics?
10         OFFICER PICHE:  Yes.
11         DETECTIVE ILLIG:  And what was that discussion?
12         OFFICER PICHE:  So about responding to the backup.
13         DETECTIVE ILLIG:  Uh-huh.
14         OFFICER PICHE:  And me and my partner were one of
15    the last units to respond.
16         DETECTIVE ILLIG:  Okay.
17         OFFICER PICHE:  So we were responding and we were --
18    I was discussing with my partner that once we get there,
19    we make contact with whoever is incident commander was
20    at the time and to see where they needed additional
21    resources or help, in a sense, so we could provide that
22    assistance.
23         DETECTIVE ILLIG:  Okay.  Once you arrived, did you
24    deploy any kind of tools or equipment?
25         OFFICER PICHE:  Yes.
```

11

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0309**

```
1       DETECTIVE ILLIG:  And what would those be?
2       OFFICER PICHE:  Our ballistic helmets.
3       DETECTIVE ILLIG:  Ballistic helmets?
4       OFFICER PICHE:  Yes.
5       DETECTIVE ILLIG:  What kind of less lethal did you
6  have with you, options did you have with you?
7       OFFICER PICHE:  Oh, less lethal options we had are
8  our Taser and our OC spray.
9       DETECTIVE ILLIG:  Okay.  So did you deploy or your
10 partner deploy a 40-millimeter or a beanbag?
11      OFFICER PICHE:  No.
12      DETECTIVE ILLIG:  No?  Okay.  And when you arrived
13 at scene, were you the driver or were you the passenger?
14      OFFICER PICHE:  I was the driver.
15      DETECTIVE ILLIG:  You were the driver?  Okay.  Do
16 you know if you or your partner went Code 6 or when
17 broadcast that you were at scene?
18      OFFICER PICHE:  Yes.
19      DETECTIVE ILLIG:  Okay.  And can you tell me about
20 that?  Who did it?
21      OFFICER PICHE:  My partner broadcasted to
22 Communications Division that we had arrived at the
23 location.
24      DETECTIVE ILLIG:  All right.  Now, in a -- in a --
25 oh, were you wearing your mask when you arrived at the
```

12

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0310**

1    location?

2          OFFICER PICHE:  No.

3          DETECTIVE ILLIG:  And why not?

4          OFFICER PICHE:  I wasn't dealing with any form of

5    public at the time.

6          DETECTIVE ILLIG:  Okay.  And was this an indoor or

7    outdoor?

8          OFFICER PICHE:  It was outdoors.

9          DETECTIVE ILLIG:  Okay.  All right.  So now in a

10   narrative format, and I'm not going to ask any

11   questions, can you tell me what occurred when you

12   arrived, what positions you took, what you saw and

13   observed, and what occurred?  And when you tell the

14   narrative of what occurred, refer to what you did as "I

15   did this" as opposed to "we" because I don't know who we

16   is.

17         And if your partner did something specific, then

18   refer to your partner or whoever by their name, if you -

19   - that will just clarify everything.

20         OFFICER PICHE:  Okay.

21         DETECTIVE ILLIG:  Okay.

22         OFFICER PICHE:  So when we arrived to the location,

23   my partner and I, like I said, we were one of the last

24   units to arrive there.  I walked over to find the

25   incident commander who at the time I believe was

13

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0311

1    Sergeant Alferez.  I spoke to him briefly.  I asked him

2    where he needed me and my partner to be located or if he

3    needed any help with anything.  He advised me to go put

4    on my helmet and to assist with the officers that were

5    on -- in the -- in relations to the house on the west

6    side of it, on the property just west of it.

7         I put on my ballistic helmet and I, again, walked

8    towards the west property.  I made contact with other

9    officers that were there.  I told -- I told them to --

10   that while they go ahead and go put on their ballistic

11   helmets, my partner and I will be situated in -- in a

12   sense, hold their position on the west side of the

13   property.

14        Those officers, after they came -- put on their

15   helmet, they came back.  And I, in a sense, stayed

16   there.  Two additional officers arrived.  And amongst

17   ourselves, we held that west side of the containment.

18   During the course of this incident, I would -- I would

19   hear the officers in the front talking to the subject

20   inside.  I heard them call him by name.  And I just

21   heard that they were talking to him in English.

22        At that time, I told everybody that I would be the

23   communications if in case the subject were to come to

24   the rear.  While I was in the rear of the property,

25   there was about, I want to say a seven-foot wall, cement

                                                              14

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0312

1   wall --

2       DETECTIVE ILLIG:   Uh-huh.

3       OFFICER PICHE:   -- that would divide both

4   properties, the one where the in -- the radio call had

5   came from and the one where I was situated at.

6       DETECTIVE ILLIG:   Uh-huh.

7       OFFICER PICHE:   There was a planter that I was able

8   to stand on top of to look over the cement wall.

9       DETECTIVE ILLIG:   Uh-huh.

10      OFFICER PICHE:   When I stood on top of the planter,

11  only about maybe from my shoulder up to my head was I

12  able to see over the wall.   I could see that there was a

13  door that would run along the property line.   And the

14  door around the walls, it had glass so I could see

15  inside that adjacent property.   At one point, I do

16  remember hearing that the subject was walking towards

17  the rear of his house.

18      I saw him.   And then he opened the door.   At this

19  point, I was in direct, I want to say line of sight,

20  approximately maybe six feet away from the subject.

21      DETECTIVE ILLIG:   Uh-huh.

22      OFFICER PICHE:   I started giving him verbal

23  commands, advising him to try and talk it out to us from

24  what I recall.   I will call them by name, tell them,

25  "Hey, we don't want to hurt you.   We want to -- we want

15

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0313**

1   to end this peacefully."

2        And I -- from what I recall again, I could see that

3   he had his hands in his sweats, his sweat pockets, front

4   two sweat pockets.

5        DETECTIVE ILLIG:  Uh-huh.

6        OFFICER PICHE:  He did take out his left hand from

7   his sweat pocket and where I saw, I want to describe

8   maybe a kit- -- and then a chef's knife, maybe about a

9   10-inch blade knife.

10        DETECTIVE ILLIG:  Uh-huh.

11        OFFICER PICHE:  In the other pocket, he pulled out

12   the handle, and I could see the edge of another blade.

13   This would be his right hand.  The handle was purple,

14   from what I could recall.  And then he went again inside

15   his house.  Took about two steps inside his house so his

16   back was now turned towards me.  I advised the team that

17   I had in the back, "He has two knives," so everybody

18   could be aware that he has -- he has two knives in both

19   hands.

20        Then I remember him turning around.  Now, again,

21   looking at me, he somewhat pivoted to turn and took

22   almost a forward lunge as if he was going to start

23   running towards me.

24        DETECTIVE ILLIG:  Uh-huh.

25        OFFICER PICHE:  Because of the height of the wall, I

16

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0314

1     OFFICER PICHE:  I relieved -- the first officer I
2   relieved was Officer Morales.
3     DETECTIVE ILLIG:  Okay.  And Officer Morales, did he
4   -- did he hand you anything to hold onto when he went to
5   go get his helmet?
6     OFFICER PICHE:  Yes.
7     DETECTIVE ILLIG:  And what did he hand you?
8     OFFICER PICHE:  He handed me a shotgun.
9     DETECTIVE ILLIG:  Okay.  All right.  So with that
10   shotgun, did you utilize that shotgun in any means like
11   deploy it beside -- besides just carrying it in the
12   sling?
13     OFFICER PICHE:  I stepped on the ladder and I had
14   the shotgun in the low-ready, again, over the fence,
15   slung over.  And then I get -- just slung over my
16   shoulders, I would say.
17     DETECTIVE ILLIG:  Okay.  So you had it in the low-
18   ready over -- okay.  So did you -- did you point the
19   shotgun in the direction of the house at all?
20     OFFICER PICHE:  Yes.
21     DETECTIVE ILLIG:  Okay.  And when you were pointing
22   the shotgun in the direction of the house, did this
23   shotgun have any kind of attached flashlight or any --
24   or light at all?  Do you know?
25     OFFICER PICHE:  It had an attached sling and a

18

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0316

```
 1    tactical light attached to it.
 2         DETECTIVE ILLIG:  Okay.  Did you utilize the
 3    tactical light at all to illuminate anything that you
 4    recall?
 5         OFFICER PICHE:  I believe I did.  Yes.
 6         DETECTIVE ILLIG:  And what was the condition of the
 7    shotgun when you utilize it over the wall?  Was it --
 8    was the safety still on or was the safety off?
 9         OFFICER PICHE:  The safety was still on.
10         DETECTIVE ILLIG:  The safety was on?  At any time,
11    did you take the safety off while you had the shotgun up
12    on that back wall?
13         OFFICER PICHE:  No.
14         DETECTIVE ILLIG:  No?  Okay.  While you were using
15    the shotgun to illuminate the back area, can you tell me
16    what you were illuminating?
17         OFFICER PICHE:  Yeah.  So if we're looking at the
18    rear of his property, I was illuminating the corner
19    where the door is and the other windows like most
20    northern of his property are.  So we -- what we call is
21    the two-three corner of the house.
22         DETECTIVE ILLIG:  The two-three corner?  Okay.  With
23    the one -- one-side being the street side?
24         OFFICER PICHE:  Yes.
25         DETECTIVE ILLIG:  The two-side being the western
```

19

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0317**

1    side, the three-side being the north or backyard side,

2    and the four being the east side of the house?

3         OFFICER PICHE:  Yes.

4         DETECTIVE ILLIG:  All right.  And will you refer to

5    those throughout the rest of the interview in that

6    sequence of numbers?  At any time, were you able to see

7    the suspect inside the residence?

8         OFFICER PICHE:  Yes.

9         DETECTIVE ILLIG:  While you were on that back wall

10   illuminating?

11        OFFICER PICHE:  Not -- not during that time.  No.

12        DETECTIVE ILLIG:  Okay.  All right.  At some point,

13   did you hand that shotgun back to Officer Morales?

14        OFFICER PICHE:  I did.

15        DETECTIVE ILLIG:  Okay.  And then who put together

16   the plan for the officers in the backyard as to who

17   would take which roles?  So who was kind of the --

18   acting as the team leader back there?

19        OFFICER PICHE:  I would say myself.

20        DETECTIVE ILLIG:  It was you?

21        OFFICER PICHE:  Yes.

22        DETECTIVE ILLIG:  Okay.  And can you tell me which

23   officers were back there with you?

24        OFFICER PICHE:  Yes.  So who I recall, it's myself,

25   Officer Proni, my partner, Officer Morales, his partner

                                                          20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0318

1    of weapon system did he have?

2         OFFICER PICHE:  He had the 40-millimeter round.

3         DETECTIVE ILLIG:  Okay.

4         DETECTIVE MEDINA:  Do you want to spell his name for

5    the transcriber?  No?

6         DETECTIVE ILLIG:  No.

7         DETECTIVE MEDINA:  Okay.

8         DETECTIVE ILLIG:  Phonetically.  And then did you

9    have somebody assign the role of communications over the

10   radio?

11        OFFICER PICHE:  Yes.

12        DETECTIVE ILLIG:  And who was that?

13        OFFICER PICHE:  So at first, it was myself.

14        DETECTIVE ILLIG:  Uh-huh.

15        OFFICER PICHE:  But when I would take the role of

16   communications with the subject, it will be Officer

17   Proni.

18        DETECTIVE ILLIG:  Officer Proni?  All right.  So

19   everybody had their assignment.  Everybody had their --

20   their role; is that correct?

21        OFFICER PICHE:  Yes.

22        DETECTIVE ILLIG:  All right.  And when this -- when

23   the suspect -- when was the first time that you saw the

24   suspect?  I want to say it was possibly within 20, 30

25   minutes that I was in the rear property.  The first time

                                                              22

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0320

1    I saw him, he walked from, I think it was -- I believe

2    it was his kitchen.  Kind of walked by the door and back

3    into his room.

4        So it was just in passing.

5        DETECTIVE ILLIG:  Okay.  And you were in the west --

6    west yard behind the cinder block wall when you saw

7    this?

8        OFFICER PICHE:  Yeah.

9        DETECTIVE ILLIG:  Okay.  All right.  Did you see any

10   -- any -- anything in his hands at that time?

11       OFFICER PICHE:  No.  Just he moved quickly by, and I

12   -- the inner lights of his -- his interior house were

13   off, so it was almost like a dark figure shadow.

14       DETECTIVE ILLIG:  Okay.  Did they -- did you hear

15   the suspect making any kind of statements or anything

16   while you were outside of the residence waiting for him

17   to comply?

18       OFFICER PICHE:  No.  I could hear him yell and

19   shout.  I just couldn't make out what exactly he was

20   saying.

21       DETECTIVE ILLIG:  Okay.  Now, when the suspect

22   appeared by the rear of the house, can you describe to

23   me where he exited and specifically what he was doing?

24       OFFICER PICHE:  Yes.  So, again, if we were to call

25   it the two-side of the residence --

                                                          23

1        DETECTIVE ILLIG:  Uh-huh.

2        OFFICER PICHE:  -- there was a door closer to the

3   northern part of the residence.  And the door opens

4   inward into the house.  And the door face -- is directly

5   facing the west curb, the west cinder block.  The

6   suspect came to the door.  He opened it and he stood at

7   the doorway.  We -- I don't know who, but someone had

8   placed a trash can in front of the door almost as an

9   obstacle.

10       He moved it out of the way.  And then he had his --

11   his hands in his pockets.  That was the first time I

12   started making contact with him.  Throughout --

13   throughout the short brief interaction I had with him,

14   he did take his left hand out of his left pocket, sweat

15   pocket, and that's where I observed the knife, about 10

16   inches.

17       He was from what I recall, yelling or mouthing

18   something.  Again, I can't -- I couldn't really make out

19   what he was saying.  He turned around, took a step

20   forward back into his house with the door still open and

21   he just paused I want to say a few seconds.  Then he

22   quickly pivoted to turn around, looked back at me, took

23   a lunge forward as he was going to run.

24       I perceived as he was going to try and jump over

25   wall into where we were at.  I stepped off the ledge of

                                                          24

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     LADA 0322

1      DETECTIVE ILLIG:  Okay.  So that was the -- about
2   the same time the suspect was charging in your
3   direction?
4      OFFICER PICHE:  Yes.
5      DETECTIVE ILLIG:  Okay.
6      DETECTIVE MEDINA:  Just to nail it in here.
7      DETECTIVE ILLIG:  Yeah.
8      DETECTIVE MEDINA:  So is it safe to say when the
9   less lethal was deployed, or the 40, did you see whether
10   it struck the suspect or not?
11      OFFICER PICHE:  I did not see if it struck the
12   suspect or not.
13      DETECTIVE MEDINA:  Okay.
14      DETECTIVE ILLIG:  Okay.  Let's see here.  Did you
15   see any portion of the officer-involved shooting
16   incident?
17      OFFICER PICHE:  No.
18      DETECTIVE ILLIG:  Did you hear -- oh, you -- you've
19   already stated you heard some of the pops.  Can you
20   describe how many pops you heard and -- and what you
21   heard?
22      OFFICER PICHE:  I want to say after I heard what
23   appeared to be the suspect stand up and start running
24   again in a southward direction towards the front of his
25   house, a couple -- within a minute, I heard two initial

                                                    34

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0332

```
 1   pops, then approximately four after that.
 2        DETECTIVE ILLIG:  Okay.  Did you identify any
 3   evidence or -- yeah.  Identify any evidence that was --
 4   that detectives should have been aware of?
 5        OFFICER PICHE:  Yes.
 6        DETECTIVE ILLIG:  And can you tell me what that was
 7   and where it was?
 8        OFFICER PICHE:  From what I recall is I believe an
 9   officer, I forget who exactly, which officer, kind of
10   looked over the wall after the suspect had ran south,
11   and they said, "Hey, there's one knife on the ground."
12        DETECTIVE ILLIG:  Okay.  Did you ever look over the
13   wall and see a knife on the ground?
14        OFFICER PICHE:  I did.
15        DETECTIVE ILLIG:  Okay.  And can you describe what
16   you saw?
17        OFFICER PICHE:  Yeah.  So the knife was I want to
18   say maybe approximately two to three feet away from the
19   door he had originally opened.  It was laying down on
20   the ground.  It was the black handled knife that I saw
21   him holding in his left hand with an approximate 10-inch
22   blade.
23        DETECTIVE ILLIG:  Okay.
24        OFFICER PICHE:  From what I could -- what that --
25   what I could recall.
```

35

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0333

1        DETECTIVE ILLIG:  Okay.  And is -- where that knife

2    was, where you saw it laying, is that consistent with

3    the direction of the suspect's travel?

4        OFFICER PICHE:  Yes.

5        DETECTIVE ILLIG:  Okay.

6        DETECTIVE MEDINA:  Wow, you covered a lot.  I don't

7    have too much.  Let me just look through my notes.  Now,

8    the second knife you described that he had it, you saw a

9    purple handle; correct?

10       OFFICER PICHE:  Correct.

11       DETECTIVE MEDINA:  And he had it.  It was in his

12   pocket, but you could see a portion of the blade;

13   correct?

14       OFFICER PICHE:  Correct.

15       DETECTIVE MEDINA:  Did at any time did you see the

16   entire knife?  Did he take that knife out?

17       OFFICER PICHE:  Not that I could recall.

18       DETECTIVE MEDINA:  Oh, no?  Okay.  And then when he

19   -- when he made that motion of charging towards you, did

20   he only have the one knife or did he have both knives in

21   hand, do you know?

22       OFFICER PICHE:  I could recall since I saw his back,

23   I could still see him holding both knives.  And when he

24   pivoted and charged towards us, he still had control of

25   his knives.  Although it happened so fast, the main one

                                                    36

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   LADA 0334

1       OFFICER PICHE:  So when I stepped off and I landed

2   on my feet, I heard the 40-millimeter less lethal round

3   get discharged.  And then on his side of the wall where

4   I had last seen the suspect --

5       DETECTIVE MEDINA:  Uh-huh.

6       OFFICER PICHE:  -- I had heard a loud thump as if

7   someone had tripped or fell on to the ground.  Again,

8   then I heard the -- the feet and sounds of someone

9   popping up on his -- on their feet again and then run,

10  take heavy steps towards the front.

11      DETECTIVE MEDINA:  Okay.  Now, other than you

12  getting off that planter wall and redeploying back, did

13  anybody remain on that wall to see what the suspect did?

14      OFFICER PICHE:  I believe the officers to my left

15  remained on the -- on the wall, which what -- that would

16  be Officer Schlesinger, Morales, and Proni.

17      DETECTIVE MEDINA:  Okay.

18      DETECTIVE ILLIG:  Sir, is there anything else you'd

19  like to add that's important for us to know at this

20  time?

21      OFFICER PICHE:  No.

22      DETECTIVE ILLIG:  With that, we'll be concluding the

23  interview.  It is now 1254 hours.

24      ///

25      ///

43

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    LADA 0341