# "EXHIBIT 22"

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188 DMG (SKx)



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO v. CITY OF LA CV22-3188 DMG (SKx)
CONFIDENTIAL
CITY   0001866

PLAINTIFF'S EXHIBIT 22 - Page 2 of 4

CONFIDENTIAL  SUBJECT TO PROTECTIVE ORDER   MURILLO V. CITY OF LA CV22-3188 DMG (SKx)

CONFIDENTIAL

CITY   0001906

PLAINTIFF'S EXHIBIT 22 - Page 3 of 4

