# "EXHIBIT 23"

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188 DMG (SKx)
12935
12935
CONFIDENTIAL
CONFIDENTIAL
CITY 0001722

P's Exh. 23 000002
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188 DMG (SKx)

CONFIDENTIAL
CONFIDENTIAL
CITY 0001724
PLAINTIFF'S EXHIBIT 23 - Page 2 of 15



P's Exh. 23 000003

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188-DMG (SKx)

Ford
CA EXEMPT
1503787

CONFIDENTIAL

CONFIDENTIAL

CITY 0001731

PLAINTIFF'S EXHIBIT 23 - Page 3 of 15



CONFIDENTIAL

CONFIDENTIAL

P's Exh. 23 000005 CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188 DMG (SKx)

MORE DOING:
FILL
DO
REPEAT
PERLITE

CONFIDENTIAL

CONFIDENTIAL

CITY 0001743

PLAINTIFF'S EXHIBIT 23 - Page 5 of 15

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188 DMG (SKx)

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188 DMG (SKx)
CONFIDENTIAL
CONFIDENTIAL
CITY 0001741

P's Exh. 23 000008
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188 DMG (SKx)
CONFIDENTIAL
CONFIDENTIAL

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188 DMG (SKx)
CONFIDENTIAL
CONFIDENTIAL

P's Exh. 23 000010

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188 DMG (SKx)

MATRIX

CONFIDENTIAL

CONFIDENTIAL

CITY 0001738

PLAINTIFF'S EXHIBIT 23 - Page 10 of 15

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188 DMG (SKx)

CONFIDENTIAL
CONFIDENTIAL

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188 DMG (SKx)

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188 DMG (SKx)

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188 DMG (SKx)

CONFIDENTIAL

CONFIDENTIAL

P's Exh. 23 000015

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER MURILLO V. CITY OF LA CV22-3188 DMG (SKx)

Ford
POLICE
81427
CA EXEMPT
1503787

CONFIDENTIAL

CONFIDENTIAL

CITY 0001757

PLAINTIFF'S EXHIBIT 23 - Page 15 of 15