1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, SBN 144074 (*lead counsel*)
2  dalekgalipo@yahoo.com
   Marcel F. Sincich (SBN 319508)
3  msincich@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California 91367
   Tel:  (818) 347-3333
5  Fax:  (818) 347-4118

6  **THE SEHAT LAW FIRM, PLC**
   Cameron Sehat, Esq. (SBN 256535)
7  cameron@sethatlaw.com
   5100 Campus Dr., Suite 200
8  Newport Beach, CA 92660
   Tel:  (949) 825-5200
9  Fax:  (949) 313-5001

10 *Attorneys for Plaintiff*
   MARIBEL MURILLO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest of the estate of deceased, JONATHAN MURILLO-NIX,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1-10, inclusive,<br><br>         Defendants. | CASE No.: 2:22-cv-03188-DMG-SK<br><br>*Assigned to:*<br>District Judge Dolly M. Gee<br>Magistrate Judge Steve Kim<br><br>**REQUEST FOR AN ORDER ALLOWING PLAINTIFF'S COUNSEL MARCEL F. SINCICH TO APPEAR REMOTELY AT THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Proposed] Order *filed concurrently herewith*<br><br>Date:  December 15, 2023<br>Time:  9:30 a.m.<br>Ctrm:  8C |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

COMES NOW, Plaintiff Maribel Murillo, through her counsel, and hereby requests that Plaintiff's counsel, Marcel F. Sincich, be permitted to appear at the Hearing on Defendants' Motions for Summary Judgment (Dkt. No.44) ("the Hearing") remotely via Zoom or telephone, based on the following:

Plaintiff's lead trial counsel, Dale K. Galipo, will be attending the Hearing in person and will be available to answer any questions the Court may have regarding this matter. However, Plaintiff's counsel would like Mr. Sincich to also attend the Hearing as the primary author of Plaintiff's Opposition to Defendants' Motion for Summary Judgment and because he is intimately familiar with all of the facts and issues in this case.

Mr. Sincich is and will be out of state on December 15, 2023, at the time of the Hearing, but will be available to appear remotely via Zoom or landline telephone with the Court's permission.

Based on the foregoing, Plaintiff respectfully requests that this Honorable Court permit Mr. Sincich to appear at the December 15, 2023 hearing on Defendants' Motion for Summary Judgment via Zoom or landline telephone.

DATED: July 19, 2023                   **LAW OFFICES OF DALE K. GALIPO**

By: _____/s/    Marcel F. Sincich_____
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiffs*