# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest of the estate of deceased, JONATHAN MURILLO-NIX,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1-10, inclusive,<br>　　　　　　Defendants. | CASE No.: 2:22-cv-03188-DMG-SK<br><br>*Assigned to:*<br>District Judge Dolly M. Gee<br>Magistrate Judge Steve Kim<br><br>**[PROPOSED] ORDER RE: REQUEST FOR AN ORDER ALLOWING PLAINTIFF'S COUNSEL MARCEL F. SINCICH TO APPEAR REMOTELY AT THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Proposed] Order *filed concurrently herewith*<br><br>Date:　December 15, 2023<br>Time:　9:30 a.m.<br>Ctrm:　8C |

Case No. 2:22-cv-05620 MCS (MAA)

[Proposed] Order

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Having reviewed Plaintiff's Request for an Order Allowing Plaintiff's Counsel Marcel F. Sincich to Appear Remotely at the Hearing on Defendants' Motion for Summary Judgment, and good cause appearing therein, it is hereby ordered that Plaintiff's counsel Marcel F. Sincich may appear at the December 15, 2023 hearing on Defendants' Motion for Summary Judgment via Zoom or landline telephone.

Dated: _____          _____

Hon. Dolly M. Gee
United States District Judge

-1-

Case No. 2:22-cv-05620 MCS (MAA)

[Proposed] Order