# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest of the estate of deceased, JONATHAN MURILLO-NIX,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LOS ANGELES, a governmental entity; JESUS MARTINEZ, individually; KYLE GRIFFIN, individually; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | CASE No.: CV 22-3188-DMG (SKx)<br><br>**ORDER ALLOWING PLAINTIFF'S COUNSEL MARCEL F. SINCICH TO APPEAR REMOTELY AT THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　December 15, 2023<br>Time:　2:00 p.m.<br>Ctrm:　8C |

ORDER

Having reviewed Plaintiff's Request for an Order Allowing Plaintiff's Counsel Marcel F. Sincich to Appear Remotely at the Hearing on Defendants' Motion for Summary Judgment, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's counsel Marcel F. Sincich may appear at the **December 15, 2023 hearing at 2:00 p.m.** on Defendants' Motion for Summary Judgment via Zoom.

Future such requests shall be made in accordance with this Court's procedures:

> **Telephonic or Video Appearances**: The Court may permit appearances by telephone or video for status conferences, scheduling conferences, and for oral argument on motions upon a showing that a personal appearance will cause undue hardship. If you wish to appear by telephone or video, you must:
> - email the court clerk and copy opposing counsel at least three (3) court days in advance of the scheduled appearance;

*See* https://www.cacd.uscourts.gov/honorable-dolly-m-gee.

DATED: December 13, 2023

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE