UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 22-03188-DMG (SKx) Date: January 3, 2024

Title Maribel Murillo v. City of Los Angeles et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER RE: REQUEST FOR INFORMAL DISCOVERY CONFERENCE (ECF 65)**

The parties' request for an informal discovery conference is denied without prejudice as untimely under the existing scheduling order, which sets expert discovery cutoff at January 5, 2024, leaving insufficient time for both a hearing on the discovery dispute and a ruling that would permit completion of disputed discovery before the cutoff date.

IT IS SO ORDERED.