| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 12 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MARIBEL MURILLO, individually and as successor-in-interest of the Estate of deceased, Jonathan Murillo-Nix,

       Plaintiff - Appellee,

v.

CITY OF LOS ANGELES, a governmental entity, and JESUS MARTINEZ, individually,

       Defendants - Appellants

KYLE GRIFFIN,

       Defendant.

No. 24-126

D.C. No. 2:22-cv-03188-DMG-SK
Central District of California, Los Angeles

ORDER

The Clerk is directed to temporarily close this court's docket for administrative purposes until October 08, 2024. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

By October 08, 2024, appellants shall file either a motion or a stipulation to dismiss this matter pursuant to Fed. R. App. P. 42(b), or shall contact the Circuit Mediator.

                                            FOR THE COURT:

                                            By: Steven J. Saltiel
                                            Circuit Mediator