| | |
|---|---|
| **LAW OFFICES OF DALE K. GALIPO**<br>Dale K. Galipo, Esq. (SBN 144074)<br>dalekgalipo@yahoo.com<br>Marcel F. Sincich, Esq. (SBN 319508)<br>msincich@galipolaw.com<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333<br>Fax: (818) 347-4118 | **THE SEHAT LAW FIRM, PLC**<br>Cameron Sehat, Esq. (SBN 256535)<br>cameron@sethatlaw.com<br>5100 Campus Dr., Suite 200<br>Newport Beach, CA 92660<br>Tel: (949) 825-5200<br>Fax: (949) 313-5001 |

*Attorneys for Plaintiff, MARIBEL MURILLO*

**HYDEE FELDSTEIN SOTO**, City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023; Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant CITY OF LOS ANGELES*

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Tel: (510) 999-7908 | Fax: (510) 999-7918

*Attorneys for Defendants JESUS MARTINEZ and KYLE GRIFFIN*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:22-cv-03188-DMG-SKx<br><br>[*Honorable Dolly M. Gee*]<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>([Proposed] Order *filed concurrently herewith*) |

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the dismissal of the above-captioned action. Each side is to bear its own attorney's fees and costs incurred in this matter.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully Submitted,

DATED: March 20, 2025          **LAW OFFICES OF DALE K. GALIPO**

By: _____
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
*Attorney for Plaintiff*, MARIBEL MURILLO

DATED: March 20, 2025          **ORBACH HUFF + HENDERSON LLP**

By: /S/ Kevin E. Gilbert
Kevin E. Gilbert, Esq.
*Attorney for Defendants*, JESUS MARTINEZ and KYLE GRIFFIN

DATED: March 20, 2025          **HYDEE FELDSTEIN SOTO, City Attorney**

By: /S/ *Christian Bojorquez*
Christian R. Bojorquez
Deputy City Attorney
*Attorney for Defendant*, CITY OF LOS ANGELES