UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MURILLO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-03188-DMG-SKx<br><br>[*Honorable Dolly M. Gee*]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the case has ended and is hereby dismissed. Each side shall bear its own attorney's fees and costs incurred in this matter.

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. Dolly M. Gee
United States District Court