UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARIBEL MURILLO, individually and as successor-in-interest of the Estate of deceased, Jonathan Murillo-Nix,<br><br>         Plaintiff - Appellee,<br><br>  v.<br><br>CITY OF LOS ANGELES, a governmental entity, and JESUS MARTINEZ, individually,<br><br>         Defendants - Appellants<br><br>KYLE GRIFFIN,<br><br>         Defendant. | No. 24-126<br><br>D.C. No. 2:22-cv-03188-DMG-SK<br>Central District of California, Los Angeles<br><br>ORDER |

This appeal was administratively closed. The appeal is reopened.

Pursuant to the stipulation of the parties (Docket Entry No. 17), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator